UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JONATHAN RAMOS | CIVIL ACTION |
| VERSUS | NO. 19-11202 |
| IRON MOUNTAIN SECURE SHREDDING, INC., ET AL | SECTION "F" (4) |

## PRELIMINARY CONFERENCE NOTICE

A **PRELIMINARY CONFERENCE** will be held **BY TELEPHONE** on **THURSDAY, JULY 8, 2021 AT 9:30 A.M.** for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off dates.

Please follow these instructions to participate in the telephone conference

1. Call Toll Free: **888-278-0296**
2. Enter the **Access Code -- 7415986 -- followed by the # key.**
3. The system will ask if you're joining as the host or to otherwise press the # key; **please press the # key**. (At this point you will be placed on hold until the conference is activated.)
4. You will be alerted once the call is activated and prompted to enter the **Participant Security Code -- 11202 -- followed by the # key**.

This conference will be activated at **9:25 a.m.  Please make sure you have dialed in by this time** as roll will be taken before the conference begins.

**TRIAL COUNSEL** are to participate in this conference.  If, however, you are unable for good cause to do so, another attorney in your firm may participate if acquainted with all details of the case and authorized to enter into any necessary agreements.  If, for good cause, neither is possible, you must file a Motion and Order to Continue at least one week prior to the above date.

CHERIE STOUDER
CASE MANAGER
SECTION "F"
504-589-7683

## NOTICE OF COMPLIANCE WITH Fed.R.Civ.P. 26(a)(1) AND 26(f)

**COUNSEL ARE TO COMPLY WITH THE DISCLOSURE REQUIREMENTS OF RULE 26(a)(1) and 26(f) and LOCAL RULE 26, AND THE CORPORATE DISCLOSURE REQUIREMENTS OF F.R.C.P. 7.1. COUNSEL ARE TO BE PREPARED TO ANSWER THE ATTACHED QUESTIONS CONCERNING DISCLOSURE.**

**COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF THIS NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE.**

## **IMPORTANT NOTICE TO COUNSEL**

**COUNSEL WILL BE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS REGARDING DISCLOSURE AT THE CONFERENCE MUST PARTICIPATE IN THIS CONFERENCE.**

COUNSEL WILL BE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS REGARDING DISCLOSURE AT THE CONFERENCE:

1. Have all parties completed your Rule 26(a)(1) mandatory initial disclosures?

2. Have all parties stipulated that initial disclosures under Rule 26(a)(1) will <u>not</u> be made in this case?

3. Do any of the parties object to making Rule 26(a)(1) initial disclosures in this case?*

4. Have the corporate parties filed their corporate disclosure statements?

    * Written objections must be filed <u>three</u> days prior to the preliminary conference.