UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JONATHAN RAMOS | CIVIL ACTION |
| VERSUS | NO. 2:19-cv-11202 |
| IRON MOUNTAIN SECURE SHREDDING, INC., IRON MOUNTAIN INFORMATION MANAGEMENT, INC., IRON MOUNTAIN INCORPORATED, and IRON MOUNTAIN MANAGEMENT SERVICES, INC. | JUDGE: FALLON<br><br>MAGISTRATE: WELLS |

## **WITNESS AND EXHIBIT LIST OF RACKMASTERS, INC. AND MARKEL INSURANCE COMPANY**

NOW COME Intervenors, Rackmasters, Inc. and Markel Insurance Company, through undersigned counsel, and submit the following witness and exhibit lists in the above captioned matter.

## **WITNESS LIST**

The following witnesses may be called by Rackmasters, Inc. and Markel Insurance Company to testify at trial:

1. Representative of Markel Insurance Company;

2. Any witness listed or called by any other party; and

3. Any witness identified during discovery.

## **EXHIBTI LIST**

The following exhibits may be offered by Rackmasters, Inc. and Markel Insurance Company:

1. Workers' compensation payment ledger of Markel Insurance Company; and

2. Any exhibit listed by any other party.

Rackmasters, Inc. and Markel Insurance Company reserve the right to supplement and amend the foregoing lists as necessary.

          **Respectfully submitted:**

          **PUGH, ACCARDO, HAAS,**
          **RADECKER & CAREY**

          */s/ Beth S. Bernstein*
          **BETH S. BERNSTEIN, #31412**
          3500 Hwy. 190, Ste. 200
          Mandeville, LA 70471
          Tel.   (504) 799-4500
          Fax.   (985) 246-2330
          bbernstein@pugh-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of April, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of filing to all counsel of record.

          */s/ Beth S. Bernstein*