**ArchitectniX**
A Professional Architectural Corporation
ARCHITECTURE • PLANNING • CODE REVIEW • PROJECT MANAGEMENT

Ramos vs. Iron Mountain

**AFFIDAVIT OF MITCHELL A. WOOD RA EIT ICC CAPS**

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

BEFORE ME, the undersigned authority, duly commissioned and qualified in and for the Parish of East Baton Rouge, State of Louisiana, personally came and appeared

**MITCHELL A. WOOD**

Who are first being duly sworn, did depose and say that:

1. That I am over 21 years of age, I am of sound mind and have personal knowledge of the facts set forth herein.

2. I have Master's and Bachelor's Degrees of Architecture from Tulane University, and a Bachelor of Science Degree in Civil Engineering from Louisiana State University. I was in the Master of Business Administration program at University of Maryland for 2 years while employed by Marriott Corporation outside Washington, DC.

3. I have been a licensed architect for 34 years in Louisiana. I am also a licensed commercial general contractor, as well as a licensed residential builder in Louisiana for over 28 years. I have a license for Inspection in Louisiana – which is currently inactive. While working for the State Fire Marshal of Louisiana, I received certification for compliance review for ADAAG (American with Disabilities Act) and NFPA 101: Life Safety Code.

4. I am the principal and owner of **ArchitectniX, APAC,** an architectural design & planning firm based in Baton Rouge, Louisiana. Besides residential & commercial design services, the firm does building / safety code review, site inspection and project management.

5. I am the manager and owner of **Century Building Services, LLC,** a licensed and insured residential and commercial builder based in Baton Rouge, Louisiana. Our design and construction firms have been licensed to practice in Louisiana since 1991. Both firms are in good standing with the Licensing Boards of Louisiana, and have continually maintained their licenses for 29 straight years including continuing education.

6. My construction firm has been responsible for the building and remodeling of numerous commercial facilities including Iron Mountain in Port Allen, LA. The remedial work involved interior and exterior renovation and repairs including lighting,

7. hardware, flooring, fencing and drainage.work at the facility Our firms are fully cognizant of the importance of site safety related to employees, pedestrian and vehicular traffic. Our firm is fully cognizant of OSHA guidelines in particular with fall protection and providing a safe working environment for employees and visitors. Our work has included supervising and erecting metal buildings inside industrial plants and following their requisite strict safety protocols. Century has never been cited by OSHA 200 Log for work violations, and incurred any OSHA citations.

8. In the past 28 years, I have been qualified and accepted in Louisiana Federal and State Courts as an expert witness in the fields of construction, inspection, project management and site safety, architecture/ design, and Codes related to building, handicapped accessibility and Life Safety. I have never been disqualified in court as an expert witness.

9. My methodology in determining my opinion in this affidavit related to Jonathan Ramos (plaintiff) vs. Iron Mountain Inc. et.al (defendants is based on one or more of the following: a) Contract Rules for Exxon Chemical Co. - <u>Safety</u> b) Wal Mart <u>Safety Manual</u> c). US Dept. of Labor OSHA 3146 <u>Fall Protection</u> d) OSHA 1910 & 1926 <u>General Industry Regulations</u>

10. The following documents regarding Civil Action No. 2:19-CV-11202 as provided by counsel to assist in formulating my assessment and opinion are a) U.S Dept. of Labor OSHA report –<u>Inspection no. 1323824</u> with witness statements and accident photograph dated June 19th, 2018  b) Video camera footage [that captured the accident after the scissor lift tipped over and its occupants lying on the concrete floor] c) <u>Petition for Damages</u> filed June 13th, 2019 and <u>Amended Complaint</u> d) Jonathan Ramos deposition on October 20th, 2020 and e) Letter from Hammerhead dated May 21st, 2018.

11. Mr. Jonathan Ramos, the plaintiff, was severely injured from a fall while employed by Rack Masters, Inc. on a work site inside the Iron Mountain facility located 6200 Humphreys St. in Harahan, Louisiana 70123.Mr. Ramos started working at the site on approx. May 30th, 2018. The accident occurred on June 15th, 2018. While performing the task of taking down and removing metal shelvingh storage racks, the scissor lift holding Mr. Ramos and another employee were struck by unsecured 'support beams' which are shown in the OSHAReport photographs..

12. The force of the falling support beams caused their lift and its occupants to topple over, resulting in Mr. Ramos. falling 18 to 20 ft.to the ground. The fallen support beams fell on top of Mr. Ramos. His injuries required spine surgery and hospitalization.

ARCHITECTNIX
A Professional Architectural Corporation
P. O. BOX 82881   BATON ROUGE, LA 70884-2881
TEL: 225.766.5200  FAX: 225.766.5562
www.architectnix.com

2

13. As noted by the OSHA report, the tall support beams and final section of rack adjacent to the wall did not have bracing, and were not securely attached to 'structure'. Their 'uprights' or rack columns were bolted to the floor; however, the series of racks were not secured to the adjacent wall(s) of the building. The lack of bracing was the *prima facie* cause these support beams and piece of rack toppled over, and struck the lift. The large multi- person scissor lift, by its design, could not arrest the fall of the series of wire shelving racks and their 'uprights'. According to the Complaint and Mr. Ramos Deposition, there was no warning prior to the wire racks shifting and striking the men high up on the lift.

14. The OSHA 89 report details in its photos "the support beams were not securely attached to the wall BEFORE they fell away from the wall". The safety issue is why this long series of 'uprights and support beams' were left unsecured and subject to falling.

15. According to a signed statement in the OSHA Report by Mr. Glen Thomas, the foreman for Rack Masters, he spent the 1st day on site (5/30/2018) assessing the project. Mr. Thomas told Iron Management that I need to tear down the stairways. But Iron Mountain wanted the stairs to remain in place to the very end.

16. In Mr. Ramos deposition, he testified "[Iron Mountain] still had their employees going in and out of the other half of the warehouse. Like I told you what was connecting where they were working, there were stairways on our end of the building going up to the floor to the mezzanine level. So their employees had to go in and be able to do what they were supposed to do. So they instructed us to keep the stairs up, which made us go a different route. We usually clear out a building from *front to the back*. So we had to work for the *'right' side of the building to the 'left'* just to leave the stairs open for them to go up and down from the other building".

17. Both Mr. Thomas and Mr. Ramos reiterated that Iron Mountain instructed Rack Masters to remove the shelving that was different and 'counter' than their recommended method in order for the stairways to remain in place.

18. In regard to the effect working from 'right to left' instead of 'back to front', :Mr. Ramos testified "Since we had to work *'left and right'* and leave the stairways up, the columns –this is the wall. The columns –if we would have worked the way that we usually worked, the columns would never been there. Like, we would have worked steadily from the *front to the back* removing the columns (uprights) as we went – eliminating the possibility of them falling over."



ARCHITECTNIX
A Professional Architectural Corporation
P. O. BOX 82881   BATON ROUGE, LA 70884-2881
TEL: 225.766.5200   FAX: 225.766.5562
www.architectnix.com

3

19. The procedure dictated to Rack Masters and their employees was to dis-assemble the storage racks (and their supports) from 'left to right'. Iron Mountain, acting as the employer and manager of the project, instructed Rack Masters not to proceed from their standard *'front to back'* method of dis-assembly. The employers reasoning for this major method change was to not move or impact the existing stairway(s).

20. Rack Masters was cited by OSHA related to the lack of an engineering survey being performed PRIOR to demolition of the storage racks. Nonetheless, the hazardous conditions, which resulted in the injuries to Mr. Ramos, would not have occurred EXCEPT for Iron Mountain's management requirement the stairways remain in place. Iron Mountain's management failed in their duty to properly protect their Contractor and their employees working inside their facility; in addition, Iron Mountain failed to address the risk exposure of a serious work place injury due to their negligence.

21. Mr. Jonathan Ramos, through no fault of his own, was injured due to the building NOT permitting the recommended dis-assembly method used by his company AND recommended by Mr. Thomas. The Iron Mountain should have been cognizant that these high unbraced horizontal support beams could shift, or surely had known they were not properly secured to the wall. Safety rules would dictate no allowable movement of these beams and their columns. If the dis-assembly method had been from *front to back* as recommended, there would be no exposure to dangerous movement. Predictably, the support beams' collapse was sudden, without warning, and hazardous.

22. Accordingly, I hold the right to amend my opinion upon the review of additional information becoming available on this case.]

*[signature]*

Mitchell A. Wood   RA ICC EIT CAPS
Principal

Feb. 4th 2021
Date

Affadavitdmeyer.word

ARCHITECTNIX
A Professional Architectural Corporation
P. O. BOX 82881    BATON ROUGE, LA 70884-2881
TEL: 225.766.5200   FAX: 225.766.5562
www.architectnix.com

4



**EXPERT WITNESS QUALIFICATIONS - 1**
**Mitchell Allen Wood RA EIT ICC CAPS**

ARCHITECTURE • PLANNING • CODE REVIEW • PROJECT MANAGEMENT

## ATTORNEY REFERENCES

Mr. Christopher Bruno (Chief Judge CDC)
**Bruno & Bruno Attorneys**
825 Baronne St.
New Orleans, LA 70113
(505) 525 1335

Mr. Lonnie Stanga
**Stanga & Mustian Attorneys**
3177 22nd St. Suite 6
Metairie, LA 70002
(504) 831 0666
ats@stangamustian.com

Mr. Craig S. Watson
**Cave & Watson Attorneys**
3909 Plaza Tower Dr.
Baton Rouge, LA 70816
(225) 292 3800
sailfish01@aol.com

Mr. Dennis Hennen
**Hennen Law Firm LLP**
1107 Hudson Lane Suite C
Monroe, LA 71201
(888) 387 2866
dwhennen@aol.com

Mr. Chris H. Riviere
**Riviere Law Firm**
103 West Third St.
Thibodaux, LA 70302
(985) 447 7440
criviere@rivierelaw.com

Mr. Frank Ippolito
**Ippolito Law Firm**
700 W. Judge Perez Dr.
Chalmette, LA 70053
(504) 276 5500
fdi428@aol.com

Mr. Willie Johnson
**Johnson Law Firm.**
4980 Bluebonnet Blvd. Suite B
Baton Rouge, LA 70809
(225) 717 7070
wjohnson@jlglegal.com

Mr. John Etter
**Rodney & Etter LLC**
620 North Carrollton Ave
New Orleans, LA 70119
(504) 483 3224
jke@rodneylaw.com

## EXPERT WITNESS SUMMARY

Since 1991, Mr. Wood has been retained by more than four dozen attorneys throughout Louisiana. Court acceptance has been in the fields of building, accessibility and safety codes, architecture, construction, accident analysis and inspection. His past experience included review of commercial plans for code compliance with the La. State Fire Marshal. He has degrees in engineering and architecture; Mr. Wood is one of very few professionals in Louisiana with licenses in commercial and residential construction, inspection as well as architecture. For the past 27 years, he has managed **ArchitectniX** and **Century Building Services**.

His assistance to legal counsel has been on behalf of both plaintiffs (85%) and defendants (15%). Primarily, his case history as an expert involves litigation related to fall accidents, jobsite negligence and construction disputes. His services have been retained in over 250 cases, past and current. Code review and expert witness work comprises at most 20% of his design practice. As with most litigation where his opinion was rendered, the majority of cases were settled out of court. By his estimate, the litigants who utilized Mr. Wood's services achieved an 85% success.

Physical Address: 8241 Summa Ave. Suite B, Baton Rouge, LA 70809
Federal Tax ID: 72-1340011
Louisiana Architect License: 3885        Louisiana Architect Corporate License ACO 193
Licensed in Louisiana since 1987
Web page: www.architectnix.com        email: architectnix@gmail.com

P. O. BOX 82881   BATON ROUGE, LA 70884-2881
TEL: 225.766.5200   FAX: 225.766.5562
www.architectnix.com

## RATE STRUCTURE

| | | | |
|---|---|---|---|
| Deposition / Trial | $250/hr. | Inspection Site/ Consulting | $175/hr. |
| Travel | $100/hr. | Mileage | $0.55/mile |
| Expert Witness Report | $695 min. | CADD Rendering | $300 min. |
| Office Depo/ Conference | $125/ hr. | Case Code Synopsis | $495 min. |
| Affidavit | $295 min. | | |

*All bills payable within 30 days of receipt of invoice. Discounts applicable for prompt payment*

## WORK CHRONOLOGY

**1991- Present** **Principal- ArchitectniX APAC** Baton Rouge, LA: design & planning firm; Specialize in custom residences, Housing Authority multi-family, churches, schools, modular structures, industrial facilities, building, ADA and safety code review legal expert witness, project management.

**Manager- Century Building Services** Baton Rouge, LA: licensed general contractor & licensed residential builder; perform primarily design/ build; specialize in pre-engr. steel structures, commercial & residential renovation/ addition, mall and retail tenant repair, worship facilities, custom & multi- family dwellings.

**Manager- Baton Rouge Inspection Services** Baton Rouge, LA: licensed inspector for evaluation of new and existing residential dwellings and light commercial properties

**1988- 1990** **Design Manager- Marriott Corp.** Courtyard by Marriott Hotels Bethesda, MD: project coordination and mgr. of cost savings & safety upgrade program for CPM Courtyards Operations; project manager for Midwest roll-out of $3.5B Courtyard Hotel expansion

**1987- 1988** **Architect/ Project Engineer- HNTB Architects & Engrs.** Baton Rouge, LA

**1984- 1987** **Plan Review Architect – Louisiana State Fire Marshal** Baton Rouge, LA

**1980- 1983** **Architect/ Project Manager- ARAMCO/ DMJM Arabia** Dhahran/ Abqaig, Saudi Arabia

**1978- 1979** **Design Manager- Cajun Constructors** & Engineers Baton Rouge, LA

**1977 -1978** **Project Architect- Folse HDR Architects** & Planners New Orleans, LA

## EDUCATION

Masters of Architecture **Tulane University** New Orleans, LA 2004
Masters of Business Administration **University of Maryland** College Park, MD 1988-1990
Bachelor of Science in Civil Engineering **Louisiana State University** Baton Rouge, LA 1987
Bachelor of Architecture **Tulane University** New Orleans, LA 1977 Honors Academic Scholarship
High School Diploma **Singapore American School** Republic of Singapore 1972 High Honors



ARCHITECTNIX
A Professional Architectural Corporation
P. O. BOX 82881   BATON ROUGE, LA 70884-2881
TEL: 225.766.5200   FAX: 225.766.5562
www.architectnix.com

**SEMINARS & CERTIFICATION**

Certification: NFPA 101 Life Safety Code [State Fire Marshal] NICET Fire Sprinkler Systems NFPA 13 [State Fire Marshal] Handicapped Accessibility ANSI 117.1 [State Fire Marshal], SBC/ CABO / IBC/ IRC  [Baton Rouge Dept. of Public Works] [Baton Rouge] , CAPS [Certified Aging in Place Standards],

Continuing Education Seminars/ Certificates, ADA Compliance & Guidelines, LEED & Green Building Guidelines, CADD Systems, Moisture Barriers/ Water-proofing,  Open/ Closed Cell Advanced Spray Insulation.Construction Ethics, Geotechnical Fundamentals, Fire Protection & Alarm Systems, Sound Isolation Program, Door Controls & Closers,  OSHA Compliance, Corrosion/ Cathodic Prevention, Flooring Specifications, Coefficient of Friction Evaluation, Metal Building Systems, Mold/ Fungus Remediation, LED Lighting, Smart ECO MEP Systems/ Glass, Air Moisture Envelope Analysis

**PROFESSIONAL AFFLIATIONS**

**Architect** license no. 3885 Louisiana [current]; no. 7077 Virginia [inactive]
**Commercial General Contractor** license no. 32535 Louisiana
**Residential Builder** license no. 82866 Louisiana
Remodelers Council CRBA Baton Rouge [inactive] Board member
**Inspector** license no. 10129 Louisiana [inactive] BRCBHI Chapter President
Construction Specification Institute [inactive] Secretary & Treasurer
National Fire Protection Assn. [NFPA]
**Engineer in Training** [EIT] certified Louisiana
International Code Council [ICC] no. 819920
Capital Region Builders Assn.  [CRBA]
National Association of Home Builders [NAHB]
Certified Aging in Place Specialist – **CAPS**

## COURT and TRIAL ACCEPTANCE

**Parish of East Baton Rouge** 19th Judicial District Court: 1. Judge William Brown- Hazel McAndrew vs. Fruitland, Inc. 1994 (plaintiff) 2. Judge Joseph Keogh- Bell vs. Miley 1995 (defendant) 3.  Judge Robert Hester- Grissette vs. Exxon Inc. 1995 (plaintiff) 4.  Judge Hester - Alexander vs. Smith & State Farm 1996 (defendant) 5. Judge Richard Caldwell- Lutin vs. Haddad Const. 2004(plaintiff) 6. Judge Mathilde Abramson- Smith vs. Affordable Siding 2009(defendant) 7. Judge Michael Caldwell- Varnado vs. Brian/ Farm Bureau 2012/2015(plaintiff)
*Accepted by the Court as a Life Safety Code NFPA 101 expert, building & International Bldg. Code (IBC) and IRC expert, commercial contractor, residential builder, home inspector, architect, and graduate civil engineer; based on qualifications as licensed architect (Louisiana), licensed builder and inspector (Louisiana); work experience in Code enforcement/compliance, ANSI/ADA guidelines, OSHA regulations

**Parish of DeSoto** 11th JDC: Judge Charles Adams- Bridges Family vs. Ivey Lumber 2005 (plaintiff) Accepted by the Court- same qualifications as 19th JDC

**Parish of St. Mary** 16th JDC: Judge Charles Porter -Armstrong vs. Lapeyrouse, 2001 (plaintiff); Accepted as an architect, residential builder, and home inspector



## COURT and TRIAL ACCEPTANCE -2

**Parish of Lafourche** 17th JDC:  1. Judge Jerome Barbera - McKowen vs. Crochet Construction 2005 (plaintiff) 2. Judge Walter Lanier- Duet vs. H F Builders 2009 (defendant)
Accepted as an architect, residential builder, and home inspector

**Parish of West Baton Rouge** 18th JDC: 1. Judge Robin Free- W.H. Mills vs. Port Allen Truck stop/ Casino, LLC 2000 (plaintiff); Accepted as an expert -commercial design and construction

**Parish of Orleans** Civil District Court (CDC): 1. Div. "E", Judge Gerald Federoff- Riley vs. Wash & Dry Cleaners 1996 (plaintiff); 2. Div. "D" Judge Medley -Jefferson vs. Allstate Insurance 2000 (plaintiff); 3. Div. "K" Judge DiRosa - Thomas vs. Lafayette Insurance 2001 (plaintiff) 4. Div. "J" Judge N. Ramsey - Williams vs. HANO 2002 (plaintiff); 5. Div. "D" Judge Ellen Hazeur- Marshall vs. Jazz Casino (Harrah's) 2019 (plaintiff) *Accepted by the Court- same qualifications as 19th JDC

**Parish of Livingston** 21st JDC: 1.Judge Robert Morris- Reagan vs. Plantation Mgmt. 1992 (plaintiff)
2.  Div "C" Judge Robert Morrison- Blackwell vs Paul's Mobile Homes  2018 (plaintiff)
Accepted by the Court- same qualifications as 19th JDC

**Parishes of Ascension, Assumption & St. James** 23rd JDC: 1. Judge John Peytavin -Rockett vs. Webb, 1994 (defendant) 2. Judge Guy Holdridge- Watis vs. Waffle House 2013 (plaintiff)
Accepted as an architect, code expert, commercial &residential builder, and inspector

**Parish of Jefferson** 24th JDC: 1. Div. "B", Judge "Ricky" Wicker -Hmaid vs. Acadian Village Apts. 2001 (plaintiff) 2. Judge Ellen Kovach- Kilmarx vs. New Orleans Aviation Board 2013 (plaintiff)
Accepted by the Court- same qualifications as 19th JDC

**Parish of Terrebonne** 32nd JDC: 1. Judge Baron Bourg- Betty Love vs. Waterbed Sleep Shoppe et. al. 1993 (plaintiff) 2. Judge Baron Bourg- Trosclair vs. Blanchard/ State Farm et.al. 1992 (defendant) 3. Judge Paul Wimbish- Lisa Stewart vs. Chateau Creole Apartments et.al. 1994 (defendant) 4. Judge Edward Gaidry- LeBlanc vs. Cenac 1995 (defendant) 5.  Judge T. Pettigrew- Smiley vs. Fanguy 1995 (defendant) 6. Judge Charles Hanemann- Shultis vs. Cloutier Eye Center 1999 (defendant) 7. Judge Tim Ellender – Self vs. Chick Fil-A Restaurant 2009 (plaintiff)
Accepted by the Court -same qualifications as 19th JDC

**Parish of St. Bernard** 34th JDC:  Judge David Gorbaty- Johnson vs. Wal-Mart Stores   2000 (plaintiff) Judge Kim Cooper Jones- Melerine vs. Breton Sound Marina 2017 (plaintiff)
*Accepted by the Court- same qualifications as 19th JDC

**United States District Court** Middle District: Judge John Parker- Sartin vs. Pancho's Restaurant 1996 (defendant); Middle District Judge Brian Jackson- Schilling vs PetSmart  2019 (plaintiff)
*Accepted by the Court -same qualifications as 19th JDC

**CLIENT SERVICES**
We are qualified to provide the following services:
1. Site inspections- check accident location; make measurements and photographs
2. Building Code Compliance- research related to building standards,
3. ADA-AG  verify compliance with past & current handicap accessibility guidelines
4. Life Safety Code Guidelines - review applicable NFPA 101 Code requirements
5. Fire Damage- inspect fire damaged structures, review for code violations
6. Slip/Trip-and-Falls- research applicable Codes related to accident causes/ premise liability; slip meter COF testing; light meter FC testing; slope/ electronic level testing
7. Design Standards- evaluate for "errors and omissions", design deficiencies
8. Case Synopsis – summarize applicable Code violations and key issue(s) for an accident after site inspection and Code research
9. Construction -review building work, contract issues, OSHA issues, construction defects, replacement costs
10. Insurance - examine and recommend "pro-active"/ corrective design/build features, signage and compliance programs to reduce liability exposure for property owners
11. Consultation- evaluate merits for litigation based on preliminary data/ photos of accident
12. Forensic Architecture – determine the cause(s) and issues related to construction defects as well as construction contracts & project management disputes. This can include error and omissions, and concluding if work product meets professional Standard of Care.
13. CAPS Certified Aging in Place Specialist  -evaluate residential property for clients who are handicapped or  aging;  services include safety guidelines, remodeling and options for  care and access.

**ARCHITECTNIX**
A Professional Architectural Corporation
P. O. BOX 82881    BATON ROUGE, LA 70884-2881
TEL: 225.766.5200   FAX: 225.766.5562
www.architectnix.com

**EXPERT WITNESS CHRNOLOGY**

| Case | Attorney | Parish | Legal Svcs |
|---|---|---|---|
| **2019** | | | |
| Cousins vs. Fresh Market | Tim Farrelly | Orleans | Report |
| Donaldson vs. Sam's West | Jeansonne & Remondet | East Baton Rouge | Report |
| Seal vs. Copeland Restaurant | Bryan Harris / Arata | St. Tammany | Report |
| Marshall vs Harrah's Jazz Casino | Dom. Verrecchio | Orleans | Trial/ Depo |
| Kelly vs Clean Harbors | Ken Dupaty | US Middle District Court. | Affidavit |
| Schmolke vs. Winn Dixie | Nicodemus/ McCranie | US Eastern District Court | Report |
| Tucker vs. Hilton Hotels | Fontenot/ Pendley Baudin | Orleans | Report |
| Spino vs Wal-Mart Stores | Frank Ippolito | St. Bernard | Report |
| Troquille vs. Stirling Properties | Luneau Beck | Rapides | Affidavit /Depo |
| Del Luca vs Mandeville Bake Shop | Dudley Debosier | St. Tammany | Report |
| Chatman vs. Big Wheels Travel Ctr. | Willie Johnson | Terrebonne | Report/ Depo |
| **2018** | | | |
| LeBlanc vs.Park Limited Partner | Galloway Jefcoat | Lafayette | Report/Depo |
| Schilling vs PetSmart | Cliff Ivey / James Carver | East BR/ US DC | Trial/ Depo |
| Griffin vs. Belle of Baton Rouge | Dudley DeBosier | East Baton Rouge | Report/ Depo |
| McDowell vs Ray Brandt Toyota | Brent Cueria | Jefferson | Report/Depo |
| Smith vs. E. Jefferson Hospital | Braud & Gallagher | Jefferson | Report/Depo |
| Naquin vs. Calcasieu School Board | Randall Hart | Calcasieu | Report |
| Nores vs. Raising Cane's | Dom. Verrecchio | St. Tammany | Affidavit |
| Hehr vs. Pontchartrain Hotel | Dudley Debosier | Orleans | Report |
| Torres vs. Mall of Louisiana | Willie Johnson | East Baton Rouge | Report/Depo |
| Holden vs. Bourbon Orleans Hotel | Brent Cueria | Orleans | Report/Depo |
| **2017** | | | |
| Melerine vs. Breton Sound Marina | Robin/Gernhauser | St. Bernard | Trial/Depo |
| Brooks vs. Starbucks, Northshore | Alan Black | St. Tammany | Report |
| Pruitt vs. Blue Beacon Truck Wash | Watson/ Dudley Debosier | Tangipahoa | Report |
| Reddell vs. Govin Hospitality/MBD Const | Vince Bowers | Vernon | Report/Depo |
| Cedotal Mortgage vs. Affordable Home | Brad Doyle | Terrebonne | Report/Depo |
| Blackwell vs. Denham Springs Housing | Dan Davis | Livingston | Report/Depo |
| Leboeuf vs. Northside Plaza/ Gulf South | Alan Bouterie | St. Tammany | Affidavit |
| Lee vs. Wyndham Vacation | John Robin | Orleans | Report |
| Scott vs. Wal-Mart Stores | Charles Norris | Adams County, MS | Report |
| Crochet vs. Valero-Des Allemands | Robert Bruno | St. Charles | Report |
| **2016** | | | |
| Arnold vs. NO Hamburger/Kent Const | Marc Frischert | Jefferson | Report/Depo |
| Pitcher vs. Hollywood Casino | Willie Johnson | East Baton Rouge | Depo/ Pre-Trial |
| Whitfield vs. Rosenwald Apts | Gail McKay | East Baton Rouge | Report/Depo |
| Knight vs. Darryl Smith Mgmt. | Matt Devereaux | Tangipahoa | Report/Depo |
| Gaines vs. Bayou Bowl/Maninita | Jeff Watson | Ouachita | Report/Depo |
| Brauner vs. RiverWalk/ Port of NO | Brent Cueria | Orleans | Report/Depo |
| **2015** | | | |
| Barre' vs. Zuppardo's Super Market | Frank Milanese | Jefferson | Report/ Depo |
| Motte vs. AT&T Services | Damon Beard | Calcasieu | Report/ Depo |
| Lavignette vs. Willie & Willie | Scott McCormick | East Baton Rouge | Report/ Depo |
| Varnado vs. Tracy Brian | Gary Koederitz | East Baton Rouge | Re-Trial |
| Levergne vs. BJ's Restaurant | Glen Marcantel | East Baton Rouge | Report/Depo |

ARCHITECTNIX
A Professional Architectural Corporation
P. O. BOX 82881  BATON ROUGE, LA 70884-2881
TEL: 225.766.5200  FAX: 225.766.5562
www.architectnix.com

| Case cont'd | Attorney | Parish | Legal Svcs |
|---|---|---|---|
| **2015** | | | |
| Wilson vs. Homewood Suites | Patrick Broyles | Orleans | Report/Depo |
| Hebert vs. Blue Bayou/Dixie Landin' | John Perry | East Baton Rouge | ADA Report |
| Staub Enterprises vs. Robert Miller | Sean Collins | East Baton Rouge | Pre-Trial |
| **2014** | | | |
| Reese vs. Golden Corral Restaurant | Michael Cave | East Baton Rouge | Trial/ Depo |
| Lacaze vs. Las Palmas Restaurant | P. Benoist/C. Norris | East Baton Rouge | Report/ Depo |
| Ascani vs. Creative Improvements | Christopher McCall | Jefferson | Report/Depo |
| Schlesinger vs. Peppers Pizzeria | Christopher Riviere | Lafourche | ADA Report |
| Schlesinger vs. Furniture Mart | Brendan Greene | Terrebonne | ADA Report |
| Golden Hammer vs. Silbernagel | John Etter | Orleans | Report /Depo |
| Carol Evans vs. Winn Dixie | Willie Johnson | Jefferson | Report/Depo |
| Lacour vs. Hard Rock Const. | Frank Ippolito | St. Bernard | Affidavit/Depo |
| Sanchez vs. Tangipahoa School | George Blue | Tangipahoa | Trial/Depo |
| Manning vs. Clarion Inn & Suites | Damon Kervin | Ouachita | ADA Report |
| Garcia vs. Laneco Const. | Carter Wright | Orleans | Report/Depo |
| **2013** | | | |
| Pitcher vs. Capital One Bank | Willie Johnson | East Baton Rouge | Report/Depo |
| Harper vs. Sand Dollar Inn | Lonnie Stanga | Jefferson | Report/ Depo |
| Buras vs. Fleming Court | Frank Ippolito | St. Bernard | Report/ Depo |
| Pierre vs. Star Housing | Joseph Bruno, Jr. | Tangipahoa | Report/ Depo |
| Kilmarx vs. N.O. Aviation Board | Ken Tanana | Jefferson | Trial/ Depo |
| Williams vs. Sarepta Homes | Willie Johnson | Ascension | Mediation |
| Watis vs. Waffle House | Gary Gaudet | Ascension | Trial/ Depo |
| Cedotal vs. LASC Planetarium | Jeff Heggelund | East Baton Rouge | Deposition |
| Helmers vs. St. Tammany | Michael Lilles | St. Tammany | Deposition |
| Rexina Smith vs. Winn Dixie | Willie Johnson | East Baton Rouge | Report/Depo |
| Ivison vs. 1896 O'Malley House | Stephen Bruno | Orleans | Report/Depo |
| Watis vs. Waffle House | Gary Gaudin | Ascension | Trial/ Depo |
| **2012** | | | |
| Varnado vs. Brian/Farm Bureau | Gary Koederitz | East Baton Rouge | Trial |
| Schooler vs. Apex Const/ Sears | Jody Amedee | Ascension | Deposition |
| Benson vs. U.of La - Monroe [ULM] | Brian Crawford | Ouachita | Report/Depo |
| Furlow vs. US Veterans Affairs | Robert Beck Jr. | Western Dist. - Alex. | Deposition |
| Vickers vs. BR River Center | Elliot Atkinson | East Baton Rouge | Report |
| **2011** | | | |
| Karen Choumar vs. Subway | Richard Ieyoub | East Baton Rouge | Deposition |
| Bessard vs. Wal-Mart Stores | Michael Cave | Vermillion | Deposition |
| May vs. LaQuinta Inn | Stephen Bruno | Jefferson | Report/Depo |
| Boudreaux vs. Speq/ High Tech | Christopher Riviere | Terrebonne | Affidavit |
| McCluskey vs. Belle Oak Apts. | Eric Labourdette | Orleans | Deposition |
| Edwards vs. BR Parish/Jennings | Craig Watson | East Baton Rouge | Deposition |
| **2010** | | | |
| Huesmann vs. Magnolia Forest Rec. | Frank Ippolito | St. Bernard | Deposition |
| Blanchard vs. Logan Roadhouse | Jeff Nicholson | East Baton Rouge | Report/Depo |
| Watis vs. Waffle House | Gary Gaudin | Ascension | Report |

| **Case** cont'd | **Attorney** | **Parish** | **Legal Svcs** |
|---|---|---|---|
| **2010** | | | |
| May vs. Country Manor | Craig Watson | Livingston | Report |
| Ross vs. Lowe's Home Center | Brian Crawford | Ouachita | Report/Depo |
| **2009** | | | |
| Duet vs. H F Builders | Christopher Riviere | Lafourche | Trial/ Depo |
| Self vs. Chick Fil-A Restaurant | Carolyn McNabb | Terrebonne | Trial/ Depo |
| Grace Believers vs. Design Build | Mark Lazarre | East Baton Rouge | E.W Mediation |
| Laborde vs. Ray Leach Const | Frank Ippolito | St. John the Baptist | Deposition |
| Thompson vs. Ring/ Highland Club | Craig Watson | East Baton Rouge | Deposition |
| Smith vs. Affordable Siding | Mark Lazarre | East Baton Rouge | Trial/Report |
| Kreiger vs. Riverside Court Condo | Frank Ippolito | Jefferson | Deposition |
| **2008** | | | |
| Carver vs. Wal-Mart Stores | Jeff Nicholson | East Baton Rouge | Deposition |
| Keim vs. Hotel L'eau Vive | Frank Ippolito | Orleans | Deposition |
| Newitt vs. Harrah's Casino | Paul Mayeaux | Orleans CDC | Deposition |
| **2007** | | | |
| Savoie vs. Olympian Const. | Brain Marceaux | Lafourche | Deposition |
| Robichaux vs. Hamilton Const. | Thomas Watkins | Terrebonne | Deposition |
| Fleming vs. Ascension Parish | Eddie Lambert | Ascension | Deposition |
| Ashy Const. vs. Bolduc | Craig Watson | East Baton Rouge | Depo/ Pre-Trial |
| Boudreaux vs. Magruder | Paul Matzen | Iberville | Deposition |
| Prosper vs. Grand Theater | Lonnie Stanga | New Orleans | Deposition |
| **2006** | | | |
| Ashy vs. Landmark Pentecostal | Todd Comeaux | Lafayette | Report/Depo |
| Hickerson vs. HANO | Christopher Bruno | Orleans | Report/Depo |
| Bankston vs. 6600 Plaza Suites | Frank Ippolito | Orleans | Report/Depo |
| **2005** | | | |
| Bridges vs. Ivey Lumber | Norman Gordon | DeSoto | Report/Trial |
| Miele vs. Rose Garden. | Frank Ippolito | Jefferson | Report/Depo |
| Salez vs. Taco Bell Restaurant. | Frank Ippolito | Terrebonne | Report/Depo |
| Pellegrin vs. Wilson | Ken Tanana | Orleans | Report/Depo |
| McKowen vs. Crochet Const. | Christopher Riviere | Lafourche | Trial |

## ADDENDUM QUALIFICATIONS OF ASSOCIATED FIRMS

**Century Building Services** [CBS] (1997 – present) and its predecessor Century Construction (1991-97) performed multiple commercial and residential services for their clients: project management, property repairs and maintenance, remodel, additions and new construction. For over a decade **Century** performed remodeling work and new construction for the East Baton Rouge Housing Authority [EBRHA]. This supervision and management work was on multi-family projects that Century was the general contractor. Cedar Pointe (108 homes) and Banyan Trace (38 homes) are just 2 of the larger projects done in collaboration with the Housing Authority Developers. Pro-active Jobsite Safety and compliance with OSHA standards was required of our employees and subcontractors. CBS has a perfect safety record with no losses or injuries on site with projects for the Housing Authority as well on the commercial work sites and within industrial plants.

Besides the public work, **Century** [CBS] has performed maintenance and property repairs on numerous commercial and private residential projects in the Baton Rouge region including Iberville, West Baton Rouge, Livingston and Ascension Parishes. CBS was the no. 1 home builder by volume permits in East Baton Rouge for the year 2008. Through my training with NAHB, we are now qualified to perform **CAPS-** Certified Aging in Place Specialist.

**ArchitectniX** and its predecessor Efferson Wood + Associates (1991-97) performed architectural design and planning services for **Feliciana** and **East Baton Rouge [EBRHA] Housing Authority.** .In addition, Architectnix provided turnkey site inspection for numerous subdivisions being built for the Housing Authorities. The inspections and project duties covered site evaluation, work progress, plan compliance, project monitoring and observation of site safety and procedures.

Of worthy note, **Century** and **ArchitectniX/** EW+ A have designed and built Louisiana's first winery, [Feliciana Cellars], numerous minority churches in a 3 parish area, Louisiana's largest Mosque [Al Tawbah in Gretna] and the largest private non-religious school in East Baton Rouge Parish {Baton Rouge International School].

ARCHITECTNIX
A Professional Architectural Corporation
P. O. BOX 82881   BATON ROUGE, LA 70884-2881
TEL: 225.766.5200   FAX: 225.766.5562
www.architectnix.com