UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JONATHAN RAMOS | * | CIVIL ACTION NO. 2:19-CV-11202 |
| | * | |
| Plaintiff . | * | SECTION: "F" (4) |
| | * | |
| VERSUS | * | DISTRICT JUDGE: |
| | * | ELDON E. FALLON |
| IRON MOUNTAIN SECURE SHREDDING | * | |
| INC., ET AL. | * | MAGISTRATE JUDGE: |
| | * | KAREN WELLS ROBY |
| Defendants . | * | |
| * * * * * * * * * * * * * * * * * * * * * * | * | |

## MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, comes Defendant, Iron Mountain Information Management L.L.C., who files this Motion for Summary Judgment to dismiss all claims against it by Plaintiff, Jonathan Ramos, and Plaintiffs-in-Intervention, Rackmasters, Inc. and Markel Insurance Company. There were no premises defects at the Iron Mountain facility. Ramos was injured after he and his employer, Rackmasters, Inc., disassembled an industrial shelving system without first performing an engineering survey to assess the possibility of unplanned collapsed. Louisiana law does not recognize a duty of Iron Mountain to explain the risks intrinsic to the job that Ramos and Rackmasters, Inc. were contracted to perform. Iron Mountain did not develop the method of disassembling the shelving system and it had no operational control over the methods or details of Rackmasters's work.

This Motion for Summary Judgment is supported by the attached Memorandum in Support and the following evidence and exhibits attached to this Motion:

A. Plaintiff's Petition for Damages (June 13, 2019) (Doc. 1);

B. Glen A. Thomas's Deposition (May 9, 2022);

C. Mitchell A. Wood's Deposition (June 25, 2021);

D. Jonathan Ramos's Deposition (October 20, 2020);

E. OSHA Citation and Notification of Penalty;

F. Rackmasters and Markel Insurance Company's Petition of Intervention (March 17, 2020) (Doc, 25);

G. Plaintiff's Response to Iron Mountain's Interrogatories (December 26, 2019);

H. Hammerhead, LLC Installer/Vendor Contract Agreement with Rackmasters, Inc.;

I. Master Sale of Goods Agreement between Hammerhead, L.L.C. and Iron Mountain;

J. Hammerhead Correspondence to Iron Mountain dated May 21, 2018.

Iron Mountain Information Management L.L.C.'s Motion for Summary Judgment should be GRANTED, and the claims against it by Plaintiff, Jonathan Ramos, and Plaintiffs-in-Intervention, Rackmasters, Inc. and Markel Insurance Company, should be dismissed, with prejudice, at plaintiff's cost.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER, WEINSTOCK & BOGART**

*/s/ Ryan M. Malone*
_____
**ANDREW D. WEINSTOCK (#18495)**
**CHRISTIAN B. BOGART (#22954)**
**JOSEPH G. GLASS (#25397)**
**RYAN M. MALONE (#30607)**
**LAURA L. POUSSON (#38871)**
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
andreww@duplass.com
cbogart@duplass.com
jglass@duplass.com
rmalone@duplass.com
lpousson@duplass.com
Telephone: (504) 832-3700
Facsimile: (504) 837-3119

**Counsel for Defendant, Iron Mountain
Information Management LLC**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 7th day of July, 2022, a copy of the foregoing pleading was filed electronically with the Clerk of Court. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

*/s/ Ryan M. Malone*

_____
**RYAN M. MALONE**

02602674-1