UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JONATHAN RAMOS | * | CIVIL ACTION NO. 2:19-CV-11202 |
| | * | |
| Plaintiff . | * | SECTION: "F" (4) |
| | * | |
| VERSUS | * | DISTRICT JUDGE: |
| | * | ELDON E. FALLON |
| IRON MOUNTAIN SECURE SHREDDING | * | |
| INC., ET AL. | * | MAGISTRATE JUDGE: |
| | * | KAREN WELLS ROBY |
| Defendants . | * | |
| * * * * * * * * * * * * * * * * * * * * * * | * | |

## STATEMENT OF UNCONTESTED MATERIAL FACTS

Defendant, Iron Mountain Information Management, L.L.C., submits that the following material facts are established by the pleadings or by the exhibits and evidence submitted herewith and are either uncontested or are not genuinely disputed, to wit:

1. This claim relates to Plaintiff Jonathan Ramos's accident that occurred on June 15, 2018 at a facility operated by Iron Mountain and located at 6200 Humphreys Street, Harahan, LA 70123.[1]

2. Jonathan Ramos alleges that on June 15, 2018 he was injured while working to disassemble the rack system from a scissor lift when the rack system shelves collapsed and caused Ramos to fall.[2]

3. Iron Mountain contracted with Hammerhead, L.L.C. for disassembly of the rack system at 6200 Humphreys Street, Harahan, LA 70123 and Hammerhead subcontracted with Rackmasters, Inc.[3]

---

[1] See, Ex. "A," Pl.'s Petition for Damages (June 13, 2019) at ¶6.
[2] *Id.* at ¶9.
[3] See, Ex. "C," Depo. of Mitchell A. Wood (June 25, 2021) at p.78; see also, Ex. "H," Hammerhead, LLC Installer/Vendor Agreement with Rackmasters, Inc., see also, Ex. "I," Master Sale of Goods Agreement between

4. Jonathan Ramos was an employee of Rackmasters, Inc. who was hired to dismantle the subject rack system.[4]

5. Rackmasters, Inc. is an expert in rack system disassembly.[5]

6. OSHA cited Rackmasters for "serious" violations, as the company failed to perform an engineering survey to assess the possibility of unplanned collapses prior to permitting its employees to begin the demolition process.[6]

7. Jonathan Ramos filed a worker's compensation claim against Rackmasters and its compensation insurer, Markel Insurance Company.[7]

8. Jonathan Ramos also sued Iron Mountain in the current lawsuit under concepts of premises liability, negligence, and res ipsa loquitor.[8]

9. Rackmasters and its insurer, Markel Insurance Company, intervened claiming entitlement to reimbursement from Iron Mountain for all compensation and expenses they paid on behalf of Jonathan Ramos.[9]

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER, WEINSTOCK & BOGART**

*/s/ Ryan M. Malone*
_____
**ANDREW D. WEINSTOCK (#18495)**
**CHRISTIAN B. BOGART (#22954)**
**JOSEPH G. GLASS (#25397)**
**RYAN M. MALONE (#30607)**
**LAURA L. POUSSON (#38871)**

---

Hammerhead, L.L.C. and Iron Mountain., see also, Ex. "J," Contractor Site Safety Requirements (Addendum to MSGA between Hammerhead, L.L.C.
[4] *Id.* at ¶5-6.
[5] See, Ex. "C," Depo. of Mitchell A. Wood (June 25, 2021) at p. 30.
[6] See, Ex. "E," OSHA Citation and Notification of Penalty, attached hereto as Exhibit "E."
[7] See, Ex. "G," Plaintiff's Response to Iron Mountain's Interrogatories at No. 22.
[8] See, Ex. "A," Pl.'s Petition for Damages (June 13, 2019) at ¶11.
[9] See, Ex. "F," Rackmasters and Markel Insurance's Petition in Intervention (March 17, 2020).

>3838 N. Causeway Blvd., Suite 2900
>Metairie, Louisiana 70002
>andreww@duplass.com
>cbogart@duplass.com
>jglass@duplass.com
>rmalone@duplass.com
>lpousson@duplass.com
>Telephone: (504) 832-3700
>Facsimile: (504) 837-3119
>**Counsel for Defendant, Iron Mountain Information Management LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of July, 2022, a copy of the foregoing pleading was filed electronically with the Clerk of Court. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

>*/s/ Ryan M. Malone*
>_____
>**RYAN M. MALONE**