UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JONATHAN RAMOS | * | CIVIL ACTION NO. 2:19-CV-11202 |
| | * | |
| Plaintiff . | * | SECTION: "F" (4) |
| | * | |
| VERSUS | * | DISTRICT JUDGE: |
| | * | ELDON E. FALLON |
| IRON MOUNTAIN SECURE SHREDDING | * | |
| INC., ET AL. | * | MAGISTRATE JUDGE: |
| | * | KAREN WELLS ROBY |
| Defendants . | * | |
| * * * * * * * * * * * * * * * * * * * * * * | * | |

### NOTICE OF SUBMISSION

Defendant, Iron Mountain Information Management, LLC, gives notice that its Motion for Summary Judgment, filed on July 7, 2022, is set for submission on August 3, 2022 at 9:00 AM before the Honorable Eldon E. Fallon.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER, WEINSTOCK & BOGART**

*/s/ Ryan M. Malone*
_____
**ANDREW D. WEINSTOCK (#18495)**
**CHRISTIAN B. BOGART (#22954)**
**JOSEPH G. GLASS (#25397)**
**RYAN M. MALONE (#30607)**
**LAURA L. POUSSON (#38871)**
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
andreww@duplass.com
cbogart@duplass.com
jglass@duplass.com
rmalone@duplass.com
lpousson@duplass.com
Telephone: (504) 832-3700

Facsimile: (504) 837-3119
**Counsel for Defendant, Iron Mountain Information Management LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of July, 2022, a copy of the foregoing pleading was filed electronically with the Clerk of Court. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

*/s/ Ryan M. Malone*

_____
**RYAN M. MALONE**