UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JONATHAN RAMOS | * | CIVIL ACTION NO. 2:19-CV-11202 |
| | * | |
| Plaintiff . | * | SECTION: "F" (4) |
| | * | |
| VERSUS | * | DISTRICT JUDGE: |
| | * | ELDON E. FALLON |
| IRON MOUNTAIN SECURE SHREDDING INC., ET AL. | * | |
| | * | MAGISTRATE JUDGE: |
| | * | KAREN WELLS ROBY |
| Defendants . | * | |
| * * * * * * * * * * * * * * * * * * * * * * | * | |

### REQUEST FOR ORAL ARGUMENT

Defendant, Iron Mountain Information Management, LLC, through undersigned counsel, hereby requests oral argument on its Motion for Summary Judgment, filed on July 7, 2022. Defendant respectfully suggests that oral argument will be of assistance to the Court in considering the issues presented by Defendant's Motion for Summary Judgment. The Motion for Summary Judgment has been set for submission on August 3, 2022.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER, WEINSTOCK & BOGART**

*/s/ Ryan M. Malone*
_____
**ANDREW D. WEINSTOCK (#18495)**
**CHRISTIAN B. BOGART (#22954)**
**JOSEPH G. GLASS (#25397)**
**RYAN M. MALONE (#30607)**
**LAURA L. POUSSON (#38871)**
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002

02602674-1

31

andreww@duplass.com  
cbogart@duplass.com  
jglass@duplass.com  
rmalone@duplass.com  
lpousson@duplass.com  
Telephone: (504) 832-3700  
Facsimile: (504) 837-3119  
**Counsel for Defendant, Iron Mountain Information Management LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of June 2022, a copy of the foregoing pleading was filed electronically with the Clerk of Court. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

*/s/ Ryan M. Malone*

_____
**RYAN M. MALONE**