**Jonathan Ramos**                                          **10/20/2020**

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

JONATHAN RAMOS,

      Plaintiff,

                         NO:  19-11202

VS.

                         SECTION:  F(4)

IRON MOUNTAIN SECURE
SHREDDING, INC., ET AL,

      Defendants.

REMOTE VIDEO DEPOSITION OF

JONATHAN RAMOS

October 20, 2020                                11:16 a.m.

REPORTED BY:  Meredith Hoffpauir, RPR, CCR

**LAFAYETTE CERTIFIED SHORTHAND REPORTER**
**(337) 988-6477**

EXHIBIT

D

2

```
 1  APPEARANCES:
 2  FOR JONATHAN RAMOS:
 3                  BRUNO & BRUNO, LLP
                    855 Baronne Street
 4                  New Orleans, LA 70115
                    BY:  Daniel A. Meyer
 5                  504-525-1355
                    Dmeyer@brunobrunolaw.com
 6                  (Appearing via videoconference)
 7
                    LAW OFFICE OF MICHAEL E. GATTO
 8                  2540 Camino Diablo
                    Suite 200
 9                  Walnut Creek, California 94597
                    BY: Michael E. Gatto
10                  925-587-9949
                    Mgatto@gattopc.com
11                  (Appearing via videoconference)
12
13
    FOR IRON MOUNTAIN SECURE SHREDDING, INC., ET AL:
14
                    LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
15                  100 East Vermilion Street
                    Suite 300
16                  Lafayette, LA 70501
                    BY:  Michael L. Barras
17                  337-326-5777
                    Michael.barras@lewisbrisbois.com
18                  (Appearing via videoconference)
19
20
21
22  VIDEOGRAPHER: Don Grover with Advanced Legal Video
23  REPORTED BY:  Meredith Hoffpauir, RPR, CCR
24  ON BEHALF OF: Ben Hyatt Certified Deposition Reporters
25                  888.272.0022
```

Jonathan Ramos                                      10/20/2020

```
 1                    STIPULATIONS
 2      It is hereby stipulated by and between counsel for
 3  the parties that the remote video deposition of Jonathan
 4  Ramos was taken before Meredith Hoffpauir, RPR, CCR,
 5  Certified Court Reporter in and for the state of
 6  Louisiana, pursuant to notice and in accordance with the
 7  Federal Rules of Civil Procedure as provided by law on
 8  October 20, 2020.
 9      The parties hereby waive all formalities in
10  connection with the taking of the deposition with the
11  exception of the swearing of the witness and the
12  reduction of the questions and answers to typewriting;
13  the right of the witness to read and sign a completed
14  transcript of the testimony was not addressed.
15      Counsel for all parties reserve all objections
16  except as to the form of the question and responsiveness
17  of the answer at the time of taking of said deposition,
18  and they also reserve the right to make objections at
19  the time that taking of said deposition or any part
20  thereof may be offered into evidence, with the same
21  rights as if the testimony had been given in open court.
22      Meredith Hoffpauir, RPR, CCR, officiated in
23  administering the oath to the witness.
24
25
```

Jonathan Ramos                                    10/20/2020

```
 1                          INDEX
 2   EXAMINATION BY:                        PAGE NO.
 3   Mr. Barras                             6
 4   Mr. Meyer                              68
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

5

```
 1    PROCEEDINGS:

 2                THE VIDEOGRAPHER:  This is the deposition

 3            of Jonathan Ramos.  The witness is located

 4            currently in Stockton, California.  It's

 5            Tuesday October 20th, 2020.  The time is

 6            11:16.

 7                My name is Don Grover.  I'm the

 8            videographer.  The court reporter is Meredith

 9            Hoffpauir.  We're both for Ben Hyatt

10            Reporters.

11                At this time will counsel please

12            introduce themselves.

13                MR. BARRAS:  Michael Barras.  My

14            apologies.  Go ahead, Daniel.

15                MR. MEYER:  Daniel Meyer, counsel for

16            Mr. Ramos.

17                MR. BARRAS:  Michael Barras, counsel for

18            the Iron Mountain, defendants.  Iron Mountain

19            Information Management, LLC.

20                MR. GATTO:  Michael Gatto, also for

21            plaintiff Jonathan Ramos.

22                THE VIDEOGRAPHER:  And will the court

23            reporter please swear in the witness.

24                THE COURT REPORTER:  I have a quick Zoom

25            read on.
```

Jonathan Ramos                                    10/20/2020

6

1              The attorneys participating in this
2         deposition acknowledge that I am not
3         physically present in the deposition room and
4         that I will be reporting this deposition
5         remotely.
6              They further acknowledge that, in lieu of
7         an oath administered in person, the witness
8         will verbally declare his or her testimony in
9         this matter under the penalty of perjury.
10             The parties and their counsel consent to
11        this arrangement and manner of reporting.
12        Now, if counsel present could please indicate
13        your agreement to this manner of reporting by
14        stating so on the record.
15             MR. MEYER:  Agreed.
16             MR. GATTO:  Agreed.
17             MR. BARRAS:  Agreed.
18                   JONATHAN RAMOS,
19   the witness hereinbefore named, after being first
20   duly cautioned and sworn to tell the truth, the whole
21   truth, and nothing but the truth, testified on oath
22   as follows:
23 EXAMINATION BY MR. BARRAS:
24 Q.   Mr. Ramos, is it Ramos or Ramos?
25 A.   Ramos.

7

```
 1   Q.   Mr. Ramos, my name is Michael Barras.  I represent
 2        Iron Mountain.  It's the facility that you --
 3        owners of the facility you were present at where an
 4        accident occurred which resulted in a lawsuit.  You
 5        sued Iron Mountain requesting damages.  We're here
 6        for a deposition in your lawsuit.
 7             So do you know -- first of all, have you ever
 8        given a deposition before?
 9   A.   I have not.
10   Q.   It's okay.  Most people haven't.  But there are a
11        few ground rules that we would ask that you observe
12        as well as I'm going to do my best to observe them
13        too.
14             Basically what's happening here is that
15        Ms. Hoffpauir is recording everything that's said
16        into a written format.  And it's going to be
17        produced into a booklet or book form, Q, A, Q, A.
18        So because of those -- because of those
19        constraints, we're going to make sure to try not to
20        talk over each other.
21             I know sometimes if you want to get an answer
22        out, it's like the words are coming out.  So if we
23        can, try not to talk over each other.  If you allow
24        me to finish my question, I will do my very best to
25        allow you to finish your answers before I start
```

Jonathan Ramos                                    10/20/2020

8

1        another question.  Is that okay?

2    A.   Yes.

3    Q.   Also, if the answer calls for a yes or no, I'm

4        going to ask that you verbalize your answers.  By

5        that I mean, say yes or no.  A lot of times in

6        conversation we kind of just nod our head or go

7        uh-huh or unh-unh.  The thing about uh-huh or

8        unh-unh is that in a written form it looks very

9        similar.  So it can cause confusion.  So we want to

10       make a clear record, make sure that written format

11       in which the deposition comes out is as clear as

12       possible.  Okay?

13   A.   Okay.

14   Q.   This is not something to where anybody is trying to

15       trick you.  It's basically a process where we get

16       the -- the defendant gets to find out what you

17       know.

18           So if for any reason you don't understand --

19       if you don't completely understand what I'm asking

20       you or questioning, stop me and say, "I don't

21       understand that.  Can you explain further?"

22       Sometimes I'm not the best questioner, you know,

23       and I can ask a confusing question.  So I don't

24       want you to be confused by my questions.  So are

25       you comfortable with stopping me and asking for

Jonathan Ramos                                      10/20/2020

```
 1        clarification when you need it?
 2   A.   Yes.
 3   Q.   Okay.  Good.  During the deposition we may get to a
 4        point where one or more of your attorneys says
 5        something like, "objection."  Okay.  You still have
 6        to -- allow the attorney to finish saying what he's
 7        saying, but you're still going to have to answer my
 8        question unless your attorney instructs you to not
 9        answer the question.  Do you understand that?
10   A.   Yes.
11   Q.   Okay.  And then, lastly, if you need a break, let
12        me know.  I typically like to take a break every
13        hour or so.  I'm not sure how long this deposition
14        is going to go, but I think every hour is pretty
15        comfortable for everyone involved.  But if you need
16        a break more frequently than that, just please let
17        me know.  We'll get it done.  I just ask that you
18        finish answering the question that I have on the
19        table at the time before we break.
20   A.   Okay.
21   Q.   Okay.  So, as the court reporter said, you
22        understand that you're under oath just as if you
23        were in a courtroom right now testifying?
24   A.   Correct.
25   Q.   Have you taken any medication today?
```

```
 1  A.    No.
 2  Q.    Are there any other reasons that I don't know about
 3        that would cause you to not be able to testify
 4        accurately today?
 5  A.    No.
 6  Q.    How are you feeling today?
 7  A.    I'm not in the most comfortable setting right now,
 8        but so far so good.
 9  Q.    Comfortable as in -- see, that was an example of
10        one of my bad questions.  How are you physically
11        feeling today?
12  A.    Not the best.
13  Q.    Okay.  So that's what you were talking about?
14  A.    Yeah.
15  Q.    So you probably talked to your attorney to prepare
16        for this deposition.  I don't want to know what you
17        guys talked about.  I'm going to ask you what you
18        did to prepare for this deposition.
19            If talking to your attorneys is one of those
20        things, you just say that and do not elaborate any
21        further.  So what did you do to prepare for this
22        deposition?
23  A.    Nothing really.  I mean, I was kind of just told
24        that it was going to happen.
25  Q.    Okay.
```

```
 1   A.   Yeah.
 2   Q.   Okay.  Did you talk to anyone besides your
 3        attorneys about the deposition?
 4   A.   No.  I told my girlfriend that it was going to
 5        happen, but that's pretty much it.
 6   Q.   Okay.  What's your girlfriend's name?
 7   A.   Blanca.
 8   Q.   Okay.  Blanca?
 9   A.   Martinez.
10   Q.   Did you review any documents to prepare for this
11        deposition?
12   A.   No.
13   Q.   Did you review any photographs?
14   A.   No.
15   Q.   Any videos?
16   A.   No.
17   Q.   Okay.  And I'm going to ask you some background
18        questions right now before we get into the meat of
19        the deposition, if you will.  What is your current
20        full name?
21   A.   Jonathan Josue Ramos Olivares.
22   Q.   I know how to spell Jonathan and Ramos I just want
23        to make sure that I have the correct spelling of
24        your second and fourth name.
25   A.   Okay.
```

Jonathan Ramos                                    10/20/2020

```
 1   Q.   Yeah.  What's the correct spelling of the second
 2        name?
 3   A.   The second name is J-o-s-u-e.
 4   Q.   Okay.  And the last one, I believe I know what it
 5        is, but I'd rather be safe than sorry.
 6   A.   O-l-i-v-a-r-e-s.
 7   Q.   Yeah.  See I would have gotten it wrong.  I would
 8        have put an E in there.
 9   A.   Oh, there is.  It's v-e-s.  O-l-i-v-a-r-e-s.
10   Q.   Okay.  Okay.  Do you live alone?
11   A.   I live with my brother.
12   Q.   Okay.  And what's your brother's name?
13   A.   Louis Ramos.
14   Q.   And that's in Stockton?
15   A.   Yes.
16   Q.   How long have you lived with your brother?
17   A.   Probably a year and a half, two years.
18   Q.   Before you lived with your brother where did you
19        live?
20   A.   With my parents.
21   Q.   Okay.  And that would transition -- that would
22        transition to the next question.  How -- when's
23        your birthday?  How old are you?
24   A.   August 28, 1997.  I am 23 years old.
25   Q.   Sheesh.  You were born the year I graduated high
```

**Jonathan Ramos**                                    **10/20/2020**

13

```
 1        school.  It's making me feel old.  All right.  I
 2        will ask that you give your social security number,
 3        but I will also ask that the court reporter redact
 4        it from the written record.  I'm going to just use
 5        my pen to write it down to make sure that we have
 6        the right number.
 7   A.   Okay.  XXX-XX-8988.
 8   Q.   XXX-XX-8988?
 9   A.   Yes.
10   Q.   Thank you.  Do you have a driver's license?
11   A.   I do.
12   Q.   Okay.  What state issued the driver's license?
13   A.   California.
14   Q.   Okay.  Is it a commercial license?
15   A.   No.
16   Q.   Okay.  Just a regular private license?
17   A.   Yeah.  Class C.
18   Q.   Okay.  Has your license ever been suspended or
19        revoked?
20   A.   No.
21   Q.   Who is your current cell phone provider?
22   A.   Sprint.
23   Q.   What's your current cell phone number?
24   A.   209-993-9777.
25   Q.   How long have you had that number?
```

```
 1  A.    Four years.  Four or five years.

 2  Q.    So you had this number at the time the incident in

 3        New Orleans occurred?

 4  A.    Yes.

 5  Q.    Okay.  Do you have a landline that you take calls

 6        on?

 7  A.    No.

 8  Q.    Do you get Medicare or Medicaid benefits?

 9  A.    Yes.  I have Medi-Cal.

10  Q.    Medi-Cal.

11  A.    Yeah.

12  Q.    Okay.  Is that for health insurance?

13  A.    Yes.

14  Q.    When did you first get Medi-Cal.

15  A.    Last year.

16  Q.    Do you have a Medi-Cal ID number, or do you know it

17        off the top of your head, or do you have it handy?

18  A.    I don't know it.  I can go get it though.

19  Q.    No.  Don't worry about it right now.  I can get

20        that from your lawyer.  That's not a problem.  I

21        just thought you might have it right in front of

22        you.  Okay.  Was this -- was this the first time

23        that you applied for Medi-Cal was last year?

24  A.    No.  I had it as a child as well.

25  Q.    Is that for health reasons or family income
```

Jonathan Ramos                                    10/20/2020

```
 1        reasons?
 2   A.   It was family income, but it was for health
 3        insurance.
 4   Q.   Sure.  But you didn't have -- bad question again.
 5        Did you have any health conditions as a child that
 6        made you --
 7   A.   Oh, no.
 8   Q.   -- get the Medi-Cal?
 9   A.   No.
10   Q.   Have you ever applied for social security
11        disability?
12   A.   No.
13   Q.   And in this lawsuit you've sued Iron Mountain.  But
14        have you ever been involved as a party, either a
15        plaintiff or a defendant, in any other lawsuits?
16   A.   No, I have not.
17   Q.   Okay.  Since your 18th birthday, have you ever been
18        convicted of any crimes?
19   A.   No.
20   Q.   Since your 18th birthday, besides the claim that
21        was filed in this case, have you ever filed a claim
22        for workers' compensation benefits?
23   A.   No.
24   Q.   And before you had Medi-Cal did you have any other
25        health insurance?
```

Jonathan Ramos                                    10/20/2020

```
 1  A.    No.
 2  Q.    I guess before you had Medi-Cal of last year, did
 3        you have any health insurance since you had turned
 4        18?
 5  A.    No.  Since Medi-Cal -- since before Medi-Cal, there
 6        was only one.  Right now I have Kaiser from my
 7        work, but that was after Medi-Cal from last year.
 8  Q.    Okay.  So, going back, your Kaiser is a private
 9        health insurance that's provided through your
10        employer?
11  A.    Yes.
12  Q.    Okay.  So you no longer are a Medi-Cal recipient?
13  A.    I think I am.  I don't think they've canceled it
14        yet.
15  Q.    Okay.  Yeah.  And I'm not trying to get you or
16        anything.
17  A.    Yeah.
18  Q.    I'm just not sure how the Medicaid, Medi-Cal system
19        works with private insurance.  Some plans if you
20        have a private plan can supplement that, but I'm
21        not sure that that's how that's working in your
22        case.  In any event, I can get the dirty details
23        from your lawyers.  Okay.  So you said your current
24        healthcare provider is Kaiser?
25  A.    Yes.
```

```
 1   Q.   That's K-a-i-s-e-r?
 2   A.   Yes.
 3   Q.   Do you have a primary care doctor?
 4   A.   I don't.
 5   Q.   So where do you go when, let's say, you get the flu
 6        or something?
 7   A.   I don't know.  I haven't been sick in a long time;
 8        so, yeah, I don't really go to the doctors very
 9        much.  Except for, you know, the previous couple
10        years.
11   Q.   Right.  And we're going to get to those specifics
12        later.  So I just want to make sure that I
13        understand your testimony clearly is that you
14        didn't have a primary care physician?
15   A.   No.  Even when I was a kid.  When I would go, it
16        would always be different doctors.  I never had a
17        set doctor.
18   Q.   Okay.  So do you go, like, to the urgent care
19        clinics?
20   A.   No.
21   Q.   Or walk-in clinic or something?
22   A.   No.  Just the regular -- like, the ones in the
23        provider kind of chain.  Like, in the chain of
24        providers that take that insurance.
25   Q.   Okay.
```

**Jonathan Ramos**                                    **10/20/2020**

```
 1   A.   It was never like an urgent care clinic or.
 2   Q.   Okay.  I got you.  I got you.  So what pharmacy do
 3        you fill your prescription medication at?
 4   A.   Walgreens.
 5   Q.   Walgreens.  And I don't expect you to know the
 6        specific address, but can you give me a round
 7        about?  You know, like on the corner of this street
 8        and that street?
 9   A.   It was on Mariposa.  I don't know the cross street
10        to it, but Mariposa was the street that it's on.
11   Q.   And that's in Stockton?
12   A.   Yes.
13   Q.   Have you filled prescriptions since you were 18
14        years old at any other pharmacy besides that
15        Walgreens?
16   A.   No.
17   Q.   Have you ever enlisted in the military?
18   A.   No.
19   Q.   Have you ever filed for bankruptcy?
20   A.   No.
21   Q.   Mr. Ramos, I'm going to shift us kind of towards
22        the -- towards the incident here.  So if I recall
23        correctly, this incident occurred on June 15th,
24        2018.  Does that sound about right to you?
25   A.   I think it was June 16th.
```

```
 1   Q.   June 16th, 2018.  Okay.  So you were living in
 2        California at that time?
 3   A.   Yes.
 4   Q.   Correct.  Okay.  But the incident occurred in New
 5        Orleans?
 6   A.   Yes.
 7   Q.   So I guess first question is, how did you come
 8        about making the trip to New Orleans?
 9   A.   The company I worked for did a lot of -- we
10        traveled all over -- well, not really all over the
11        place, but we did travel to Nevada.  We just went,
12        you know, wherever the jobs were.
13             So we would go to South California.  We went
14        to Vegas once, Reno a bunch, all throughout
15        Northern California.  So it was just really we went
16        wherever the jobs were.
17   Q.   Okay.  And when was the first time that you heard
18        about the New Orleans job?
19   A.   It was maybe, I'd say, like, two or three months
20        before we went.  So somewhere around March or
21        February is when I heard about it.
22   Q.   Okay.  So they gave you advanced notice so you
23        could prepare to make the trip?
24   A.   Yes.
25   Q.   Okay.  So when did you get to New Orleans?
```

Jonathan Ramos                                    10/20/2020

```
 1   A.    We got there late May.
 2   Q.    Okay.  So late May.  So by the time the incident
 3         occurred, you were there a couple weeks?
 4   A.    Yeah.  I was there a couple weeks, yeah.
 5   Q.    Okay.  And where were you staying in New Orleans?
 6   A.    Airbnb.
 7   Q.    Okay.  Do we roughly know where the Airbnb was?
 8   A.    I don't really recall the street name or anything
 9         like that.
10   Q.    All right.  Do you have any emails or confirmation
11         receipts from that Airbnb possibly?
12   A.    No.  My boss was the one that booked it.
13   Q.    Okay.
14   A.    So that's where we all stayed.
15   Q.    So you were working for Rack Masters at the time if
16         I recall; correct?
17   A.    Yes.  Yes.
18   Q.    So if I asked Rack Masters, they would be able to
19         tell me where that Airbnb is, assuming they kept
20         their receipts?
21   A.    Yes.
22   Q.    Okay.  So the night before the incident, I guess
23         the night of the 15th, whenever the night before
24         the incident was, what did you do?
25   A.    Nothing much.
```

Jonathan Ramos                                    10/20/2020

```
 1   Q.   Okay.
 2   A.   We, like, pretty much stayed in the hotel the whole
 3        time we were there.  Never went out or anything
 4        like that.
 5   Q.   Didn't see any of the New Orleans sites or anything
 6        like that?
 7   A.   No.  Didn't get the chance to.
 8   Q.   Got you.  Got you.  So when would you guys get in
 9        from the job?
10   A.   Probably 5:00 or 6:00.
11   Q.   5:00 or 6:00 p.m.?
12   A.   Yeah.  I believe so.  Because I think we were
13        working 10 to 12-hour shifts, something like that.
14   Q.   Okay.  And that answers my -- what was going to be
15        my next question was the lengths of your shifts.
16        Okay.  So what was your job specifically with Rack
17        Masters?  What was your position?
18   A.   Well, I was, like, partially a foreman, but I was
19        also just like a worker.
20   Q.   Okay.  What do you mean partially a foreman?
21   A.   Whenever -- I was a foreman whenever the main boss
22        wasn't there.  Like, if the main boss was there, I
23        didn't really have a say.  Yeah.
24   Q.   Okay.  So who is the main boss?
25   A.   Glenn Thomas.
```

Jonathan Ramos                                    10/20/2020

```
 1   Q.   Glenn Thomas?
 2   A.   Yes.
 3   Q.   Okay.  So what you're telling me is that when
 4        Mr. Glenn Thomas wasn't there you were in charge?
 5   A.   Yes.
 6   Q.   And how long did you work for Rack Masters by the
 7        time it was, you know, June 16th, 2018?
 8   A.   I had worked with them for a little bit over a
 9        year.
10   Q.   And where were you specific -- I know you mentioned
11        that you were a worker and when Mr. Thomas wasn't
12        there, a foreman.  But what were some of the
13        details of your job responsibilities?
14   A.   Really all --
15   Q.   If you had to explain it to, you know, someone off
16        of the street who doesn't know you or doesn't know
17        anything about what your job was there, what would
18        that explanation be?
19   A.   Building and tearing down pallet wrecks.
20   Q.   Building and tearing down pallet wrecks?
21   A.   Yeah.
22   Q.   What's a pallet wreck?
23   A.   It's pretty much like a shelf.  Like, this big
24        metal shelf.
25   Q.   And did you receive any training for this work when
```

```
 1        you first started?
 2   A.   I already -- so I had worked for Rack Masters
 3        previously, like, a few years back before I started
 4        again.  So I already had a little bit of experience
 5        whenever I started again.  And the next time around
 6        I didn't need any training.
 7   Q.   All right.  Well, let's go to the first time.  Did
 8        you get -- when you were employed -- when were --
 9   A.   Yeah.
10   Q.   -- when were you first employed for Rack Masters?
11   A.   That would be I think 2015, I believe.
12   Q.   Okay.
13   A.   2015 or 2014.
14   Q.   Okay.  And that would have made you how old?
15   A.   I would have been 18.
16   Q.   Okay.  So basically your first job as an adult?
17   A.   No.  No.  Well, yeah, my first job as an actual
18        adult.
19   Q.   Yeah.  I'm not talking about high school jobs or
20        what not or anything that you did when you were
21        younger than 18.
22   A.   Uh-huh.
23   Q.   So what was -- so when you went to Rack Masters
24        when you were 18, did you receive training?
25   A.   Yes.  Basic simple training, yeah.  It wasn't like
```

24

1         a school or anything.  Didn't go there.

2   Q.    Okay.  Explain the training to me to the best of

3         your ability.  What was it you were taught to do or

4         what not to do?

5   A.    It was just -- well, like, the job itself is not

6         too complicated.  But, like, so there were some

7         times when it can be complicated and there was a

8         problem.  That's when they would come in and give

9         me tips and kind of show me a way to get around.

10         And I would say that's pretty much, like, the

11         training that I received.

12   Q.    I got you.  Can you remember some of the instances

13         where they came in and gave you some of those tips?

14   A.    Not necessarily.  I can't, like, give you, like, a

15         clear...

16   Q.    Do you remember what the subject of their tips was?

17   A.    If a B would get stuck and you couldn't find a way

18         to, like, get it out because you can't, like, align

19         it with the holes to pull it out kind of tips like

20         that.

21   Q.    What about safety?

22   A.    Safety, no.  It was just protocol.  I mean, just,

23         you know, be as safe as you can.  I don't know.

24   Q.    Right.  Right.  And, again, you said, "protocol."

25         Was there any formal protocol, or is it just common

25

```
 1        sense?  And I don't want to put words in your
 2        mouth.
 3   A.   Yeah.
 4   Q.   Explain to me -- give me an explanation of any and
 5        all safety.
 6   A.   To me, safety is common sense.
 7   Q.   Okay.  So common sense.  Are you still employed
 8        with Rack Masters?
 9   A.   No.
10   Q.   When did your employment with Rack Masters cease?
11   A.   The day of the accident.
12   Q.   When's the next job that you got after that?
13   A.   I work Bento Delivery currently.
14   Q.   What delivery?
15   A.   Bento.
16   Q.   B-e-n-t-o?
17   A.   Yes.
18   Q.   And what do you do at Bento?
19   A.   I'm a delivery driver.
20   Q.   Okay.  What type of truck do you drive?
21   A.   I drive my vehicle, my personal vehicle.
22   Q.   And what is the nature of -- what are you
23        delivering?
24   A.   Cannabis.
25   Q.   Got you.  All right.  So let's talk about the day
```

Jonathan Ramos                                    10/20/2020

```
 1        of the incident.  Moving at a nice click.  Let's
 2        talk about the day of the incident.  What time in
 3        the morning did you wake up?
 4   A.   It was either 6:00 or 7:00.
 5   Q.   Okay.  Is that the normal time that you woke up
 6        while you were in New Orleans?
 7   A.   Yes.
 8   Q.   When did you get to the facility?
 9   A.   It would be around 8:00 or 7:00, 7:30.  Between
10        7:00 or 8:00.
11   Q.   Okay.  So and, again, let me just ask it to you
12        like this.  About how long did it take you roughly,
13        you know, in the morning to get from --
14   A.   15 minutes.  15, 20 minutes, yeah.
15   Q.   Would you guys walk, or was it like a Uber, or did
16        you have a van?
17   A.   We had the company vehicle that we took.  Yes.  So
18        we drove over there; so we had our vehicle there.
19   Q.   Okay.  Okay.  And on that day what's the first
20        thing that you did when you got to the facility?
21   A.   I mean, I...
22   Q.   If you don't remember, that's okay.
23   A.   Yeah.  I don't remember.
24   Q.   Okay.  So you don't remember.  What is the first
25        thing that you can remember from that day?  Well,
```

```
 1          after arriving at the facility.
 2   A.    Just being on the scissor lift is really the last
 3          -- the last part that I remember.
 4   Q.    Okay.  Do you remember while you were on the
 5          scissor lift?
 6   A.    Yeah.  We were taking down -- we were finishing the
 7          teardown for the wreck.
 8   Q.    Okay.  By "the teardown for the wrecks," you mean
 9          there was metal shelving.  I guess that's -- what
10          did you describe that earlier as?
11   A.    Yeah.  Metal shelving.  Like, big metal shelves.
12   Q.    Okay.  And you guys were removing these at the Iron
13          Mountain facility?
14   A.    Yes.
15   Q.    And do you remember anything about the shelving
16          itself that was -- stood out to you?
17   A.    It was the biggest -- so, like, there's rack, and
18          then there's actual shelving.  Like, it's kind of
19          confusing.  But it's just easier to explain it to
20          call it shelving but --
21   Q.    Sure.
22   A.    -- so the shelving is a lot thinner material.  And
23          that was the biggest shelving that I had worked
24          with.  Because it was I think over -- it was over
25          25, 30 feet.  So shelving itself, that was, like,
```

28

```
 1        the tallest that I worked with.
 2   Q.   But other than that, did anything about the
 3        shelving stand out to you other than its size?  Did
 4        you look at it and like, "Hey, that's strange" or
 5        "that's out of the ordinary"?  Or "You know, I've
 6        never seen that before" or anything like that?
 7   A.   No, Nothing like that.
 8   Q.   So was there a method that you went through
 9        beforehand -- let me start my question over.  When
10        Mr. Glenn -- excuse me -- Mr. Thomas wasn't there,
11        you were running the show basically?
12   A.   Yes.
13   Q.   Okay.  So let's say -- well, let me ask you this:
14        Was Mr. Thomas there when you guys started the job
15        --
16   A.   Yes.
17   Q.   -- in New Orleans?
18   A.   Yes.
19   Q.   In May?
20   A.   Yes.
21   Q.   And between May and June 16th, 2018, because that's
22        about a month or so, a couple weeks that you were
23        there, how many times was Mr. Thomas not there to
24        where you would be, you know, running the
25        operation?
```

```
 1   A.   There was this one week where his wife came down to
 2        visit.  And -- but he would still come in, like, at
 3        the beginning of the day and kind of just tell us
 4        -- tell me what to do and tell them what to do.
 5        And I was just kind of there to make sure everyone
 6        was working.  But I didn't make any calls at that
 7        time.  But there was a week period where he wasn't
 8        there fully.
 9   Q.   Okay.  To your knowledge, would there be any type
10        of inspection that took place when you got there to
11        figure out how the -- I guess the shelving --
12        deconstruction of the shelving would go?
13   A.   I think -- you know, I'm not sure if they did
14        inspect it or not.  I can't tell you.
15   Q.   Is that something that would normally happen on
16        your jobs then?
17   A.   Well, they would just kind of go and look and see
18        what the job was, not really inspect it.  Kind of
19        just get an estimate of what the time frame would
20        be to get it done.
21   Q.   Okay.  Let's see.  So was there any, I guess, rhyme
22        or reason -- maybe that's a bad way of putting it.
23        Was there a set process or set of steps that was
24        agreed upon to deconstruct the shelving at the Iron
25        Mountain facility before work started?
```

1  A.   What?  Like, can you rephrase that?  I don't really

2       understand.

3  Q.   Yeah.  And I'll give you an example.  And this is

4       purely for example -- purposes of an example for

5       you.  Well, we're going to do the shelving over

6       here first, and we're going to do it from the

7       bottom up.  You know, or we're going to do the

8       shelving over here first and we're going to unhook

9       it from the top down.

10          Were there any -- you know, was there any --

11       in other words, step one, remove these shelves;

12       step two, remove these shelves.  Or did you just

13       kind of go in there and --

14 A.   Step one is usually always to kind of gut the frame

15       and just leave it as bear minimum as possible.

16       That's usually step one.

17 Q.   Okay.  So on June 16th were you finished with step

18       one?

19 A.   Yes.

20 Q.   Okay.  What would be step two?

21 A.   Step two, once everything is gutted is to tear down

22       the uprights.

23 Q.   Okay.

24 A.   So start taking them down.

25 Q.   Okay.  What are the -- excuse my ignorance,

Jonathan Ramos                                    10/20/2020

```
 1        Mr. Ramos.  What are the uprights?
 2   A.   The backs or the fronts to the shelves.  So if you
 3        see a shelf like these, my hands would be the
 4        uprights.
 5   Q.   Okay.  I got you.  And was step two completed on
 6        June 16th, 2018?
 7   A.   It was on the last step of that.
 8   Q.   Okay.  So we were --
 9   A.   So that's pretty much the job.  It's only step one
10        and step two.  Because once you have the uprights
11        down, that's the end.  Like, there's nothing else
12        left.
13   Q.   Okay.  So on June 16th, 2018, you were on -- from
14        what I understand that you just said, and correct
15        me if I'm wrong -- you were in the latter half of
16        step two basically about to finish the job?
17   A.   Yes.
18   Q.   Okay.  So removing the uprights?
19   A.   Yes.
20   Q.   All right.  And going to the point where you first
21        remembered, you're on the scissor lift?
22   A.   Yes.
23   Q.   In your own words tell me what happened from there.
24   A.   I was removing, unbolting stuff.  And I hear
25        someone yell out that it was falling.  And then I
```

```
 1          look over to my left, and I see the columns falling
 2          forward kind of like in a -- kind of like in a
 3          domino.  Not really in a domino effect because it
 4          was all still connected, but it started at one
 5          point and kind of like worked its way towards where
 6          I was.
 7              And then the belt couldn't push it back.  It
 8          didn't hold it.  It fell and it pushed the scissor
 9          lift and tilted the scissor lift to where the
10          scissor lift fell on its side.
11     Q.   Okay.  Where were -- what happened with you during
12          the process?
13     A.   Honestly, I like -- I don't remember exactly what
14          happened to me.  But I know I ended up on the
15          ground facing face-first outside of the scissor
16          lift.
17     Q.   Do you remember trying to, like, jump or do
18          something --
19     A.   No.  I did not try to jump.  I don't remember that,
20          yeah.
21     Q.   Okay.  So then the next thing you remember after
22          the shelving falls is being on the ground?
23     A.   Yes.
24     Q.   After that, to the best of your memory, let me know
25          what happened.  Including, you know, who was there,
```

33

```
 1          what they were saying.
 2  A.   Yeah.  Well, it was primarily the workers.  Our
 3          workers were there on the point of the accident,
 4          and then there was the Iron Mountain workers in the
 5          other end of the building.
 6              Because there was two -- there was two sides
 7          to the warehouse.  It was divided by a center wall,
 8          but they were both connected.  And they were on the
 9          opposite end.  They were there and -- let me see.
10          Iron Mountain executives showed up soon after the
11          accident.  And then the ambulance showed up.
12  Q.   Okay.
13  A.   Yeah.
14  Q.   How do you know -- well, let me go -- I'll take one
15          at a time.  You said there was a wall dividing the
16          warehouse.  Like, basically a full wall with the
17          one with a door in it?
18  A.   Yeah.  It was a full wall.
19  Q.   Okay.  And then they had Iron Mountain personnel
20          that was on the other side of the wall?
21  A.   Yeah.  Not on the side where we were working, but
22          on the other side of the wall.
23  Q.   Okay.  Okay.  And you had said Iron Mountain
24          executives?
25  A.   Well, I don't know really executives, but I know
```

Jonathan Ramos                                    10/20/2020

```
 1            they worked for Iron Mountain.
 2  Q.   I was just wondering if they came in there in suits
 3       or --
 4  A.   Yeah.  They were in suits.  Yes.  So that's why I'm
 5       thinking.
 6  Q.   Okay.  Did any of those folks talk to you?
 7  A.   No.
 8  Q.   Did anybody talk to you after you fell?
 9  A.   Not from Iron Mountain.  There was, like, you know,
10       the workers around us trying to check on us and
11       stuff.  And then when the ambulance -- they were
12       talking to me.
13  Q.   And by "the workers," you mean Rack Masters'
14       workers?
15  A.   Rack Masters, workers, yeah.
16  Q.   Do you remember what any of those guys may have
17       said to you?
18  A.   Not really.  I do remember someone trying to say
19       that we should sit up or something like that, but I
20       think that's really all I remember being told.
21  Q.   Okay.
22  A.   Being asked if I'm okay and stuff.
23  Q.   Right.  Right.  The usual that someone would ask if
24       you're injured in an accident?
25  A.   Yeah.
```

```
 1  Q.   So you went to the hospital in an ambulance?
 2  A.   Yes, sir.
 3  Q.   Okay.  You had your treatment at the hospital.  How
 4       long did you stay in New Orleans?
 5  A.   In the hospital, I was there for about a week.
 6       Actually, it was a week -- I don't -- I can't tell
 7       you exactly.  I was on a lot of medication.  But it
 8       was either a week or close to a week.
 9  Q.   Sure.  And, again, I'm not trying to lock you down
10       to a particular number.  I'm just trying to get a
11       beat, you know, on how long you were in New
12       Orleans.
13            The next question would be what you did -- how
14       you got back and where you went in California?
15  A.   Well, my parents flew over there.  So they like --
16       they actually pretty much kicked me out of the
17       hospital before, like, our plane tickets were meant
18       to fly back.
19  Q.   Goodness.
20  A.   So we had to go.  Luckily the company still had
21       time in the Airbnb; so they allowed us to go.  We
22       stayed at the Airbnb for a day -- night I believe,
23       and then the next day we flew out.
24            MR. MEYER:  Mr. Barras, before your next
25            question, we've been going about an hour.  Do
```

```
 1              you mind if we take a brief break?
 2                   MR. BARRAS:  Not at all.  Not at all.
 3                   MR. MEYER:  Thank you.
 4                   THE VIDEOGRAPHER:  We'll go off the
 5              record.  The time is 12:00.
 6              (A short recess was taken.)
 7                   THE VIDEOGRAPHER:  We're back on the
 8              record.  The time is 12:09.
 9              (The court reporter read back a portion
10              of the testimony.)
11   BY MR. BARRAS:
12   Q.   Okay.  So picking up right there Mr. Ramos, you
13        went back to California with your parents.  What
14        type of condition were you in -- that's a bad
15        question.  Your treatment at the hospital in New
16        Orleans, to the best of your memory -- and, I mean,
17        your medical records say what it is specifically;
18        but, to the best of your memory, what does that
19        involve?
20   A.   There was an initial surgery to my leg because it
21        was too inflated and there was too much blood; so
22        they couldn't operate on me right away.
23              So they put -- they put braces to hold my leg
24        straight so the swelling could get down and so they
25        could operate.  And that same time I believe is
```

37

```
 1        when they operated on my back.  And that's where
 2        they put hardware to secure it and put everything
 3        back in place.
 4              And then, like, a couple -- I'd say three days
 5        later is when they actually did the operation on my
 6        knee.  And then I was just in -- just recovering
 7        after that, like, in the hospital.
 8   Q.   Okay.  So did you see -- so basically the problems
 9        that resulted from your fall were to your knee?
10   A.   To my knee and my lower spine.
11   Q.   Okay.  Your lower spine.  Did you have a surgery on
12        your spine?
13   A.   Yes.
14   Q.   And that was done at the hospital in New Orleans?
15   A.   Yes.
16   Q.   Have you had any other surgeries?
17   A.   I had a surgery six months later in December to
18        remove the hardware in my back.
19   Q.   Okay.  To remove the hardware, but it wasn't
20        another -- how do I put this?  That was related to
21        the first surgery, not to new or continuing
22        problems?
23   A.   Yeah.  That was related to the past surgery.
24   Q.   Were there any other surgeries that you had to have
25        because of ongoing issues?
```

Jonathan Ramos                                        10/20/2020

```
 1  A.   Not yet.
 2  Q.   And I'm going to get those specific medical -- you
 3       know, information with you a little later.  I'm
 4       just trying to wrap my head around when you got
 5       back to California what kind of condition you were
 6       in and what type of treatment that you had.  So can
 7       you help me out with that?
 8  A.   So I was in a wheelchair when I first -- when I
 9       flew back I was still in a wheelchair.  My leg was
10       not able to bend.  It had to stay out straight.  I
11       couldn't walk.
12            And then when I got back I remained in the
13       wheelchair for about two, three months.  And that's
14       when I kind of was going through therapy, learning
15       how to walk again.
16  Q.   Got you.  So two to three months you're going to
17       therapy?
18  A.   No.  I went to therapy for, like, about six or
19       eight.  But I spent two or three months in a
20       wheelchair.
21  Q.   Got you.  So two or three months in a wheelchair
22       but therapy for six or eight months?
23  A.   Yes.
24  Q.   Okay.  And the amount of therapy or the frequency
25       of your therapy visits, how much was that?
```

Jonathan Ramos                                    10/20/2020

```
 1  A.   Twice a week.
 2  Q.   Twice a week.  And did that stay consistent the
 3       whole six or eight months?
 4  A.   Yes.
 5  Q.   And were you eventually released by your therapist
 6       or referred to another provider?
 7  A.   Yes.
 8  Q.   Which one?
 9  A.   I was released, and it was Pine Street -- Pine
10       Street Physical Therapy.
11  Q.   And were you released -- when you were released did
12       you have any restrictions?
13  A.   Yes.
14  Q.   What --
15  A.   So they didn't place the restrictions on me like
16       they did the -- so I don't think I really talked to
17       my therapist about restrictions.  But, like, other
18       restrictions were put on me with the QME, I believe
19       is what it's called.
20  Q.   I'm not sure what that is.
21  A.   It's the last evaluation.  I can tell you the
22       restrictions that they put on me then.
23  Q.   Right.  I'm going to get there with you.  I just
24       want to ask you a couple of questions before I get
25       there.
```

Jonathan Ramos                                          10/20/2020

```
 1   A.    Okay.
 2   Q.    So your physical therapist, to the best of your
 3         memory, did not put any restrictions on you?  And
 4         I'm not saying that he was supposed to or that
 5         somebody hadn't done it, but just, to your
 6         knowledge, the physical therapist did not put any
 7         restrictions on you?
 8   A.    Not that I remember on paper.  I mean, obviously
 9         she gave me advice on, like, not to do this and not
10         to do that but...
11   Q.    Right.  Right.  Yeah.  And, again, I'm not trying
12         to lock you down, but the medical records are going
13         to speak to the details.  I'm just trying to figure
14         out, you know, how your condition progressed from
15         your perspective.
16   A.    Yeah.
17   Q.    So you mentioned the restrictions were placed on
18         you.
19   A.    Yes.
20   Q.    What type of healthcare provider placed those
21         restrictions on you?
22   A.    It was the workers' comp medical evaluator.  I
23         don't know what they call her.
24   Q.    Got you.  I understand.  It's a little different in
25         different states.  But I'm beginning to get a
```

Jonathan Ramos                                    10/20/2020

41

```
 1        better picture of what you're talking about.  Was
 2        it a physician?
 3   A.   I don't know exactly what his practice was.
 4   Q.   Sure.  And I can get that information from your
 5        lawyers if I don't have it already.  All right.  So
 6        when were those restrictions placed on you?
 7   A.   Those were --
 8   Q.   And, again, I'm not trying to lock you down to a
 9        specific time and date.
10   A.   Yeah.
11   Q.   Just a ballpark.
12   A.   It was September of last year.
13   Q.   September of last year?
14   A.   September or October of last year, yes.
15   Q.   Okay.  And to your recollection what were those
16        restrictions?
17   A.   I'm not able to lift more than 20-pounds and limit
18        to basically any mobility; so walking, crawling,
19        climbing.  And that's -- I think that's as much as
20        I can remember.
21   Q.   To your knowledge, was there any point in time
22        where those restrictions were lifted or expired in
23        some way?
24   A.   No.  Those are permanent restrictions.
25   Q.   Permanent.  Okay.
```

```
 1   A.   Yeah.
 2   Q.   So other than the physical therapy -- I'm looking
 3        at California right now.  Well, let me go back to
 4        Louisiana.  Other than the hospital in Louisiana,
 5        did you see any other healthcare providers there?
 6   A.   No.
 7   Q.   So California so far we have your physical
 8        therapist, Pine Street PT, and the workers' comp
 9        evaluator that you just mentioned to me that put
10        the restrictions on you?
11   A.   Yeah.
12   Q.   Was this, like, a one-time exam, or did this person
13        treat you?
14   A.   No.  That was a one-time exam.
15   Q.   Okay.  That was a one time.  So other than those
16        two providers, have you seen any other medical or
17        healthcare providers in California for the injuries
18        that you believe resulted from the fall or that did
19        result from the fall?
20   A.   Yes.  So there was the primary care.  That's the
21        one that I visited regularly for checkups.  And
22        then there was the leg specialist -- orthopedic
23        specialist and the back orthopedic specialist.
24   Q.   Okay.  Do you remember their names?
25   A.   The knee specialist, his name is Dr. Winter.  And
```

Jonathan Ramos                                    10/20/2020

```
 1          the back specialist's name was Dr. Alegre, and my
 2          primary physician's name was Dr. Dickson.
 3    Q.    Okay.  And what did the primary care physician
 4          treat you for?  Besides -- I mean, I understand
 5          that before the accident -- let me preface my
 6          question with this.  I understand that before this
 7          incident you didn't really have a primary care
 8          physician --
 9    A.    Uh-huh.
10    Q.    -- correct?
11    A.    Yes.
12    Q.    And that Dr. Alegre treated you for your back, and
13          then Dr. Winter treated you for your knee?
14    A.    Yes.
15    Q.    Okay.  Those are both yes.  That was another bad
16          question.  I put two into one.  What did the
17          primary care physician treat you for?
18    A.    Nothing really.  It was more to just check up on
19          the progress of my healing.
20    Q.    Let's go through each one of those.  And I'm not
21          going to go through each medical appointment that
22          you had with them.  But was there a point in time
23          when the primary care physician released you or
24          referred you to another provider?
25    A.    Yes.  He released me in October of last year.
```

Jonathan Ramos                                    10/20/2020

```
 1   Q.   Okay.  How about Dr. Alegre?  Can you spell that?
 2   A.   A-l-l-e-g-r-e.
 3   Q.   Did there come a point in time when Dr. Alegre
 4        either released you or referred you to another
 5        provider?
 6   A.   Yes.  I don't really remember exactly.
 7   Q.   Okay.  Not trying to lock you down.  Just trying to
 8        get your perspective on when your conditions
 9        resolved or when your doctors released you.  They
10        released you at this point.  So that was for your
11        back.  Do you recall if it was about the same time
12        as Dr. Dickson?
13   A.   It was some time before.  And Dr. Dickson wasn't
14        the doctor that released me because I don't know if
15        he stopped working at the clinic or what happened,
16        but a different doctor released me.  And that was
17        the first time that I saw that actual doctor that
18        released me.
19   Q.   Okay.  Do you remember the name of the clinic?
20   A.   It was...
21             MR. MEYER:  Trinity Urgent Care?
22             THE WITNESS:  What was that?
23             MR. MEYER:  Trinity Urgent Care.
24   A.   Yeah.  It was the Trinity clinic.  The urgent care
25        and the clinic were in the same building.
```

Jonathan Ramos                                    10/20/2020

```
 1   BY MR. BARRAS:
 2   Q.   Okay.  All right.  So Dr. Alegre released you, you
 3        said sometime before the Trinity Clinic released
 4        you.  How about Dr. Winter?
 5   A.   Yeah.  Same.  It was sometime before.
 6   Q.   So after Dr. Alegre and Dr. Winter released you, to
 7        the best of your memory, about how long did you
 8        continue treating with the Trinity Clinic?
 9   A.   All the way up till October, I believe.  Yeah.
10        October or November.  Oh, no.  October or, like,
11        end of September.
12   Q.   What type of treatment would you have at the
13        Trinity Clinic?
14   A.   They were just checkups.
15   Q.   Okay.  So just the doctor comes into the office and
16        says, "How are you feeling?"  And you give him an
17        update; correct?
18   A.   Yes.
19   Q.   Any physical examinations?
20   A.   Just checking the scarring and, like, just checking
21        the wounds and stuff I think.  Yeah.
22   Q.   No manipulations of your leg or your knee?
23   A.   Yeah.  Well, just kind of, like, examining my range
24        of motion and stuff.  Yeah.
25   Q.   How about your back?
```

46

```
 1   A.   Same.
 2   Q.   All right.  So since -- let me ask you this:  Was
 3        your physical therapy clinic affiliated with
 4        Trinity?
 5   A.   No.  I don't believe so.
 6   Q.   Okay.  So when was the time that you can best
 7        remember for Trinity -- for all your treatment,
 8        physical therapy, and Dr. Dickson -- or, excuse
 9        me -- the Trinity Clinic to release from all
10        medical treatment.  When was that day?
11   A.   Yeah.  That was the October or end of September.
12   Q.   Of last year?
13   A.   Of last year, yeah.
14   Q.   And have you sought any medical treatment for your
15        injuries from the fall between then and now?
16   A.   I tried to make an appointment, and they told me
17        they had to contact the workers' comp insurance and
18        wait for their further approval and stuff.  And
19        I've never heard from them since; but, yeah.  And
20        then with all this COVID stuff, I've kind of been
21        trying to not to go to medical centers.
22   Q.   Got you.  Why were you trying to schedule an
23        appointment?  What were your issues?
24   A.   My back was hurting a lot.  And, like, my knee
25        would tense up sometimes.
```

47

```
 1   Q.   I don't know if I asked you these questions before.
 2        I skip around sometimes.  So if you --
 3             There's a big light now.
 4                  THE VIDEOGRAPHER:  Yeah.  Mr. Ramos,
 5             could you scoot to your left a little bit?
 6   BY MR. BARRAS:
 7   Q.   Yeah.  There.  Moving back to the incident.  And
 8        the time before the incident, 24 hours -- and I'm
 9        talking about for a 24-hour period before the
10        incident, did you consume any alcohol?
11   A.   No.
12   Q.   24 hours before the incident, did you ingest or
13        take any medications?
14   A.   No.
15   Q.   Any nonprescription drugs?
16   A.   No.
17   Q.   How about marijuana?
18   A.   No.  To the best of my recollection, I didn't smoke
19        the day before.
20                  THE VIDEOGRAPHER:  Mr. Ramos, pardon for
21             the interruption again.  The light behind you.
22             Can you pull your monitor down just a little
23             bit?  It might solve some of the problem.
24             There you go.  And if you could --
25                  THE WITNESS:  Let me see.  How's that?
```

Jonathan Ramos                                    10/20/2020

```
 1                THE VIDEOGRAPHER:  There you go.  Much
 2           better.  Thank you.
 3  BY MR. BARRAS:
 4  Q.   Okay.  So you said you didn't smoke that day, and
 5       that leads me to believe that -- and I understand
 6       that it's legal in California -- that you smoke
 7       marijuana.  Do you smoke recreationally, or do you
 8       do it for therapeutic reasons?
 9  A.   I do it both medical and recreational.
10  Q.   Okay.  So are you prescribed any marijuana by
11       physicians?
12  A.   Not currently.  My med card is expired.
13  Q.   Okay.
14  A.   Yeah.  But I was previously.
15  Q.   Okay.  And what physician had prescribed you
16       marijuana?
17  A.   I don't recall his name but it was online.  I think
18       it might have been Web MD was the website.
19  Q.   Got you.  When was this?  Was this postaccident or
20       before the accident?
21  A.   I think it was close postaccident or before.  You
22       know, I don't really remember when it is that I got
23       it.
24  Q.   So do you remember -- let me try and phrase this
25       differently and maybe it'll jog your memory, and
```

```
 1        maybe it won't.  But do you remember the nature of
 2        the condition that you were seeking out marijuana
 3        to help?
 4   A.   Yeah.  It was for my anxiety and sleep.  Like, I
 5        couldn't sleep.
 6   Q.   Got you.  Anxiety and sleep.  Okay.  How
 7        frequently, you know, for both therapeutic and
 8        recreational purposes would you say that you smoke
 9        or that you ingest THC?
10   A.   It was pretty constant.  For the most part it was
11        on a daily basis.
12   Q.   Okay.  And that was true for around the time of the
13        incident?  I know that you just testified that you
14        didn't recall smoking on the day before the
15        incident.  But basically during that time frame it
16        was pretty much every day?
17   A.   Not -- kind of.  There were some days that I
18        didn't; but, yeah.
19   Q.   Right.  And I wasn't making it an absolute.
20   A.   Yeah.
21   Q.   But pretty much every day?
22   A.   Yeah.
23   Q.   Okay.  And do you remember on the day of the
24        incident that morning if you smoked?
25   A.   No.  I never smoke before work -- or -- yeah.
```

```
 1  Q.   What were you going to say?
 2  A.   No.  Just, I don't.  Like, I don't smoke before
 3       work.
 4  Q.   Okay.  Because I thought you said, "I don't smoke
 5       before work," and then you said "or"?
 6  A.   Yeah.  I meant, like, I just wanted to refresh what
 7       I said.
 8  Q.   Okay.  Yes, sir.  I just wanted to make sure that I
 9       was getting everything.
10  A.   Yeah.
11  Q.   All right.  Going back to the incident.  To your
12       knowledge, what caused the shelving to fall?
13  A.   I feel it was the lack of fastening to the ground.
14       It wasn't bolted to the ground correctly.
15  Q.   Okay.  And how did that cause the shelving to fall?
16  A.   So there was -- the part that fell wasn't shelving.
17       They were just columns placed against the wall.
18       So, like, this would be one column, and this would
19       be another column, not an upright.  And there was
20       beams placed across connecting in between the
21       columns.
22            So since the columns weren't secured to the
23       ground properly, they were top-heavy, and that's
24       what caused it to tip down.
25  Q.   And how do you believe they should have been
```

Jonathan Ramos                                    10/20/2020

```
 1        secured to the ground properly?
 2   A.   Anchored -- anchored down.  And California has,
 3        like, a set regulation.  Like, a set number that
 4        it's supposed to be anchored down.  I don't recall
 5        the number.  But, yeah, it's supposed to be
 6        anchored down to a certain degree and, like,
 7        securely fastened.  Because if the anchor isn't
 8        fastened to the ground correctly, then there's
 9        nothing really holding that weight, yeah.
10   Q.   And how would you be able to tell whether something
11        is anchored properly as you just explained or not?
12   A.   Torque testing the anchors.
13   Q.   Okay.  How would you be able to tell if something
14        was anchored or just not anchored at all?
15   A.   They're visible.  The anchors are on the outside.
16   Q.   So you could look at it and see, this is anchored
17        or this has no anchor?
18   A.   Yeah.
19   Q.   Did you do that?
20   A.   No.  I didn't do any inspection of the rack.
21   Q.   Do you think it would be kind of common -- common
22        practice?
23   A.   No.  We never really inspected it for a teardown.
24   Q.   But just from your own personal knowledge and
25        experience, you didn't think to look and see if the
```

1      anchor -- if it was anchored?

2  A.  No.  No.

3  Q.  And, to your knowledge, what, if anything, did Iron

4      Mountain do to cause these shelves -- to cause the

5      incident?

6  A.  All right.  Well, since they still had employees

7      going in and out of the other half of the

8      warehouse -- like I told you, what was connecting

9      where they were working, there was stairways on our

10     end of the building going up to the floor to the

11     second step of the mezzanine.

12         So their employees had to go in up and down to

13     be able to do what they were supposed to do.  So

14     they instructed us to keep the stairs up, which

15     kind of -- they instructed us to keep the stairs

16     up, which made us have to go a different route.

17         We usually clear out a building from the front

18     to the back, and so we had to work from the right

19     side of the building to the left just to leave the

20     stairs up for them to be able to go up and down

21     from the other building.

22  Q.  Okay.  And how did that instruction, in your

23      understanding or opinion, cause the accident?

24  A.  Well, since we had to work left and right and leave

25      the stairs up, the columns -- this is the wall.

Jonathan Ramos                          10/20/2020

1       The columns -- if we would have worked the way that

2       we usually worked, the columns would never have

3       been there.  Like, we would have worked steadily

4       from the front to the back removing the columns as

5       we went eliminating the possibility of them falling

6       over.

7   Q.  Okay.  So don't you think it would be even more

8       important to see if those columns were anchored?

9   A.  Yeah.  But in that job I was just a worker.  I

10      didn't -- I wasn't -- I really didn't have a say.

11      I mean, it wasn't my job to inspect them.

12  Q.  Not even to just look and see if "Hey, I'm about to

13      go get up on this -- remove this column" just

14      looking down to see, "Hey, is it secured to the

15      floor or not"?

16  A.  No.  I was just doing what I was told.  Just doing

17      my job.

18  Q.  Okay.  And what you were told?  That would be what

19      Rack Masters told you?

20  A.  Yeah.

21  Q.  Okay.  So I want to understand some more.  My

22      question was what did Iron Mountain do to cause

23      this incident?  And your answer was that they

24      wanted the stairs -- some stairs to remain up.  And

25      please stop me if I'm wrong.  You know, interrupt

Jonathan Ramos                                    10/20/2020

1            me, please.  They wanted some stairs in the

2            facility to remain up; correct?

3    A.     Yes.

4    Q.     And then they suggested or they instructed Rack

5            Masters -- they wanted the stairs to remain up.

6            How did you find out about that?

7    A.     Glenn Thomas told me.

8    Q.     So Glenn Thomas told you.  Did you have any

9            personal communication with personnel from Iron

10           Mountain?

11   A.     No.  The only communications I would have was

12           seeing the workers that were working in the

13           facility go in and out, and that was it.

14   Q.     Okay.  So -- and I'm not talking about necessarily

15           what your lawyers may know or may have gathered

16           through their investigation.  I'm asking you based

17           on what you saw.  Did Iron Mountain do anything

18           that you felt caused this accident?

19   A.     Yeah.  Like I said, if we would have -- if they

20           wouldn't have instructed us to leave the stairs up

21           to allow their employees to have access to the

22           other side, we would have cleared the building from

23           the front to the back starting with the initial

24           stairs working our way back and at the same time

25           eliminating the columns that tipped over.  We would

Jonathan Ramos                                    10/20/2020

1    be eliminating those as we worked back.  So that

2    would eliminate the possibility of the columns

3    tipping over and me tipping over with the scissor

4    lift.

5 Q.  How do you know that Iron Mountain instructed Rack

6    Masters to remove the shelving from one direction

7    of the -- or remove -- we know what we're talking

8    about when I say "shelving"; correct?

9 A.  Right.

10 Q.  Okay.  To remove the shelving from one side of the

11    building moving towards another.  How do we know

12    that?

13 A.  Because Glenn Thomas told us that that was the way

14    it had to be done.  Because we had -- their

15    employees needed access to that second floor on

16    that second half of building.

17         So we would have eliminated those stairs.

18    Then they wouldn't have had access to go up there.

19    Because we were supposed to clear out both sides.

20    And what the employees were up there doing was

21    clearing out their product from the shelves so we

22    could go in after and work, yeah.

23 Q.  Okay.  So was there anything that you saw or even

24    heard that Rack Masters knew that there was some

25    sort of something wrong with the shelves that were

```
 1        causing the problem?
 2   A.   No.  If there was any reason to believe that the
 3        shelves would have fell over, I believe that we
 4        would have took precautions.
 5   Q.   How about Iron Mountain?
 6   A.   I don't know.  I don't know if they --
 7   Q.   Based upon -- based upon what you know.
 8   A.   Yeah.  I don't know if they ever had the building
 9        inspected or anything like that; so I couldn't tell
10        you if they knew or not.
11   Q.   Right.  And part of the reason that what Rack
12        Masters does is remove shelves safely; correct?
13   A.   Yes.
14   Q.   So people will hire Rack Masters to remove shelving
15        from their facility safely; correct?
16   A.   Yeah.
17   Q.   Okay.  Do you have any knowledge that Iron Mountain
18        knew the column, as you've described it, was not
19        anchored to the ground?
20   A.   I wouldn't know because I never had any contact
21        with any Iron Mountain employee.
22   Q.   Okay.
23   A.   So I don't -- I don't know what they would know and
24        what they didn't.
25   Q.   Right.  Were those parts of the -- when you got to
```

Jonathan Ramos                                    10/20/2020

1    the warehouse, when you got there was it full of

2    products?  Was it full of, you know, stuff that was

3    being stored on the shelf?  Paper?

4  A.   On our end there wasn't.  On the other half of the

5    warehouse, there was mostly cleared out.

6  Q.   Okay.

7  A.   There was a couple papers here and there, but for

8    the most part it was cleared out.

9  Q.   So you were in the warehouse for roughly two weeks

10    before this incident happened?

11  A.   Yes.

12  Q.   Every day?

13  A.   Yes.  Monday through Friday -- or Saturday.  I

14    think we worked Saturdays too.

15  Q.   Six days a week?

16  A.   Yes.

17  Q.   Did you bring your phone into work?

18  A.   Yes.

19  Q.   So your phone was on mute at the time of the

20    incident?

21  A.   I believe so.  I don't remember.  Because sometimes

22    I would take it off because I had cracked my screen

23    a few times having it on me.

24  Q.   So you had one of those -- it's like an attachment

25    to your belt?

| | |
|---|---|
| 1 | A.   No.  Like, a lot of the time I just placed it in my |
| 2 | bag or, like, outside by the toolbox or something. |
| 3 | Q.   Okay.  Who is Martel Brignack? |
| 4 | A.   Martel, that is a temp that worked for us. |
| 5 | Q.   Okay. |
| 6 | A.   Yeah.  He was from a temp agency. |
| 7 | Q.   Who's Mark Martinez? |
| 8 | A.   That was a Rack Master employee. |
| 9 | Q.   And, just so I'm clear, the last thing you remember |
| 10 | is being on -- on the day of the incident is being |
| 11 | on the scissor lift -- or excuse me -- the first |
| 12 | thing that you remember about the day of the |
| 13 | incident is being on the scissor lift? |
| 14 | A.   Yes. |
| 15 | Q.   So if Martel Brignack said that he along with |
| 16 | several others, about five to ten minutes before |
| 17 | the incident happened told you that the support |
| 18 | beam was rocking from the wall, you wouldn't be |
| 19 | able to say whether that happened or not?  Whether |
| 20 | he said that or not? |
| 21 | A.   No, I wouldn't remember that. |
| 22 | Q.   Same thing for Mark Martinez.  If he said that he |
| 23 | witnessed Martel Brignack tell you that roughly |
| 24 | five to ten minutes before the incident, you |
| 25 | wouldn't be able to remember that? |

```
 1  A.   I wouldn't be able to remember what he remembers.
 2  Q.   Yeah.  Again, bad question.  You got me.  No, the
 3       same thing.  You don't remember anything before
 4       being on the scissor lift right before the
 5       incident?
 6  A.   No.  Not right before.  That's, like, all I
 7       remember is the moment right before.
 8  Q.   Okay.  All right.  Just a few wrap ups.  We kind of
 9       went through this a little bit at the beginning,
10       but I want to make sure that I understand
11       correctly.
12            Did you see any healthcare providers for any
13       reasons?  You mentioned the anxiety for marijuana,
14       and there was a potentially online appointment.
15       But other than that and other than this incident,
16       have you seen any other healthcare providers prior
17       -- before the incident?
18  A.   Unh-unh.  Like, when I had a cold or checkups, I
19       mean, I've done physicals but nothing for, like, a
20       cold or a medical emergency.
21  Q.   Okay.  And the physicals that you did were for
22       which employers?
23  A.   For none.  It was school related.  I think it was
24       for high school.
25  Q.   Okay.  For school?
```

Jonathan Ramos                                    10/20/2020

```
 1  A.   Yeah.
 2  Q.   All right.  So if I remember correctly, I think we
 3       went through most of your employment history.  But
 4       let me see if I can just make sure that I have this
 5       right.  Your first job was Rack Masters after high
 6       school or around when you were 18?
 7  A.   Yes.
 8  Q.   Okay.  Your next job was what?
 9  A.   It was concrete with RD Concrete.
10  Q.   RD Concrete?
11  A.   Yes.
12  Q.   Okay.  And how long did you work for them?
13  A.   Eight months.  Eight to ten months, I don't
14       remember exactly.
15  Q.   Let me rewind a bit.  Why did you leave Rack
16       Masters the fist time?
17  A.   They were really slow, and they told us that they
18       weren't going to have work for about a month or
19       even longer; so, yeah.  I had to go find something
20       else.  I wasn't able to wait for them.
21  Q.   Understood.
22  A.   Yeah.
23  Q.   So after R&D what was your next job?
24  A.   I worked at the Livermore Outlets at the Polo Ralph
25       Lauren.
```

```
 1   Q.   Okay.  And how long did you -- what did you do
 2        there?  Retail?
 3   A.   Yeah, retail.  Not really -- I mean, I was on the
 4        floor helping customers.  Mostly customer services
 5        and, like, stock work.
 6   Q.   Got you.  How long did you work there at that
 7        outlet?
 8   A.   About a year.
 9   Q.   And after that what was your next jobs?
10   A.   I went back to Rack Masters.
11   Q.   Okay.  And then the incident you were with Rack
12        Masters from that point until the incident
13        occurred?
14   A.   Yes.
15   Q.   And then after the incident you began working for
16        Bento?
17   A.   Yeah.  Bento.
18   Q.   When did you first start working for Bento?
19   A.   It was I think it was the last day of October of
20        last year.
21   Q.   Right around the --
22   A.   The beginning of November.
23   Q.   So, like, right around --
24   A.   It -- sorry go ahead.
25   Q.   No.  You please.
```

Jonathan Ramos                                    10/20/2020

```
 1   A.   It was like a couple weeks after I was dismissed.
 2   Q.   From care?
 3   A.   Yeah.
 4   Q.   Okay.  That's what I wanted to know.  Okay.  So we
 5        got that employment history.  So, as you sit here
 6        today, what are your -- as you sit here today, is
 7        there anything that you cannot do now that you
 8        could do before the incident?
 9   A.   Yeah.  There's a lot of things.  Yeah.
10   Q.   Yeah.  And I'm not looking for -- I'm not looking
11        for every single thing and try to hold you to that.
12        I just want to get an understanding as to, you
13        know, the nature of the stuff that you could
14        previously do and that you can't do now.
15   A.   I can't do any physical labor job, which is, like,
16        a big passion of mine was working construction and
17        stuff.  I can't do that no more.
18             There's a lot of recreational outdoor
19        activities that I can't really do.  I mean I can't
20        run.  I can't really jump.  I'm just, like, very
21        limited.  And there's even things that I might be
22        able to do.  My injuries make it too uncomfortable
23        to really enjoy most of them.
24   Q.   Okay.  Give me a couple of examples of those things
25        that you just mentioned.  The things that you can
```

| | | |
|---|---|---|
| 1 | | do but your injuries prevent you from doing because |
| 2 | | of the incident. |
| 3 | A. | Well, like my dirt bike riding and stuff.  My |
| 4 | | brother just recently got a bunch of different |
| 5 | | quad, dirt bikes and all of that.  I can't do that. |
| 6 | | Tubing, like boat riding and stuff.  Tubing, I |
| 7 | | mean, I used to enjoy tubing when I was a kid. |
| 8 | Q. | It's not a test; so if you can't remember any more, |
| 9 | | then that's fine. |
| 10 | A. | Yeah. |
| 11 | Q. | Let me ask you about the dirt bike riding.  How |
| 12 | | often did you ride dirt bikes? |
| 13 | A. | It wasn't often.  It was maybe, like, a few times. |
| 14 | | As I kid I had, like, a mini dirt bike that I rode |
| 15 | | a lot.  But once I grew out of it I didn't do it |
| 16 | | too often because, I mean, I didn't have one |
| 17 | | anymore.  And it was just I kind of got more into |
| 18 | | games and stuff.  But recently now my brother has |
| 19 | | all these toys and stuff, and it's just like... |
| 20 | Q. | I hear yeah.  So would you ever go to, like, the |
| 21 | | dirt bike track? |
| 22 | A. | No.  I never did it like that.  It was mostly just |
| 23 | | -- |
| 24 | Q. | You never raced? |
| 25 | A. | No.  It was just riding my dirt bike through the |

```
 1          levies and stuff.  Just having fun with my friend.
 2   Q.    You have levies too?
 3   A.    Yeah.
 4   Q.    Okay.  Oh, your high school.  Did you go to high
 5          school?
 6   A.    Yes.
 7   Q.    Did you graduate?
 8   A.    Yes.
 9   Q.    Where -- what was the high school that you
10          graduated from?
11   A.    I graduated from One BLA.
12   Q.    Okay.  And that's in Stockton?
13   A.    Yes.
14   Q.    Other than on-the-job training, did you have any
15          further education, ju-co, community college,
16          college, any postsecondary education?
17   A.    Not yet.  But I do plan on going back next year.
18   Q.    Okay.  What are you going to go for?
19   A.    Try to get a business degree.  Business -- maybe in
20          accounting.
21   Q.    Nice.
22   A.    I feel like I'm good with numbers.
23   Q.    Nice.  Nice.  So the areas of your body for this
24          incident hurt were your back?
25   A.    Yes.
```

**Jonathan Ramos**                                    **10/20/2020**

```
 1   Q.   And your knee?
 2   A.   Yes.
 3   Q.   Anything else?
 4   A.   There was a couple sprains and sore spots across --
 5        like, I mean, my ankle was really hurting, but
 6        there was nothing -- I don't think there was
 7        anything broken.
 8   Q.   Okay.
 9   A.   A lot of, like, my leg is still kind of numb from
10        the bottom of my knee.
11   Q.   Okay.  Anything else?
12   A.   No.  I mean, the pain is kind of starting to
13        spread.  Like, nothing -- I don't think there's
14        anything major happening at the moment, but I do
15        need to go get checked soon because, yeah.
16   Q.   How about emotional distress or psychological
17        issues?  Have you suffered any of that because of
18        these incident -- this incident?
19   A.   Yeah.  You kind of lose the motivation in yourself.
20        Not, like, a macho thing, but it made me feel kind
21        of less like a man and less of a person.  Gave me a
22        bunch of anxiety in those areas.  And --
23   Q.   So -- my apologies.  Go ahead.
24   A.   It was just, like, a lot of -- kind of like
25        depression.  You know, when you can't really live
```

| | |
|---|---|
| 1 | life the same way that you did before.  It's not |
| 2 | like -- it really, it's not fun, I mean. |
| 3 | Q. | Right. |
| 4 | A. | Yeah. |
| 5 | Q. | Did you go seek counseling or any treatment for |
| 6 | | that anxiety and depression? |
| 7 | A. | No.  I've always been the type of guy just to kind |
| 8 | | of, like, you know, not talk about my problems. |
| 9 | | I'm just like a bottle-it-up type of person. |
| 10 | Q. | Right.  Do you think that that could make it worse |
| 11 | | maybe? |
| 12 | A. | I feel like it has, yeah. |
| 13 | Q. | I hear yeah.  Are you claiming any lost wages |
| 14 | | because of this incident? |
| 15 | A. | There's over a year that I couldn't work.  Like, |
| 16 | | I'm making a lot less money now than I could have |
| 17 | | been if I was to keep working in a construction job |
| 18 | | setting.  Because I was planning on joining the |
| 19 | | union or just doing something higher up than just, |
| 20 | | like, a labor worker.  So there's -- I lost the |
| 21 | | ability to pursue a career in a field that I really |
| 22 | | loved and enjoyed. |
| 23 | Q. | Do you think there are other ways that you could be |
| 24 | | involved with that field or industry? |
| 25 | A. | I tried getting a contractor's licenses.  I can't |

Jonathan Ramos                                    10/20/2020

```
 1        -- you need four years of experience inside of the
 2        field that you want to go for, which I never got
 3        four years of anything.  I mean, maybe work in an
 4        office for one, but that's not really -- that's not
 5        working in that.  That's just an office job the way
 6        I see it.
 7   Q.   Right.  Be careful.  You're talking to three
 8        office-job people here.  Those jobs that you were
 9        telling me about your prior employment, in any of
10        those were you terminated from employment?
11   A.   No.
12   Q.   Okay.  Were you ever written up with any of those
13        employers for any reason?
14   A.   I think attendance.  Yeah.
15              MR. BARRAS:  Daniel, I will tender
16        Mr. Ramos now.  And then look -- and if you
17        have questions while you ask your questions
18        I'll look and see if I have any -- if I missed
19        anything.  Or if you don't have questions, if
20        you just give me a minute or two I'll just
21        make sure that I'm good.
22              MR. MEYER:  Michael, we're at about
23        another hour.  Why don't we just take another
24        five-minute break, and I'll look through my
25        notes and see if I have any questions.
```

 1              MR. BARRAS:  Okay.  Thank you.

 2              THE VIDEOGRAPHER:  Off the record.  The

 3         time is 1:02.

 4         (A short recess was taken.)

 5              THE VIDEOGRAPHER:  We're back on the

 6         record the time is 1:20.

 7              MR. BARRAS:  Mr. Ramos, thank you very

 8         much.  Those are all the questions that I have

 9         for you right now.  I believe your lawyer may

10         have some follow-up questions.

11              And then after that I may have a couple

12         follow-ups or I may not.  But thank you for

13         taking the time to do this deposition with us

14         today.

15              And at this time I'll tender to

16         Mr. Meyer's questioning.

17              MR. MEYER:  Thank you.

18    EXAMINATION BY MR. MEYER:

19    Q.   Good afternoon, Jonathan.  You mentioned earlier

20         when Mr. Barras was asking you questions that there

21         was a method of construction that was different on

22         this job than what you were accustom to.  Can you

23         just explain that one more time?

24    A.   Yeah.  So we would usually start from the front and

25         work towards the back, and this time we worked from

```
 1              the right to the left.
 2    Q.    And how did you know that you were to work from the
 3          right to the left on this job?
 4    A.    I was told by Glenn Thomas because the Iron
 5          Mountain employees needed access to that second
 6          floor so they could clear out that second half of
 7          the warehouse so we could later go in and tear that
 8          side down.
 9    Q.    Okay.  As close as you can recall, can you tell me
10          exactly what Mr. Thomas communicated to you on that
11          regard?
12    A.    Just that we were going to have to do things
13          differently because they wanted the stairs up.  And
14          I think that's, like, the best way I could tell
15          you.
16    Q.    Well, how would the stairs have been affected if
17          you would have used your normal construction
18          methods from front to back?
19    A.    We would have started by tearing those first.  So
20          it would have been the first thing to be taken away
21          to be torn down would have been the stairs.
22    Q.    All right.  Was there something about the right to
23          the left method that was obviously dangerous to you
24          or something that jumped out that made you think
25          that you should not be doing that?
```

Jonathan Ramos                                    10/20/2020

```
 1  A.   There was no, like, clear apparent danger.  It was
 2       just like a new -- like, a different way of doing
 3       it.  Not what we're used to.
 4  Q.   Okay.  Have you ever done a right to left method
 5       teardown before?
 6  A.   No.
 7  Q.   The staircase that you were talking about, was it
 8       being used while you were on the job for two, two
 9       and a half weeks?
10  A.   Yes.  It was used on a daily basis by Iron Mountain
11       employees and ourselves.
12  Q.   Do you remember -- what did you see -- or can you
13       describe how often it was being used?
14  A.   It was just constantly by us while we were clearing
15       the top half of the building, like, the mezzanine,
16       like, the second floor of the Rack.  And it was
17       used by them a couple of times a day going back and
18       forth from the top and the bottom.
19  Q.   Okay.  What did you see the people going back and
20       forth doing?
21  A.   They were clearing out the product from the left
22       side of the building.  They were getting everything
23       out so we could go in and work.
24  Q.   This was Iron Mountain employees or somebody else?
25  A.   Iron Mountain employees.
```

```
 1   Q.   Okay.  When you got to work in the morning, who
 2        opened the doors for you at the building?
 3   A.   It was an Iron Mountain employee that let us in.
 4   Q.   The columns that ended up falling, do you know if
 5        they anchored to the wall or not?
 6   A.   I never checked, but it's just customary for that
 7        type of, like, column of metal to be anchored to
 8        the ground.  I've never not seen it anchored to the
 9        ground.
10   Q.   Is it a customary part of your job to do that kind
11        of check to see if there's an anchor in a column?
12   A.   No.  I've never done that before.
13   Q.   Okay.  You mentioned -- there was some questions to
14        you about some observations or statements that were
15        made by Mr. Brignack or Mr. Martinez either before
16        or after the columns fell at the Iron Mountain
17        facility.  And I want to ask you, do you remember
18        those questions?
19   A.   I don't.
20   Q.   Okay.
21   A.   I remember Michael asking me, but I don't remember
22        their statements.
23   Q.   Of course.  Okay.  So in your job when you worked
24        for Rack Masters, do you ever recall anybody
25        telling you that there was some danger that you
```

Jonathan Ramos                                    10/20/2020

```
 1        should look out for on a job site?
 2   A.   No.
 3   Q.   Well, let me ask you this just more broadly.
 4        Anything in general in your life, have you ever had
 5        somebody tell you "Oh, there's something dangerous.
 6        You need to look out for this"?
 7   A.   Not really.  I've been really good at just taking
 8        care -- taking care of myself.  And I was always
 9        pretty cautious on the job.
10   Q.   Do you recall anybody telling you -- I understand
11        that you lost consciousness and you had some memory
12        loss about the event.  But do you recall anybody in
13        the time period that you do remember telling you to
14        stop working for any reason?
15   A.   No.
16   Q.   Do you remember whether the columns were very
17        wobbly before they fell?
18   A.   No.  I never saw them wobble.
19   Q.   Okay.  If you did see them wobble, how would you
20        react?
21   A.   I would have brought down the lift and got, like,
22        the -- gotten out of the way and stopped doing what
23        I was doing.
24   Q.   Okay.  Knowing yourself and knowing -- you
25        described yourself as a cautious person.  How do
```

```
 1        you think that you would have reacted if somebody
 2        told you that the columns were dangerous and you
 3        needed to watch out for them?
 4                  MR. BARRAS:  Object to the form.  You can
 5             answer.
 6   A.   I would have assessed, like, to hear what they were
 7        telling me was true or not.  And if I didn't notice
 8        anything, then I probably would have just
 9        continued.
10   Q.   Okay.  Thank you, Mr. Ramos.  I have no other
11        questions.
12                  MR. BARRAS:  No follow-ups.
13                  THE VIDEOGRAPHER:  That concludes this
14             deposition.  We're off the record.  The time
15             is 1:27.
16             (The deposition concluded at 1:27 p.m.)
17
18
19
20
21
22
23
24
25
```

74

```
 1                    REPORTER'S PAGE
 2         I, Meredith Hoffpauir, Certified Court
 3    Reporter in and for the State of Louisiana, the
 4    officer, as defined in Rule 28 of the Federal
 5    Rules of Civil Procedure and/or the Article 1434
 6    (B) of the Louisiana Code of Civil Procedure,
 7    before whom this proceeding was taken, do hereby
 8    state on the record:
 9         That due to the spontaneous nature of the
10    interaction and discourse of the proceeding,
11    double-dashes (--) have been used to indicate
12    pauses, changes of thought, and/or talkovers; that
13    such is the universally accepted method for a
14    court reporter's transcription of a proceeding;
15    that double-dashes (--) do not indicate that words
16    or phrases have been left out of the transcript;
17         And that the spelling of any words and/or
18    names which could not be verified through
19    reference resources have been denoted with the
20    parenthetical phrase "(phonetic)."
21
22
23
24
25
```

75

```
1              C E R T I F I C A T I O N

2

3          This certification is valid only for a

4     transcript accompanied by my original signature

5     and original seal on this page.

6          I, Meredith Hoffpauir, Certified Court

7     Reporter in and for the for the state of

8     Louisiana, as the officer before whom this

9     testimony was taken, hereby certify that

10    Jonathan Ramos after having been duly sworn by

11    me upon authority of R.S. 37:2554, testified as

12    set forth in these 76 pages, that this

13    testimony was reported by me in the stenotype

14    reporting method, was prepared and transcribed

15    by me or under my personal direction and

16    supervision, and is a true and correct

17    transcript to the best of my ability and

18    understanding.

19         The transcript has been prepared in

20    compliance with transcript format guidelines

21    required by statute or by rules of the board.

22    I am informed about the complete arrangement,

23    financial or otherwise, with the person or

24    entity making arrangements for deposition

25    services; that I have acted in compliance with
```

76

1      the prohibition on contractual relationships,

2      as defined by Louisiana Code of Civil Procedure

3      Article 1434 and in rules and advisory opinions

4      of the board.

5           I have no actual knowledge of any

6      prohibited employment or contractual

7      relationship, direct or indirect, between a

8      reporting firm and any party litigant in this

9      matter, nor is there any such relationship

10     between myself and party litigants in this

11     matter.  I have no interest, financial or

12     otherwise, in the outcome of this matter.

13

14          Signed on November 7, 2020.

15

16

17

18

19

20

21

22     _____

23     Meredith Hoffpauir, CCR, RPR
       LA CERT NO. 2018002
24     RPR CERT NO. 971010

25

**A**

A-l-l-e-g-r-e
44:2
a.m 1:17
ability 24:3
66:21 75:17
able 10:3 20:18
38:10 41:17
51:10,13 52:13
52:20 58:19,25
59:1 60:20
62:22
absolute 49:19
accepted 74:13
access 54:21
55:15,18 69:5
accident 7:4
25:11 33:3,11
34:24 43:5
48:20 52:23
54:18
accompanied
75:4
accounting
64:20
accurately 10:4
accustom 68:22
acknowledge
6:2,6
acted 75:25
activities 62:19
actual 23:17
27:18 44:17
76:5
address 18:6
addressed 3:14
administered
6:7
administering
3:23
adult 23:16,18
advanced 2:22
19:22
advice 40:9
advisory 76:3
affiliated 46:3
afternoon 68:19
agency 58:6
agreed 6:15,16
6:17 29:24

agreement 6:13
ahead 5:14
61:24 65:23
Airbnb 20:6,7
20:11,19 35:21
35:22
AL 1:7 2:13
alcohol 47:10
Alegre 43:1,12
44:1,3 45:2,6
align 24:18
allow 7:23,25
9:6 54:21
allowed 35:21
ambulance
33:11 34:11
35:1
amount 38:24
anchor 51:7,17
52:1 71:11
anchored 51:2,2
51:4,6,11,14
51:14,16 52:1
53:8 56:19
71:5,7,8
anchors 51:12
51:15
and/or 74:5,12
74:17
ankle 65:5
answer 3:17
7:21 8:3 9:7,9
53:23 73:5
answering 9:18
answers 3:12
7:25 8:4 21:14
anxiety 49:4,6
59:13 65:22
66:6
anybody 8:14
34:8 71:24
72:10,12
anymore 63:17
apologies 5:14
65:23
apparent 70:1
APPEARAN...
2:1
Appearing 2:6
2:11,18

applied 14:23
15:10
appointment
43:21 46:16,23
59:14
approval 46:18
areas 64:23
65:22
arrangement
6:11 75:22
arrangements
75:24
arriving 27:1
Article 74:5 76:3
asked 20:18
34:22 47:1
asking 8:19,25
54:16 68:20
71:21
assessed 73:6
assuming 20:19
attachment
57:24
attendance
67:14
attorney 9:6,8
10:15
attorneys 6:1
9:4 10:19 11:3
August 12:24
authority 75:11

**B**

B-e-n-t-o 25:16
back 16:8 23:3
32:7 35:14,18
36:7,9,13 37:1
37:3,18 38:5,9
38:12 42:3,23
43:1,12 44:11
45:25 46:24
47:7 50:11
52:18 53:4
54:23,24 55:1
61:10 64:17,24
68:5,25 69:18
70:17,19
background
11:17
backs 31:2

bad 10:10 15:4
29:22 36:14
43:15 59:2
bag 58:2
ballpark 41:11
bankruptcy
18:19
Baronne 2:3
Barras 2:16 4:3
5:13,13,17,17
6:17,23 7:1
35:24 36:2,11
45:1 47:6 48:3
67:15 68:1,7
68:20 73:4,12
based 54:16 56:7
56:7
Basic 23:25
basically 7:14
8:15 23:16
28:11 31:16
33:16 37:8
41:18 49:15
basis 49:11
70:10
beam 58:18
beams 50:20
bear 30:15
beat 35:11
began 61:15
beginning 29:3
40:25 59:9
61:22
BEHALF 2:24
believe 12:4
21:12 23:11
35:22 36:25
39:18 42:18
45:9 46:5 48:5
50:25 56:2,3
57:21 68:9
belt 32:7 57:25
Ben 2:24 5:9
bend 38:10
benefits 14:8
15:22
Bento 25:13,15
25:18 61:16,17
61:18
best 7:12,24

8:22 10:12
24:2 32:24
36:16,18 40:2
45:7 46:6
47:18 69:14
75:17
better 41:1 48:2
big 22:23 27:11
47:3 62:16
biggest 27:17,23
bike 63:3,11,14
63:21,25
bikes 63:5,12
birthday 12:23
15:17,20
BISGAARD
2:14
bit 22:8 23:4
47:5,23 59:9
60:15
BLA 64:11
Blanca 11:7,8
blood 36:21
board 75:21
76:4
boat 63:6
body 64:23
bolted 50:14
book 7:17
booked 20:12
booklet 7:17
born 12:25
boss 20:12 21:21
21:22,24
bottle-it-up 66:9
bottom 30:7
65:10 70:18
braces 36:23
break 9:11,12
9:16,19 36:1
67:24
brief 36:1
Brignack 58:3
58:15,23 71:15
bring 57:17
BRISBOIS 2:14
broadly 72:3
broken 65:7
brother 12:11
12:16,18 63:4

63:18
brother's 12:12
brought 72:21
BRUNO 2:3,3
building 22:19
22:20 33:5
44:25 52:10,17
52:19,21 54:22
55:11,16 56:8
70:15,22 71:2
bunch 19:14
63:4 65:22
business 64:19
64:19

**C**

California 2:9
5:4 13:13 19:2
19:13,15 35:14
36:13 38:5
42:3,7,17 48:6
51:2
call 27:20 40:23
called 39:19
calls 8:3 14:5
29:6
Camino 2:8
canceled 16:13
Cannabis 25:24
card 48:12
care 17:3,14,18
18:1 42:20
43:3,7,17,23
44:21,23,24
62:2 72:8,8
career 66:21
careful 67:7
case 15:21 16:22
cause 8:9 10:3
50:15 52:4,4
52:23 53:22
caused 50:12,24
54:18
causing 56:1
cautioned 6:20
cautious 72:9,25
CCR 1:20 2:23
3:4,22 76:23
cease 25:10
cell 13:21,23

center 33:7
centers 46:21
CERT 76:23,24
certain 51:6
certification
  75:3
Certified 2:24
  3:5 74:2 75:6
certify 75:9
chain 17:23,23
chance 21:7
changes 74:12
charge 22:4
check 34:10
  43:18 71:11
checked 65:15
  71:6
checking 45:20
  45:20
checkups 42:21
  45:14 59:18
child 14:24 15:5
Civil 3:7 74:5,6
  76:2
claim 15:20,21
claiming 66:13
clarification 9:1
Class 13:17
clear 8:10,11
  24:15 52:17
  55:19 58:9
  69:6 70:1
cleared 54:22
  57:5,8
clearing 55:21
  70:14,21
clearly 17:13
click 26:1
climbing 41:19
clinic 17:21 18:1
  44:15,19,24,25
  45:3,8,13 46:3
  46:9
clinics 17:19
close 35:8 48:21
  69:9
Code 74:6 76:2
cold 59:18,20
college 64:15,16
column 50:18,19

53:13 56:18
  71:7,11
columns 32:1
  50:17,21,22
  52:25 53:1,2,4
  53:8 54:25
  55:2 71:4,16
  72:16 73:2
come 19:7 24:8
  29:2 44:3
comes 8:11
  45:15
comfortable
  8:25 9:15 10:7
  10:9
coming 7:22
commercial
  13:14
common 24:25
  25:6,7 51:21
  51:21
communicated
  69:10
communication
  54:9
communicatio ...
  54:11
community
  64:15
comp 40:22 42:8
  46:17
company 19:9
  26:17 35:20
compensation
  15:22
complete 75:22
completed 3:13
  31:5
completely 8:19
compliance
  75:20,25
complicated
  24:6,7
concluded 73:16
concludes 73:13
concrete 60:9,9
  60:10
condition 36:14
  38:5 40:14
  49:2

conditions 15:5
  44:8
confirmation
  20:10
confused 8:24
confusing 8:23
  27:19
confusion 8:9
connected 32:4
  33:8
connecting
  50:20 52:8
connection 3:10
consciousness
  72:11
consent 6:10
consistent 39:2
constant 49:10
constantly 70:14
constraints 7:19
construction
  62:16 66:17
  68:21 69:17
consume 47:10
contact 46:17
  56:20
continue 45:8
continued 73:9
continuing
  37:21
contractor's
  66:25
contractual 76:1
  76:6
conversation 8:6
convicted 15:18
corner 18:7
correct 9:24
  11:23 12:1
  19:4 20:16
  31:14 43:10
  45:17 54:2
  55:8 56:12,15
  75:16
correctly 18:23
  50:14 51:8
  59:11 60:2
counsel 3:2,15
  5:11,15,17
  6:10,12

counseling 66:5
couple 17:9 20:3
  20:4 28:22
  37:4 39:24
  57:7 62:1,24
  65:4 68:11
  70:17
course 71:23
court 1:1 3:5,21
  5:8,22,24 9:21
  13:3 36:9 74:2
  74:14 75:6
courtroom 9:23
COVID 46:20
cracked 57:22
crawling 41:18
Creek 2:9
crimes 15:18
cross 18:9
current 11:19
  13:21,23 16:23
currently 5:4
  25:13 48:12
customary 71:6
  71:10
customer 61:4
customers 61:4

              D
daily 49:11
  70:10
damages 7:5
danger 70:1
  71:25
dangerous 69:23
  72:5 73:2
Daniel 2:4 5:14
  5:15 67:15
date 41:9
day 25:11,25
  26:2,19,25
  29:3 35:22,23
  46:10 47:19
  48:4 49:14,16
  49:21,23 57:12
  58:10,12 61:19
  70:17
days 37:4 49:17
  57:15
December 37:17

declare 6:8
deconstruct
  29:24
deconstruction
  29:12
defendant 8:16
  15:15
defendants 1:8
  5:18
defined 74:4
  76:2
degree 51:6
  64:19
delivering 25:23
delivery 25:13
  25:14,19
denoted 74:19
deposition 1:11
  2:24 3:3,10,17
  3:19 5:2 6:2,3
  6:4 7:6,8 8:11
  9:3,13 10:16
  10:18,22 11:3
  11:11,19 68:13
  73:14,16 75:24
depression
  65:25 66:6
describe 27:10
  70:13
described 56:18
  72:25
details 16:22
  22:13 40:13
Diablo 2:8
Dickson 43:2
  44:12,13 46:8
different 17:16
  40:24,25 44:16
  52:16 63:4
  68:21 70:2
differently
  48:25 69:13
direct 76:7
direction 55:6
  75:15
dirt 63:3,5,11,12
  63:14,21,25
dirty 16:22
disability 15:11
discourse 74:10

dismissed 62:1
distress 65:16
DISTRICT 1:1
  1:2
divided 33:7
dividing 33:15
Dmeyer@bru...
  2:5
doctor 17:3,17
  44:14,16,17
  45:15
doctors 17:8,16
  44:9
documents
  11:10
doing 53:16,15
  55:20 63:1
  66:19 69:25
  70:2,20 72:22
  72:23
domino 32:3,3
Don 2:22 5:7
door 33:17
doors 71:2
double-dashes
  74:11,15
drive 25:20,21
driver 25:19
driver's 13:10
  13:12
drove 26:18
drugs 47:15
due 74:9
duly 6:20 75:10

              E
earlier 27:10
  68:19
easier 27:19
East 2:15
EASTERN 1:2
education 64:15
  64:16
effect 32:3
eight 38:19,22
  39:3 60:13,13
either 15:14
  26:4 35:8 44:4
  71:15
elaborate 10:20

eliminate 55:2
eliminated
  55:17
eliminating 53:5
  54:25 55:1
emails 20:10
emergency
  59:20
emotional 65:16
employed 23:8
  23:10 25:7
employee 56:21
  58:8 71:3
employees 52:6
  52:12 54:21
  55:15,20 69:5
  70:11,24,25
employer 16:10
employers 59:22
  67:13
employment
  25:10 60:3
  62:5 67:9,10
  76:6
ended 32:14
  71:4
enjoy 62:23 63:7
enjoyed 66:22
enlisted 18:17
entity 75:24
estimate 29:19
evaluation 39:21
evaluator 40:22
  42:9
event 16:22
  72:12
eventually 39:5
evidence 3:20
exactly 32:13
  35:7 41:3 44:6
  60:14 69:10
exam 42:12,14
EXAMINATL..
  4:2 6:23 68:18
examinations
  45:19
examining 45:23
example 10:9
  30:3,4,4
examples 62:24

exception 3:11
excuse 28:10
  30:25 46:8
  58:11
executives 33:10
  33:24,25
expect 18:5
experience 23:4
  51:25 67:1
expired 41:22
  48:12
explain 8:21
  22:15 24:2
  25:4 27:19
  68:23
explained 51:11
explanation
  22:18 25:4

─── F ───

F(4) 1:6
face-first 32:15
facility 7:2,3
  26:8,20 27:1
  27:13 29:25
  54:2,13 56:15
  71:17
facing 32:15
fall 37:9 42:18
  42:19 46:15
  50:12,15
falling 31:25
  32:1 53:5 71:4
falls 32:22
family 14:25
  15:2
far 10:8 42:7
fastened 51:7,8
fastening 50:13
February 19:21
Federal 3:7 74:4
feel 13:1 50:13
  64:22 65:20
  66:12
feeling 10:6,11
  45:16
feet 27:25
fell 32:8,10 34:8
  50:16 56:3
  71:16 72:17

felt 54:18
field 66:21,24
  67:2
figure 29:11
  40:13
filed 15:21,21
  18:19
fill 18:3
filled 18:13
financial 75:23
  76:11
find 8:16 24:17
  54:6 60:19
fine 63:9
finish 7:24,25
  9:6,18 31:16
finished 30:17
finishing 27:6
firm 76:8
first 6:19 7:7
  14:14,22 19:7
  19:17 23:1,7
  23:10,16,17
  26:19,24 30:6
  30:8 31:20
  37:21 38:8
  44:17 58:11
  60:5 61:18
  69:19,20
fist 60:16
five 14:1 58:16
  58:24
five-minute
  67:24
flew 35:15,23
  38:9
floor 52:10
  53:15 55:15
  61:4 69:6
  70:16
flu 17:5
fly 35:18
folks 34:6
follow-up 68:10
follow-ups 68:12
  73:12
follows 6:22
foreman 21:18
  21:20,21 22:12
form 3:16 7:17

8:8 73:4
formal 24:25
formalities 3:9
format 7:16
  8:10 75:20
forth 70:18,20
  75:12
forward 32:2
four 14:1,1 67:1
  67:3
fourth 11:24
frame 29:19
  30:14 49:15
frequency 38:24
frequently 9:16
  49:7
Friday 57:13
friend 64:1
front 14:21
  52:17 53:4
  54:23 68:24
  69:18
fronts 31:2
full 11:20 33:16
  33:18 57:1,2
fully 29:8
fun 64:1 66:2
further 6:6 8:21
  10:21 46:18
  64:15

─── G ───

games 63:18
gathered 54:15
Gatto 2:7,9 5:20
  5:20 6:16
general 72:4
getting 50:9
  66:25 70:22
girlfriend 11:4
girlfriend's 11:6
give 13:2 18:6
  24:8,14 25:4
  30:3 45:16
  62:24 67:20
given 3:21 7:8
Glenn 21:25
  22:1,4 28:10
  54:7,8 55:13
  69:4

going 7:12,16,19
  8:4 9:7,14
  10:17,24 11:4
  11:17 13:4
  16:8 17:11
  18:21 21:14
  30:5,6,7,8
  31:20 35:25
  38:2,14,16
  39:23 40:12
  43:21 50:1,11
  52:7,10 60:18
  64:17,18 69:12
  70:17,19
good 9:3 10:8
  64:22 67:21
  68:19 72:7
Goodness 35:19
gotten 12:7
  72:22
graduate 64:7
graduated 12:25
  64:10,11
grew 63:15
ground 7:11
  32:15,22 50:13
  50:14,23 51:1
  51:8 56:19
  71:8,9
Grover 2:22 5:7
guess 16:2 19:7
  20:22 27:9
  29:11,21
guidelines 75:20
gut 30:14
gutted 30:21
guy 66:7
guys 10:17 21:8
  26:15 27:12
  28:14 34:16

─── H ───

half 12:17 31:15
  52:7 55:16
  57:4 69:6 70:9
  70:15
hands 31:3
handy 14:17
happen 10:24
  11:5 29:15

happened 31:23
  32:11,14,25
  44:15 57:10
  58:17,19
happening 7:14
  65:14
hardware 37:2
  37:18,19
head 8:6 14:17
  38:4
healing 43:19
health 14:12,25
  15:2,5,25 16:3
  16:9
healthcare 16:24
  40:20 42:5,17
  59:12,16
hear 31:24 63:20
  66:13 73:6
heard 19:17,21
  46:19 55:24
help 38:7 49:3
helping 61:4
hereinbefore
  6:19
Hey 28:4 53:12
  53:14
high 12:25 23:19
  59:24 60:5
  64:4,4,9
higher 66:19
hire 56:14
history 60:3
  62:5
Hoffpauir 1:20
  2:23 3:4,22 5:9
  7:15 74:2 75:6
  76:23
hold 32:8 36:23
  62:11
holding 51:9
holes 24:19
Honestly 32:13
hospital 35:1,3,5
  35:17 36:15
  37:7,14 42:4
hotel 21:2
hour 9:13,14
  35:25 67:23
hours 47:8,12

**How's** 47:25
**hurt** 64:24
**hurting** 46:24
65:5
**Hyatt** 2:24 5:9

**I**

**ID** 14:16
**ignorance** 30:25
**important** 53:8
**incident** 14:2
18:22,23 19:4
20:2,22,24
26:1,2 43:7
47:7,8,10,12
49:13,15,24
50:11 52:5
53:23 57:10,20
58:10,13,17,24
59:5,15,17
61:11,12,15
62:8 63:2
64:24 65:18,18
66:14
**Including** 32:25
**income** 14:25
15:2
**INDEX** 4:1
**indicate** 6:12
74:11,15
**indirect** 76:7
**industry** 66:24
**inflated** 36:21
**information**
5:19 38:3 41:4
**informed** 75:22
**ingest** 47:12
49:9
**initial** 36:20
54:23
**injured** 34:24
**injuries** 42:17
46:15 62:22
63:1
**inside** 67:1
**inspect** 29:14,18
53:11
**inspected** 51:23
56:9
**inspection** 29:10

51:20
**instances** 24:12
**instructed** 52:14
52:15 54:4,20
55:5
**instruction**
52:22
**instructs** 9:8
**insurance** 14:12
15:3,25 16:3,9
16:19 17:24
46:17
**interaction**
74:10
**interest** 76:11
**interrupt** 53:25
**interruption**
47:21
**introduce** 5:12
**investigation**
54:16
**involve** 36:19
**involved** 9:15
15:14 66:24
**Iron** 1:6 2:13
5:18,18 7:2,5
15:13 27:12
29:24 33:4,10
33:19,23 34:1
34:9 52:3
53:22 54:9,17
55:5 56:5,17
56:21 69:4
70:10,24,25
71:3,16
**issued** 13:12
**issues** 37:25
46:23 65:17

**J**

**J-o-s-u-e** 12:3
**job** 19:18 21:9
21:16 22:13,17
23:16,17 24:5
25:12 28:14
29:18 31:9,16
53:9,11,17
60:5,8,23
62:15 66:17
67:5 68:22

69:3 70:8
71:10,23 72:1
72:9
**jobs** 19:12,16
23:19 29:16
61:9 67:8
**jog** 48:25
**joining** 66:18
**Jonathan** 1:3,12
2:2 3:3 5:3,21
6:18 11:21,22
68:19 75:10
**Josue** 11:21
**ju-co** 64:15
**jump** 32:17,19
62:20
**jumped** 69:24
**June** 18:23,25
19:1 22:7
28:21 30:17
31:6,13

**K**

**K-a-i-s-e-r** 17:1
**Kaiser** 16:6,8,24
**keep** 52:14,15
66:17
**kept** 20:19
**kicked** 35:16
**kid** 17:15 63:7
63:14
**kind** 8:6 10:23
17:23 18:21
24:9,19 27:18
29:3,5,17,18
30:13,14 32:2
32:2,5 38:5,14
45:23 46:20
49:17 51:21
52:15 59:8
63:17 65:9,12
65:19,20,24
66:7 71:10
**knee** 37:6,9,10
42:25 43:13
45:22 46:24
65:1,10
**knew** 55:24
56:10,18
**knowing** 72:24

72:24
**knowledge** 29:9
40:6 41:21
50:12 51:24
52:3 56:17
76:5

**L**

**LA** 2:4,16 76:23
**labor** 62:15
66:20
**lack** 50:13
**Lafayette** 2:16
**landline** 14:5
**lastly** 9:11
**late** 20:1,2
**Lauren** 60:25
**law** 2:7 3:7
**lawsuit** 7:4,6
15:13
**lawsuits** 15:15
**lawyer** 14:20
68:9
**lawyers** 16:23
41:5 54:15
**leads** 48:5
**learning** 38:14
**leave** 30:15
52:19,24 54:20
60:15
**left** 31:12 32:1
47:5 52:19,24
69:1,3,23 70:4
70:21 74:16
**leg** 36:20,23
38:9 42:22
45:22 65:9
**legal** 2:22 48:6
**lengths** 21:15
**levies** 64:1,2
**LEWIS** 2:14
**license** 13:10,12
13:14,16,18
**licenses** 66:25
**lieu** 6:6
**life** 66:1 72:4
**lift** 27:2,5 31:21
32:9,9,10,16
41:17 55:4
58:11,13 59:4

72:21
**lifted** 41:22
**light** 47:3,21
**limit** 41:17
**limited** 62:21
**litigant** 76:8
**litigants** 76:10
**little** 22:8 23:4
38:3 40:24
47:5,22 59:9
**live** 12:10,11,19
65:25
**lived** 12:16,18
**Livermore**
60:24
**living** 19:1
**LLC** 5:19
**LLP** 2:3,14
**located** 5:3
**lock** 35:9 40:12
41:8 44:7
**long** 9:13 12:16
13:25 17:7
22:6 26:12
35:4,11 45:7
60:12 61:1,6
**longer** 16:12
60:19
**look** 28:4 29:17
32:1 51:16,25
53:12 67:16,18
67:24 72:1,6
**looking** 42:2
53:14 62:10,10
**looks** 8:8
**lose** 65:19
**loss** 72:12
**lost** 66:13,20
72:11
**lot** 8:5 19:9
27:22 35:7
46:24 58:1
62:9,18 63:15
65:9,24 66:16
**Louis** 12:13
**Louisiana** 1:2
3:6 42:4,4 74:3
74:6 75:8 76:2
**loved** 66:22
**lower** 37:10,11

**Luckily** 35:20

**M**

**macho** 65:20
**main** 21:21,22
21:24
**major** 65:14
**making** 13:1
19:8 49:19
66:16 75:24
**man** 65:21
**Management**
5:19
**manipulations**
45:22
**manner** 6:11,13
**March** 19:20
**marijuana**
47:17 48:7,10
48:16 49:2
59:13
**Mariposa** 18:9
18:10
**Mark** 58:7,22
**Martel** 58:3,4,15
58:23
**Martinez** 11:9
58:7,22 71:15
**Master** 58:8
**Masters** 20:15
20:18 21:17
22:6 23:2,10
23:23 25:8,10
34:15 53:19
54:5 55:6,24
56:12,14 60:5
60:16 61:10,12
71:24
**Masters'** 34:13
**material** 27:22
**matter** 6:9 76:9
76:11,12
**MD** 48:18
**mean** 8:5 10:23
21:20 24:22
26:21 27:8
34:13 36:16
40:8 43:4
53:11 59:19
61:3 62:19

63:7,16 65:5
65:12 66:2
67:3
meant 35:17
50:6
meat 11:18
med 48:12
Medi-Cal 14:9
14:10,14,16,23
15:8,24 16:2,5
16:5,7,12,18
Medicaid 14:8
16:18
medical 36:17
38:2 40:12,22
42:16 43:21
46:10,14,21
48:9 59:20
Medicare 14:8
medication 9:25
18:3 35:7
medications
47:13
memory 32:24
36:16,18 40:3
45:7 48:25
72:11
mentioned
22:10 40:17
42:9 59:13
62:25 68:19
71:13
Meredith 1:20
2:23 3:4,22 5:8
74:2 75:6
76:23
metal 22:24 27:9
27:11,11 71:7
method 28:8
68:21 69:23
70:4 74:13
75:14
methods 69:18
Meyer 2:4 4:4
5:15,15 6:15
35:24 36:3
44:21,23 67:22
68:17,18
Meyer's 68:16
mezzanine

52:11 70:15
Mgatto@gatto...
2:10
Michael 2:7,9,16
5:13,17,20 7:1
67:22 71:21
Michael.barra...
2:17
military 18:17
mind 36:1
mine 62:16
mini 63:14
minimum 30:15
minute 67:20
minutes 26:14
26:14 58:16,24
missed 67:18
mobility 41:18
moment 59:7
65:14
Monday 57:13
money 66:16
monitor 47:22
month 28:22
60:18
months 19:19
37:17 38:13,16
38:19,21,22
39:3 60:13,13
morning 26:3,13
49:24 71:1
motion 45:24
motivation
65:19
Mountain 1:6
2:13 5:18,18
7:2,5 15:13
27:13 29:25
33:4,10,19,23
34:1,9 52:4
53:22 54:10,17
55:5 56:5,17
56:21 69:5
70:10,24,25
71:3,16
mouth 25:2
moving 26:1
47:7 55:11
mute 57:19

## N

name 5:7 7:1
11:6,20,24
12:2,3,12 20:8
42:25 43:1,2
44:19 48:17
named 6:19
names 42:24
74:18
nature 25:22
49:1 62:13
74:9
necessarily
24:14 54:14
need 9:1,11,15
23:6 65:15
67:1 72:6
needed 55:15
69:5 73:3
Nevada 19:11
never 17:16 18:1
21:3 28:6
46:19 49:25
51:23 53:2
56:20 63:22,24
67:2 71:6,8,12
72:18
new 2:4 14:3
19:4,8,18,25
20:5 21:5 26:6
28:17 35:4,11
36:15 37:14,21
70:2
nice 26:1 64:21
64:23,23
night 20:22,23
20:23 35:22
nod 8:6
nonprescription
47:15
normal 26:5
69:17
normally 29:15
Northern 19:15
notes 67:25
notice 3:6 19:22
73:7
November 45:10
61:22 76:14
numb 65:9

number 13:2,6
13:23,25 14:2
14:16 35:10
51:3,5
numbers 64:22

## O

O-l-i-v-a-r-e-s
12:6,9
oath 3:23 6:7,21
9:22
Object 73:4
objection 9:5
objections 3:15
3:18
observations
71:14
observe 7:11,12
obviously 40:8
69:23
occurred 7:4
14:3 18:23
19:4 20:3
61:13
October 1:17
3:8 5:5 41:14
43:25 45:9,10
45:10 46:11
61:19
offered 3:20
office 2:7 45:15
67:4,5
office-job 67:8
officer 74:4 75:8
officiated 3:22
old 12:23,24
13:1 18:14
23:14
Olivares 11:21
on-the-job 64:14
once 19:14 30:21
31:10 63:15
one-time 42:12
42:14
ones 17:22
ongoing 37:25
online 48:17
59:14
open 3:21
opened 71:2

operate 36:22,25
operated 37:1
operation 28:25
37:5
opinion 52:23
opinions 76:3
opposite 33:9
ordinary 28:5
original 75:4,5
Orleans 2:4 14:3
19:5,8,18,25
20:5 21:5 26:6
28:17 35:4,12
36:16 37:14
orthopedic
42:22,23
outcome 76:12
outdoor 62:18
outlet 61:7
Outlets 60:24
outside 32:15
51:15 58:2
owners 7:3

## P

p.m 21:11 73:16
page 4:2 74:1
75:5
pages 75:12
pain 65:12
pallet 22:19,20
22:22
paper 40:8 57:3
papers 57:7
pardon 47:20
parenthetical
74:20
parents 12:20
35:15 36:13
part 3:19 27:3
49:10 50:16
56:11 57:8
71:10
partially 21:18
21:20
participating
6:1
particular 35:10
parties 3:3,9,15
6:10

parts 56:25
party 15:14 76:8
76:10
passion 62:16
pauses 74:12
pen 13:5
penalty 6:9
people 7:10
56:14 67:8
70:19
period 29:7 47:9
72:13
perjury 6:9
permanent
41:24,25
person 6:7 42:12
65:21 66:9
72:25 75:23
personal 25:21
51:24 54:9
75:15
personnel 33:19
54:9
perspective
40:15 44:8
pharmacy 18:2
18:14
phone 13:21,23
57:17,19
phonetic 74:20
photographs
11:13
phrase 48:24
74:20
phrases 74:16
physical 39:10
40:2,6 42:2,7
45:19 46:3,8
62:15
physically 6:3
10:10
physicals 59:19
59:21
physician 17:14
41:2 43:3,8,17
43:23 48:15
physician's 43:2
physicians 48:11
picking 36:12
picture 41:1

**Pine** 39:9,9 42:8
**place** 19:11
  29:10 37:3
  39:15
**placed** 40:17,20
  41:6 50:17,20
  58:1
**plaintiff** 1:4
  5:21 15:15
**plan** 16:20 64:17
**plane** 35:17
**planning** 66:18
**plans** 16:19
**point** 9:4 31:20
  32:5 33:3
  41:21 43:22
  44:3,10 61:12
**Polo** 60:24
**portion** 36:9
**position** 21:17
**possibility** 53:5
  55:2
**possible** 8:12
  30:15
**possibly** 20:11
**postaccident**
  48:19,21
**postsecondary**
  64:16
**potentially**
  59:14
**practice** 41:3
  51:22
**precautions** 56:4
**preface** 43:5
**prepare** 10:15
  10:18,21 11:10
  19:23
**prepared** 75:14
  75:19
**prescribed**
  48:10,15
**prescription**
  18:3
**prescriptions**
  18:13
**present** 6:3,12
  7:3
**pretty** 9:14 11:5
  21:2 22:23

24:10 31:9
  35:16 49:10,16
  49:21 72:9
**prevent** 63:1
**previous** 17:9
**previously** 23:3
  48:14 62:14
**primarily** 33:2
**primary** 17:3,14
  42:20 43:2,3,7
  43:17,23
**prior** 59:16 67:9
**private** 13:16
  16:8,19,20
**probably** 10:15
  12:17 21:10
  73:8
**problem** 14:20
  24:8 47:23
  56:1
**problems** 37:8
  37:22 66:8
**Procedure** 3:7
  74:5,6 76:2
**proceeding** 74:7
  74:10,14
**PROCEEDIN...**
  5:1
**process** 8:15
  29:23 32:12
**produced** 7:17
**product** 55:21
  70:21
**products** 57:2
**progress** 43:19
**progressed**
  40:14
**prohibited** 76:6
**prohibition** 76:1
**properly** 50:23
  51:1,11
**protocol** 24:22
  24:24,25
**provided** 3:7
  16:9
**provider** 13:21
  16:24 17:23
  39:6 40:20
  43:24 44:5
**providers** 17:24

42:5,16,17
  59:12,16
**psychological**
  65:16
**PT** 42:8
**pull** 24:19 47:22
**purely** 30:4
**purposes** 30:4
  49:8
**pursuant** 3:6
**pursue** 66:21
**push** 32:7
**pushed** 32:8
**put** 12:8 25:1
  36:23,23 37:2
  37:2,20 39:18
  39:22 40:3,6
  42:9 43:16
**putting** 29:22

_____
**Q**
_____
**QME** 39:18
**quad** 63:5
**question** 3:16
  7:24 8:1,23 9:8
  9:9,18 12:22
  15:4 19:7
  21:15 28:9
  35:13,25 36:15
  43:6,16 53:22
  59:2
**questioner** 8:22
**questioning** 8:20
  68:16
**questions** 3:12
  8:24 10:10
  11:18 39:24
  47:1 67:17,17
  67:19,25 68:8
  68:10,20 71:13
  71:18 73:11
**quick** 5:24

_____
**R**
_____
**R&D** 60:23
**raced** 63:24
**rack** 20:15,18
  21:16 22:6
  23:2,10,23
  25:8,10 27:17

34:13,15 51:20
  53:19 54:4
  55:5,24 56:11
  56:14 58:8
  60:5,15 61:10
  61:11 70:16
  71:24
**Ralph** 60:24
**Ramos** 1:3,12
  2:2 3:4 5:3,16
  5:21 6:18,24
  6:24,24,25 7:1
  11:21,22 12:13
  18:21 31:1
  36:12 47:4,20
  67:16 68:7
  73:10 75:10
**range** 45:23
**RD** 60:9,10
**react** 72:20
**reacted** 73:1
**read** 3:13 5:25
  36:9
**really** 10:23 17:8
  19:10,15 20:8
  21:23 22:14
  27:2 29:18
  30:1 32:3
  33:25 34:18,20
  39:16 43:7,18
  44:6 48:22
  51:9,23 53:10
  60:17 61:3
  62:19,20,23
  65:5,25 66:2
  66:21 67:4
  72:7,7
**reason** 8:18
  29:22 56:2,11
  67:13 72:14
**reasons** 10:2
  14:25 15:1
  48:8 59:13
**recall** 18:22 20:8
  20:16 44:11
  48:17 49:14
  51:4 69:9
  71:24 72:10,12
**receipts** 20:11
  20:20

**receive** 22:25
  23:24
**received** 24:11
**recess** 36:6 68:4
**recipient** 16:12
**recollection**
  41:15 47:18
**record** 6:14 8:10
  13:4 36:5,8
  68:2,6 73:14
  74:8
**recording** 7:15
**records** 36:17
  40:12
**recovering** 37:6
**recreational**
  48:9 49:8
  62:18
**recreationally**
  48:7
**redact** 13:3
**reduction** 3:12
**reference** 74:19
**referred** 39:6
  43:24 44:4
**refresh** 50:6
**regard** 69:11
**regular** 13:16
  17:22
**regularly** 42:21
**regulation** 51:3
**related** 37:20,23
  59:23
**relationship**
  76:7,9
**relationships**
  76:1
**release** 46:9
**released** 39:5,9
  39:11,11 43:23
  43:25 44:4,9
  44:10,14,16,18
  45:2,3,6
**remain** 53:24
  54:2,5
**remained** 38:12
**remember** 24:12
  24:16 26:22,23
  26:24,25 27:3
  27:4,15 32:13

32:17,19,21
  34:16,18,20
  40:8 41:20
  42:24 44:6,19
  46:7 48:22,24
  49:1,23 57:21
  58:9,12,21,25
  59:1,3,7 60:2
  60:14 63:8
  70:12 71:17,21
  71:21 72:13,16
**remembered**
  31:21
**remembers** 59:1
**remote** 1:11 3:3
**remotely** 6:5
**remove** 30:11,12
  37:18,19 53:13
  55:6,7,10
  56:12,14
**removing** 27:12
  31:18,24 53:4
**Reno** 19:14
**rephrase** 30:1
**reported** 1:20
  2:23 75:13
**reporter** 3:5 5:8
  5:23,24 9:21
  13:3 36:9 74:3
  75:7
**reporter's** 74:1
  74:14
**Reporters** 2:24
  5:10
**reporting** 6:4,11
  6:13 75:14
  76:8
**represent** 7:1
**requesting** 7:5
**required** 75:21
**reserve** 3:15,18
**resolved** 44:9
**resources** 74:19
**responsibilities**
  22:13
**responsiveness**
  3:16
**restrictions**
  39:12,15,17,18
  39:22 40:3,7

40:17,21 41:6
41:16,22,24
42:10
**result** 42:19
**resulted** 7:4 37:9
42:18
**retail** 61:2,3
**review** 11:10,13
**revoked** 13:19
**rewind** 60:15
**rhyme** 29:21
**ride** 63:12
**riding** 63:3,6,11
63:25
**right** 3:13,18
9:23 10:7
11:18 13:1,6
14:19,21 16:6
17:11 18:24
20:10 23:7
24:24,24 25:25
31:20 34:23,23
36:12,22 39:23
40:11,11 41:5
42:3 45:2 46:2
49:19 50:11
52:6,18,24
55:9 56:11,25
59:4,6,7,8 60:2
60:5 61:21,23
66:3,10 67:7
68:9 69:1,3,22
69:22 70:4
**rights** 3:21
**rocking** 58:18
**rode** 63:14
**room** 6:3
**roughly** 20:7
26:12 57:9
58:23
**round** 18:6
**route** 52:16
**RPR** 1:20 2:23
3:4,22 76:23
76:24
**Rule** 74:4
**rules** 3:7 7:11
74:5 75:21
76:3
**run** 62:20

**running** 28:11
28:24

___
**S**
___
**safe** 12:5 24:23
**safely** 56:12,15
**safety** 24:21,22
25:5,6
**Saturday** 57:13
**Saturdays** 57:14
**saw** 44:17 54:17
55:23 72:18
**saying** 9:6,7
33:1 40:4
**says** 9:4 45:16
**scarring** 45:20
**schedule** 46:22
**school** 13:1
23:19 24:1
59:23,24,25
60:6 64:4,5,9
**scissor** 27:2,5
31:21 32:8,9
32:10,15 55:3
58:11,13 59:4
**scoot** 47:5
**screen** 57:22
**seal** 75:5
**second** 11:24
12:1,3 52:11
55:15,16 69:5
69:6 70:16
**SECTION** 1:6
**secure** 1:6 2:13
37:2
**secured** 50:22
51:1 53:14
**securely** 51:7
**security** 13:2
15:10
**see** 10:9 12:7
21:5 29:17,21
31:3 32:1 33:9
37:8 42:5
47:25 51:16,25
53:8,12,14
59:12 60:4
67:6,18,25
70:12,19 71:11
72:19

**seeing** 54:12
**seek** 66:5
**seeking** 49:2
**seen** 28:6 42:16
59:16 71:8
**sense** 25:1,6,7
**September**
41:12,13,14
45:11 46:11
**services** 61:4
75:25
**set** 17:17 29:23
29:23 51:3,3
75:12
**setting** 10:7
66:18
**Sheesh** 12:25
**shelf** 22:23,24
31:3 57:3
**shelves** 27:11
30:11,12 31:2
52:4 55:21,25
56:3,12
**shelving** 27:9,11
27:15,18,20,22
27:23,25 28:3
29:11,12,24
30:5,8 32:22
50:12,15,16
55:6,8,10
56:14
**shift** 18:21
**shifts** 21:13,15
**short** 36:6 68:4
**show** 24:9 28:11
**showed** 33:10,11
**SHREDDING**
1:7 2:13
**sick** 17:7
**side** 32:10 33:20
33:21,22 52:19
54:22 55:10
69:8 70:22
**sides** 33:6 55:19
**sign** 3:13
**signature** 75:4
**Signed** 76:14
**similar** 8:9
**simple** 23:25
**single** 62:11

**sit** 34:19 62:5,6
**site** 72:1
**sites** 21:5
**six** 37:17 38:18
38:22 39:3
57:15
**size** 28:3
**skip** 47:2
**sleep** 49:4,5,6
**slow** 60:17
**SMITH** 2:14
**smoke** 47:18
48:4,6,7 49:8
49:25 50:2,4
**smoked** 49:24
**smoking** 49:14
**social** 13:2 15:10
**solve** 47:23
**somebody** 40:5
70:24 72:5
73:1
**soon** 33:10
65:15
**sore** 65:4
**sorry** 12:5 61:24
**sort** 55:25
**sought** 46:14
**sound** 18:24
**South** 19:13
**speak** 40:13
**specialist** 42:22
42:23,23,25
**specialist's** 43:1
**specific** 18:6
22:10 38:2
41:9
**specifically**
21:16 36:17
**specifics** 17:11
**spell** 11:22 44:1
**spelling** 11:23
12:1 74:17
**spent** 38:19
**spine** 37:10,11
37:12
**spontaneous**
74:9
**spots** 65:4
**sprains** 65:4
**spread** 65:13

**Sprint** 13:22
**staircase** 70:7
**stairs** 52:14,15
52:20,25 53:24
53:24 54:1,5
54:20,24 55:17
69:13,16,21
**stairways** 52:9
**stand** 28:3
**start** 7:25 28:9
30:24 61:18
68:24
**started** 23:1,3,5
28:14 29:25
32:4 69:19
**starting** 54:23
65:12
**state** 3:5 13:12
74:3,8 75:7
**statements**
71:14,22
**states** 1:1 40:25
**stating** 6:14
**statute** 75:21
**stay** 35:4 38:10
39:2
**stayed** 20:14
21:2 35:22
**staying** 20:5
**steadily** 53:3
**stenotype** 75:13
**step** 30:11,12,14
30:16,17,20,21
31:5,7,9,10,16
52:11
**steps** 29:23
**stipulated** 3:2
**STIPULATIO...**
3:1
**stock** 61:5
**Stockton** 5:4
12:14 18:11
64:12
**stood** 27:16
**stop** 8:20 53:25
72:14
**stopped** 44:15
72:22
**stopping** 8:25
**stored** 57:3

**straight** 36:24
38:10
**strange** 28:4
**street** 2:3,15
18:7,8,9,10
20:8 22:16
39:9,10 42:8
**stuck** 24:17
**stuff** 31:24
34:11,22 45:21
45:24 46:18,20
57:2 62:13,17
63:3,6,18,19
64:1
**subject** 24:16
**sued** 7:5 15:13
**suffered** 65:17
**suggested** 54:4
**Suite** 2:8,15
**suits** 34:2,4
**supervision**
75:16
**supplement**
16:20
**support** 58:17
**supposed** 40:4
51:4,5 52:13
55:19
**sure** 7:19 8:10
9:13 11:23
13:5 15:4
16:18,21 17:12
27:21 29:5,13
35:9 39:20
41:4 50:8
59:10 60:4
67:21
**surgeries** 37:16
37:24
**surgery** 36:20
37:11,17,21,23
**suspended** 13:18
**swear** 5:23
**swearing** 3:11
**swelling** 36:24
**sworn** 6:20
75:10
**system** 16:18

___
**T**
___

**table** 9:19
**take** 9:12 14:5
  17:24 26:12
  33:14 36:1
  47:13 57:22
  67:23
**taken** 3:4 9:25
  36:6 68:4
  69:20 74:7
  75:9
**talk** 7:20,23 11:2
  25:25 26:2
  34:6,8 66:8
**talked** 10:15,17
  39:16
**talking** 10:13,19
  23:19 34:12
  41:1 47:9
  54:14 55:7
  67:7 70:7
**talkovers** 74:12
**tallest** 28:1
**taught** 24:3
**tear** 30:21 69:7
**teardown** 27:7,8
  51:23 70:5
**tearing** 22:19,20
  69:19
**tell** 6:20 20:19
  29:3,4,4,14
  31:23 35:6
  39:21 51:10,13
  56:9 58:23
  69:9,14 72:5
**telling** 22:3 67:9
  71:25 72:10,13
  73:7
**temp** 58:4,6
**ten** 58:16,24
  60:13
**tender** 67:15
  68:15
**tense** 46:25
**terminated**
  67:10
**test** 63:8
**testified** 6:21
  49:13 75:11
**testify** 10:3
**testifying** 9:23

**testimony** 3:14
  3:21 6:8 17:13
  36:10 75:9,13
**testing** 51:12
**thank** 13:10
  36:3 48:2 68:1
  68:7,12,17
  73:10
**THC** 49:9
**therapeutic** 48:8
  49:7
**therapist** 39:5
  39:17 40:2,6
  42:8
**therapy** 38:14
  38:17,18,22,24
  38:25 39:10
  42:2 46:3,8
**thereof** 3:20
**thing** 8:7 26:20
  26:25 32:21
  58:9,12,22
  59:3 62:11
  65:20 69:20
**things** 10:20
  62:9,21,24,25
  69:12
**think** 9:14 16:13
  16:13 18:25
  21:12 23:11
  27:24 29:13
  34:20 39:16
  41:19 45:21
  48:17,21 51:21
  51:25 53:7
  57:14 59:23
  60:2 61:19
  65:6,13 66:10
  66:23 67:14
  69:14,24 73:1
**thinking** 34:5
**thinner** 27:22
**Thomas** 21:25
  22:1,4,11
  28:10,14,23
  54:7,8 55:13
  69:4,10
**thought** 14:21
  50:4 74:12
**three** 19:19 37:4

  38:13,16,19,21
  67:7
**tickets** 35:17
**till** 45:9
**tilted** 32:9
**time** 3:17,19 5:5
  5:11 9:19 14:2
  14:22 17:7
  19:2,17 20:2
  20:15 21:3
  22:7 23:5,7
  26:2,5 29:7,19
  33:15 35:21
  36:5,8,25 41:9
  41:21 42:15
  43:22 44:3,11
  44:13,17 46:6
  47:8 49:12,15
  54:24 57:19
  58:1 60:16
  68:3,6,13,15
  68:23,25 72:13
  73:14
**times** 8:5 24:7
  28:23 57:23
  63:13 70:17
**tip** 50:24
**tipped** 54:25
**tipping** 55:3,3
**tips** 24:9,13,16
  24:19
**today** 9:25 10:4
  10:6,11 62:6,6
  68:14
**told** 10:23 11:4
  34:20 46:16
  52:8 53:16,18
  53:19 54:7,8
  55:13 58:17
  60:17 69:4
  73:2
**toolbox** 58:2
**top** 14:17 30:9
  70:15,18
**top-heavy** 50:23
**torn** 69:21
**Torque** 51:12
**toys** 63:19
**track** 63:21
**training** 22:25

  23:6,24,25
  24:2,11 64:14
**transcribed**
  75:14
**transcript** 3:14
  74:16 75:4,17
  75:19,20
**transcription**
  74:14
**transition** 12:21
  12:22
**travel** 19:11
**traveled** 19:10
**treat** 42:13 43:4
  43:17
**treated** 43:12,13
**treating** 45:8
**treatment** 35:3
  36:15 38:6
  45:12 46:7,10
  46:14 66:5
**trick** 8:15
**tried** 46:16
  66:25
**Trinity** 44:21,23
  44:24 45:3,8
  45:13 46:4,7,9
**trip** 19:8,23
**truck** 25:20
**true** 49:12 73:7
  75:16
**truth** 6:20,21,21
**try** 7:19,23
  32:19 48:24
  62:11 64:19
**trying** 8:14
  16:15 32:17
  34:10,18 35:9
  35:10 38:4
  40:11,13 41:8
  44:7,7 46:21
  46:22
**tubing** 63:6,6,7
**Tuesday** 5:5
**turned** 16:3
**Twice** 39:1,2
**two** 12:17 19:19
  30:12,20,21
  31:5,10,16
  33:6,6 38:13

**38:16,19,21**
  42:16 43:16
  57:9 67:20
  70:8,8
**type** 25:20 29:9
  36:14 38:6
  40:20 45:12
  66:7,9 71:7
**typewriting** 3:12
**typically** 9:12

**U**
**Uber** 26:15
**uh-huh** 8:7,7
  23:22 43:9
**unbolting** 31:24
**uncomfortable**
  62:22
**understand** 8:18
  8:19,21 9:9,22
  17:13 30:2
  31:14 40:24
  43:4,6 48:5
  53:21 59:10
  72:10
**understanding**
  52:23 62:12
  75:18
**Understood**
  60:21
**unh-unh** 8:7,8
  59:18
**unhook** 30:8
**union** 66:19
**UNITED** 1:1
**universally**
  74:13
**update** 45:17
**upright** 50:19
**uprights** 30:22
  31:1,4,10,18
**urgent** 17:18
  18:1 44:21,23
  44:24
**use** 13:4
**usual** 34:23
**usually** 30:14,16
  52:17 53:2
  68:24

**V**
**v-e-s** 12:9
**valid** 75:3
**van** 26:16
**Vegas** 19:14
**vehicle** 25:21,21
  26:17,18
**verbalize** 8:4
**verbally** 6:8
**verified** 74:18
**Vermilion** 2:15
**video** 1:11 2:22
  3:3
**videoconference**
  2:6,11,18
**videographer**
  2:22 5:2,8,22
  36:4,7 47:4,20
  48:1 68:2,5
  73:13
**videos** 11:15
**visible** 51:15
**visit** 29:2
**visited** 42:21
**visits** 38:25
**VS** 1:5

**W**
**wages** 66:13
**wait** 46:18 60:20
**waive** 3:9
**wake** 26:3
**Walgreens** 18:4
  18:5,15
**walk** 26:15
  38:11,15
**walk-in** 17:21
**walking** 41:18
**wall** 33:7,15,16
  33:18,20,22
  50:17 52:25
  58:18 71:5
**Walnut** 2:9
**want** 7:21 8:9,24
  10:16 11:22
  17:12 25:1
  39:24 53:21
  59:10 62:12
  67:2 71:17
**wanted** 50:6,8

Jonathan Ramos

10/20/2020

53:24 54:1,5
62:4 69:13
**warehouse** 33:7
33:16 52:8
57:1,5,9 69:7
**watch** 73:3
**way** 24:9,17
29:22 32:5
41:23 45:9
53:1 54:24
55:13 66:1
67:5 69:14
70:2 72:22
**ways** 66:23
**Web** 48:18
**website** 48:18
**week** 29:1,7 35:5
35:6,8,8 39:1,2
57:15
**weeks** 20:3,4
28:22 57:9
62:1 70:9
**weight** 51:9
**went** 19:11,13
19:15,20 21:3
23:23 28:8
35:1,14 36:13
38:18 53:5
59:9 60:3
61:10
**weren't** 50:22
60:18
**wheelchair** 38:8
38:9,13,20,21
**when's** 12:22
25:12
**wife** 29:1
**Winter** 42:25
43:13 45:4,6
**witness** 3:11,13
3:23 5:3,23 6:7
6:19 44:22
47:25
**witnessed** 58:23
**wobble** 72:18,19
**wobbly** 72:17
**woke** 26:5
**wondering** 34:2
**words** 7:22 25:1
30:11 31:23

74:15,17
**work** 16:7 22:6
22:25 25:13
29:25 49:25
50:3,5 52:18
52:24 55:22
57:17 60:12,18
61:5,6 66:15
67:3 68:25
69:2 70:23
71:1
**worked** 19:9
22:8 23:2
27:23 28:1
32:5 34:1 53:1
53:2,3 55:1
57:14 58:4
60:24 68:25
71:23
**worker** 21:19
22:11 53:9
66:20
**workers** 33:2,3
33:4 34:10,13
34:14,15 54:12
**workers'** 15:22
40:22 42:8
46:17
**working** 16:21
20:15 21:13
29:6 33:21
44:15 52:9
54:12,24 61:15
61:18 62:16
66:17 67:5
72:14
**works** 16:19
**worry** 14:19
**worse** 66:10
**wouldn't** 54:20
55:18 56:20
58:18,21,25
59:1
**wounds** 45:21
**wrap** 38:4 59:8
**wreck** 22:22
27:7
**wrecks** 22:19,20
27:8
**write** 13:5

**written** 7:16 8:8
8:10 13:4
67:12
**wrong** 12:7
31:15 53:25
55:25

**X**

**XXX-XX-8988**
13:7,8

**Y**

**year** 12:17,25
14:15,23 16:2
16:7 22:9
41:12,13,14
43:25 46:12,13
61:8,20 64:17
66:15
**years** 12:17,24
14:1,1 17:10
18:14 23:3
67:1,3
**yell** 31:25
**younger** 23:21

**Z**

**Zoom** 5:24

**0**

**1**

**1:02** 68:3
**1:20** 68:6
**1:27** 73:15,16
**10** 21:13
**100** 2:15
**11:16** 1:17 5:6
**12-hour** 21:13
**12:00** 36:5
**12:09** 36:8
**1434** 74:5 76:3
**15** 26:14,14
**15th** 18:23 20:23
**16th** 18:25 19:1
22:7 28:21
30:17 31:6,13
**18** 16:4 18:13
23:15,21,24
60:6
**18th** 15:17,20

**19-11202** 1:5
**1997** 12:24

**2**

**20** 1:17 3:8
26:14
**20-pounds** 41:17
**200** 2:8
**2014** 23:13
**2015** 23:11,13
**2018** 18:24 19:1
22:7 28:21
31:6,13
**2018002** 76:23
**2020** 1:17 3:8
5:5 76:14
**209-993-9777**
13:24
**20th** 5:5
**23** 12:24
**24** 47:8,12
**24-hour** 47:9
**25** 27:25
**2540** 2:8
**28** 12:24 74:4

**3**

**30** 27:25
**300** 2:15
**337-326-5777**
2:17
**37:2554** 75:11

**4**

**5**

**5:00** 21:10,11
**504-525-1355**
2:5

**6**

**6:00** 21:10,11
26:4
**68** 4:4

**7**

**7:00** 26:4,9,10
**7:30** 26:9
**70115** 2:4
**70501** 2:16
**76** 75:12

**8**

**8:00** 26:9,10
**855** 2:3
**888.272.0022**
2:25

**9**

**925-587-9949**
2:10
**94597** 2:9
**971010** 76:24