**U.S. Department of Labor**
Occupational Safety and Health Administration
9100 Bluebonnet Centre Blvd.
Suite 201
Baton Rouge, LA 70809



# Citation and Notification of Penalty

**To:**
RackMasters, Inc.
and its successors
2155 Pimlico Lane
Placerville, CA 95667

**Inspection Number:** 1323824
**Inspection Date(s):** 06/19/2018 - 06/19/2018
**Issuance Date:** 12/07/2018

**Inspection Site:**
6200 Humphreys Street
Unit F
Harahan, LA 70123

*The violation(s) described in this Citation and Notification of Penalty is (are) alleged to have occurred on or about the day(s) the inspection was made unless otherwise indicated within the description given below.*

This Citation and Notification of Penalty (this Citation) describes violations of the Occupational Safety and Health Act of 1970. The penalty(ies) listed herein is (are) based on these violations. You must abate the violations referred to in this Citation by the dates listed and pay the penalties proposed, unless within 15 working days (excluding weekends and Federal holidays) from your receipt of this Citation and Notification of Penalty **you either call to schedule an informal conference (see paragraph below) or** you mail a notice of contest to the U.S. Department of Labor Area Office at the address shown above. Please refer to the enclosed booklet (OSHA 3000) which outlines your rights and responsibilities and which should be read in conjunction with this form. Issuance of this Citation does not constitute a finding that a violation of the Act has occurred unless there is a failure to contest as provided for in the Act or, if contested, unless this Citation is affirmed by the Review Commission or a court.

**Posting** - The law requires that a copy of this Citation and Notification of Penalty be posted immediately in a prominent place at or near the location of the violation(s) cited herein, or, if it is not practicable because of the nature of the employer's operations, where it will be readily observable by all affected employees. This Citation must remain posted until the violation(s) cited herein has (have) been abated, or for 3 working days (excluding weekends and Federal holidays), whichever is longer.

**Informal Conference** - An informal conference is not required. However, if you wish to have such a conference you may request one with the Area Director during the 15 working day contest period by calling 225-298-5458. During such an informal conference you may present any evidence or views which you believe would

**EXHIBIT**

E

support an adjustment to the citation(s) and/or penalty(ies).

If you are considering a request for an informal conference to discuss any issues related to this Citation and Notification of Penalty, you must take care to schedule it early enough to allow time to contest after the informal conference, should you decide to do so. Please keep in mind that a written letter of intent to contest must be submitted to the Area Director within 15 working days of your receipt of this Citation. The running of this contest period is not interrupted by an informal conference.

If you decide to request an informal conference, please complete, remove and post the Notice to Employees next to this Citation and Notification of Penalty as soon as the time, date, and place of the informal conference have been determined. Be sure to bring to the conference any and all supporting documentation of existing conditions as well as any abatement steps taken thus far. If conditions warrant, we can enter into an informal settlement agreement which amicably resolves this matter without litigation or contest.

**Right to Contest** – You have the right to contest this Citation and Notification of Penalty. You may contest all citation items or only individual items. You may also contest proposed penalties and/or abatement dates without contesting the underlying violations. <u>**Unless you inform the Area Director in writing that you intend to contest the citation(s) and/or proposed penalty(ies) within 15 working days after receipt, the citation(s) and the proposed penalty(ies) will become a final order of the Occupational Safety and Health Review Commission and may not be reviewed by any court or agency.**</u>

**Penalty Payment** – Penalties are due within 15 working days of receipt of this notification unless contested. (See the enclosed booklet and the additional information provided related to the Debt Collection Act of 1982.) Make your check or money order payable to "DOL-OSHA". Please indicate the Inspection Number on the remittance. You can also make your payment electronically on www.pay.gov. On the left side of the pay.gov homepage, you will see an option to Search Public Forms. Type **"OSHA"** and click Go. From the results, click on **OSHA Penalty Payment Form**. The direct link is:

https://www.pay.gov/paygov/forms/formInstance.html?agencyFormId=53090334.

You will be required to enter your inspection number when making the payment. Payments can be made by credit card or Automated Clearing House (ACH) using your banking information. Payments of $25,000 or more require a Transaction ID, and also must be paid using ACH. If you require a Transaction ID, please contact the OSHA Debt Collection Team at (202) 693-2170.

OSHA does not agree to any restrictions or conditions or endorsements put on any check, money order, or electronic payment for less than the full amount due, and will process the payments as if these restrictions or conditions do not exist.

**Notification of Corrective Action** – For each violation which you do not contest, you must provide *abatement certification* to the Area Director of the OSHA office issuing the citation and identified above. This abatement certification is to be provided by letter within 10 calendar days after each abatement date. Abatement certification includes the date and method of abatement. If the citation indicates that the violation was corrected during the inspection, no abatement certification is required for that item. The abatement certification letter must be posted at the location where the violation appeared and the corrective action took place or employees must otherwise be effectively informed about abatement activities. A sample abatement certification letter is enclosed with this Citation. In addition, where the citation indicates that *abatement documentation* is necessary, evidence of the purchase or repair of equipment, photographs or video, receipts, training records, etc., verifying that abatement has occurred is required to be provided to the Area Director.

**Employer Discrimination Unlawful** – The law prohibits discrimination by an employer against an employee for filing a complaint or for exercising any rights under this Act. An employee who believes that he/she has been discriminated against may file a complaint no later than 30 days after the discrimination occurred with the U.S. Department of Labor Area Office at the address shown above.

**Employer Rights and Responsibilities** – The enclosed booklet (OSHA 3000) outlines additional employer rights and responsibilities and should be read in conjunction with this notification.

**Notice to Employees** – The law gives an employee or his/her representative the opportunity to object to any abatement date set for a violation if he/she believes the date to be unreasonable. The contest must be mailed to the U.S. Department of Labor Area Office at the address shown above and postmarked within 15 working days (excluding weekends and Federal holidays) of the receipt by the employer of this Citation and Notification of Penalty.

**Inspection Activity Data** – You should be aware that OSHA publishes information on its inspection and citation activity on the Internet under the provisions of the Electronic Freedom of Information Act. The information related to these alleged violations will be posted when our system indicates that you have received this citation. You are encouraged to review the information concerning your establishment at www.osha.gov. If you have any dispute with the accuracy of the information displayed, please contact this office.

**U.S. Department of Labor**
Occupational Safety and Health Administration



# NOTICE TO EMPLOYEES OF INFORMAL CONFERENCE

An informal conference has been scheduled with OSHA to discuss the citation(s) issued on

12/07/2018. The conference will be held by telephone or at the OSHA office located at 9100

Bluebonnet Centre Blvd., Suite 201, Baton Rouge, LA 70809 on _____ at

_____ . Employees and/or representatives of employees have a right to attend an

informal conference.

## CERTIFICATION OF CORRECTIVE ACTION WORKSHEET

**Inspection Number: 1323824**

Company Name: RackMasters, Inc.
Inspection Site: 6200 Humphreys Street, Unit F, Harahan, LA 70123
Issuance Date: 12/07/2018

List the specific method of correction for each item on this citation in this package that does not read "Corrected During Inspection" and return to: **U.S. Department of Labor – Occupational Safety and Health Administration, 9100 Bluebonnet Centre Blvd., Suite 201, Baton Rouge, LA 70809**

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

I certify that the information contained in this document is accurate and that the affected employees and their representatives have been informed of the abatement.

_____          _____
Signature                                 Date

_____          _____
Typed or Printed Name                     Title

**NOTE: 29 USC 666(g)** whoever knowingly makes any false statements, representation or certification in any application, record, plan or other documents filed or required to be maintained pursuant to the Act shall, upon conviction, be punished by a fine of not more than $10,000 or by imprisonment of not more than 6 months or both.

**POSTING:** A copy of completed Corrective Action Worksheet should be posted for employee review

**U.S. Department of Labor**
Occupational Safety and Health Administration

**Inspection Number:** 1323824
**Inspection Date(s):** 06/19/2018 - 06/19/2018
**Issuance Date:** 12/07/2018



## Citation and Notification of Penalty

**Company Name:** RackMasters, Inc.
**Inspection Site:** 6200 Humphreys Street, Unit F, Harahan, LA 70123

---

<u>Citation 1  Item 1</u>    Type of Violation: **Serious**

29 CFR 1926.850(a): An engineering survey was not performed by a competent person to determine the conditions of the framing floors and walls and the possibility of unplanned collapse of any portion of the structure prior to permitting employees to start demolition operations

On or about 6/19/18 in warehouse 03; the employer allowed employees to remove ceiling-installed fire sprinkler pipes, metal cat walks, and to dismantle bays  steel rack shelving 60 feet deep (east to west) by 168 feet long (north to south) by 30' high (floor to ceiling) without an engineering survey conducted by a competent person to determine the possibility of unplanned collapse of any portion of the structure prior to permitting employees to start demolition operations; thus employees were exposed to injuries emanating from the collapse of the racking.

Date By Which Violation Must be Abated:
Proposed Penalty:

Corrected During Inspection
$3880.00

**Roderic M. Chube**
Area Director

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                Page 6 of 8                OSHA-2

**U.S. Department of Labor**
Occupational Safety and Health Administration
9100 Bluebonnet Centre Blvd.
Suite 201
Baton Rouge, LA 70809



# INVOICE /
# DEBT COLLECTION NOTICE

| | |
|---|---|
| **Company Name:** | **RackMasters, Inc.** |
| **Inspection Site:** | **6200 Humphreys Street, Unit F, Harahan, LA 70123** |
| **Issuance Date:** | **12/07/2018** |

| | |
|---|---|
| **Summary of Penalties for Inspection Number** | **1323824** |
| **Citation 1, Serious** | **$3880.00** |
| **TOTAL PROPOSED PENALTIES** | **$3880.00** |

To avoid additional charges, please remit payment promptly to this Area Office for the total amount of the uncontested penalties summarized above. Make your check or money order payable to: "DOL-OSHA". Please indicate OSHA's Inspection Number (indicated above) on the remittance. You can also make your payment electronically on www.pay.gov. On the left side of the pay.gov homepage, you will see an option to Search Public Forms. Type "OSHA" and click Go. From the results, click on **OSHA Penalty Payment Form**. The direct link is https://www.pay.gov/paygov/forms/formInstance.html?agencyFormId=53090334. You will be required to enter your inspection number when making the payment. Payments can be made by credit card or Automated Clearing House (ACH) using your banking information. Payments of $25,000 or more require a Transaction ID, and also must be paid using ACH. If you require a Transaction ID, please contact the OSHA Debt Collection Team at (202) 693-2170.

OSHA does not agree to any restrictions or conditions or endorsements put on any check, money order, or electronic payment for less than the full amount due, and will cash the check or money order as if these restrictions or conditions do not exist.

If a personal check is issued, it will be converted into an electronic fund transfer (EFT). This means that our bank will copy your check and use the account information on it to electronically debit your account for the amount of the check. The debit from your account will then usually occur within 24 hours and will be shown on your regular account statement. You will not receive your original check back. The bank will destroy your original check, but will keep a copy of it. If the EFT cannot be completed because of insufficient funds or closed account, the bank will attempt to make the transfer up to 2 times.

Pursuant to the Debt Collection Act of 1982 (Public Law 97-365) and regulations of the U.S. Department of Labor (29 CFR Part 20), the Occupational Safety and Health Administration is required to assess interest, delinquent charges, and administrative costs for the collection of delinquent penalty debts for violations of the Occupational Safety and Health Act.

**Interest**: Interest charges will be assessed at an annual rate determined by the Secretary of the Treasury on all penalty debt amounts not paid within one month (30 calendar days) of the date on which the debt amount becomes due and payable (penalty due date). The current interest rate is one percent (1%). Interest will accrue from the date on which the penalty amounts (as proposed or adjusted) become a final order of the Occupational Safety and Health Review Commission (that is, 15 working days from your receipt of the Citation and Notification of Penalty), unless you file a notice of contest. Interest charges will be waived if the full amount owed is paid within 30 calendar days of the final order.

**Delinquent Charges**: A debt is considered delinquent if it has not been paid within one month (30 calendar days) of the penalty due date or if a satisfactory payment arrangement has not been made. If the debt remains delinquent for more than 90 calendar days, a delinquent charge of six percent (6%) per annum will be assessed accruing from the date that the debt became delinquent.

**Administrative Costs**: Agencies of the Department of Labor are required to assess additional charges for the recovery of delinquent debts. These additional charges are administrative costs incurred by the Agency in its attempt to collect an unpaid debt. Administrative costs will be assessed for demand letters sent in an attempt to collect the unpaid debt.

_____          _____12/7/18_____
**Roderic M. Chube**                                        Date
Area Director

**U.S. Department of Labor**    Occupational Safety and Health Administration
9100 Bluebonnet Centre Blvd.
Suite 201
Baton Rouge, LA 70809



12/07/2018

RackMasters, Inc.
2155 Pimlico Lane
Placerville, CA 95667

Dear Employer,

The recent inspection of your workplace revealed no instances of Repeated, Willful, or Failure-To-Abate violations, nor were there a significant number of High Gravity Serious violations. Additionally, the compliance officer has reported that you have a good understanding of the actions necessary to correct the violations cited, and that you are willing to make those corrections by the date(s) specified in the attached citation. These factors, along with the good faith you have exhibited, make your firm eligible for an Expedited Informal Settlement Agreement (EISA). Under this program, an employer and OSHA can enter into an Informal Settlement Agreement without going through the formal procedure of meeting in the Area Office. However, if you decide to enter into the EISA, you should be aware that you relinquish your right to contest the citations and penalties of this inspection.

The EISA can be used only where the sole issue of dispute is the dollar amount of proposed penalties.  If you wish to discuss, change, or object to any other aspect of the inspection or citations -- including abatement dates, validity of violations, classification of violations -- then the EISA cannot be used. Under those circumstances, you may request an Informal Conference with me and/or exercise your contest rights as explained elsewhere.

You should carefully read the enclosed EISA to determine whether the terms of the agreement are acceptable to you.  Key elements of the agreement call for OSHA to agree to a 40 percent reduction in the total penalty amount proposed; for the Employer to correct the violations by the abatement date(s) set forth in the citation(s); for the Employer to provide evidence of corrective actions taken and to provide written certification that all items have been abated at the time of final abatement. (The Certification Correction Action Worksheet is attached to the Citation and Notification of Penalty.) Please note that failure to comply with any of the terms set forth in the agreement will cause the penalty to revert to the initially proposed amount.

The signed agreement and a check for the full amount of the reduced penalty must be delivered to the Area Office prior to the expiration of the 15-working day contest period. If mailed, the letter must be postmarked no later than the day that the 15-working day contest period ends.

If you have any questions regarding the EISA, please contact this office at 225-298-5458.

Sincerely,

Roderic M. Chube
Area Director

IN THE MATTER OF: RackMasters, Inc.
OSHA INSPECTION # 1323824
ISSUED: 12/07/2018

EXPEDITED INFORMAL SETTLEMENT AGREEMENT

The undersigned EMPLOYER and the undersigned Occupational Safety and Health Administration, (OSHA), in settlement of the above referenced Citation(s) and Notification(s) of Penalty which were issued on 12/07/2018, hereby agree as follows:

1. The EMPLOYER agrees to correct the violations as cited in the above referenced citations.

2. The EMPLOYER agrees to provide evidence of the actions taken to correct the cited violations.

3. Upon correction of all violations, the EMPLOYER agrees to provide written certification to the Area Director that all of the violations have been corrected. The EMPLOYER agrees to post a copy of the written certification for a period of three days in the place the citations were posted as described in paragraph 6 of this AGREEMENT.

4. OSHA agrees that the total penalty is amended to $2328.00. Failure of the EMPLOYER to comply with the terms of this AGREEMENT shall cause the penalty to revert to the initially proposed penalty of $3880.00.

5. In consideration of the foregoing amendments and/or modifications to the citations, the EMPLOYER hereby waives its right to contest said citations pursuant to Section 10(c) of the Occupational Safety and Health Act of 1970. It is understood and agreed by the Occupational Safety and Health Administration and the EMPLOYER that the citations as amended and/or modified by this agreement shall be deemed a final order not subject to review by any court or agency.

6. The EMPLOYER agrees to immediately post a copy of this Settlement Agreement in the same manner and place as the Citations (Citations are required by law to be posted in a prominent place at or near the location of the violations). Citations must remain posted until the violations cited have been corrected, or for three working days (excluding weekends and Federal Holidays, whichever is longer.)

7. Each party hereby agrees to bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding.


_____              _____
Company Official and Title               Roderic M. Chube
                                         Area Director


_____              _____
Date Signed                              Date Signed

## NOTICE TO EMPLOYEES

The law gives you and your representative the opportunity to object to any abatement date set for a violation if you believe the date to be unreasonable.  Any contest of the abatement dates of the citations referred to in paragraph 1 of this Settlement Agreement must be mailed to the address below within 15 working days (excluding weekends and Federal Holidays) of the receipt by the Employer of the original citations:

**U.S. Department of Labor**
**Occupational Safety and Health Administration**
9100 Bluebonnet Centre Blvd.
Suite 201
Baton Rouge, LA 70809
225-298-5458  Fax: 225-298-5457

**U.S. DEPARTMENT OF LABOR**          Occupational Safety and Health Administration
                                      Baton Rouge Area Office
                                      9100 Bluebonnet Centre Blvd., Suite #201
                                      Baton Rouge, LA 70809
                                      Telephone No.: (225) 298-5458
                                      Fax No.: (225) 298-5457



Dear Employer:

Under a law passed by Congress in 1996, the Small Business Administration (SBA) has established an SBA Ombudsman and SBA Regional Fairness Board to investigate small business complaints about federal agency enforcement actions.

If you are a small business and believe you have been treated unfairly by the Occupational Safety and Health Administration (OSHA), you may file a written, signed complaint with the SBA Ombudsman at:

SBA Ombudsman
300 South Riverside Plaza
Suite 1975 South
Chicago, IL  60606-6617

Or, call Toll Free:  1-888-REGFAIR

NOTE:  Filing a complaint with the SBA Ombudsman does not affect any obligation you may have to comply with an OSHA citation or other enforcement action.  Nor does it mean you need not take other available legal steps to protect your interest.

Your support in worker occupational health and safety is appreciated.

Sincerely,

*Roderic M. Chube*

Roderic M. Chube
Area Director

**U.S. Department of Labor - C upational Safety and Health A inistration**

# Inspection Report
Sun Oct 07, 2018 13:41:33 PM

| RID | CSHO ID | Supervisor ID | Inspection Number | Optional Report Number | Case Closed Date |
|---|---|---|---|---|---|
| 0625700 | #7C | U5447 | 1323824 | | |

| Establishment Name | | RackMasters, Inc. | | Doing Business As (DBA) | | | |
|---|---|---|---|---|---|---|---|
| Establishment Owner Name | Private Sector | | Type of Business | Corporation | Primary NAICS | | 561210 |
| Site Address | 6200 Humphreys Street Unit F HARAHAN, LA, 70123 | | Site Phone | (504)-539-3434 | Extn | Site FAX | (504)-818-1223 |
| Business Address | 6200 Humphreys Street Unit F HARAHAN, LA, 70123 | | Business Phone | (504)-539-3434 | | Business FAX | (504)-818-1223 |
| Mailing Address | 2155 Pimlico Lane PLACERVILLE, CA, 95667 | | E-mail | | | Mobile Phone | |
| Site Activity | | | NAICS Inspected | 561210 | | Days on Site | 1 |
| Federal EIN | | | DUNs | | Temporary or Fixed Site? | | |
| State Estab Id | | | DUNS plus4 | | CAGE Code | | |
| Construction Type | | | | | | | |

| Entry | 19-JUN-2018 | 09:30 AM | First Closing Conference | 19-JUN-2018 | 02:30 PM |
|---|---|---|---|---|---|
| Opening Conference | 19-JUN-2018 | 09:30 AM | Second Closing Conference | | |
| Walkaround | 19-JUN-2018 | 10:15 AM | Exit | 19-JUN-2018 | 03:15 PM |

| Inspection Initiating Type | Referral-Employer Reported | | Secondary Type | |
|---|---|---|---|---|
| Other Initiating Type | | | Inspection Category | Safety |
| Scope of Inspection | Partial | | Reason No Inspection | |
| Sampling Performed? | N | SVEP  N | Expln. for No Insp. | |
| Federal Strategic Initiatives | | | | |
| National Emphasis | | | | |
| Local Emphasis | | | | |
| Primary Emphasis | | | | |

| Employed in Establishment | 4 | Walkaround? | Y | Advance Notice? | N |
|---|---|---|---|---|---|
| Covered By Inspection | 4 | Interviewed? | Y | Flag for Follow-up | N |
| Controlled By Employer | 6 | Union? | N | Reason for Follow-up | |
| Is this Company a current federal contractor? | N | | | | |

| Parent Company Legal Name | | | Parent Comp Trade Name/DBA | | Extn | |
|---|---|---|---|---|---|---|
| Parent Company Address | | Phone Number | | | | |
| TIN / EIN | | | DUNS | | | |

| Related Activity | | | |
|---|---|---|---|
| Activity Number | Activity Type | Satisfied | Establishment Name |
| 1349807 | Referral | | RackMasters, Inc. |

| Related Inspections | | |
|---|---|---|
| Inspection Number | Establishment Name | Related Inspection Type |
| 1324132 | ADECCO | MULTI-EMPLOYER |

| Additional Codes | | | |
|---|---|---|---|
| Type | ID | Value | Description |
| | | | |

| Employer Representatives Contacted | | | | | |
|---|---|---|---|---|---|
| Name | Glen Thomas | Job Title | Foreman | Occupation | |
| Address | | 2155 Pimlico Lane PLACERVILLE, CA, 95667 | Interviewed? | | Y |
| Home | | Work | | Mobile #7C | Fax | |
| Email | | | | Participation | | Walk Around, Credentials, Opening Conference |
| Name | Bryan Maclean | Job Title | President | Occupation | |
| Address | | 2155 Pimlico Lane PLACERVILLE, CA, 95667 | Interviewed? | | N |
| Home | | Work | 530-642-8540 | Mobile | | Fax | |
| Email | | | | Participation | | Citation Mailed |

| Employees Contacted | | | | | |
|---|---|---|---|---|---|
| Name | #7C | Job Title | Laborer | Occupation | |
| Address | #7C | | Interviewed? | | N |
| Home | | Work | | Mobile #7C | Fax | |
| Email | | | | Participation | |

| Other Persons Contacted | | | | | |
|---|---|---|---|---|---|
| Name | #7C | Role | | Relationship to Employer | Contractor |
| Address | #7C | | Interviewed? | | Y |
| Home | | Work #7C | | Mobile #7C | Fax | |

Page 3
RackMasters, Inc.

Sun Oct 07, 2018 13:41:33 PM
Inspection Nr. 1323824

| Email | #7C |
|-------|-----|

| Participation | Walk Around |
|---------------|-------------|

| Penalty Adjustment Factors | | | | | |
|---|---|---|---|---|---|
| Size Reduction | 70% | Good Faith Reduction | 0% | History Reduction | 0% |
| Size Justification | System, set it to 70% Number of Employees was changed | Good Faith Justification | | History Justification | |

#7C

| CSHO Signature | Date | 10|9|18 |
|----------------|------|--------|

## SAFETY NARRATIVE

| Inspection Number | 1323824 |
|---|---|

## COVERAGE INFORMATION
Company travels the country installing and disassembling metal racks.

## NATURE AND SCOPE

Check Applicable Boxes and Explain Findings:

☐ Complaint Items

X☐ Referral Items

Conducted RRI inspection at the site where two employees were injured when they jumped two feet from the floor of the basket of a scissor lift after the lift turned over from being struck by falling storage racks that were being torn down. One employee was hospitalized and one was not. The CSHO arrived at the site at 9:30 a.m. on June 19, 2018 for the opening conference, presented business cards, displayed credentials, and discussed the possibility of citations/penalties with Operations Managers #7C #7C        and #7C        of Iron Mountains (IM), the owners of the site (Warehouse #3). IM contracted the rack demolition project to Rack Masters, Inc. (RM) of Placerville, CA, who was represented at the site by GM's Foreman Glen Thomas, also of Placerville, CA. Mr. Thomas provided the company's contact information. IM contracted the job to Hammerhead Rack and Remediation Repair, who in turn subcontracted the job to RM. RM started the project on or about May 30, 2018, and the accident happened on June 15, 2018. RM brought three of its employees from California and hired and supervised eight other employees from temporary staffing agency Adecco to perform the demolition.

The racking was an open shelving system with metal frames, and a metal catwalk system at the second level. The racks ran a distance of 168 feet long, north to south, and the first level was 16 feet high and the second level (from the catwalk upward) was 14 feet, for a total floor to ceiling height of 30feet. The foreman was the only operator of a forklift truck that was being used to bring the metal grating down to the floor. Pictures and measurements were taken and an IM employee was interviewed. At the time of the opening conference, the job was nearly completed. On June 20, 2018, the CSHO interviewed Adecco (temporary help agency) Branch Manager #7C        at her New Orleans' office. She said that Adecco only supplied temporary help to RM, who supervised the temporary employees. For OSHA purposes, Adecco did not violate any OSHA standards.

☐ Accident Investigation Summary & Findings

☐ LEP

☐ Planned Inspection

☐ Follow-up Inspection

**NATURE AND SCOPE – UNUSUAL CIRCUMSTANCES** (Mark X and explain all the apply:)

X☐ None

☐ Denial of entry (see denial memo)

☐ Delays in conducting the inspection

☐ Strikes

☐ Jurisdictional Issues

☐ Trade Secrets

☐ Other

Comments:

**OPENING CONFERENCE NOTES:**

**RECORDKEEPING PROGRAMS**
(Other than 29 CFR 1904 requirements)

Does the employer have a record keeping program relating to any occupational health issues (monitoring, medical, training, respirator fit tests, ventilation measurements, etc.)?

☐Yes       X☐ No
Are any programs required by OSHA health standards?

☐Yes       X☐ No

**COMPLIANCE PROGRAMS**
(engineering controls, PPE, regulated areas, emergency procedures, compliance plans, etc.)

Address any relevant compliance efforts regarding potential health hazards covered by the scope of inspection.

**PERSONAL HYGIENE FACILITIES AND PRACTICES NA**
(showers, lockers, change rooms, etc.)

Are any required by OSHA health standards?

☐Yes       X☐ No

What Standards:

**HAZARD COMMUNICATION PROGRAM NA**

Written Program (complete)

☐Yes   ☐ No
MSDS's (all)

☐ Yes   ☐ No
Labeling (adequate)

☐ Yes   ☐ No
Training (complete)

☐ Yes   ☐ No

Copy of MSDS's/Program attached

☐Yes   ☐ No
Comments:

**ACCESS TO EXPOSURE & MEDICAL RECORDS    NA**

**FIRE PROTECTION AND EVACUATION PROCEDURES    NA**

**SYSTEMS SAFETY AND EMERGENCY RESPONSE** NA

**RESPIRATOR PROGRAM** NA

**LOCKOUT TAGOUT / ELECTRICAL SAFE WORKPRACTICES** NA

**FIRST AID   NA**

**ELECTRICAL SAFE WORKPRACTICES    NA**

**EXPOSURE CONTROL PLAN** NA

**LABORATORY STANDARD** NA

**ERGONOMIC PROBLEMS    NA**

☐ Yes   X☐ No
If yes, complete items 1 and 2 below.

1. Lifting (10% or more similarly exposed employees injured)

    a. Total # of employees exposed to job:

    b. Total # of cases for job:

2. CTD's (10% or more similarly exposed employees have CTD's; 5% or more CTS cases)

    a. Total # of employees exposed to job:

b. Total # of cases for job:

Other significant injury/illness trends

☐ Yes        X☐ No
If yes, explain:

## EVALUATION OF EMPLOYER'S OVERALL SAFETY AND HEALTH PROGRAM

General Industry:

☐ Yes ☐ No        Employer has a Safety & Health Program

☐ Yes ☐ No        Written

☐ Yes ☐ No        Copy Attached

Construction Industry:

X☐ Yes        ☐ No        Accident Prevention Program

☐ Yes        X☐ No        Written

☐ Yes        X☐ No        Copy Attached

**Evaluation of Safety and Health Program**
(0=Nonexistent 1=Inadequate 2=Average 3=Above average)

0☐ Written S&H Program

0☐ Communication to Employees

0☐ Enforcement

0☐ Safety Training Program

0☐ Health Training Program

0☐ Accident Investigation Performed

0☐ Preventive Action Taken

Comments:

## CLOSING CONFERENCE NOTES:

Were any unusual circumstances encountered such as, but not limited to, abatement problems, expected contest and/or negative employer attitude? If yes, explain below:

☐ Yes        X☐ No

19. Closing Conference Checklist ("x" as appropriate)

After several unsuccessful attempts to reach RackMaster's president Brian Maclean and site foreman Glen Thomas by phone with the contact information provided by Mr. Thomas and a representative from Hammerhead Rack and Remediation Repair, the CSHO recommends proceeding to issue the citations with the information provided. Mr. Thomas told the CSHO at the end of the walkaround to do the phone closing with Mr. Maclean.

☐ No Violations Observed

☐ Gave Copy Employer Rights

☐ Reviewed Hazards and Standards

☐ Discuss Employer Rights/Obligations

☐ Encouraged Informal Conference

☐ Offered Abatement Assistance

☐ Discussed Consultation Programs

☐ Employer/Employee Questionnaires

**Closing Conference held with Employee Representative**

☐ Jointly        ☐ Separately

## U.S. Department of Labor
Occupational Safety and Health Administration

## Violation Worksheet

**Print Date:** 12/06/2018

| Inspection Number | 1323824 |
|---|---|
| Opt. Insp. Number | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Establishment Name** | RackMasters, Inc. | | | | | |
| **DBA Name** | | | | | | |
| **Type Of Violation** | Serious | **Citation Number** | 1 | **Item/Group** | 1 | |
| **Number Exposed** | 9 | **No. Instances** | *1* | **REC** | Referral | |
| **Special Enforcement?** | | **Employer's Relationship to Hazard** | All | | | |
| **Standard** | 1926.850(a) | | | | | |
| **Substance Codes** | | **Photo/Video Number** | | | | |
| **Alleged Violation Description** | 29 CFR 1926.850(a): An engineering survey was not performed by a competent person to determine the conditions of the framing floors and walls and the possibility of unplanned collapse of any portion of the structure prior to permitting employees to start demolition operations<br><br>On or about 6/19/18 in warehouse 03; the employer allowed employees to remove ceiling-installed fire sprinkler pipes, metal cat walks, and to dismantle bays  steel rack shelving 60 feet deep (east to west) by 168 feet long (north to south) by 30' high (floor to ceiling) without an engineering survey conducted by a competent person to determine the possibility of unplanned collapse of any portion of the structure prior to permitting employees to start demolition operations; thus employees were exposed to injuries emanating from the collapse of the racking. | | | | | |
| **Recommended Abatement Action** | Perform engineering survey by a competent person to determine the conditions of the racking support system. | | | | | |

## Penalty

| | | | |
|---|---|---|---|
| **Severity** | High | | |
| **Severity Justification** | An employee suffered a spinal fracture and fractured arm. | | |
| **Probability** | Greater | | |
| **Probability Justification** | Employees were exposed 12 days | | |
| **Gravity** | High | **Size** | 70% |
| **Gravity based Penalty** | 12934.00 | **Good Faith** | 0% |
| **Num Times Repeated** | | **History** | 0% |
| **Multiplier** | 1 | **Quick Fix** | 0% |
| **Calculated Penalty** | 3880.00 | **Proposed Penalty** | 3880.00 |
| **Proposed Penalty Justification:** | | | |

## Abatement Details

| Days to Abate | | Abatement Status | Corrected During Inspection |
|---|---|---|---|
| User-entered Abatement Due Date | | Date Abated | 06/19/2018 |
| Abatement Documentation Required? | No | Date Verified | 06/19/2018 |
| Abatement Completed Description: | Hazard was abated at time of opening conference. | | |

## MultiStep Abatement

| Type/Other Type | Days to abate | User entered Abatement Due Date | Completed(status) | Verify Date |
|---|---|---|---|---|
| | | | | |

## Employee Exposure

| Exposure Instance | No. Exposed | Employer | Name and Address Telephone Numbers | Duration | Frequency | Proximity |
|---|---|---|---|---|---|---|
| 1 | 1 | RackMasters, Inc. | #7C | 10.00 day | daily | working near area |
| 1 | 1 | RackMasters, Inc. | | 10.00 day | daily | working near area |
| 1 | 8 | RackMasters | | 10.00 day | daily | right at the hazard |

20. **Instance Description:**   A. Hazard   B. Equipment   C. Location   D. Injury/Illness   E. Measurements

a) **Hazards-Operation/Condition-Accident**: Engineering survey by a competent person not conducted to determine the possibility of unplanned collapse of any portion of the structure.

b) **Equipment**: Sprinkler pipes, metal cat walks (steel) and steel storage racks

c) **Location**: In warehouse 03

d) **Injury/Illness (and Justifications for Severity and Probability)**: Fractures

e) **Measurements**: 60 feet deep by 168 feet long steel racking; 3.5 feet wide platforms; 19 columns, each 32 feet tall; 57 struts;

23. **Employer Knowledge:** The foreman said that he assessed how the job was to be done, directed the daily work of the employees, was the operator of the powered industrial truck that was used to remove the unbolted bar grating and brought it down to the floor and was present when the accident occurred.

24. **Comments**:

25. **Other Employer Information**:

Photo Mounting Worksheet

# U.S. Department of Labor
### Occupational Safety and Health Administration



## 1323824

| 1. Photo ID # | 2. Date/Time | |
|---|---|---|
| 1 | 6/19/18 9:30 a.m. | |
| 3. Citation # | 4. Item# | 5. Instance |
| 1 | 1 | a-b |

**6. Location (Photo and Photographer):**
In the Rack area of the warehouse.

**7. Description:**
Photo shows the fallen metal support beams that fell from the wall and struck and fell-over the scissor lift two employees were working from. The support beams were not securely attached to the wall before they fell away from the wall.

| 8. ☐ Confidential Material | Cont. |
|---|---|



| 1. Photo ID # | 2. Date/Time | |
|---|---|---|
| 2 | 6/19/18 9:30 a.m. | |
| 3. Citation # | 4. Item # | 5. Instance |
| 1 | 1 | a-b |

**6. Location (Photo and Photographer)**
In the Rack area of the warehouse.

**7. Description**
Photo shows more beams that fell from the wall and struck and fell-over the scissor lift two employees were working from. The support beams were not securely attached to the wall before they fell away from the wall.

| 8. ☐ Confidential Material | Cont. |
|---|---|

Photo Mounting Worksheet

## U.S. Department of Labor
### Occupational Safety and Health Administration



| Inspection Number |
|---|
| **1323824** |

| 1. Photo ID # | 2. Date/Time | |
|---|---|---|
| 3. Citation # | 4. Item # | 5. Instance |

**6. Location (Photo and Photographer):**

**7. Description:**

Photo shows

| 8. ☐ Confidential Material | Cont. |
|---|---|

| 1. Photo ID # 3 | 2. Date/Time 6/19/18 9:30 a.m. | |
|---|---|---|
| 3. Citation # 1 | 4. Item # 1 | 5. Instance a-b |

**6. Location (Photo and Photographer)**

In the Rack area of the warehouse.

**7. Description**

Photo shows the north end of the wall at the north stairs beams that fell from the wall and struck and fell-over the scissor lift two employees were working from. The support beams were not securely attached to the wall before they fell away from the wall.

| 8. ☐ Confidential Material | Cont. |
|---|---|

Photo Mounting Worksheet

**U.S. Department of Labor**
Occupational Safety and Health Administration





| Inspection Number | | |
|---|---|---|
| **1323824** | | |
| 1. Photo ID #<br>4 | 2. Date/Time<br>6/19/18 9:30 a.m. | |
| 3. Citation #<br>1 | 4. Item #<br>1 | 5. Instance<br>a-b |

6. Location (Photo and Photographer):
In the Rack area of the warehouse.

7. Description:
Photo shows the scissor lift that was struck and fell over, and where two employees were working from. Note the support beams in the rear of the lift that were not securely attached to the wall before they fell away from the wall and struck the lift.

| 8. ☐ Confidential Material | Cont. |
|---|---|

| 1. Photo ID #<br>5 | 2. Date/Time<br>6/19/18 9:30 a.m. | |
|---|---|---|
| 3. Citation #<br>1 | 4. Item #<br>1 | 5. Instance<br>a-b |

6. Location (Photo and Photographer)
In the Rack area of the warehouse.

7. Description
Photo shows another angle of the fallen metal support beams that fell from the wall and struck and fell-over the scissor lift two employees were working from. The support beams were not securely attached to the wall before they fell away from the wall.

| 8. ☐ Confidential Material | Cont. |
|---|---|

Photo Mounting Worksheet

**U.S. DEPARTMENT OF LABOR**
Occupational Safety and Health Administration





| Inspection Number | | |
|---|---|---|
| **1323824** | | |
| 1. Photo ID # 6 | 2. Date/Time 6/19/18 9:30 a.m. | |
| 3. Citation # 1 | 4. Item # 1 | 5. Instance a-b |
| 6. Location (Photo and Photographer): | | |
| In the Rack area of the warehouse. | | |
| 7. Description: | | |
| Photo shows the wood and metal shelves taken from the racks before the racks were torn down. The rack support beams that fell from the wall and struck and fell-over the scissor lift two employees were working from were not securely attached to the wall before they fell away from the wall. | | |
| 8. ☐ Confidential Material | | Cont. |



| 1. Photo ID # 7 | 2. Date/Time 6/19/18 9:30 a.m. | |
|---|---|---|
| 3. Citation # 1 | 4. Item # 1 | 5. Instance a-b |
| 6. Location (Photo and Photographer) | | |
| In the Rack area of the warehouse. | | |
| 7. Description | | |
| Photo shows another angle of the north stairs where the fallen metal support beams were attached to before they fell from the wall and struck and fell-over the scissor lift two employees were working from. The support beams were not securely attached to the wall before they fell away from the wall. | | |
| 8. ☐ Confidential Material | | Cont. |

U.S. Department of Labor
Occupational Safety and Health Administration
Baton Rouge, LA Area Office



Page __1__ of __3__ Pages

## INTERVIEW STATEMENT

I, __Glen Thomas__ #7C , reside at
#7C

in the City o __#7C__ , Parish of
State __#7C__ , ZIP Code __95667__ .

My telephone is __#7C__ . (H or (C))

I have been employed by __RackMasters Inc__

located at _____
                (Street Address)      (City)      (State)      (ZIP Code)

office telephone (_____) _____-_____. How Long Employed? __2.5 yrs__

My job classification is (was) __Foreman__

_____

*Public Law 91-956, Paragraph 17(g) makes it a criminal offense to knowingly make a false statement or misrepresentation in this statement.*

*I request that my statement be held confidential to the extent allowed by law. I understand that this statement will be held in confidence until such time as I may be called to testify in a court proceeding, at which time it may be produced upon demand of opposing counsel. Additionally, this statement may be made available to other agencies if it will assist them in the performance of their statutory functions. Upon the closing of this case, this statement may be subject to disclosure only in accordance with applicable statue(s) and agency policy.*

I hereby depose and say: __RackMasters was assigned the contract around__
__5/14/18 and I arrived to the site around 5/20/16 with__
__three ~~two~~ employees,__ #7C
#7C

__installer. We were contracted to dismantle the shelving.__

Statement (Continuation)

Statement of _____   Page ___ of ___ Pages

I have had 2.5 years experience in doing this. I spent the first full day assessing the job, that is, what and how it was to be done. #7C                            President of Hammer-
head; #7C                   (salesman); and
of Hammerhead were your contact for this job
was my primary contact person. I told Ricky that I
needed to tear down the stairwells (2) but Iron Mountain
wanted the stairs to remain until the very end. #7C
verbally so and that I could proceed. ~~and that~~ The first
phase of the job, we ~~we~~ moved wood on the shelves
(at the beginning of the job, I hired 6 temporary
workers (laborers) from ADDECO]
going left-to-right and front to back on the second level
standing on the fully-intact platform or catwalk the
first week. My Rackmaster crew took out sprinkler pipes
by section that last most of the duration of the job during
this phase. The next phase consisted of removing the
first two bays on the S.E. side of the bldg to allow for
the use of a rented scissor lift (Each square on the
map is a bay) Once the first two bays were removed,
we then dismantled each row up to the last two bays at
~~the starting~~ at the SW corner. This phase started 6/4
and all the way up to ~~the~~ 6/14/18. On 6/15/18( around 9:50
am, the accident happened) I instructed my crew to first
remove the bar grating or flooring on the second level. I
had ~~was~~ Antonio Cruz debolting the bar grating from the
support strut while standing on the scissor lift. I ~~was~~ would
then pull off the bar grating after they became un bolted.

Statement (Continuation)

Statement of _____                    Page 2 of 3 Pages

I used the fork truck forks to lift the grating and bring to the floor. I was the only fork operator. I had and [#7C] on the one one of the scissor lifts removing the angle iron from the frame and the support strut (the two employees injured) I had and [#7C] readying to take the beam off the columns. I had three other employees standing on the floor to bring down the frames as [#7C] was unbolting them. I was operating the fork truck going south when I heard a popping sound. I yelled "run" and I did observe the scissor lift and rack come down. I only saw [#7C] jump from the lift about 3-4' above the floor. I then tried calling 911 but someone else had done it. A week before I arrived, my boss (Brian Anto Maclean) gave me a paper copy of the rack system, and the copy did not specify the beams or columns, nor the back stairwell. It did show the front stairwell. Generally, I do my own assessement as to how the racking system is supported. The rack system was a self self-supporting system. The columns and beams were there to stop any carts from crashing into the drywall. The columns and beams were connected with a cross strut to the frame the entire length of the catwalk.

                                        x G.T.

Statement (Affirmation)

Statement of _____     Page 3 of 3 Pages

I have read and had the opportunity to correct this statement consisting of _____ handwritten pages, and these facts are true and correct to the best of my knowledge and belief.

| <u>Interviewee</u> | <u>Witness (if appropriate)</u> |
|---|---|
| Signature: *GTh* | Signature |
| Date: 6-19-18   Time: 2:10 P.M. | Address: |
|  | Phone Number: |

U.S. Department of Labor
Occupational Safety and Health Administration
Baton Rouge, LA Area Office



Page __1__ of __3__ Pages

## INTERVIEW STATEMENT

I, Robert Leaman #7C _____, reside at #7C )

in the City #7C _____, Parish o: _____,
State of_ #7C _____, ZIP Code _____.

My telephone is #7C _____ . (H or C) ( O )

I have been employed by Iron Mountains _____

located at_____
(Street Address)              (City)          (State)       (ZIP Code)

office telephone (_____) ___-_____. How Long Employed? 14 yrs

My job classification is (was) Operations Manager

_____.

*Public Law 91-956, Paragraph 17(g) makes it a criminal offense to knowingly make a false statement or misrepresentation in this statement.*

*I request that my statement be held confidential to the extent allowed by law. I understand that this statement will be held in confidence until such time as I may be called to testify in a court proceeding, at which time it may be produced upon demand of opposing counsel. Additionally, this statement may be made available to other agencies if it will assist them in the performance of their statutory functions. Upon the closing of this case, this statement may be subject to disclosure only in accordance with applicable statue(s) and agency policy.*

I hereby depose and say: Iron Mountains was in the process of moving that started around March 2016 to another Iron Mountain location. To facilitate the move, Iron Mountain a company called Hammerhead to dismantle the racks. Hammerhead then subcontracted the work to

Statement (Continuation)

Statement of                                    Page    of    Pages
#7C                                    Glen Thomas of

Kick Masters Kame to the site around ~~June 4~~ May 30,
2018 with three other employees. He supervised
his employees to physically dismantle the racks. In
addition, ~~the~~ nine other employees from ADECCO arrived
on 5/30/16 to conduct laboring work, supervised by Glen
Thomas, Dsite supervisor. The two companies had
employees here from May 30, 2018 to the day of the
accident. We at our level did not have anything to do
with determining the skill levels of the subcontractors.
The two subcontractor supervisors were "running the
show." Not to our knowledge had there been any
accidents or near misses. Neither #7C            nor I was
here on the day of the accident. Someone from Iron
Mountain opened the door le 4 7 days to allow Rick Masters in.
I believe that the rack started falling at either the
stairwell end or at the transitional platform end in the
middle of the wall, or at both end.
                                   X  [signature]

Statement (Affirmation)

Statement of _____   Page___ of___ Pages

I have read and had the opportunity to correct this statement consisting of _____ handwritten pages, and the facts are true and correct to the best of my knowledge and belief.

| Interviewee | Witness (if appropriate) |
|---|---|
| Signature: *RHlw* | Signature |
| Date: 6/19/8   Time: 12:23PM | Address: |
| | Phone Number: |

*COVERAGE INFORMATION*

**U.S. Department of Labor**
Occupational Safety and Health Administration

# Inspection Entry Information

1349807
1323924 - Inspec. #

| 1903.7 Credentials | OSH Act Authority PL-596 | Purpose/Scope of Inspection | Union or Non Union | Section 17 Act False Information 6 mon. imprisonment $10.0 00 fine if convicted | Employee Rights/Interview Sec. 11C of Act Non-discrimination |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| Establishment Name | Rail Masters Inc | |
| Site Address | | Site Phone | | Site FAX | |
| Mailing Address | 2155 Pimlico ~~Pimlico~~ | Mail Phone | | Mail FAX | |
| Controlling Corp | | Employer ID | |
| Ownership | | City | | County | 9462206153 |
| Legal Entity | | Previous Activity (State Only) | | | 9/20/18 phone call for closing 2:45 pm |
| Employer representative (s) | Glen Thomas, Foreman ~ supervised all Fees | Title (s) | | | 9/20/18 left mess for return call |
| Employer Contest Right: 15 days for citation/penalty/both | | Copies OSHA 300 Logs last 3 yrs. And current yr. | hard hats & eye protection when cutting |
| Employee Hours worked | | | |
| Trade Secrets/Proprietary Information? | | S&H Programs Evaluation : required written LO/TO, HazCom/Bloodborne, Etc | |
| Required PPE? steel toe, vest(s) full length pants ees | | | |
| Employed in Establishment HDecw =4 | Advance Notice? | N | Category | |
| Covered By Inspection RM =4 ees | Union? | N | Interviewed? | |
| Controlled By Employer | 6 | Walk around? | Y | |
| Primary SIC | | Secondary SIC | | Inspected | |
| Primary NAICS | | Secondary NAICS | | NAICS Inspected | |
| Inspection Type | | Reason No Inspection | | |
| Scope of Inspection | | | |
| Classification | | | |
| Strategic Initiatives | | | |
| National Emphasis | | | |
| Local Emphasis | | | |

| Anticipatory Warrant Served? | | Denial Date | Date ReEntered | Date ReDenied | ReEntered |
|---|---|---|---|---|---|
| Anticipatory Subpoena Served? | | | | | |
| Entry | 6/19/18  930A | 6/19/18  1215 | First Closing Conference | | 11/9/18  230 |
| Opening Conference 930A | 6/19/18  1215 | Second Closing Conference | | |
| Walkaround  1020A | 6/19/18  2:00 pm | Exit | | |
| Days On Site | | Case Closed | | |
| | | No Citations Issued | | |

| Closing Conference Notes | company installs and dismantles shelving and pallet racks |
|---|---|

| | | | | Date | |
|---|---|---|---|---|---|
| Union?:  ⊙yes | | | | | |
| Is this Company a current Select One  ⊙ YES  ⊙ NO | | | | | |
| federal contractor?: | | | | | |

**INVESTIGATOR NOTES**

Case name: _____     Investigator Name _____

Wall to wall Depth of racks was 60' deep w/
two 3.5' walking or servicing aisles
19 columns @ 32' tall
The support beams were 10' in length snapped into the
columns
There were 3 support struts between each column
for a total of 57 struts. each strut = 4" x 3"

Employees were working from the Pro-FIT scissor lift
model JLC 2630
10' L x 42" high x 30" wide (floor width)         EZ
                                                  rented from
                                                  JK equipment
The angle irons were attached to               Rental Cent
the uprights which are the end caps of the     Jefferson LA
Shelving units                                 504 835 5451

The top door frame with the black transition platform
was anchored to had five holes that the top of the Rack
was anchored to had. It was believed that the bolts
used in the black plate had been removed before
the fall because the bolts had no signs of wear. But
the bolts in the ___ at the top of the) stairwell
were broken after the fall)

Lademagere Glenn told #7C that he installed 3 bolts
at the stairway support rail that broke off (two were recovered)
and the top a broken-off bolt was located in the stair floor
N. end. It should have been four due to the # of holes but
only one broken-off tap was recovered

        19
        3
        57

U. S. Department of Lab
Occupational Safety and Health Administration

Field Worksheet

| Date | 6|14|18 1015 |
|------|------|
| Time | |

| Violation Location | |
|---|---|
| Type of Violation | | Citation Number | | Item Group | |
| Number Exposed | | No. Instances | | REC | |
| Std. Alleged Vio. | | | |

area called
Warehouse 03

| Abatement Period | MultiStep Abatements | | | Final Abatement | Action Type/Dates |
|---|---|---|---|---|---|
| | PPE Period | Plan | Report | | |
| | | | | | |

| Abatement Documentation Required | Date Verified | | |
|---|---|---|---|

| Substance Codes | |
|---|---|

AVD/Variable Information:

| Penalty Calculations | | | | Adjustment Factors | | | Proposed Adjusted Penalty |
|---|---|---|---|---|---|---|---|
| Severity | Probability | Gravity | GBP | Size | Good Faith | History | |
| | | | | | | | |
| Repeat Factor | | | | | | | |

Employee Exposure:

| Occupation | | Employer | | | |
|---|---|---|---|---|---|
| Nr of Employees | | Duration | | Frequency | |
| Employee Name | | | | | |
| Address | | Phone | | | |

Instance Description:    A. Hazard    B. Equipment    C. Location    D. Injury/Illness    E. Measurements

| Event Date | Event Code | Action Code | Citation Type | Penalty | Abate Date | Final Order |
|---|---|---|---|---|---|---|
| | | | | | | |

Notes/Comments

Racks were an open shelving systems w/ a metal frame and wood shelves w/a metal catwalk system (for the 2nd level). Distance ran 168' long, North South. The first level height was 16' high for first level and the 2nd level from the catwalk up was approx. 12-14' high (30' max height from floor to ceiling.



Floor Grating

Tech screw

Angle Iron

Bolt to Frem

Cross Strut

N

Wall

Frame

S

drawn by Alen Thomas 2pm 6|19|18

COVERAGE INFORMATION

324132 Inspec.#

**U.S. Department of Labor**
Occupational Safety and Health Administration

## Inspection Entry Information

| 1903.7 Credentials | OSH Act Authority PL-596 | Purpose/Scope of Inspection | Union or Non-Union | Section 17 Act False Information/6 mon. imprisonment/$10,000 fine if convicted | Employee Rights/Interview Sec. 11C of Act Non-discrimination |
|---|---|---|---|---|---|

Establishment Name  Adecco

| Site Address | | Site Phone | | Site FAX | |
|---|---|---|---|---|---|
| Mailing Address | | Mail Phone | | Mail FAX | |
| Controlling Corp | | Employer ID | | | |
| Ownership | | City | | County | |
| Legal Entity | | Previous Activity (State Only) | | | |
| Employer representative (s) | | Title (s)  Branch Manager | | | |

#7C

| Employer Contest Right: 15 days for citation/penality/both | Copies OSHA 300 Logs last 3 yrs. And current yr. |
|---|---|
| Employee Hours worked | |
| Trade Secrets/Proprietary Information? | S&H Programs Evaluation : required written LO/TO, HazCom/Bloodborne, Etc |
| Required PPE? | |

| Employed in Establishment | 4 | Advance Notice? | N | Category | |
|---|---|---|---|---|---|
| Covered By Inspection | 4 | Union? | N | Interviewed? | |
| Controlled By Employer | 60, Voz | Walk around? 100 m NO office | | | |
| Primary SIC  NA | | Secondary SIC | | Inspected | |
| Primary NAICS 561 7200 | | Secondary NAICS | | NAICS Inspected | |
| Inspection Type  UN Programmed Related | | Reason No Inspection | | | |
| Scope of Inspection | | | | | |
| Classification | | | | | |
| Strategic Initiatives | | | | | |
| National Emphasis | | | | | |
| Local Emphasis | | | | | |

| Anticipatory Warrant Served? | | Denial Date | Date ReEntered | Date ReDenied | ReEntered |
|---|---|---|---|---|---|
| Anticipatory Subpoena Served? | | | | | |
| Entry | 6 20 | 207 | First Closing Conference | 6 20 18 | 3 10 |
| Opening Conference | 6 20 | 207 | Second Closing Conference | | |
| Walkaround | | | Exit | 6 20 | 315 pm |
| Days On Site | | | Case Closed closed in OSЧ | 9 10 18 | 1240 p |
| | | | No Citations Issued | | |

| Closing Conference Notes | |
|---|---|
| | |
| | |
| | |

| | | | Date | |
|---|---|---|---|---|

Is this Company a current  Select One  O YES  O NO
federal contractor?:

*COVERAGE INFORMATION* (handwritten)

**U.S. Department of Labor**
Occupational Safety and Health Administration

# Inspection Entry Information

| 1903.7 Credentials | OSH Act Authority PL-596 | Purpose/Scope of Inspection | Union or Non-Union | Section 17 Act False Information 6 mon. imprisonment $10,000 fine if convicted | Employee Rights/Interview Sec. 11C of Act Non-discrimination |
|---|---|---|---|---|---|

| Establishment Name | Iron Mountain | | | |
|---|---|---|---|---|
| Site Address | 6200 Humphreys St Harahan, La. 70123 | Site Phone | 504 5393434 | Site FAX | 504 8181223 |
| Mailing Address | Iron Mountain 900 Distributors Row, Harahan | Mail Phone | Same | Mail FAX | |
| Controlling Corp | Iron Mountain | Employer ID | | | |
| Ownership | | City | | County | |
| Legal Entity | | Previous Activity (State Only) | | | |
| Employer representative (s) | | Title (s) | | | |

Robert Leaman, Operations Manager; Brian Price, Operations Supervisor

| Employer Contest Right: 15 days for citation/penalty/both | Copies OSHA 300 Logs last 3 yrs. And current yr. |
|---|---|
| Employee Hours worked | |
| Trade Secrets/Proprietary Information? | S&H Programs Evaluation : required written LO/TO, HazCom/Bloodborne, Etc |
| Required PPE? | |

| Employed in Establishment | 2 | Advance Notice? | N | Category | |
|---|---|---|---|---|---|
| Covered By Inspection | 0 | Union? | N | Interviewed? | |
| Controlled By Employer | 5500 | Walk around? | Y | | |
| Primary SIC | | Secondary SIC | | Inspected | |
| Primary NAICS | | Secondary NAICS | | NAICS Inspected | |

| Inspection Type | | Reason No Inspection | |
|---|---|---|---|
| Scope of Inspection | | | |
| Classification | | | |
| Strategic Initiatives | | | |
| National Emphasis | | | |
| Local Emphasis | | | |

| Anticipatory Warrant Served? | | Denial Date | Date ReEntered | Date ReDenied | ReEntered |
|---|---|---|---|---|---|
| Anticipatory Subpoena Served? | | | | | |
| Entry | 6 19 18 | 930 A | First Closing Conference | | |
| Opening Conference | 6 19 18 | 1020 A | Second Closing Conference | | |
| Walkaround | 6 19 18 | 10:10A | Exit | | |
| Days On Site | | | Case Closed | | |
| | | | No Citations Issued | | |

| Closing Conference Notes | Information Management – Store, Destroy & Manager customer's information. Facility is rented and was in processing of moving at the time of the accident |
|---|---|

| | | | | Date |
|---|---|---|---|---|

Union?: ☐Yes
Is this Company a current  Select One     O YES, O NO
federal contractor?:

Robert Lennon *
Operations Manager * from
Iron Mountain → John Grillo (it), Paul left
pro Naw
called 9/20/16

**#7C**

robert.lennon@ironmountain.com

**#7C**

Brian Price
Operations Supervisor
Iron Mountain
brian.price@ironmountain.com

**#7C**

* provided Contractor
Excavation Hammer: Jeff Andrews
Hea-d
**#7C**
Excavation
Demolation
Repair

Facilitates

(404) 785 9773 Oska cell

Glen Thomas,
Foreman

RackMasters, Inc
2155 Pimlico Ln
Placerville
CA, 95667

#7C
Brian MacLean - President

#7C
Jeff Andrews of Hammerhead

Ofc cell (469)785 9773

**U.S. Department of Labor**
Occupational Safety and Health Administration

*[handwritten: Bryan Price, iron mountain, Celen Thomas, onsite Rack/Mager, Manager el y]*

**Referral Report**

| Reporting ID | UPA Number | Receipt Date | Receipt Time | Receipt Type |
|---|---|---|---|---|
| 0625700 | 1348731 | 15-JUN-2018 | 04:12 PM | Phone |
| Electronic Complaint Number | | | | |

| Establishment Name | ADECCO | | Doing Business As (DBA) | | |
|---|---|---|---|---|---|
| Related Inspections | | | | | |
| Industry & Ownership | Primary NAICS | 561320 - Temporary Help Services | Ownership | | Private Sector |
| Type Of Business | Staffing | | | | |

**Site Information**

| | | | | | | |
|---|---|---|---|---|---|---|
| Street Address 1: | Iron Mountain | | | | | |
| Street Address 2: | 6200 Humphreys Street | | | | | |
| County: | JEFFERSON | | | | | |
| City | HARAHAN | State | LOUISIANA | Zip | | 70123 |
| Management Official: | *#7C ADECCO, [handwritten]* | E-Mail: | | *#7C* | | @adeccona.com |
| Phone Number: | (504)-581-9401 *[handwritten]* | Fax Number: | | | | |

**Business Address**

| | |
|---|---|
| Street Address 1: | 1555 Poydras Street |
| Street Address 2: | |
| County: | ORLEANS |
| City | NEW ORLEANS | State | | LOUISIANA | Zip | 70112 |
| Country | UNITED STATES OF AMERICA |

**Mailing Address**

| | |
|---|---|
| Street Address 1: | 1555 Poydras Street *[handwritten: Suite 140]* |
| Street Address 2: | *[handwritten: In the Tulane Univ. Bldg]* |
| County: | ORLEANS *[handwritten: Broken bone in hand / some back injury]* |
| City | NEW ORLEANS | State | | LOUISIANA | Zip | 70112 |
| Country | UNITED STATES OF AMERICA |

**HAZARD DESCRIPTION/LOCATION.** Describe briefly the hazard(s) which you believe exist. Include the approximate number of employees exposed to or threatened by each hazard. Specify the particular building or worksite where the alleged violation exists.

The employer, which is a temporary staffing agency, provided a staff member to Rack Masters to perform work at an Iron Mountain facility.  Two workers were using a scissor lift at an elevation of approximately 20' to dismantle a rack; only one of the workers is employed by ADECCO.  They were removing the final piece of the rack, which was against the wall of the facility (almost flush with the wall).  The employee was using a hand-held tool to unscrew angle joints, the rack became loose, and it fell and hit the scissor.  The scissor lift fell over and the two workers jumped when it was about 2' from the ground.  The employee has a spinal fracture and fractured arm. The employer asserted that the rack was bolted to the wall to prevent it from falling during dismantling.

| Source 1 | | Employer/Employer Representative | |
|---|---|---|---|
| *Referred by:* | | | |
| *Source Name* | #7C | *Telephone* | 504-581-9401 |
| *Source Address* | | 1555 Poydras Street NEW ORLEANS LOUISIANA 70112 UNITED STATES OF AMERICA | |
| *Source E-mail Address* | | #7C  @adeccona.com | |
| *Send Referral Results?* | No | *If no results sent, why?* | |

| Referral Actions | | | | | |
|---|---|---|---|---|---|
| Action Date | Action Type | Date Response Due | Communication Method | Type of Letter/Reason | Other – Status |
| 06/15/2018 | Do Inspection = Y | | | AD Discretion | |
| 06/15/2018 | Valid = Y | | | | |

| Referral Responses | | | | |
|---|---|---|---|---|
| Date Response Received | Type Response Received | Evaluation | Evaluated By | Other |
| | | | | |

## RRI Investigation Information

| # Hospitalizations | # of Amputations | # of Eye Injuries | Event Date | Event Time |
|---|---|---|---|---|
| 1 | 0 | 0 | 15-JUN-2018 | 10:30 AM |
| Has this happened before? NO | | Is the hazard still present? NO | | Date employer's response sufficient to close investigation |

| Victim 1 | |
|---|---|
| *Injured Name:* | Tyree Brantley |
| *Address* | UNITED STATES OF AMERICA |
| *Phone Number* | |
| *Gender* | MALE |
| *Age* | |
| *Victim Injury* | The employee has a spinal fracture and fractured arm. |

| What was employee doing just before incident occurred? | The employer, which is a temporary staffing agency, provided a staff member to Rack Masters to perform work at an Iron Mountain facility.  Two workers were using a scissor lift at an elevation of approximately 20' to dismantle a rack; only one of the workers is employed by ADECCO.  They were removing the final piece of the rack, which was against the wall of the facility (almost flush with the wall).  The employee was using a hand-held tool to unscrew angle joints, the rack became loose, and it fell and hit the scissor.  The scissor lift fell over and the two workers jumped when it was about 2' from the ground.  The employee has a spinal fracture and fractured arm. The employer asserted that the rack was bolted to the wall to prevent it from falling during dismantling. |
|---|---|
| What happened? | The employer, which is a temporary staffing agency, provided a staff member to Rack Masters to perform work at an Iron Mountain facility.  Two workers were using a scissor lift at an elevation of approximately 20' to dismantle a rack; only one of the workers is employed by ADECCO.  They were removing the final piece of the rack, which was against the wall of the facility (almost flush with the wall).  The employee was using a hand-held tool to unscrew angle joints, the rack became loose, and it fell and hit the scissor.  The scissor lift fell over and the two workers jumped when it was about 2' from the ground.  The employee has a spinal fracture and fractured arm. The employer asserted that the rack was bolted to the wall to prevent it from falling during dismantling. |
| What was the injury or illness? | The employee has a spinal fracture and fractured arm. |

| What was the object or substance that directly harmed the employee? | The ground |
|---|---|

| RRI Corrective Actions | |
|---|---|
| Corrective Action Keywords | |
| Additional Relevant Information | |
| Inadequate Employer Response Description | |

| Strategic Initiatives | |
|---|---|
| National Emphasis | |
| Local/State Emphasis | |

| Additional Codes | | | |
|---|---|---|---|
| Type | ID | Value | Description |
| | | | |

⑫ #7C

ADECCO ⇒ staffing company

fall ⇒ hospitalization

ADECCO                Suite 140

bus./o ⇒ 1555 Poydras St., No, LA 70112   Back Masters
mailing
address        Iron Mountain facility ⇒ B @ IronMountain
         event's 6200 Humphreys St.

         Harraha Harahan, LA 70121

~~SRaddiSkalfFlag~~

6/15/18 @ 10³⁰ am

EE was on scissor lift w/ another EE, taking
handheld tool to unscrew angle joints to
dissemble the racking

Co normally bolts rack to anchor so it doesn't
fall, rack became loose, fell & hit scissor lift
had it ⇒   (end of racking — last wall of rack standing, almost
bolted)   flush w/ wall).

scissor lift fell over & EEs jumped from
scissor lift @ about 2' from the ground.
Scissor was about 20' high.
One Adecco EE
    Tyree Brantley — General Laborer
— Univ. Medical Ctr. ⇒ fracture to arm,
spinal fracture

GR:  #7C

              @jadeccona.com