UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JONATHAN RAMOS | CIVIL ACTION |
| VERSUS | NO. 2:19-cv-11202 |
| IRON MOUNTAIN SECURE SHREDDING, INC., IRON MOUNTAIN INFORMATION MANAGEMENT, INC., IRON MOUNTAIN INCORPORATED, and IRON MOUNTAIN MANAGEMENT SERVICES, INC. | JUDGE: FELDMAN<br><br>MAGISTRATE: WELLS |

### PETITION OF INTERVENTION

The Petition of Intervention Rackmasters, Inc. and Markel Insurance Company, with respect, represents:

1.

Plaintiff-in-Intervention, Rackmasters, Inc., a foreign corporation formed under the laws of the State of California with its principal place of business located in the State of California, is a corporation authorized to do and doing business within the State of California and within the jurisdiction of this Honorable Court.

2.

Plaintiff-in-Intervention, Markel Insurance Company, is a foreign corporation formed under the laws of the State of Virginia with its principal place of business located in the State of Virginia. Markel Insurance Company is an insurance company authorized to do and doing business within the State of California and within the jurisdiction of this Honorable Court.

EXHIBIT F

3.

Plaintiff, Jonathan Ramos, is a person of the full age of majority and a resident, domiciliary, and a citizen of the State of California, who at all times pertinent herein was employed by Rackmasters, Inc.

4.

Defendant, Iron Mountain Secure Shredding, Inc., is upon information and belief, a foreign corporation formed under the laws of the State of Delaware and authorized to transact business in the State of Louisiana.

5.

Defendant, Iron Mountain Information Management, Inc., is upon information and belief, a foreign corporation formed under the laws of the State of Delaware and authorized to transact business in the State of Louisiana.

6.

Defendant, Iron Mountain Incorporated, is upon information and belief, a foreign corporation formed under the laws of the State of Delaware and authorized to transact business in the State of Louisiana.

7.

Defendant, Iron Mountain Management Services, Inc., is upon information and belief, a foreign corporation formed under the laws of the State of Delaware and authorized to transact business in the State of Louisiana.

8.

For purposes of diversity jurisdiction under 28 U.S.C. §1332, Plaintiff-in-Intervention Rackmasters, Inc., is a citizen of California; Plaintiff-in-Intervention Markel Insurance Company is a citizen of the state of Virginia; and Defendants Iron Mountain Secure Shredding, Inc., Iron Mountain Information Management, Inc., Iron Mountain Incorporated, and Iron Mountain Management Services, Inc., are citizens of the State of Delaware. Therefore, complete diversity of citizenship exists as to Plaintiffs-in-Intervention and Defendants.

2

9.

Following the incident sued upon herein, Plaintiff Jonathan Ramos filed a claim for workers' compensation benefits in the State of California and has claimed compensation benefits as a result of injuries sustained as a result of the actions of Defendants while acting in the course and scope of his employment with Rackmasters, Inc.

10.

Markel Insurance Company, on behalf of Rackmasters, Inc., has paid to or on behalf of Plaintiff weekly compensation benefits, medical expenses, and other expenses pursuant to the California workers' compensation laws. These amounts already paid for past medical and indemnity benefits exceed $75,000.00, exclusive of costs and interest.

11.

Rackmasters, Inc., and Markel Insurance Company are entitled to intervene in these proceedings and to recover by preference and priority the first monies received by the Plaintiff, whether by way of judgement, settlement or otherwise, for the compensation, medical and other expenses Plaintiffs-in-Intervention have paid or may be required to pay in the future, pursuant to the provisions of California or other applicable workers' compensation laws.

12.

Rackmasters, Inc., and Markel Insurance Company have a statutory right of intervention under state substantive law, Cal. Labor Code §§ 3850-64.

13.

Rackmasters, Inc., and Markel Insurance Company have an interest relating to the recovery of workers' compensation benefits paid as the result of the negligence of a third party. Disposal of the action without Plaintiffs-in-Intervention will impede their ability to recover workers' compensation benefits paid. Further, Plaintiff and Defendants are not adequately representing Plaintiffs-in-Intervention's interest in recovering such workers' compensation benefits paid.

7825008v1
11928.024

Plaintiffs-in-Intervention therefore have an intervention of right pursuant to Federal Rule of Civil Procedure 24(a).

14.

Rackmasters, Inc., and Markel Insurance Company submit that there is complete diversity and further submit that the amount in controversy exceeds $75,000.00; this Honorable Court is therefore vested with independent subject matter jurisdiction over this Intervention pursuant to 28 U.S.C. §1332.

**WHEREFORE**, Rackmasters, Inc., and Markel Insurance Company pray for recovery of all sums which they have paid or may be liable to pay to Plaintiff Jonathan Ramos pursuant to the California or other applicable workers' compensation laws, payable by preference and priority out of first monies received by Plaintiff in these proceedings, whether by way of judgement, settlement or otherwise, and together with all costs, interest, and attorney fees, and for other such general and equitable relief as this Honorable Court deems proper and is competent to grant.

Respectfully submitted,

*/s/Beth S. Bernstein*
BETH S. BERNSTEIN   (Bar Roll No. 31412)
MARNE A. JONES   (Bar Roll No. 32522)
Thompson, Coe, Cousins & Irons, LLP
650 Poydras St., Ste. 2105
New Orleans, LA 70130
Tel.   (504) 526-4350
Fax.   (504) 526-4310
Attorneys for Plaintiffs-in-Intervention, RACKMASTERS, INC. and MARKEL INSURANCE COMPANY

7825008v1
11928.024

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                               */s/Beth S. Bernstein*

7825008v1
11928.024