

# Hammerhead, LLC (HH)'s Installer/Vendor Contract Agreement

**Date:** May 19, 2018

**Project Site Address:** 6200 Humphries St. Harahan, LA 70123

**Scope of Work:** Disassembly of Racking as per P.O. HH180022-1

**Installer Company:** Rackmasters, Inc.

**Phone#** 530.642.8540

**Installer Company Address:** PO Box 1238, Shingle Springs, CA 95682

**Manager: Name/Phone:** Brian Maclean: Phone# 530.642.8540

**Start date:** 5/29/2018

**Estimated Completion Date:** 6/26/2018

### Insurance Requirements for Installers:

- Insurance – During all times relevant to this Agreement, Installer/ Vendor and its Installation Partner shall maintain all applicable insurance coverage, including (1) commercial general liability insurance with limits of no less than $1,000,000 per occurrence and $2,000,000 in the aggregate; (2) worker's compensation insurance as required by applicable law and professional liability insurance, with limits of no less than $1,000,000 per occurrence or claim, and $1,000,000 in the aggregate. The insurance policies are to contain and must be endorsed to contain, the following provisions:

- a. HH and its officers, employees, and representatives are to be covered as additional insureds on the CGL policy with respect to liability arising out of work or operations performed by or on behalf of the Installer/ Vendor and/or its Installation Partner. Installer/ Vendor shall provide HH with endorsements confirming additional insured status. Naming HH, including Agents, Officers, and employees as Additional Insured for general Liability, Auto Liability and Excess Liability.

- b. Certificate of Insurance must indicate per project aggregate of $2,000,000 as indicated and the coverage is Primary/ Non-Contributory for General Liability, auto liability and workman's compensation policies.

- c. Certificate and contract must indicate "Waiver of Subrogation" in favor of HH, Job Owner, and all others where required by written contract, including agents, officers, and employees for all policies.

Corporate Office: 18952 MacArthur Blvd., Ste 460, Irvine, CA. 92612
Tel: 714-315-0009• Fax 949-825-6037
www.hammerheadllc.com

EXHIBIT
H



- d. Description of Operations must state, "all work performed by HH.

- e. Installer/ Vendor and its Installation Partners' insurance policies shall be primary to any insurance policies maintained by HH, and any policies maintained by HH shall not be required to contribute with Installer/ Vendor's insurance policies or its Installation Partners' insurance policies.

- f. Self-Insured Retentions/Deductibles must be declared to and approved by HH.

- g. Each insurance policy required by this clause shall provide that coverage shall not be canceled, except with at least 30 day's prior notice to HH.

- h. Installer/ Vendor and its Installation Partner hereby agree to waive rights of subrogation which any insurer of Installer/ Vendor or its Installation Partner may acquire from Installer/ Vendor or its Installation Partner by virtue of the payment of any loss. Installer/ Vendor and its Installation Partner agree to obtain any endorsement that may be necessary to affect this waiver of subrogation. The Workers' Compensation policy shall be endorsed with a waiver of subrogation in favor of HH for all work performed by the Installer/ Vendor, it's Installation Partner, and its employees, agents and subcontractors.

- If Installer/ Vendor or its Installation Partner maintain broader coverage and/or higher limits than the minimums indicated herein, HH shall be entitled to the broader coverage and/or the higher limits maintained by the Installer/ Vendor or its Installation Partner.

- HH shall not be responsible for maintaining general commercial liability insurance and/or worker's compensation insurance to benefit Installer/ Vendor or its Installation Partner Installer/ Vendor agrees that any claims and/or liability related to Installer/ Vendor and/or its Installation Partner's work or operations shall be the sole responsibility of Installer/ Vendor, its Installation Partner and/or their insurer(s). No claims related to the work or operations of Installer/ Vendor or its Installation Partner shall be made against HH, or its insurers.

Evidence of Insurance: Vendor/ Installation Partner shall provide Hammerhead, LLC with Certificates of Insurance including all required amendatory endorsements confirming the coverage required herein, and a copy of the Declarations Page of all required policies. However, failure to obtain the required documents shall not waive Vendor/ Installation Partner's obligations to provide them. Hammerhead, LLC reserves the right to require complete, certified copies of all required insurance policies, including endorsements, at any time.

## INDEMNIFICATION & HOLD HARMLESS

Installer/ Vendor agrees to indemnify and hold HH harmless in the event the installer/ vendor, employee, sub-contractor or affiliate of same, sustains, causes or creates a documented loss which initiates an action by an insurance company, HH's client or affiliate.



**DISPUTE RESOLUTION:**
Applicable Law & Arbitration

1) The parties hereby agree to waive their rights to a trial by Jury and any dispute will be settled by Arbitration as per the Federal Arbitration Act (FAA)_ 99U.S.A 1 et seq)).
2) This agreement is governed by the applicable laws of the State of California.
3) All disputes arising in connection with this Agreement, or further contracts resulting from this agreement, shall finally be settled in accordance with the Arbitration Rules of the County of Orange further to the State of California. The place of Arbitration will be in the County of Orange in the State of California.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first written above.

Hammerhead, LLC

Jeffrey Andrews
President

Rackmasters, Inc.

Authorized Signer
Brian MacLean

**Project Specific Requirements for Installers:**

- Provide a list of names of installers to Hammerhead's project manager prior to starting
- Park cars and trucks in areas designated by customer
- Use the designated entrance point into the building, not back doors, etc.
- Sign-in upon entering. Names provided must match the installers signing in. Identification will be required.
- Wear your visitor/contractor badge
- Know the work hours and days approved for working
- Verify whether the customer will open the doors, or whether keys to the building will be supplied
- Verify that all insurance is up to date and that Hammerhead and customer are shown as additionally insured for this project
- Know the designated work area – Review the drawings with Hammerhead Project Manager.
- Know the area where other contractors and employees are working in simultaneous operations
- Use caution tape or solid barriers to block work zones and separate installers from customer's employees
- Review sequence of installation, or removal, and where to start and finish your work
- Know the staging areas for equipment
- Know the designated staging area for rack materials



## Forklifts

- Do not use the customer's forklifts or equipment
- Do not allow the customer to use our forklifts or equipment
- Do not allow customer to load or unload our trucks
- All forklift drivers must be certified to operate the equipment
- Never drive forklifts with forks in the air, follow OSHA's guidelines.
- Drive forklifts at a safe speed for the conditions
- Never use the phone in a work area or when on a forklift
- All truck loading for shipping should be coordinated in advance
- Propane or electric forklifts are allowed inside the building
- Gasoline forklifts can only be used outside, 35' away from the building.

## Handling of paper files and trash

- All file boxes will be removed from the racks before disassembly starts
- Any loose paper records found in the racks, or on the floor, or found anywhere in the building, must be put in gaylords supplied by the customer for destruction
- No paper files should ever be allowed to leave the building. If any paper files leave the building for any reason (wind, accidentally fall, etc.) they must be collected and put in the gaylords.
- No paper files should ever be thrown in the trash or dumpsters
- No paper files should ever leave the building
- Trash dumpsters must not be filled above the rim and must only contain trash, not steel.
- Trash dumpsters must not have more than 20,000# of materials
- Placement of trash dumpsters at the dock must be coordinated with Hammerhead.
- Particle board trash may need to be handled separately. Check with Hammerhead
- Trash must only go in the trash dumpster and steel must only go in the steel recycling dumpster

## Personal protective equipment (PPE) must be worn in construction zones (See OSHA guidelines) – head, eyes, ears, hands, feet

- Hard hats
- Safety Glasses
- Ear plugs (when need it)
- Gloves
- Steel-toed shoes
- Orange Safety Vest or Orange T-shirts for all contractors (no green safety vests)
- Safety Harness – required when climbing over 6'
    - Harness lanyards must be properly anchored, rated at 5,000#
    - Lanyards must be anchored from above (not to the side).
    - Do not attach lanyards to sprinklers or handrails.

Corporate Office: 18952 MacArthur Blvd., Ste 460, Irvine, CA. 92612
Tel: 714-315-0009• Fax 949-825-6037
www.hammerheadllc.com



- Know the designated dock doors for delivery of equipment and loading trucks
- Know the designated dock doors for staging containers for steel scrap and containers for trash
- Any additional work outside the original scope of work must not be done without approval of Hammerhead
- Line of Communication – Installer foreman contacts Hammerhead with questions, Hammerhead contacts the customer if necessary. Installer should not take any direction from the customer without Hammerhead approval
- Do not use customer restrooms or breakroom unless authorized. If the customer's restrooms are used, they must be cleaned daily. If not authorized to use restrooms, installers must use porta-potties
- Do not enter the customer's offices or breakrooms

## Work Safety

- Rack Disassembly must be done in a safe sequence
- If anything appears unsafe, contact Hammerhead to review with an engineer before proceeding.
- Do not disassemble any racking or shelving per anyone's instructions other than Hammerhead.

- Do not leave upright frames standing by themselves without beams attached
- Do not climb racks without a safety harness – it is preferred that scissor lifts are used
- Do not drop beams and decks from high heights
- Maintain buffer zones when overhead work is being done
- Work area must be organized every day before leaving, no clutter
- Conduct safety meetings at the beginning of the project and every Monday morning thereafter
- Write the names of installers who attended
- Any new installers who come to the jobsite after it starts must review and sign this document
- Signature of the Supervisor is required
- All supervisors should have OSHA training – 30 hours minimum
- Develop and maintain an emergency plan in case anyone is injured in a fall or accident
- Know the location of the First Aid station and First Aid Kit
- Be sure that the First Aid Kit is stocked and accessible
- At least one installer must have First Aid training
- Call Hammerhead's project manager immediately if there are any accidents.
- Call 911 for an ambulance if needed.

## Fire Safety

- Sprinklers and Lighting must be disconnected and drained by the customer before work begins.
- No smoking except in designated Smoking areas and not anywhere inside. Must be 35' from building.
- Do not use any equipment that causes sparks or fire inside the building.
- Control dust in the air when possible because it might set off the fire alarm.
- Know where fire extinguishers are located and how to use them.
- If there is a fire or major disaster, where do the installers meet and take a head count?
- Gas or any flammable liquids are prohibited inside the building. Containers with gasoline or any flammable liquid must be store 35' away from the building.



- o Use Full body harness with shock absorbers.
- o Lanyards must be constantly connected to an anchor. Use a safety cable or use two lanyards if necessary

**Additional Requirements**

- No drugs or alcohol on site. If you are under the influence, you will be fired
- No guns, no fighting, no horseplay
- No headphones or ear pods
- No workers under the age of 18 years.
- Do not attempt to do any electrical work. Do not cut electrical conduits. Customer's electrician will handle
- Have a good attitude – Be rested and alert. Always be respectful and helpful. No profanity
- Everyone has the right and duty to intervene if you see any unsafe acts or conditions

### Rack Collapses and Accidents:

- Stop the job immediately if hazards are not under control
- If anyone is hurt, follow your accident plan and give medical attention, then notify Hammerhead
- In case the racks collapse do not attempt to move them until verified by engineering team.
- Hammerhead will notify a structural engineer for review.
- Designate an evacuation area and take head counts in case of an emergency
- Safety should always be the priority, when in doubt ask your Hammerhead PM.

## I hereby acknowledge that:

I have received a copy of these requirements
There will be zero tolerance for unsafe practices

Signature: *Brian MacLean* (signed)

Name: (Printed): Brian MacLean

Date: 5/19/2018

Contract Company: RACKMASTERS, INC.