UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JONATHAN RAMOS         *   CIVIL ACTION NO. 2:19-CV-11202
                              *
            Plaintiff   *   SECTION: "F" (4)
                              *
VERSUS                  *   DISTRICT JUDGE:
                              *      ELDON E. FALLON
IRON MOUNTAIN SECURE SHREDDING   *
INC., ET AL.               *   MAGISTRATE JUDGE:
                              *      KAREN WELLS ROBY
           Defendants   *
* * * * * * * * * * * * * * * * * * * * * * * *   *

**MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM IN SUPPORT
OF MOTION FOR SUMMARY JUDGMENT**

NOW INTO COURT, through undersigned counsel, comes Defendant, Iron Mountain Information Management L.L.C. ("Iron Mountain"), who files this Motion for Leave to file a Supplemental Memorandum in Support of their Motion for Summary Judgment pursuant to Local Rule 7.4.  This Motion is set for submission on August 3, 2022. Therefore, the deadline to file a reply is July 20, 2022. Further, this Court and the parties were made aware of Iron Mountain's request to file a supplemental memorandum at the July 8, 2022, status conference in this matter.

The reasoning for this request is that Iron Mountain recently took the deposition of the corporate representative of Rackmasters, Inc. As will be further elucidated in the accompanying memorandum, the testimony offered will aid the Court in understanding Iron Mountain's role in this accident, and the fact that they maintained no operational control.

Iron Mountain Information Management L.L.C. supports the attached Memorandum in Support with the following evidence and exhibits:

I.   Brian N. Maclean's Deposition Testimony (July 11, 2022);

Iron Mountain Information Management L.L.C.'s respectfully requests that its Motion for Leave to File a Supplemental Memorandum in Support of its Motion for Summary Judgment be GRANTED.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER, WEINSTOCK & BOGART**

*s/ Ryan M. Malone*
_____
**ANDREW D. WEINSTOCK (#18495)**
**CHRISTIAN B. BOGART (#22954)**
**JOSEPH G. GLASS (#25397)**
**RYAN M. MALONE (#30607)**
**LAURA L. POUSSON (#38871)**
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
andreww@duplass.com
cbogart@duplass.com
jglass@duplass.com
rmalone@duplass.com
lpousson@duplass.com
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
**Counsel for Defendant, Iron Mountain Information Management LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of July 2022, a copy of the foregoing pleading was filed electronically with the Clerk of Court. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

*s/Ryan M. Malone*
_____
**RYAN M. MALONE**