EXHIBIT 1
Rackmasters Inc.
071122
Deposition Transcript

Rackmasters, Inc.  30(b)(6)
July 11, 2022

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JONATHAN RAMOS | ) | CIVIL ACTION |
| | ) | |
| VERSUS | ) | NO. 2:19-CV-11202 |
| | ) | |
| IRON MOUNTAIN SECURE | ) | SECTION: "F" (4) |
| SHREDDING INC., ET AL. | ) | |
| _____ | ) | |

30(B)(6) REMOTE VIDEOTAPED DEPOSITION OF

RACKMASTERS, INC.,

BY AND THROUGH BRIAN NEWTON MACLEAN

Monday, July 11, 2022; 8:04 a.m. PDT

Reported by:  Cindy L. Sebo, RMR, CRR, RPR, CSR,

CCR, CLR, RSA, California Shorthand Reporter

#14409, NYRCR, NYACR, Remote Counsel Reporter,

LiveDeposition Authorized Reporter

Job No. 6180930

Rackmasters, Inc.  30(b)(6)
July 11, 2022

1              30(B)(6) Remote Videotaped Deposition of

2       RACKMASTERS, INC., By and Through BRIAN NEWTON

3       MACLEAN, taken remotely before Cindy L. Sebo,

4       Registered Merit Court Reporter, Certified

5       Real-Time Reporter, Registered Professional

6       Reporter, Certified Shorthand Reporter, Certified

7       Court Reporter, Certified LiveNote Reporter,

8       Real-Time Systems Administrator, California

9       Shorthand Reporter #14409, New York Realtime

10      Certified Reporter, New York Association Certified

11      Reporter, Remote Counsel Reporter, LiveDeposition

12      Authorized Reporter and Notary Public, beginning at

13      approximately 8:04 a.m. PDT, when were present on

14      behalf of the respective parties:

15

16

17

18

19

20

21

22

23

24

25

Rackmasters, Inc.  30(b)(6)
July 11, 2022

```
1              A P P E A R A N C E S:

2              (All via Zoom Video Communications)

3         Attorney for Plaintiff:

4              BRUNO & BRUNO

5              DANIEL A. MEYER, ESQUIRE

6              855 Baronne Street

7              New Orleans, Louisiana 70113

8              504.564.7366

9              https://www.brunobrunolaw.com

10

11        Attorney for Defendant Iron Secure
          Secure Shredding Facility, Inc.:
12
               DUPLASS, ZWAIN, BOURGEOIS, PFISTER,
13             WEINSTOCK, & BOGART

14             RYAN M. MALONE, ESQUIRE

15             3838 North Causeway Boulevard

16             Three Lakeway Center, Suite 2900

17             Metairie, Louisiana 70002

18             504.830.4402

19             rmalone@duplass.com

20

21

22

23

24

25
```

Rackmasters, Inc.  30(b)(6)
July 11, 2022

```
 1          A P P E A R A N C E S (Continued):

 2       Attorney for the witness:

 3           PUGH ACCARDO LLC

 4           BETH BERNSTEIN, ESQUIRE

 5           3500 Highway 190, Suite 200

 6           Mandeville, Louisiana 70471

 7           504.799.4527

 8           bbernstein@pugh-law

 9

10

11       ALSO PRESENT:

12           STANLEY BEVERLY, Videographer

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Rackmasters, Inc.  30(b)(6)
July 11, 2022

```
 1                      --oOo--

 2                INDEX OF EXAMINATION

 3                BRIAN NEWTON MACLEAN

 4                      --oOo--

 5      Ramos v. Iron Mountain Secure Shredding Inc.

 6                Monday, July 11, 2022

 7      CINDY L. SEBO, RMR, CRR, RPR, CSR, CCR, CLR,
         RSA, California Shorthand Reporter #14409,
 8         NYRCR, NYACR, Remote Counsel Reporter,
            LiveDeposition Authorized Reporter
 9
                        --oOo--
10

11      EXAMINATION BY                          PAGE

12         Mr. Malone                            10

13         Mr. Meyer                             59

14

15      FURTHER EXAMINATION BY                   PAGE

16         Mr. Malone                            70

17

18

19

20      CERTIFICATE                             74

21      ERRATA                                  76

22      ACKNOWLEDGMENT OF DEPONENT              78

23

24

25
```

Rackmasters, Inc.  30(b)(6)
July 11, 2022

```
 1                      --oOo--

 2                 INDEX TO EXHIBITS

 3                BRIAN NEWTON MACLEAN

 4        Ramos v. Iron Mountain Secure Shredding Inc.

 5                Monday, July 11, 2022

 6        CINDY L. SEBO, RMR, CRR, RPR, CSR, CCR, CLR,
          RSA, California Shorthand Reporter #14409,
 7          NYRCR, NYACR, Remote Counsel Reporter,
             LiveDeposition Authorized Reporter
 8
                        --oOo--
 9

10     (Exhibits Provided Electronically to Reporter.)

11     MACLEAN
       DEPOSITION
12     EXHIBIT LETTER    DESCRIPTION                PAGE

13     A                 Photograph                  30

14

15

16

17

18

19

20

21

22

23

24

25
```

Rackmasters, Inc.  30(b)(6)
July 11, 2022

```
1              S T I P U L A T I O N S

2

3                     IT IS HEREBY STIPULATED AND AGREED

4         by and between counsel no party to the litigation

5         will object to the remote deposition on the grounds

6         that the certified stenographer may not have the

7         legal authority to swear in the witness.

8

9                     FURTHER STIPULATED AND AGREED

10        that in lieu of the oath administered in person,

11        the witness declares the testimony in this matter

12        under the penalty of perjury.

13

14                    FURTHER STIPULATED AND AGREED

15        that the certified stenographer is not physically

16        present in the deposition room and will be

17        reporting this deposition remotely.

18

19                    FURTHER STIPULATED AND AGREED

20        all parties and their counsel consent to this

21        arrangement and waive any objections to this manner

22        of reporting.

23

24

25
```

Rackmasters, Inc.  30(b)(6)
July 11, 2022

```
 1                        --oOo--

 2              P R O C E E D I N G S

 3                        --oOo--

 4     July 11, 2022                    8:04 a.m. PDT

 5

 6              THE VIDEOGRAPHER:  Good morning.  We

 7     are now on the record.

 8              Participants should be aware that the

 9     proceeding is being recorded and, as such, all

10     conversations held will be recorded unless there

11     is a request and agreement to go off the record.

12     Private conversations and/or attorney-client

13     interactions should be held outside the presence

14     of the remote interface.

15              For the purpose of creating a

16     witness-only video recording, the witness is being

17     spotlighted or locked on all video screens while

18     in Speaker view.

19              We ask that the witness not remove

20     the spotlight setting during the deposition as it

21     may cause other participants to appear on the

22     final video rather than just the witness.

23              For anyone who doesn't want the

24     witness' video to take up the large part of your

25     screen, you may click the Gallery view button in
```

Rackmasters, Inc.  30(b)(6)
July 11, 2022

1          the upper right corner of the remote depo

2          interface.

3                    This is the remote video-recorded

4          deposition of Brian Maclean being taken by counsel

5          for the Defendant.

6                    Today is Monday, July 11th, 2022.

7          The time is approximately 8:04 a.m. Pacific

8          Daylight Time.

9                    We are here in the matter of

10         Jonathan Ramos versus Iron Mountain Secure

11         Shredding, Inc.

12                   My name is Stanley Beverly, remote

13         video technician, on behalf of U.S. Legal Support,

14         located at 11845 West Olympic Boulevard,

15         Los Angeles, California.  I am not related to any

16         party in this action, nor am I financially

17         interested in the outcome.

18                   At this time, will the certified

19         court reporter -- excuse me.

20                   Counsel is noted by the stenographer.

21                   At this time, will the certified

22         court reporter, Cindy Sebo -- Sebo, please swear

23         in the witness.

24                            --oOo--

25                    BRIAN NEWTON MACLEAN,

Rackmasters, Inc.  30(b)(6)
July 11, 2022

1        after having been first duly sworn remotely by the

2        certified stenographer to tell the truth, the whole

3        truth, and nothing but the truth, testified

4        remotely as follows:

5                          --oOo--

6                     CERTIFIED STENOGRAPHER:  Thank you.

7                     The witness is sworn, and I'll go on

8        mute now.

9                          --oOo--

10            EXAMINATION BY COUNSEL FOR DEFENDANT

11             IRON SECURE SHREDDING FACILITY, INC.

12                         --oOo--

13       BY MR. MALONE:

14            Q.    Mr. Maclean, good morning.

15                  My name --

16            A.    Good morning.

17            Q.    -- my name is Ryan Malone.  I

18       represent Iron Mountain.  I -- I'm sure you're

19       aware that you're here today to give testimony

20       about an incident that happened in June of 2018 in

21       Harahan, Louisiana at the Iron Mountain facility,

22       correct?

23            A.    Yes.

24            Q.    All right.  And this deposition has

25       been noticed as Rackmasters, Inc.'s deposition,

Rackmasters, Inc.  30(b)(6)
July 11, 2022

1       which -- you're the corporate deponent for that

2       company; is that right?

3             A.      I was.

4             Q.      Okay.  So let's -- let's real

5       quick -- state your full name for the record, and

6       tell us who you are.

7             A.      Brian Newton Maclean.

8             Q.      And you said you were affiliated with

9       Rackmasters, Inc. at some point?

10            A.      Yes, I was the -- the CFO --

11            Q.      What's that before?

12            A.      -- or the CEO or -- you know, the

13      head guy.

14            Q.      So you're the head guy of

15      Rackmasters, Inc. when it existed?

16            A.      Yes.

17            Q.      Does -- is Rackmasters, Inc. still in

18      existence?

19            A.      No.

20            Q.      When did it cease doing business?

21            A.      About four years ago.

22            Q.      And what was the reason?

23            A.      COVID and my retirement.

24            Q.      You're now retired?

25            A.      Yes.

Rackmasters, Inc.  30(b)(6)
July 11, 2022

1      Q.      Tell us a little bit about what

2  Rackmasters, Inc. did when it was in business.

3      A.      We installed material handling

4  equipment for distribution and warehousing.  We

5  built pallet racks, shelving, mezzanines, portable

6  buildings.  We did dock equipment, bollards.

7  Anything inside a -- a working warehouse, we

8  installed, anchored down; got the permits, you

9  know, licensed and insured in California and

10  Nevada.

11      Q.      And you mentioned you build the

12  pallet racks.

13              Are -- are those the type of racks

14  that were inside the Iron Mountain facility in

15  this case?

16      A.      No.  It was a shelving, what we call

17  a "catwalk system."

18      Q.      And had -- had you, as part of your

19  work with Rackmasters, Inc., been involved with

20  the installation and removal of catwalk systems

21  like the one at Iron Mountain?

22      A.      Many hundreds.  I've been doing this

23  for 40 years.

24      Q.      That was my next question.

25              How long -- how long was Rackmasters,

Rackmasters, Inc.  30(b)(6)
July 11, 2022

1      Inc. in business?

2             A.    Rackmasters was in business for

3      30 years, and I was a manager of the same type of

4      company for 10 years before that.

5             Q.    Okay.  So you, personally, have about

6      40 years of experience in the -- I'll call it the

7      "rack system disassembly and assembly field"?

8                   Is that fair, or is it better

9      classified?

10            A.    Yes.

11            Q.    Okay.  But -- but you had started

12     your own company for 30 years, and that was called

13     Rackmasters, Inc.?

14            A.    It was Rackmasters.  We incorporated

15     in February of 2017.

16            Q.    How many employees did it have at

17     that time?

18            A.    Anywhere between four and six.

19            Q.    Okay.  And was Jonathan Ramos one of

20     the original four to six employees when it --

21     Rackmasters was incorporated in February 2017?

22            A.    I believe so.

23            Q.    And how long did Mr. Ramos work for

24     Rackmasters?

25            A.    Oh, at least a couple years.

Rackmasters, Inc.  30(b)(6)
July 11, 2022

```
1              Q.    So from about 2017 till when, about
2        the -- date of the incident?
3              A.    2016, I'd say --
4              Q.    Okay.
5              A.    -- you know, up till 2018.
6                    In March of 2018, we had no work
7        after that.  So . . .
8              Q.    And so that would have been the time
9        Mr. Ramos stopped working with Rackmasters, Inc.?
10             A.    He -- I believe he got hurt the year
11       before.
12             Q.    Now, he was -- the date of the
13       involved incident here was June 15th, 2018.
14             A.    Okay.  So in '19 -- then, I'm -- I'm
15       sorry.  In '19 is when -- in March of '19, we
16       stopped because of COVID.
17             Q.    Okay.
18                   All right.  Who is Mr. Glen Thomas to
19       you?
20             A.    He was my -- he was 30 percent owner
21       of the business and managed all the installations.
22             Q.    Including the job at Iron Mountain in
23       this case?
24             A.    Yes.
25             Q.    Right.
```

Rackmasters, Inc.  30(b)(6)
July 11, 2022

1                      When did he get involved with

2       Rackmasters, Inc.?

3            A.     Probably about 2016.

4            Q.     So about the same time Mr. Ramos was

5       there?

6            A.     You know, I couldn't really say, but

7       probably around the same time.  I think Glen was

8       there before Mr. Ramos.

9            Q.     Mr. Thomas said he had about

10      two-and-a-half years of experience in the rack --

11           A.     Yes --

12           Q.     -- industry.

13           A.     -- yes.

14           Q.     What was he doing before he came to

15      Rackmasters?

16           A.     He was a manager of -- was it -- a

17      restaurant.  And then before that, he was working

18      in the electrical contracting business.

19           Q.     Did he have any prior rack system

20      experience before coming to Rackmasters, Inc.?

21           A.     No.

22           Q.     It's my understanding Mr. Thomas was

23      your son-in-law?

24           A.     Yes.

25           Q.     Was it before or after that he

Rackmasters, Inc.  30(b)(6)
July 11, 2022

1     started -- married or started dating your daughter

2     that he got involved with Rackmasters, Inc.?

3          A.     After.

4          Q.     After they were married?

5          A.     Yes.

6          Q.     So you gave him a job once he married

7     your daughter?

8          A.     Yes.  I was trying to retire, so I

9     basically talked to my daughter and him about

10    taking over the company.

11         Q.     Okay.  And that would have been that

12    2- -- 2016 time frame?

13         A.     Yes.  And then he agreed to it.  And

14    they moved from Colorado out to here, and he

15    started working for me.

16         Q.     What kind of training did he have to

17    have to start in the new field of rack system

18    assembly and disassembly?

19         A.     He worked for my existing foreman for

20    over a year before he became a foreman himself.

21         Q.     Okay.  Is that the normal course of

22    becoming a foreman in this industry?

23         A.     Yes.  We don't let anybody do

24    anything until they have, you know -- till they

25    know every part of the job; so they basically work

Rackmasters, Inc.  30(b)(6)
July 11, 2022

1       as a -- an installer for a year's time before they

2       are allowed to, you know -- not allowed, but --

3       but -- but they're qualified enough to lead crews.

4       And -- and right away, being in this business and

5       hiring so many people, I could tell Glen was very

6       well educated and mechanically inclined.  And we

7       had a good relationship as far as, you know, being

8       able to -- to talk about things and -- and

9       know, you know, how things went, why things were.

10                   We talked extensively before each job

11      -- because each job's a little bit different --

12      on, you know, the best way to do it and have

13      everything done right, and -- so there was a lot

14      of teaching involved in order to do that.

15              Q.    Okay.  And did that -- did that

16      teaching kind of continue even though he became

17      foreman or assumed the --

18              A.    Sure.  Oh, sure, because he would be

19      up against different type -- types of systems.  So

20      I would go out to the job site and help him along,

21      you know -- you know, make sure -- you know,

22      safety was number one with us; getting the job

23      done right was second; and getting it done fast as

24      we could to make money was number three.

25                   So each of those things, you know --

Rackmasters, Inc.  30(b)(6)
July 11, 2022

1    you know, we would talk extensively about each job

2    beforehand.

3         Q.    Is that true for all the jobs that

4    Mr. Thomas was working on?

5         A.    Every single job, we always had

6    meetings beforehand and talked about that

7    particular job.  Because I did the bidding with

8    the salesmen.  He doesn't really know anything

9    about, you know, Gee, I said this; I said this; I

10   said that.  So that's why we had to have

11   meetings -- excuse me -- about, you know,

12   sometimes the customer wants this part built or

13   that part built, or whatever.

14              And then I would go to the job site.

15   We would meet the customer, if it was nearby, and

16   then, you know, have a meeting and -- and then

17   find out, you know, what -- what we had to do in

18   order to get it done safely and have the customer

19   out of our way.  And clear area was a big thing

20   with us, so . . .

21        Q.    Did -- did that procedure or process

22   that you just described happen in this particular

23   case with -- at the Iron Mountain job?

24        A.    Yes.  Oh, yeah, we -- we talked

25   extensively on how we were going to tear the

Rackmasters, Inc.  30(b)(6)
July 11, 2022

```
 1      system down and what we were going to do.  And we
 2      talk about how many boards we put on pallets, how
 3      high, how big are -- the bundles are, because we
 4      have to load things on trucks.  So we talk
 5      about -- extensively about every single part in
 6      the system, so . . .
 7              Q.     Did you, personally, in this case go
 8      to the Iron Mountain facility before the job was
 9      done?
10              A.     No.
11              Q.     Okay.  Any particular reason why?
12              A.     It was a simple teardown.
13              Q.     Okay.  So the normal process is that
14      you would go to a job site and meet with the
15      customer -- you said get the customer out of your
16      way.
17                     What did you mean by that?
18              A.     A lot of times, the customers
19      don't -- don't understand that when we are lifting
20      up a 20-foot upright, that we don't want them
21      within 40 feet of us.
22              Q.     And what's that reason?
23              A.     In case it falls.
24              Q.     Is that an inherent risk in the field
25      of rack system disassembly?
```

Rackmasters, Inc.  30(b)(6)
July 11, 2022

```
 1              A.      Anytime that you lift anything above
 2      the ground, it -- and -- it's an inherent risk
 3      that it might fall.
 4                      I can tell you right now that we've
 5      never dropped an upright, ever, in 40 years.
 6              Q.      This was the first time?
 7              A.      It wasn't so much an upright fell
 8      as a -- a part of the system fell because of the
 9      beams as the handrail and -- were up too high in
10      the -- the -- it was a top-heavy structure, and
11      the -- the beams should have came out.  And that
12      was something me and Glen talked about extensively
13      after the accident: why, how, when, why and, you
14      know, so . . .
15              Q.      And so -- I think I understand what
16      you're saying because I've seen the photographs.
17      It looks like it was disassembled from the ground
18      up, so to speak.
19                      Am I right about that?
20              A.      No, we -- we used scissor lifts and
21      ground people because it was a -- 18-foot tall,
22      you know.
23              Q.      Right.  I guess what my -- my point
24      was, is the -- the shelving on the bottom was
25      taken out before the shelving on the top?
```

Rackmasters, Inc.  30(b)(6)
July 11, 2022

1          A.     The wood.

2          Q.     The wood was?

3          A.     Yes.  The metal all stayed in, and

4    the metal was the last thing that comes out.  And

5    they take it down, frames.  They take -- they --

6    they disconnect all the -- the left to rights,

7    what I call the "shelf supports," and then they

8    bring the frames down.  And then they disassemble

9    the frames on the ground.

10         Q.     You mentioned that after this

11   incident involving Mr. Ramos, you and Mr. Thomas

12   had some discussions about kind of what went

13   wrong, right?

14         A.     Pardon me?

15         Q.     You and Mr. Thomas had discussions

16   about what went wrong?

17         A.     Yes.

18                Can you hang on one second?

19                I'm going to shut my door to my

20   office.

21         Q.     Sure.

22                (Pause.)

23                THE WITNESS:  Yes, we talked

24   probably about six or seven hours of it.

25

Rackmasters, Inc.   30(b)(6)
July 11, 2022

1    BY MR. MALONE:

2         Q.     And -- and I'm not asking you to

3    repeat what was discussed over six to seven hours,

4    but if you can give me the gist of what Mr. Thomas

5    was conveying to you about his thoughts and what

6    you told him about what went wrong.

7         A.     Well, I asked him --

8              MR. MEYER:  Objection to the extent

9    this calls for hearsay.

10             Just entering an objection.

11             MR. MALONE:  Okay.

12   BY MR. MALONE:

13        Q.     You can go ahead.  You -- that will

14   happen from time to time.

15        A.     Sure.

16             We wanted to find out why the

17   system -- the part that -- that fell, fell.  And

18   then after I saw the pictures of it, I, you know,

19   was -- asked him a lot of questions about why, you

20   know, the beams -- the beams were a handrail above

21   the floor, so the beams will go up to about

22   42 inches above the floor, and it'll be three

23   beams plus a kick plate.  And what he was doing

24   was -- he was tearing the system down front to

25   back, and they left -- as they were taking the

Rackmasters, Inc.  30(b)(6)
July 11, 2022

1       floor supports out, they left those -- the columns

2       up, and the beams were up -- going from column to

3       column as handrail.

4                   So those beams weigh a lot, and he

5       thought that because they were anchored to the

6       ground, the columns, that they would hold up

7       there.  And we came to the conclusion that the

8       beams were the problem.  They should have been

9       taken down before the floor was taken off --

10          Q.     Okay.

11          A.     -- the floor supports.

12          Q.     So I want to make sure that you and

13      I, for the remainder of the deposition, use the

14      correct terminology.

15                  I have a -- just a demonstration or a

16      demonstrative of a rack and with some terminology,

17      just so I can make sure I understand and the jury

18      ultimately understands what -- what terms we're

19      using.

20                  Okay?

21                  I'm going to show you this.  Let me

22      ask you if you can see my screen in a second here.

23                  Can you see it yet?

24          A.     No.

25          Q.     Okay.  How about now?

Rackmasters, Inc.  30(b)(6)
July 11, 2022

1          A.      Yes.

2          Q.      You see it's marked Upright Frame --

3          A.      Yes --

4          Q.      -- Beam --

5          A.      -- but --

6          Q.      Okay.  Go ahead.

7          A.      -- but the shelving -- the shelving

8     isn't made with that upright frame.  The columns

9     against the wall were made with a single column of

10    that --

11         Q.      Okay.

12         A.      -- upright frame.

13         Q.      So the Up -- the -- the part of this

14    demonstrative that says Upright Frame, that's what

15    you're calling a "column," though, right?

16         A.      Yeah, you're -- what you're -- if you

17    take -- took all the internal bracing away that's

18    going from column to column, front to back --

19         Q.      Yes, sir.

20         A.      Ryan?

21         Q.      Yes, sir.

22                 Can you hear me?

23         A.      Yeah.

24         Q.      Okay.  Yeah, I'm listening.

25         A.      -- so if you take all the -- the --

Rackmasters, Inc.  30(b)(6)
July 11, 2022

```
1         the structural bracing that's in between column to
2         column, you just have two columns --
3              Q.     Right.
4              A.     -- and that was against the wall.
5         And that was the only part of the system that was
6         made out of what we call "pallet rack" --
7              Q.     Okay.
8              A.     -- so that's a pallet rack bay right
9         there (indicating) --
10             Q.     So -- okay.  So --
11             A.     -- and the beams were used as
12        handrail above the floor --
13             Q.     Gotcha.
14             A.     -- so the beams were really close to
15        the wall.
16             Q.     And so you're saying that in this
17        particular case, those beams should have been
18        removed --
19             A.     Yes.
20             Q.     -- before when?
21             A.     Yes.
22             Q.     They should have been removed when?
23        When should they have been removed?
24             A.     Before he took the actual floor off
25        the floor supports --
```

Rackmasters, Inc.  30(b)(6)
July 11, 2022

```
 1              Q.      Okay.  And am I talking --
 2              A.      -- the floor supports went from the
 3      shelving over to the column.
 4              Q.      Okay.  And so is any part of this
 5      demonstrative representative of what you're
 6      telling me right now?
 7              A.      Just the column --
 8              Q.      Okay.  Just the column.
 9                      So this is not --
10              A.      -- and the beam.
11              Q.      Gotcha.
12                      So the --
13                      CERTIFIED STENOGRAPHER:  Excuse me.
14      Sorry to interrupt.
15                      Make sure you let Counsel finish,
16      please.
17                      THE WITNESS:  Me?
18                      CERTIFIED STENOGRAPHER:  Yes.
19      BY MR. MALONE:
20              Q.      Yeah -- no, no, you're good.
21                      So these -- the beams represent the
22      parts shown in this demonstrative that were
23      holding up the -- the shelving and -- and the
24      catwalk system?
25              A.      The beams weren't holding up the
```

Rackmasters, Inc.  30(b)(6)
July 11, 2022

```
 1      shelving --

 2              Q.      They were just hold --

 3              A.      -- the beams were used as handrail

 4      above the floor.

 5              Q.      Okay.  Were there beams that held up

 6      shelving on the system before they were

 7      dismantled?

 8              A.      No.

 9              Q.      Okay.  What was underneath the

10      catwalk system?

11              A.      Shelving.

12              Q.      How -- how was the shelving held up

13      on this particular rack system?

14              A.      Basically, the shelvings was

15      somewhere around 18- to 20-foot tall, and they had

16      a floor at 15 feet, which is pretty high.  It

17      usually is at 8-foot and 8-foot --

18              Q.      Okay.

19              A.      -- the flooring was at 8-foot.  So

20      the columns went another 42 inches above the

21      floor, and that's where the handrail was used

22      against the wall.

23                      If you were looking at the system

24      from front to back, it was on the left wall that

25      the -- the columns were on, and then there was a
```

Rackmasters, Inc.  30(b)(6)
July 11, 2022

1     4-foot floor, and then the shelving started --

2          Q.     So let me ask you --

3          A.     -- the shelving went all the way to

4     the right wall.

5          Q.     Okay.  In your 40 years of doing this

6     particular type of work, had you encountered

7     systems like this one at Iron Mountain?

8          A.     Yes.

9          Q.     Similar types of design, right?

10         A.     Yes.

11         Q.     Similar types of installation,

12    correct?

13         A.     Yes.

14         Q.     And you would disassemble --

15    disassembled systems like that?

16         A.     Many.

17         Q.     It sounds like Glen Thomas had not.

18         A.     He's torn down so much that I

19    couldn't remember everything, but he's torn down

20    their rack systems.  They're more heavy-duty.

21    It's made -- most of Iron Mountain's systems now

22    are made of nothing but pallet rack.

23         Q.     So let me ask you, then, if -- if you

24    had been the foreman on the job, you're saying you

25    would have removed the handrails first on this

Rackmasters, Inc.  30(b)(6)
July 11, 2022

1    pallet system at Iron Mountain?

2         A.    Yes, I would've.

3         Q.    And that would've resulted in it not

4    being top-heavy?

5         A.    Yes.

6         Q.    And that would've prevented the beams

7    from falling over?

8         A.    The columns from falling over.

9         Q.    The columns.

10        A.    Yeah.

11              Now, if the column fell over -- the

12   column weighs about 20 pounds, compared to the

13   three beams in a bay, where the handrail is --

14   each beam weighs about 30 pounds; so you've got

15   almost 90 pounds in between two columns up that

16   high.

17        Q.    And can each of those handrails be

18   disassembled down the entire line of that rack

19   system -- the entire 168 feet?

20        A.    Yes, as they were taking the system

21   down, they should have taken the beams out each

22   time they went in one bay towards the back of the

23   wall.  They were in the front of the system,

24   working towards the back of the system.  The

25   columns were on the left wall, so they should have

Rackmasters, Inc.  30(b)(6)
July 11, 2022

1        been removing those beams each time they went into

2        a shelving, you know, 4-foot-deep system.

3              Q.    Okay.  Take a look at this.

4                    I'm going to attach this photo as

5        Exhibit A to your deposition.

6                           --oOo--

7                    (Maclean Deposition Exhibit A,

8         Photograph, marked for identification, as of

9         this date.)

10                          --oOo--

11       BY MR. MALONE:

12             Q.    Do you see this photo here?

13             A.    Oh, yeah --

14             Q.    Okay.  Do you see the red circle --

15             A.    -- the red circle --

16                   (Crosstalking.)

17       BY MR. MALONE:

18             Q.    I'm sorry.  Go ahead.

19             A.    Go ahead.

20             Q.    -- do you see the red circles I've

21       made on this photo?

22             A.    Yes.

23             Q.    Do those red circles represent the

24       beginning and end of those handrails that you were

25       talking about?

Rackmasters, Inc.  30(b)(6)
July 11, 2022

```
 1              A.     Yes.
 2              Q.     So you're telling me that those could
 3       each have been disassembled at the red circle to
 4       kind of create a separate part -- the entire
 5       168-foot length of those shelves?
 6              A.     Can you ask that again?
 7              Q.     Sure.  Let me just ask it simpler.
 8                     The areas that are circled -- are
 9       there bolts holding those handrails to those
10       columns?
11              A.     I can't see them on the drawing, but
12       they have a safety pin.  All beams have safety
13       pins; and if they don't, we put our own safety pin
14       or bolt it.  It's a standard procedure with us.
15              Q.     And what does a safety pin do?
16              A.     A safety pin locks the beam in from
17       going up and out of the holes.  The beam has to go
18       in a larger hole -- it's a teardrop shape --
19              Q.     Okay.
20              A.     -- and then down into a lower -- the
21       lower part of the hole, which is smaller in
22       diameter.  Then the pin goes in, and it keeps the
23       beam from ever raising up and coming out of the
24       holes.
25              Q.     I understand.
```

Rackmasters, Inc. 30(b)(6)
July 11, 2022

1                  So what you're saying, though, is, no

2       matter which -- how they were secured to the

3       columns, each one of these handrails can be

4       removed from column to column?

5            A.    Yes.

6            Q.    Okay.  And you -- you would have

7       taken off in this particular photograph, for

8       example, these three cross-handrails first?

9            A.    They should have came out first,

10      because you can see how it's tilting over and it's

11      top-heavy, you know.

12           Q.    By not removing those handrails, it

13      created a situation where the structure was

14      top-heavy, correct?

15           A.    Yes.

16           Q.    Were there columns on the other side

17      of this structure at some point in time to give it

18      support when it was -- before it was disassembled?

19           A.    The columns are the frames of the

20      shelving.

21           Q.    But that -- there would have been

22      columns holding this thing up, kind of like a

23      bookshelf, at some point in time, right?

24           A.    You can see the floor supports that

25      are sticking out.  You know, they have no end --

Rackmasters, Inc.  30(b)(6)
July 11, 2022

```
1              Q.      Right.

2              A.      -- those attach to the shelving --

3              Q.      Okay.

4              A.      -- a shelving frame.  And then the

5     floor goes on top of those floor supports.

6              Q.      After you met with Glen Thomas to

7     discuss how he should have done this by removing

8     these handrails first, did he understand what

9     happened --

10             A.      Yes.

11             Q.      -- and why it happened?

12                     (Crosstalking.)

13    BY MR. MALONE:

14             Q.      Did -- did Rackmasters go back out

15    and complete this job after Mr. Ramos was injured?

16             A.      Yes.

17             Q.      How many days after he was injured

18    did it take to complete the job?

19             A.      We -- they didn't let us in for close

20    to a month or so because they wanted to

21    investigate it themselves -- Iron Mountain.  Once

22    it was investigated and OSHA was all satisfied,

23    then I flew a guy in and we hired somebody local,

24    and they took the rest of the system down.

25             Q.      When -- when Mr. Thomas got to this
```

Rackmasters, Inc.  30(b)(6)
July 11, 2022

1     stage of the disassembly process before Mr. Ramos

2     was injured, did he call you to discuss how to

3     proceed?

4            A.     How to proceed?

5            Q.     How to proceed safely without having

6     this thing become top-heavy.

7            A.     We didn't talk about this problem.

8            Q.     Did he send you any photographs

9     that -- that -- maybe asking for your advice about

10    what he should do in this particular type of

11    situation?

12           A.     No, he didn't.

13           Q.     It's -- this is one of the two

14    scissor lifts that were present on the site,

15    right?

16           A.     Yes.

17           Q.     The -- the -- the other scissor lift

18    that Mr. Ramos was on was further down, to the

19    right side of this photograph, right?

20           A.     Yes.  It was on -- it was laying

21    flat.

22           Q.     Is there any problem with the two

23    groups working at different parts of this

24    structure during the same time?

25           A.     It shouldn't have been.

Rackmasters, Inc.  30(b)(6)
July 11, 2022

```
 1              Q.      Why is that?

 2              A.      The -- if the beams were taken out,

 3      there shouldn't have been a problem, you know.

 4              Q.      If they had taken out those handrail

 5      beams?

 6              A.      Yes, there wouldn't have been any of

 7      these -- any of the problem, yeah.

 8              Q.      So -- so that's basically what caused

 9      it to become top-heavy and topple over?

10              A.      Yes.  I -- I -- you know, to the best

11      of my knowledge, in doing this for a long time,

12      yes, there's just too much weight up there.  And

13      they actually -- during the procedure of taking --

14      taking it down, they actually saw it moving.

15              Q.      And who saw it moving?

16              A.      Three employees.

17              Q.      Of Rackmasters?

18              A.      Yes, one of Rackmasters and two of

19      the temporary workers that we had.

20              Q.      Who was the Rackmaster employee that

21      saw it moving before it fell?

22              A.      His name was --

23                      MR. MEYER:  Objection: calls for

24      hearsay.

25                      THE WITNESS:  -- we have -- we have
```

Rackmasters, Inc.  30(b)(6)
July 11, 2022

1      signed letters that I sent to Iron Mountain, that

2      I sent to everybody when Glen Thomas had the

3      three people fill out a letter, saying what they

4      saw and what they said and -- and how things

5      went, so . . .

6      BY MR. MALONE:

7           Q.     Do you remember who the Iron Mountain

8      employee was that gave you a statement as part of

9      your investigation?

10          A.     No Iron Mountain employee gave me a

11     statement.

12          Q.     Strike that.

13                 I'm sorry.

14                 Do you remember the name of the

15     Rackmasters employee?

16          A.     Anthony -- gosh, it's been

17     four years.

18                 I don't remember his last name, but I

19     can get it.

20          Q.     Okay.  So one of Rackmasters'

21     employees, whose first name is Anthony, told you

22     that he saw the rack moving before it fell?

23                 MR. MEYER:  Objection to the --

24                 THE WITNESS:  He --

25                 MR. MEYER:  -- hearsay.

Rackmasters, Inc.  30(b)(6)
July 11, 2022

1               MR. MALONE:  I disagree with that.

2     We'll let the Judge decide it.  He's an employee

3     working for Rackmasters at the time.

4     BY MR. MALONE:

5          Q.    Is that right, Mr. Maclean?

6          A.    Yes.

7          Q.    It was within the scope of his duties

8     at the time?

9          A.    Yes.

10         Q.    And he provided you that statement in

11    connection what he witnessed during the time that

12    Mr. Ramos' fall started to occur?

13         A.    Yes --

14         Q.    And --

15         A.    -- the rack was moving before the

16    fall occurred.

17         Q.    And how long before it was moving did

18    Anthony tell you the rack was moving?

19              MR. MEYER:  Objection to hearsay.

20               (Crosstalking.)

21              THE WITNESS:  He didn't tell me, but

22    they were telling John.

23              CERTIFIED STENOGRAPHER:  Excuse me.

24              I missed the beginning part of the

25    witness' answer.

Rackmasters, Inc.  30(b)(6)
July 11, 2022

1              MR. MALONE:  He said, they did not

2       tell him, but they told John.  And that's --

3              THE WITNESS:  You said "him."  I'm

4       not sure who "him" is.

5       BY MR. MALONE:

6         Q.    Okay.  So let me ask you the question

7       again.

8              So Anthony represented to you as part

9       of your investigation that he had told

10      Jonathan Ramos that the racks were moving?

11        A.    Yes, that the columns --

12             MR. MEYER:  Objection: hearsay.

13             THE WITNESS:  -- the columns were

14      waving over -- you know, the -- off the wall.

15      BY MR. MALONE:

16        Q.    You mentioned something earlier in

17      your testimony about bracing.

18             Is that the cross-bracing between the

19      columns and the other parts of the rack system

20      structure?

21             How are these -- here's what I want

22      to clarify:  You're not talking about bracing to

23      the adjacent wall, right?

24        A.    No.

25        Q.    This was a self-supporting system,

Rackmasters, Inc.  30(b)(6)
July 11, 2022

1      right?

2            A.      Yes.

3            Q.      Meaning that it does not have bracing

4      to the actual physical structure of the building?

5            A.      You -- you don't tie any kind of

6      racking or anything to the wall because then you

7      put load on the wall --

8            Q.      And you don't --

9            A.      -- so it has to be a freestanding

10     unit.

11           Q.      -- so you do not want to have it

12     braced to a wall, if it's installed correctly,

13     right?

14           A.      Ever; no, no.

15           Q.      It would be incorrect installation

16     and create a different safety hazard if you

17     actually braced these rack systems to the wall

18     itself?

19           A.      Yes.

20           Q.      If -- do you know a gentleman named

21     Mitchell Wood?

22           A.      No.

23           Q.      Do you recognize that name in the

24     rack industry at all?

25           A.      No.

Rackmasters, Inc.  30(b)(6)
July 11, 2022

1      Q.    He -- he's an expert that was hired

2    by Mr. Ramos, and he's claiming that there was not

3    bracing -- sufficient bracing to the wall itself.

4              You're saying that that -- that you

5    would not expect there to be bracing in the middle

6    of this structure?

7      A.    Never do you take racking, shelving

8    or any other -- the only time that you would screw

9    shelving into a wall is, like, in an office

10    configuration, where the shelving's 7- to 8-foot

11    tall and you would screw it into the -- or use lag

12    bolts or a -- or a -- you know, the ones that --

13    the hollow that'll go through the SHEETROCK and

14    spread out for safety, for earthquakes.  But any

15    type of system that goes in a warehouse, never,

16    ever gets bolted, braced, screwed to or use the

17    wall in any way to help with the structural

18    stability of the rack.

19      Q.    Okay.  So if it's done, it's

20    certainly not done for structural stability

21    purposes?

22      A.     If it's done, they did it -- they

23    -- they did it for some weird reason.  But no time

24    in my 40 years have we ever bolted anything to any

25    wall, except for what I said, when -- during small

Rackmasters, Inc.  30(b)(6)
July 11, 2022

```
 1        shelving in -- in offices for earthquake.
 2             Q.    Let's real quick talk about the
 3        anchors on the ground, those -- the anchors that
 4        are placed at the footplates, correct?
 5             A.    Yes.
 6             Q.    It's my understanding, in California,
 7        with seismic activity, there's different anchoring
 8        requirements there -- than there are in other
 9        parts of the country.
10                  Is that a fair statement?
11             A.    Yes, we have to have anchor
12        inspections at every permitted job.
13             Q.    And that's in areas with high seismic
14        activity?
15             A.    All of California and Nevada require
16        it.  It doesn't matter what seismic place you're
17        in, all of California and Nevada, we have to have
18        anchor inspections after -- you know, before they
19        signed the permit off.
20             Q.    Are more anchors required in
21        California and Nevada than in other areas of the
22        country?
23             A.    I couldn't say for sure.
24             Q.    Do you know how many are required, if
25        any, in the state of Louisiana?
```

Rackmasters, Inc.  30(b)(6)
July 11, 2022

```
 1              A.      No.
 2              Q.      Those anchors would have been removed
 3      during part of this disassembly process
 4      regardless, right?
 5              A.      After the column comes out, then we
 6      saw the anchor off to the top of the cement floor.
 7              Q.      And looking at the photo that we've
 8      attached as Exhibit A, the anchor is the part
 9      where the column meets the floor, correct?
10              A.      Yes.
11              Q.      And it appears to be that these
12      columns are still anchored here, they just --
13      because the top-heaviness of the structure, it
14      fell forward, right?
15              A.      Yes, and that's why -- one of the
16      things that Glen said, that -- that he thought the
17      anchors would hold it, and I told him no, you
18      know.
19              Q.      And why is that the case?
20              A.      It's just too top-heavy.  You know --
21      the metal is so weak on a column that with the
22      weight up there and it -- if it starts tilting
23      over to a certain degree, it'll rip -- you know,
24      the anchor will just come out of the hole, you
25      know.  But that column is really thin material.
```

Rackmasters, Inc.  30(b)(6)
July 11, 2022

```
1            Q.    So it's not intended or designed to
2       support this top-heavy part that -- where the
3       crossbeams' handrails are still installed?
4            A.    No, it's basically made to keep the
5       structure completely vertical, you know, straight,
6       and -- and then when the earthquake comes, it
7       doesn't shake, you know -- it doesn't move.
8            Q.    Is it intended, any -- for any
9       reason, to be used during the disassembly process
10      to give it structural support?
11           A.    Like I said, the last thing that we
12      would do is cut the anchors down, so that would be
13      the last thing that -- that the column -- if the
14      beams weren't there, then the anchor -- there's a
15      nut on the anchor.  The nut's removed, and then
16      you just pull the column footplate over the top of
17      the anchor, which sticks out usually about an inch
18      or so, and then we take a Sawzall and cut the
19      anchor flush with the floor.
20           Q.    Should these crossbeam handrails have
21      been removed earlier in the deconstruction
22      process, or when would you have done that, if you
23      had been there?
24           A.    Before I would have took the floor
25      down, because you need the floor to walk on in
```

Rackmasters, Inc.  30(b)(6)
July 11, 2022

1      order to take the load beams down.

2            Q.     So before removing the catwalk

3      system, is what you're saying?

4            A.     The floor that sits on those catwalk

5      supports, yeah.

6            Q.     So you would have left that installed

7      and used it to access the handrail crossbeams,

8      correct?

9            A.     Yes, sir.

10           Q.     And you would have removed those

11     individually, each section going the entire

12     168-foot length of the shelving?

13           A.     Yes, I would've --

14           Q.     And that would've --

15           A.     -- either that -- either that or I

16     would have made sure that as I tore it down bay by

17     bay, that those beams came out.

18           Q.     And -- and I've heard that term,

19     "bay," before.

20           A.     Between those two columns --

21           Q.     Okay.

22           A.     -- is a bay.

23           Q.     So the area where the forklift is

24     sitting between the two columns, that's -- that's

25     one bay, correct?

Rackmasters, Inc.  30(b)(6)
July 11, 2022

```
 1              A.      One bay.

 2              Q.      And there's probably -- if you keep

 3      going to the right, there would have been about 18

 4      of those in this particular case; does that sound

 5      right?

 6              A.      Yeah.  So if they would have left the

 7      beams up there and took them out individually as

 8      the floor supports were still bolted to the

 9      shelving; but as you -- as you can see, there's --

10      what -- one, two, three, four -- five of those

11      floor supports that aren't bolted to anything --

12              Q.      Right.

13              A.      -- so if -- if there was something

14      bolted to, say, the fourth and the fifth one and

15      it was up against the wall, they would have been

16      able to take the beams out each time.  But they

17      were skipping along about two to three bays, which

18      I told them, you know, that was wrong to do.

19              Q.      And who told you they were doing

20      that?

21              A.      Glen was -- did -- Glen Thomas.

22              Q.      It's my understanding that Glen was

23      operating a forklift while he had these other guys

24      up on the scissor lifts, right?

25              A.      I couldn't tell you.
```

Rackmasters, Inc.  30(b)(6)
July 11, 2022

```
 1              Q.     What were these -- you mentioned
 2       these five cross -- what did they -- what did you
 3       call them? -- foot -- footplates, or what did you
 4       call these?
 5              A.     Floor supports.
 6              Q.     Floor supports.
 7                     The five floor supports -- what were
 8       they connected to before they were just exposed
 9       like they are shown here in this picture?
10              A.     Well, if you look at the right side
11       of the floor support, which -- it's called a J
12       bracket -- at the end, and it's going over the top
13       of a beam -- those two beams are really pinched.
14              Q.     I see it, right.
15              A.     And you see the J bracket?
16              Q.     Yep.
17              A.     Now, I couldn't tell you at the other
18       end how it was bolted, but that end should have
19       been bolted and secured to a shelving frame.
20              Q.     Okay.  And -- and that would have
21       provided support -- the other side of those floor
22       supports, which would've then supported the -- the
23       catwalk?
24              A.     Yes, sir.
25              Q.     Okay.  And that's what would have
```

Rackmasters, Inc.  30(b)(6)
July 11, 2022

1    allowed you to walk on top of it back and forth

2    across that 168 feet?

3              A.    Yes.

4              Q.    Do you see this -- the structure to

5    the left of this shelving system where there's an

6    access to a doorway on the second floor?

7              A.    Yes.

8              Q.    Okay.  Does the presence of that

9    structure in any way impact your opinions that the

10   cross-brace handrail should have been removed

11   first?

12             A.    No.  It -- it -- yeah, it has nothing

13   to do with it.

14             Q.    In other words, no matter whether

15   those stairs in that structure was there or not,

16   you still would've wanted -- and the safest thing

17   to do -- would have been to remove those crossbeam

18   handrails, right?

19             A.    Yes.

20             Q.    And, ultimately, it was the decision

21   not to do it that way that led to the collapse?

22             A.    Yes.  It was a terrible mistake.

23             Q.    By who?

24             A.    By Glen.

25             Q.    Glen Thomas?

Rackmasters, Inc.  30(b)(6)
July 11, 2022

```
1              A.    Yes.
2              Q.    The people that were working on the
3        scissor lifts -- it's my understanding some of
4        them were temporary employees of -- from a
5        staffing agency; is that right?
6              A.    Yes.
7              Q.    It's also my understanding that
8        you -- you -- you met with a lady named
9        Lisa Costanza with Adecco --
10                   MR. MALONE:  That's A-D-E-C-C-O.
11       BY MR. MALONE:
12             Q.    -- in order to get those people to
13       work on this particular job, right?
14             A.    I didn't.
15             Q.    Who did?
16             A.    Glen did.
17             Q.    Glen did.
18                   Okay.  There was a contract signed
19       for those employees as well, right?
20             A.    I believe so.
21             Q.    And there was a stipulation that
22       those guys should not have even been working on
23       the scissor lifts, correct?
24             A.    I believe so, yeah.
25             Q.    Did Glen know that?
```

Rackmasters, Inc.  30(b)(6)
July 11, 2022

```
 1              A.      I told him at the beginning, and then
 2        he talked to -- was it Linda?
 3              Q.      Linda Costanza?
 4              A.      Yeah.  He talked to Linda, and I
 5        talked to Linda about this also.  When I found out
 6        that the -- that the temporaries -- she told me
 7        that they're in the scissors lifts, and then I
 8        told -- and I say to him, You know that they're
 9        not supposed to be in the scissor lifts.  And he
10        said, I talked to Linda about it, and she said it
11        was okay.
12                      That's what Glen told me.
13              Q.      What was their experience with
14        dismantling rack systems?  Do you know?
15              A.      No, I don't.  But we do -- we do --
16        what we do is, we never get anybody that's
17        begin -- beginning and send them up to the top
18        floor.  They do hundreds and hundreds and hundreds
19        of disassemblies on the ground so they know
20        exactly how these pieces come out and go in before
21        we send them up in a forklift -- I mean, a
22        scissors lift or have them up on the floor.
23        So . . .
24              Q.      Did you meet with any of the OSHA
25        representatives after this incident?
```

Rackmasters, Inc. 30(b)(6)
July 11, 2022

```
1              A.      Not me, no; Glen did.
2              Q.      But -- but Rackmasters was ultimately
3      cited for serious violations, correct?
4              A.      I couldn't say if it was a serious
5      violation or not.
6              Q.      Okay.  Fair enough.
7                      It was cited for a violation,
8      correct?
9              A.      Yes.
10             Q.      Did -- did Rackmasters dispute that
11     charge, or did they agree with the violation?
12             A.      We agreed.  In fact, OSHA came out
13     and talked to Glen at the job site, and they said,
14     from talking to Glen, that we realized what the
15     problem was and that we came to, you know, a
16     solution that, you know -- why it happened and
17     what happened and they were satisfied with that.
18     So we just had to pay a -- a fine.  And that was
19     it, basically.
20             Q.      And what happened and why it
21     happened, what you told OSHA, that's consistent
22     with what you've told me here today?
23             A.      Yes.
24             Q.      And you said you've met with Glen
25     since that time to kind of educate him on the way
```

Rackmasters, Inc.  30(b)(6)
July 11, 2022

1     this should have been done?

2          A.     We were talking on the phone for

3     three days after the accident.

4          Q.     To talk about how this job should

5     have been done differently?

6          A.     Well, we were -- I was trying to get

7     down to the -- you know, to the problem of why it

8     fell over.  And so, you know, I had pictures, and

9     I asked him almost all the questions that you're

10    asking me.  You know, so I asked him extensively

11    question after -- you know, I've been doing this

12    so long, I know how connections are; I know

13    things, you know, happen, and -- so I asked him,

14    you know, hundreds of questions, and came to the

15    conclusion that the beams shouldn't have been up

16    there, you know.

17         Q.     Mr. Maclean, if -- if you had been

18    the foreman on the job and Iron Mountain had

19    requested that the front stairway system that you

20    see shown in photograph attached as Exhibit A --

21    if they can use that and remain -- leave it in

22    place during the disassembly process, would you

23    have accommodated that request?

24         A.     Yes.

25         Q.     Would it have impacted your decision

Rackmasters, Inc.  30(b)(6)
July 11, 2022

1       to proceed -- to proceed safely with this

2       particular disassembly?

3              A.     I would have to see -- you know, kind

4       of walk around and see what was safe or what

5       wasn't safe for both of us and then have a

6       discussion with that person.

7              Q.     Is there any reason to believe, just

8       knowing what you know about this particular job,

9       that that couldn't have been done in this case?

10             A.     One more time.

11             Q.     Sure.  Let me ask a better question.

12                    It's my understanding that -- did you

13      have any conversations with anyone from

14      Iron Mountain about the front stairway?

15             A.     Not me.

16             Q.     Glen Thomas did?

17             A.     I don't know.

18             Q.     Okay.  I'll just represent to you

19      that the testimony in this case is that he spoke

20      with somebody from Iron Mountain at the beginning

21      of the job about leaving that front staircase

22      intact.

23                    Okay?

24             A.     Right.

25             Q.     And that he told the Iron Mountain

Rackmasters, Inc.  30(b)(6)
July 11, 2022

1       representative that that was no problem.

2              A.      Right.

3              Q.      Okay.  Would you agree with his

4       assessment, based on what you know about the case?

5              A.      Yes.  We tried to accommodate almost

6       everybody's needs.  That's the most important

7       thing, is the customer's happy.  And we, you know,

8       are really flexible with, you know, the customer

9       needing this or that.  But we also have to say,

10      you know, is it safe for the both of us to be

11      working near -- near each other.  And Glen knows

12      that very, very well, and I'm sure he would have

13      talked -- again, I'm speculating -- but I'm sure

14      he talked to the -- to the gal there.

15             Q.      And I'll represent to you again that

16      his testimony was that there was no further

17      discussion than him telling her there was no

18      problem with doing it.

19             A.      Yeah, yeah.

20             Q.      And so at least from Iron Mountain's

21      perspective at that point in time, they presumed

22      that it could be done safely, correct?

23             A.      Yes.

24             Q.      And -- and probably at the time, Glen

25      did, too?

Rackmasters, Inc.  30(b)(6)
July 11, 2022

1          A.     Sure.

2                 MR. MEYER:  Objection.

3          BY MR. MALONE:

4          Q.     Mr. Maclean, do you fault

5    Iron Mountain for anything that you know of in

6    this particular case?

7          A.     No.

8          Q.     It sounds, to me, like you're -- you

9    accept responsibility for what happened.

10         A.     Yes.

11         Q.     It was a terrible -- terrible mistake

12   on the part of Rackmasters, as you described it?

13         A.     I would say yes.

14         Q.     Do you blame any of the Adecco

15   employees that were also working that day?

16         A.     No.

17         Q.     Do you blame Hammerhead?

18         A.     No.

19         Q.     Who is Hammerhead?

20         A.     They're the people that I -- they're

21   the sub -- they're -- they basically had -- you

22   know, Iron Mountain goes to Hammerhead, says, We

23   want this done.  And then Hammerhead

24   subcontractors the labor to me.

25         Q.     And that's how the contact happened

Rackmasters, Inc.  30(b)(6)
July 11, 2022

1      in this particular case?

2            A.      Yeah, it's how every job goes.

3            Q.      Is Hammerhead present on-site doing

4      the work with Rackmasters, or is it once you're

5      hired --

6            A.      No --

7            Q.      -- you're hired?

8            A.      -- no.  We're -- we're a very, very

9      experienced company; we don't need people to watch

10     us and tell us what to do.

11           Q.      So you'd agree with me that

12     Rackmasters developed the procedure for removal --

13     removal of the rack system in this case?

14           A.      Yes.

15           Q.      That Rackmasters was responsible for

16     the removal and disassembly of the rack system in

17     this case?

18           A.      Yes.

19           Q.      Did Hammerhead or Iron Mountain

20     direct the specifics of how Rackmasters

21     disassembled the racks?

22           A.      They -- they were supposed to be out

23     of the area completely, 100 percent.  And then we

24     found out that they were still unloading boxes, so

25     they had to have that floor up.

Rackmasters, Inc.  30(b)(6)
July 11, 2022

1           Q.      The -- the floor -- the --

2           A.      The belt.

3           Q.      The catwalk system?

4           A.      Yeah, because they -- they have a --

5    they have a -- an opening at the very other end of

6    it to the back.  They wanted to come out that, go

7    down the floor, and then go back through another

8    door through the wall.  That was the only way that

9    they could move their boxes.

10          Q.      And so that -- that request to leave

11   that in place would have been to accommodate them

12   while they were moving?

13          A.      Yes.  Yes.

14          Q.      Again, if -- if that created a real

15   safety issue or hazard, Rackmasters would not have

16   proceeded with the work, right?

17          A.      Right.

18          Q.      It would have advised them that they

19   could not continue to access any particular area

20   of that part of the warehouse?

21          A.      It was fine; we worked with them,

22   so . . .

23          Q.      Does Rackmasters have any designed

24   procedure or methodology for disassembling these

25   rack systems, or is it kind of a case-by-case

Rackmasters, Inc. 30(b)(6)
July 11, 2022

1      basis?

2              A.      Case by case.

3              Q.      Sometimes you may remove them a

4      certain way; and then the very next job, you might

5      remove them a totally different way?

6              A.      It depends on -- on the -- all the

7      situation.  You know, like in this case, we had a

8      top-heavy piece that shouldn't have been there,

9      and so that's the only thing that they did wrong,

10     was left the beams up.

11             Q.      Rackmasters, you mean?

12             A.      Yes.

13             Q.      Do you have any information or --

14     based on your investigation that Iron Mountain or

15     Hammerhead or anybody else ignored instructions or

16     recommendations from Rackmasters to do this job

17     differently?

18             A.      No.

19             Q.      Did Rackmasters have a choice to

20     disassemble these crossbeam handrails first before

21     beginning with the other parts of the disassembly

22     of this last final shelf?

23             A.      Sure.  Yes.

24             Q.      And Rackmasters understands that this

25     creates an instability, the way it's depicted in

Rackmasters, Inc.  30(b)(6)
July 11, 2022

1        Photograph A, correct?

2               A.    Yes.

3               Q.    You're -- you're cognizant that doing

4        it this way could make it unstable and potentially

5        collapse, right?

6               A.    If they left -- yeah, the -- the beam

7        should have came out before they started

8        disassembling the -- the floor.

9               Q.    And you, personally, on behalf of

10       Rackmasters, were aware of that potential risk

11       before this particular job?  You maybe encountered

12       that in other jobs as well?

13              A.    Sure, yeah.  Yeah.

14                    Any -- any -- any big job that we do,

15       me and Glen would -- would meet at the job site

16       and go -- walk through it and -- and do a lot of

17       talking about everything, basically.  We're very

18       detail-oriented, you know, in how we take things

19       down, how we stack them, you know, measurementwise

20       so we can get them on trucks.

21                    So there's a lot of thought process.

22       We just don't go in there and start hacking and

23       healing.  There's a lot of thought processes on

24       where the parts go.  We tear down a certain part,

25       and then we go to do another part.  So we try to

Rackmasters, Inc.  30(b)(6)
July 11, 2022

```
1       do it in a production-type way.

2              Q.     Okay.  This guy, Mitchell Wood, I

3       mentioned earlier -- he said that Rackmasters was

4       under the assumption that these columns were

5       secured to the adjacent warehouse wall.

6                      And that's -- you're saying that

7       they're wrong?

8              A.     Yep.

9                      If -- if they were, they shouldn't

10      have been.  It's a SHEETROCK wall.

11             Q.     And if they were, Rackmasters

12      certainly would not have relied on that as --

13             A.     No.

14             Q.     -- as making it safe to disassemble

15      in any other, different way than you've already

16      testified about?

17             A.     No, we would have -- we would have

18      seen the -- the -- the attachments and then

19      unattached them -- you know, taken them apart.

20             Q.     Unattached them immediately?

21             A.     Yes.

22                     MR. MALONE:  Sir, that's all the

23      questions I have for you.

24                     I'm going to pass the witness.

25                     MR. MEYER:  Beth, do you want to go
```

Rackmasters, Inc.  30(b)(6)
July 11, 2022

1      next, or do you mind if I do?

2                    MS. BERNSTEIN:  Go ahead.

3                    MR. MEYER:  Okay.

4                         --oOo--

5            EXAMINATION BY COUNSEL FOR PLAINTIFF

6                         --oOo--

7      BY MR. MEYER:

8           Q.    Good morning, Mr. Maclean.

9      Daniel Meyer.  I represent Jonathan Ramos.  Just a

10     couple quick follow-up questions.

11                    First, at no point in time during the

12     disassembly did you ever appear on-site at the

13     Rackmasters facility in Harahan, Louisiana,

14     correct?

15          A.    No.

16          Q.    So your involvement in this

17     demolition, if any, would have been entirely

18     remote, correct?

19          A.    Yes.

20          Q.    Now, you mentioned, before the

21     project started, you and Glen Thomas discussed at

22     length the demolition process, right?

23          A.    Yes.

24          Q.    After the demolition started, did you

25     remain in regular contact with Mr. Thomas?

Rackmasters, Inc.  30(b)(6)
July 11, 2022

```
 1              A.      Yes.

 2              Q.      Did he send you any pictures at any

 3      point in time about the -- reflecting the

 4      progress?

 5              A.      I can't recall.

 6              Q.      Did you and Mr. Thomas ever discuss

 7      the beams that ultimately fell, prior to them

 8      falling?

 9              A.      No.

10              Q.      Okay.  Now, you mentioned that these

11      beams should not have been tied into the wall;

12      but, in fact, I mean, do you know, as you sit here

13      today, that they were tied in both at the anchor

14      and at the top?

15              A.      They -- they -- they would have been

16      tied in at the floor and where the floor support

17      attaches to the shelving.  Those are the two

18      attachment points.

19              Q.      Okay.  Are you saying that the

20      attachment point at the floor support level is --

21      was wrong and should not have been there?

22              A.      No.  No.  Everything was correct.

23                      You're -- you're asking --

24              Q.      Okay.

25              A.      -- the -- the -- the bottom of the
```

Rackmasters, Inc.  30(b)(6)
July 11, 2022

```
1    column is attached to the floor, and then the end
2    of the floor supports that you see hanging out in
3    the midair should have been attached to the
4    shelving.  So those are the two points that --
5    that that floor is, you know, held up by.
6         Q.    Do you believe -- do you know, as you
7    sit here today, that the beam itself was anchored
8    at the floor support level to the wall?
9         A.    The column.
10        Q.    The column.
11              Yes, thank you.
12        A.    Yes.
13        Q.    Okay.  Are you saying that
14   that -- that is incorrect, that column should not
15   have been mounted to the wall?
16        A.    No, the columns should not have been
17   mounted to the wall at all, period --
18        Q.    Okay.
19        A.    -- now, that's just from experience.
20   Okay?
21              Every time, you know, in California
22   and -- you know, there's nothing -- when -- when
23   we -- sometimes we get jobs bid from the
24   East Coast, and the East Coast -- they'll do that,
25   but I keep telling them, you can't, you know, put
```

Rackmasters, Inc.  30(b)(6)
July 11, 2022

1    anything from the rack and attach it to any walls.

2         Q.    What would the process of taking out

3    these individual beams have been if we would

4    have -- or if Rackmasters would have done it

5    according to the way that you described earlier

6    that they should have?

7         A.    Well, they would have been walking on

8    the floor, and they would have started with the

9    top beam -- the top handrail beam and taking it

10   out, probably laid it on the floor, done the same

11   thing with the -- the other three and then brought

12   the beams individually down.

13        Q.    And this would have been done bay by

14   bay, correct?

15        A.    I can say that no matter what, it

16   should have been done before they took the floor

17   off the floor supports.

18        Q.    I see.

19              So when you say "walking on the

20   floor," you mean walking on the catwalk, the

21   elevator --

22        A.    The catwalk, yeah, um-hum.  It's bar

23   grating, I believe, so . . .

24        Q.    So regardless of whether it's done on

25   the -- strike that.

Rackmasters, Inc. 30(b)(6)
July 11, 2022

```
1                    If you are taking the beams down,
2       you -- standing on the catwalk, you would have
3       done that -- or you would -- you're suggesting
4       that should have been done bay by bay, correct?
5            A.    Yes --
6            Q.    So you do one thing --
7            A.    -- it's -- until all of them were
8       gone -- until all of them --
9            Q.    Okay.
10           A.    -- were gone and there wasn't any
11      place where the floor supports, you know, weren't
12      attached.
13           Q.    Right.  So you would -- you would
14      take down one bay -- for example, the one depicted
15      in the picture that's up on the screen -- and then
16      you would move to the next bay, which is adjacent
17      to the right, and then so on and so forth as you
18      go the full extent of the room, correct?
19           A.    If you had left the beams up, yes.
20      But -- but I'm saying that they should've had all
21      the beams out before they started doing, you know,
22      that -- that section.
23           Q.    Right.  So for whatever it's worth,
24      you're suggesting that that demolition should have
25      taken place in the very beginning and, in fact,
```

Rackmasters, Inc.  30(b)(6)
July 11, 2022

1    they ended up taking place something like three

2    weeks later?

3         A.    They -- that was the last piece that

4    they could take down, because Iron Mountain were

5    using it, the floor --

6         Q.    Right.

7         A.    -- so that --

8         Q.    And --

9         A.    -- whole structure was up there on

10   Iron Mountain's request, and then we were taking

11   down that -- there was two units of shelving side

12   by side, then the flooring and then the wall.  So

13   we were taking down that.

14        Q.    Now, is it your appreciation that the

15   demolition of the rack system itself took place

16   from front to back, that is, from stairway to

17   stairway, or from the right side of the room to

18   the left side of the room and we're now, in this

19   picture, looking at the left side of the room?

20        A.    We removed it -- we will remove it

21   left to right or right to left and would work our

22   way from front to back.

23        Q.    Okay.  You don't --

24        A.    Go ahead.

25        Q.    No, I'm sorry.

Rackmasters, Inc.  30(b)(6)
July 11, 2022

1          Can you explain that?

2          A.    Well, you're looking at the system

3     front to back, and the shelving -- what goes --

4     went down about 168 feet, I believe, and the units

5     are 4-foot long.  So we would start -- let's just

6     say that Iron Mountain didn't care about the floor

7     and we were going to take the system down, the

8     whole, we would have started on either the left

9     side or the right side and worked our way opposite

10    direction going back and forth, back and forth,

11    back and forth, working front to back of the --

12    the structure.

13         Q.    And is that the only way that you can

14    think of to do this demolition, or would it also

15    make sense to work from front of the room to the

16    back of the room?

17         A.    Well, we worked to the front of the

18    room --

19         Q.    From column to column?

20         A.    Yeah -- no, that just doesn't make

21    any sense, because when you get back about, you

22    know, 20 feet or so, you can't get equipment in

23    there in -- and the materials out.  So that's why

24    we take the front down, basically, left to right

25    and work our way backwards or towards the wall,

Rackmasters, Inc.  30(b)(6)
July 11, 2022

1    towards the -- we do that with pallet rack and

2    everything else that we tear down.

3         Q.    Okay.  So I guess your suggestion to

4    do things differently is this -- this column and

5    floor joist system has to stay up regardless

6    because Iron Mountain has told you, We're going to

7    be using it, keep --

8         A.    Yes.

9         Q.    -- the catwalk up, right?

10        A.    Yes.

11        Q.    What you're saying is that the

12   difference is, you could have taken down the beams

13   that run from column to column, disassembled those

14   in the beginning, move them to the floor and then

15   the weight of the column itself, you do not

16   believe, would have ripped off the wall?

17        A.    No.  They would have probably -- if

18   the beams were out in this -- and once they were

19   taking the shelving down, they'd probably be

20   taking the columns out, you know, column by

21   column, unanchored it and pulling out.  They

22   wouldn't have left it on the wall there because

23   there's -- there is a chance that it might, you

24   know, tip over.

25        Q.    How were you going to leave the

Rackmasters, Inc.  30(b)(6)
July 11, 2022

1    columns on the wall if the floor has -- if the

2    catwalk has to remain up until the end of the

3    project?

4          A.     Well, it has to be -- it's part of

5    the structure.

6          Q.     Part of the structure of the shelving

7    unit?

8          A.     Well, why don't you ask that question

9    one more time?

10         Q.     You told me you're going to take the

11   columns off the wall in the process of this

12   demolition.  I'm -- I'm trying to understand.

13               Would these columns not have to

14   remain up until the end of the project because the

15   catwalk remains up until the end of the project?

16         A.     No.  No.  The -- the floor would have

17   been -- let's just say we took the beams out, all

18   the beams out, now the column -- the only way that

19   it's standing is it's anchored to the floor.  So

20   we would undo the anchor and pull the column out.

21         Q.     So once you take the beams out, is

22   the -- does the catwalk remain safe for use?

23         A.     No, no.

24         Q.     Okay.  So regardless --

25         A.     What I was --

Rackmasters, Inc.  30(b)(6)
July 11, 2022

```
1              Q.      -- whenever -- whenever you take the
2       beams out, the catwalk is no longer in play; it
3       has to come down, right?
4              A.      No.
5              Q.      Okay.  I thought you just told me
6       that when you take the beams out, the catwalk is
7       no longer safe to use.
8              A.      No, I didn't -- if I said that, I was
9       wrong.
10                     If the floor was on there and we took
11      the beams out, it was up against the wall.  So no
12      one is going to go, you know -- there's not enough
13      space between the column and the wall to -- for
14      anything to fall through.
15             Q.      Let me just ask the question again so
16      I can make sure we get a clean record.
17                     Once the beams come out, is the
18      catwalk still safe to use?
19             A.      Yes.
20             Q.      Okay.  So the cat -- the beams can
21      come out and the catwalk can remain up until the
22      end of the project; is that what your testimony
23      is?
24             A.      I wouldn't let the customer on it,
25      just workers.
```

Rackmasters, Inc. 30(b)(6)
July 11, 2022

1        Q.     Workers for Iron Mountain?

2        A.     Workers for Rackmasters.

3        Q.     Okay.  So is it your testimony, then,

4    that the beams can come out and the -- in the

5    beginning of the project, hypothetically, the

6    catwalk can remain usable but not by

7    Iron Mountain?

8        A.     I would say yes.

9               MR. MEYER:  Okay.  All right.  Thank

10   you.

11              I have no other questions,

12   Mr. Maclean.

13              MR. MALONE:  Beth, do you have

14   anything?

15              MS. BERNSTEIN:  I don't have any

16   questions.

17              MR. MALONE:  Okay.

18                    --oOo--

19   EXAMINATION (CONTINUED)  BY COUNSEL FOR DEFENDANT

20       IRON SECURE SHREDDING FACILITY, INC.

21                    --oOo--

22   BY MR. MALONE:

23       Q.     Mr. Maclean, I just want -- before we

24   leave here today, I want to make sure that there's

25   no sloppiness on this record.

Rackmasters, Inc.  30(b)(6)
July 11, 2022

1                    What you're saying -- we've gotten

2        now after two weeks of work, after Rackmasters had

3        been doing its work for two weeks, to the very

4        last row that has the catwalk still, right?

5             A.    We were there for six weeks total.

6             Q.    Okay.  And this is the very last part

7        of the project, right?

8             A.    Yes.

9             Q.    And, essentially, what's left is

10       you've got this catwalk system that's still up,

11       right?

12            A.    Yes.

13            Q.    And it was safe to walk on for

14       anybody up until that point because it's got -- it

15       would have had columns holding it up and

16       supporting it on the other side when the rack

17       system was still there?

18            A.    Yes.

19            Q.    Somebody, presumably the Adecco

20       employees or the Rackmasters employees,

21       disassembled those columns so it was exposed, to

22       where now it would be unsafe to walk across the

23       cat system because these cross-footings are no

24       longer supported, right?

25            A.    Right.

Rackmasters, Inc.  30(b)(6)
July 11, 2022

1          Q.      So nobody was accessing the catwalk
2    system at that time?
3          A.      No.
4          Q.      In fact, it was being disassembled
5    for that reason, there was no longer -- it was
6    coming down?
7          A.      Yes.
8          Q.      What you're saying is, before they
9    had done all of that, they should have removed --
10   Rackmasters should have removed those handrail
11   bracings?
12         A.      Handrail load beams, yes.
13         Q.      And that -- if that had been done,
14   then the catwalk system could have been further
15   disassembled and brought down safely?
16         A.      Yes.
17         Q.      And because it was top-heavy and the
18   handrails were not removed before disassembling
19   the catwalk portion of the rack system, that's
20   what caused it to topple over and fall?
21         A.      Yes.
22                 MR. MALONE:  Thank you, sir.  That's
23   all I have.
24                 All right.  I think that's it,
25   Madam Court Reporter.

Rackmasters, Inc.  30(b)(6)
July 11, 2022

1              THE VIDEOGRAPHER:  Okay.  This is

2     the videographer.  Does anyone other than Ryan

3     need copies of the video at this time?

4              MS. BERNSTEIN:  I do not.

5              MR. MEYER:  I don't think we need it

6     at this time.

7              THE VIDEOGRAPHER:  Thank you.

8              This concludes today's video

9     deposition of Brian Maclean.  The total number of

10    media used was one.  The time is approximately

11    9:07 a.m., and we're off the record.

12

13              (Witness excused.)

14

15    (Deposition adjourned at approximately 9:07 a.m.

16     PDT.)

17

18

19

20

21

22

23

24

25

Rackmasters, Inc.  30(b)(6)
July 11, 2022

1                C E R T I F I C A T E

2           I, Cindy L. Sebo, a Notary Public within and

3      for the Jurisdiction of the State of Maryland,

4      County of Prince George's, do hereby certify that

5      the foregoing deposition of BRIAN NEWTON MACLEAN

6      was taken before me remotely, pursuant to notice,

7      at the time and place indicated; that said deponent

8      was by me duly sworn remotely to tell the truth,

9      the whole truth, and nothing but the truth under

10     penalty of perjury; that the testimony of said

11     deponent was correctly recorded remotely to the

12     best of my ability in machine shorthand and

13     thereafter transcribed under my supervision with

14     computer-aided transcription; that the deposition

15     is a true and accurate record of the testimony

16     given remotely by the witness; and that I am

17     neither of counsel nor kin to any party in said

18     action, nor interested in the outcome thereof.

19

20

21

22     _____

23          Cindy L. Sebo, RMR, CRR, RPR, CSR,
            CCR, CLR, RSA, NYRCR, NYACR, Remote
24          CA CSR #14409, Remote Counsel Reporter,
            LiveLitigation Authorized Reporter,
25          Notary Public

Rackmasters, Inc.  30(b)(6)
July 11, 2022

1                    INSTRUCTIONS TO WITNESS

2                    Please read your deposition over

3          carefully and make any necessary corrections.  You

4          should state the reason in the appropriate space on

5          the errata sheet for any corrections that are made.

6                    After doing so, please sign the errata

7          sheet and date it.

8                    You are signing same subject to the

9          changes you have noted on the errata sheet, which

10         will be attached to your deposition.

11                   It is imperative that you return the

12         original errata sheet to the deposing attorney within

13         thirty (30) days of receipt of the deposition

14         transcript by you.  If you fail to do so, the

15         deposition transcript may be deemed to be accurate

16         and may be used in court.

17

18

19

20

21

22

23

24

25

Rackmasters, Inc.  30(b)(6)
July 11, 2022

```
 1                    E R R A T A

 2      WITNESS:   BRIAN NEWTON MACLEAN

 3      DATE:      July 11, 2022

 4      CAPTION:   Jonathan Ramos versus Iron Mountain
                   Secure Shredding, Inc.
 5

 6      PAGE  LINE  REASON FOR CHANGE:

 7      _____ _____ _____

 8      PAGE  LINE  REASON FOR CHANGE:

 9      _____ _____ _____

10      PAGE  LINE  REASON FOR CHANGE:

11      _____ _____ _____

12      PAGE  LINE  REASON FOR CHANGE:

13      _____ _____ _____

14      PAGE  LINE  REASON FOR CHANGE:

15      _____ _____ _____

16      PAGE  LINE  REASON FOR CHANGE:

17      _____ _____ _____

18      PAGE  LINE  REASON FOR CHANGE:

19      _____ _____ _____

20      PAGE  LINE  REASON FOR CHANGE:

21      _____ _____ _____

22      PAGE  LINE  REASON FOR CHANGE:

23      _____ _____ _____

24

25
```

Rackmasters, Inc.  30(b)(6)
July 11, 2022

```
1                    E R R A T A

2      WITNESS:   BRIAN NEWTON MACLEAN

3      DATE:      July 11, 2022

4      CAPTION:   Jonathan Ramos versus Iron Mountain
                  Secure Shredding, Inc.
5
       PAGE  LINE  REASON FOR CHANGE:
6
       ____  ____  _____
7
       PAGE  LINE  REASON FOR CHANGE:
8
       ____  ____  _____
9
       PAGE  LINE  REASON FOR CHANGE:
10
       ____  ____  _____
11
       PAGE  LINE  REASON FOR CHANGE:
12
       ____  ____  _____
13
       PAGE  LINE  REASON FOR CHANGE:
14
       ____  ____  _____
15
       PAGE  LINE  REASON FOR CHANGE:
16
       ____  ____  _____
17
       PAGE  LINE  REASON FOR CHANGE:
18
       ____  ____  _____
19
       PAGE  LINE  REASON FOR CHANGE:
20
       ____  ____  _____
21

22

23     _____    _____

24     DATE              BRIAN NEWTON MACLEAN

25
```

Rackmasters, Inc.  30(b)(6)
July 11, 2022

ACKNOWLEDGMENT OF WITNESS

          I, BRIAN NEWTON MACLEAN, do hereby certify

that I have read the foregoing pages herein, and

that the same is a correct transcription of the

answers given by me of the proceedings taken

remotely to the questions therein propounded under

penalty of perjury, except for the corrections or

changes in form or substance, if any, noted in the

attached errata sheet.


_____          _____

  DATE                      SIGNATURE


Subscribed and sworn to before me

this _____ day of_____, 20_____.


     My Commission expires:


_____


_____

          Notary Public

Rackmasters, Inc. 30(b)(6)
July 11, 2022

**-**

**--oOo--**
8:1,3 9:24
10:5,9,12
30:6,10
60:4,6
70:18,21

**1**

**10**
13:4
**100**
55:23
**11**
8:4
**11845**
9:14
**11th**
9:6
**15**
27:16
**15th**
14:13
**168**
29:19 47:2
66:4
**168-foot**
31:5 44:12
**18**
45:3
**18-**
27:15
**18-foot**
20:21
**19**
14:14,15

**2**

**2-**
16:12
**20**
29:12 66:22

**20-foot**
19:20 27:15
**2016**
14:3 15:3
16:12
**2017**
13:15,21
14:1
**2018**
10:20 14:5,
6,13
**2022**
8:4 9:6

**3**

**30**
13:3,12
14:20 29:14

**4**

**4-foot**
28:1 66:5
**4-foot-deep**
30:2
**40**
12:23 13:6
19:21 20:5
28:5 40:24
**42**
22:22 27:20

**7**

**7-**
40:10

**8**

**8-foot**
27:17,19
40:10
**8:04**
8:4 9:7

**9**

**90**
29:15
**9:07**
73:11,15

**A**

**A-D-E-C-C-O**
48:10
**a.m.**
8:4 9:7
73:11,15
**able**
17:8 45:16
**above**
20:1 22:20,
22 25:12
27:4,20
**accept**
54:9
**access**
44:7 47:6
56:19
**accessing**
72:1
**accident**
20:13 51:3
**accommodate**
53:5 56:11
**accommodated**
51:23
**across**
47:2 71:22
**action**
9:16
**activity**
41:7,14
**actual**
25:24 39:4
**Adecco**
48:9 54:14
71:19

**adjacent**
38:23 59:5
64:16
**adjourned**
73:15
**advice**
34:9
**advised**
56:18
**affiliated**
11:8
**agency**
48:5
**ago**
11:21
**agree**
50:11 53:3
55:11
**agreed**
16:13 50:12
**agreement**
8:11
**ahead**
22:13 24:6
30:18,19
60:2 65:24
**allowed**
17:2 47:1
**anchor**
41:11,18
42:6,8,24
43:14,15,17,
19 61:13
68:20
**anchored**
12:8 23:5
42:12 62:7
68:19
**anchoring**
41:7
**anchors**
41:3,20
42:2,17
43:12
**and/or**
8:12

Rackmasters, Inc. 30(b)(6)
July 11, 2022

| | | | |
|---|---|---|---|
| **Angeles** 9:15 | **attach** 30:4 33:2 63:1 | 45:1 63:13, 14 64:4,14, 16 | **belt** 56:2 |
| **answer** 37:25 | **attached** 42:8 51:20 62:1,3 64:12 | **bays** 45:17 | **BERNSTEIN** 60:2 70:15 73:4 |
| **Anthony** 36:16,21 37:18 38:8 | **attaches** 61:17 | **beam** 24:4 26:10 29:14 31:16, 17,23 46:13 58:6 62:7 63:9 | **best** 17:12 35:10 |
| **anybody** 16:23 49:16 57:15 71:14 | **attachment** 61:18,20 | | **Beth** 59:25 70:13 |
| **anyone** 8:23 52:13 73:2 | **attachments** 59:18 | **beams** 20:9,11 22:20,21,23 23:2,4,8 25:11,14,17 26:21,25 27:3,5 29:6, 13,21 30:1 31:12 35:2,5 43:14 44:1, 17 45:7,16 46:13 51:15 57:10 61:7, 11 63:3,12 64:1,19,21 67:12,18 68:17,18,21 69:2,6,11, 17,20 70:4 72:12 | **better** 13:8 52:11 |
| **Anytime** 20:1 | **attorney- client** 8:12 | | **Beverly** 9:12 |
| **apart** 59:19 | **aware** 8:8 10:19 58:10 | | **bid** 62:23 |
| **appears** 42:11 | | | **bidding** 18:7 |
| **appreciation** 65:14 | **B** | | **big** 18:19 19:3 58:14 |
| **approximately** 9:7 73:10,15 | **back** 22:25 24:18 27:24 29:22, 24 33:14 47:1 56:6,7 65:16,22 66:3,10,11, 16,21 | | **bit** 12:1 17:11 |
| **area** 18:19 44:23 55:23 56:19 | | | **blame** 54:14,17 |
| **areas** 31:8 41:13, 21 | | | **boards** 19:2 |
| **around** 15:7 27:15 52:4 | **backwards** 66:25 | **begin** 49:17 | **bollards** 12:6 |
| **asked** 22:7,19 51:9,10,13 | **bar** 63:22 | **beginning** 30:24 37:24 49:1,17 52:20 57:21 64:25 67:14 70:5 | **bolt** 31:14 |
| **asking** 22:2 34:9 51:10 61:23 | **based** 53:4 57:14 | | **bolted** 40:16,24 45:8,11,14 46:18,19 |
| **assembly** 13:7 16:18 | **basically** 16:9,25 27:14 35:8 43:4 50:19 54:21 58:17 66:24 | **behalf** 9:13 58:9 | **bolts** 31:9 40:12 |
| **assessment** 53:4 | | **believe** 13:22 14:10 48:20,24 52:7 62:6 63:23 66:4 67:16 | **bookshelf** 32:23 |
| **assumed** 17:17 | **basis** 57:1 | | **bottom** 20:24 61:25 |
| **assumption** 59:4 | **bay** 25:8 29:13, 22 44:16,17, 19,22,25 | | **Boulevard** 9:14 |
| | | | **boxes** 55:24 56:9 |
| | | | **braced** 39:12,17 40:16 |

Rackmasters, Inc.  30(b)(6)
July 11, 2022

bracing
  24:17 25:1
  38:17,22
  39:3 40:3,5
bracings
  72:11
bracket
  46:12,15
Brian
  9:4,25 11:7
  73:9
bring
  21:8
brought
  63:11 72:15
build
  12:11
building
  39:4
buildings
  12:6
built
  12:5 18:12,
  13
bundles
  19:3
business
  11:20 12:2
  13:1,2 14:21
  15:18 17:4
button
  8:25

---

C

California
  9:15 12:9
  41:6,15,17,
  21 62:21
call
  12:16 13:6
  21:7 25:6
  34:2 46:3,4
called
  13:12 46:11
calling
  24:15

calls
  22:9 35:23
care
  66:6
case
  12:15 14:23
  18:23 19:7,
  23 25:17
  42:19 45:4
  52:9,19 53:4
  54:6 55:1,
  13,17 57:2,7
case-by-case
  56:25
cat
  69:20 71:23
catwalk
  12:17,20
  26:24 27:10
  44:2,4 46:23
  56:3 63:20,
  22 64:2 67:9
  68:2,15,22
  69:2,6,18,21
  70:6 71:4,10
  72:1,14,19
caused
  35:8 72:20
cease
  11:20
cement
  42:6
CEO
  11:12
certain
  42:23 57:4
  58:24
certainly
  40:20 59:12
certified
  9:18,21
  10:2,6
  26:13,18
  37:23
CFO
  11:10

chance
  67:23
charge
  50:11
choice
  57:19
Cindy
  9:22
circle
  30:14,15
  31:3
circled
  31:8
circles
  30:20,23
cited
  50:3,7
claiming
  40:2
clarify
  38:22
classified
  13:9
clean
  69:16
clear
  18:19
click
  8:25
close
  25:14 33:19
Coast
  62:24
cognizant
  58:3
collapse
  47:21 58:5
Colorado
  16:14
column
  23:2,3 24:9,
  15,18 25:1,2
  26:3,7,8
  29:11,12
  32:4 42:5,9,
  21,25 43:13,
  16 62:1,9,

10,14 66:19
  67:4,13,15,
  20,21 68:18,
  20 69:13
columns
  23:1,6 24:8
  25:2 27:20,
  25 29:8,9,
  15,25 31:10
  32:3,16,19,
  22 38:11,13,
  19 42:12
  44:20,24
  59:4 62:16
  67:20 68:1,
  11,13 71:15,
  21
come
  42:24 49:20
  56:6 69:3,
  17,21 70:4
comes
  21:4 42:5
  43:6
company
  11:2 13:4,12
  16:10 55:9
compared
  29:12
complete
  33:15,18
completely
  43:5 55:23
concludes
  73:8
conclusion
  23:7 51:15
configuration
  40:10
connected
  46:8
connection
  37:11
connections
  51:12
consistent
  50:21

Rackmasters, Inc.   30(b)(6)
July 11, 2022

contact
  54:25 60:25
continue
  17:16 56:19
CONTINUED
  70:19
contract
  48:18
contracting
  15:18
conversations
  8:10,12
  52:13
conveying
  22:5
copies
  73:3
corner
  9:1
corporate
  11:1
correct
  10:22 23:14
  28:12 32:14
  41:4 42:9
  44:8,25
  48:23 50:3,8
  53:22 58:1
  60:14,18
  61:22 63:14
  64:4,18
correctly
  39:12
Costanza
  48:9 49:3
counsel
  9:4,20 10:10
  26:15 60:5
  70:19
country
  41:9,22
couple
  13:25 60:10
course
  16:21
court
  9:19,22

72:25
COVID
  11:23 14:16
create
  31:4 39:16
created
  32:13 56:14
creates
  57:25
creating
  8:15
crews
  17:3
cross
  46:2
cross-brace
  47:10
cross-bracing
  38:18
cross-
footings
  71:23
cross-
handrails
  32:8
crossbeam
  43:20 47:17
  57:20
crossbeams
  44:7
crossbeams'
  43:3
Crosstalking
  30:16 33:12
  37:20
customer
  18:12,15,18
  19:15 53:8
  69:24
customer's
  53:7
customers
  19:18
cut
  43:12,18

_____

        D

_____

Daniel
  60:9
date
  14:2,12 30:9
dating
  16:1
daughter
  16:1,7,9
day
  54:15
Daylight
  9:8
days
  33:17 51:3
decide
  37:2
decision
  47:20 51:25
deconstructio
n
  43:21
Defendant
  9:5 10:10
  70:19
degree
  42:23
demolition
  60:17,22,24
  64:24 65:15
  66:14 68:12
demonstration
  23:15
demonstrative
  23:16 24:14
  26:5,22
depends
  57:6
depicted
  57:25 64:14
depo
  9:1
deponent
  11:1

deposition
  8:20 9:4
  10:24,25
  23:13 30:5,7
  73:9,15
described
  18:22 54:12
  63:5
design
  28:9
designed
  43:1 56:23
detail-
oriented
  58:18
developed
  55:12
diameter
  31:22
difference
  67:12
different
  17:11,19
  34:23 39:16
  41:7 57:5
  59:15
differently
  51:5 57:17
  67:4
direct
  55:20
direction
  66:10
disagree
  37:1
disassemble
  21:8 28:14
  57:20 59:14
disassembled
  20:17 28:15
  29:18 31:3
  32:18 55:21
  67:13 71:21
  72:4,15
disassemblies
  49:19

Rackmasters, Inc. 30(b)(6)
July 11, 2022

**disassembling**
56:24 58:8
72:18
**disassembly**
13:7 16:18
19:25 34:1
42:3 43:9
51:22 52:2
55:16 57:21
60:12
**disconnect**
21:6
**discuss**
33:7 34:2
61:6
**discussed**
22:3 60:21
**discussion**
52:6 53:17
**discussions**
21:12,15
**dismantled**
27:7
**dismantling**
49:14
**dispute**
50:10
**distribution**
12:4
**dock**
12:6
**doing**
11:20 12:22
15:14 22:23
28:5 35:11
45:19 51:11
53:18 55:3
58:3 64:21
71:3
**door**
21:19 56:8
**doorway**
47:6
**drawing**
31:11
**dropped**
20:5

**duly**
10:1
**duties**
37:7

_____

**E**

_____

**earlier**
38:16 43:21
59:3 63:5
**earthquake**
41:1 43:6
**earthquakes**
40:14
**East**
62:24
**educate**
50:25
**educated**
17:6
**either**
44:15 66:8
**electrical**
15:18
**elevator**
63:21
**employee**
35:20 36:8,
10,15 37:2
**employees**
13:16,20
35:16 36:21
48:4,19
54:15 71:20
**encountered**
28:6 58:11
**end**
30:24 32:25
46:12,18
56:5 62:1
68:2,14,15
69:22
**ended**
65:1
**entering**
22:10

**entire**
29:18,19
31:4 44:11
**entirely**
60:17
**equipment**
12:4,6 66:22
**essentially**
71:9
**everybody**
36:2
**everybody's**
53:6
**exactly**
49:20
**EXAMINATION**
10:10 60:5
70:19
**excuse**
9:19 18:11
26:13 37:23
**excused**
73:13
**Exhibit**
30:5,7 42:8
51:20
**existed**
11:15
**existence**
11:18
**existing**
16:19
**expect**
40:5
**experience**
13:6 15:10,
20 49:13
62:19
**experienced**
55:9
**expert**
40:1
**explain**
66:1
**exposed**
46:8 71:21

**extensively**
17:10 18:1,
25 19:5
20:12 51:10
**extent**
22:8 64:18

_____

**F**

_____

**facility**
10:11,21
12:14 19:8
60:13 70:20
**fact**
50:12 61:12
64:25 72:4
**fair**
13:8 41:10
50:6
**fall**
20:3 37:12,
16 69:14
72:20
**falling**
29:7,8 61:8
**falls**
19:23
**far**
17:7
**fast**
17:23
**fault**
54:4
**February**
13:15,21
**feet**
19:21 27:16
29:19 47:2
66:4,22
**fell**
20:7,8 22:17
29:11 35:21
36:22 42:14
51:8 61:7
**field**
13:7 16:17
19:24

Rackmasters, Inc.  30(b)(6)
July 11, 2022

fifth
  45:14
fill
  36:3
final
  8:22 57:22
financially
  9:16
find
  18:17 22:16
fine
  50:18 56:21
finish
  26:15
first
  10:1 20:6
  28:25 32:8,9
  33:8 36:21
  47:11 57:20
  60:11
five
  45:10 46:2,7
flat
  34:21
flew
  33:23
flexible
  53:8
floor
  22:21,22
  23:1,9,11
  25:12,24,25
  26:2 27:4,
  16,21 28:1
  32:24 33:5
  42:6,9
  43:19,24,25
  44:4 45:8,11
  46:5,6,7,11,
  21 47:6
  49:18,22
  55:25 56:1,7
  58:8 61:16,
  20 62:1,2,5,
  8 63:8,10,
  16,17,20
  64:11 65:5

66:6 67:5,14
68:1,16,19
69:10
flooring
  27:19 65:12
flush
  43:19
follow-up
  60:10
follows
  10:4
foot
  46:3
footplate
  43:16
footplates
  41:4 46:3
foreman
  16:19,20,22
  17:17 28:24
  51:18
forklift
  44:23 45:23
  49:21
forth
  47:1 64:17
  66:10,11
forward
  42:14
found
  49:5 55:24
four
  11:21 13:18,
  20 36:17
  45:10
fourth
  45:14
frame
  16:12 24:2,
  8,12,14 33:4
  46:19
frames
  21:5,8,9
  32:19
freestanding
  39:9

front
  22:24 24:18
  27:24 29:23
  51:19 52:14,
  21 65:16,22
  66:3,11,15,
  17,24
full
  11:5 64:18

_____

G

_____

gal
  53:14
Gallery
  8:25
gave
  16:6 36:8,10
Gee
  18:9
gentleman
  39:20
getting
  17:22,23
gist
  22:4
give
  10:19 22:4
  32:17 43:10
Glen
  14:18 15:7
  17:5 20:12
  28:17 33:6
  36:2 42:16
  45:21,22
  47:24,25
  48:16,17,25
  49:12 50:1,
  13,14,24
  52:16 53:11,
  24 58:15
  60:21
goes
  31:22 33:5
  40:15 54:22
  55:2 66:3

going
  18:25 19:1
  21:19 23:2,
  21 24:18
  30:4 31:17
  44:11 45:3
  46:12 59:24
  66:7,10
  67:6,25
  68:10 69:12
good
  8:6 10:14,16
  17:7 26:20
  60:8
gosh
  36:16
Gotcha
  25:13 26:11
grating
  63:23
ground
  20:2,17,21
  21:9 23:6
  41:3 49:19
groups
  34:23
guess
  20:23 67:3
guy
  11:13,14
  33:23 59:2
guys
  45:23 48:22

_____

H

_____

hacking
  58:22
Hammerhead
  54:17,19,22,
  23 55:3,19
  57:15
handling
  12:3
handrail
  20:9 22:20
  23:3 25:12

27:3,21
29:13 35:4
44:7 47:10
63:9 72:10,
12
**handrails**
28:25 29:17
30:24 31:9
32:3,12 33:8
43:3,20
47:18 57:20
72:18
**hang**
21:18
**hanging**
62:2
**happen**
18:22 22:14
51:13
**happened**
10:20 33:9,
11 50:16,17,
20,21 54:9,
25
**happy**
53:7
**Harahan**
10:21 60:13
**hazard**
39:16 56:15
**head**
11:13,14
**healing**
58:23
**hear**
24:22
**heard**
44:18
**hearsay**
22:9 35:24
36:25 37:19
38:12
**heavy-duty**
28:20
**held**
8:10,13
27:5,12 62:5

**help**
17:20 40:17
**high**
19:3 20:9
27:16 29:16
41:13
**hired**
33:23 40:1
55:5,7
**hiring**
17:5
**hold**
23:6 27:2
42:17
**holding**
26:23,25
31:9 32:22
71:15
**hole**
31:18,21
42:24
**holes**
31:17,24
**hollow**
40:13
**hours**
21:24 22:3
**hundreds**
12:22 49:18
51:14
**hurt**
14:10
**hypothetically**
70:5

---

**I**

**identification**
30:8
**ignored**
57:15
**immediately**
59:20
**impact**
47:9

**impacted**
51:25
**important**
53:6
**Inc.'s**
10:25
**inch**
43:17
**inches**
22:22 27:20
**incident**
10:20 14:2,
13 21:11
49:25
**inclined**
17:6
**Including**
14:22
**incorporated**
13:14,21
**incorrect**
39:15 62:14
**indicating**
25:9
**individual**
63:3
**individually**
44:11 45:7
63:12
**industry**
15:12 16:22
39:24
**information**
57:13
**inherent**
19:24 20:2
**injured**
33:15,17
34:2
**inside**
12:7,14
**inspections**
41:12,18
**instability**
57:25
**installation**
12:20 28:11

39:15
**installations**
14:21
**installed**
12:3,8 39:12
43:3 44:6
**installer**
17:1
**instructions**
57:15
**insured**
12:9
**intact**
52:22
**intended**
43:1,8
**interactions**
8:13
**interested**
9:17
**interface**
8:14 9:2
**internal**
24:17
**interrupt**
26:14
**investigate**
33:21
**investigated**
33:22
**investigation**
36:9 38:9
57:14
**involved**
12:19 14:13
15:1 16:2
17:14
**involvement**
60:16
**involving**
21:11
**Iron**
9:10 10:11,
18,21 12:14,
21 14:22
18:23 19:8
28:7,21 29:1

Rackmasters, Inc.   30(b)(6)
July 11, 2022

```
    33:21  36:1,
    7,10  51:18
    52:14,20,25
    53:20  54:5,
    22  55:19
    57:14  65:4,
    10  66:6  67:6
    70:1,7,20
issue
    56:15


            J

job
    14:22  16:6,
    25  17:10,20,
    22  18:1,5,7,
    14,23  19:8,
    14  28:24
    33:15,18
    41:12  48:13
    50:13  51:4,
    18  52:8,21
    55:2  57:4,16
    58:11,14,15
job's
    17:11
jobs
    18:3  58:12
    62:23
John
    37:22  38:2
joist
    67:5
Jonathan
    9:10  13:19
    38:10  60:9
Judge
    37:2
July
    8:4  9:6
June
    10:20  14:13
jury
    23:17
```

```
            K

keep
    43:4  45:2
    62:25  67:7
kick
    22:23
kind
    16:16  17:16
    21:12  31:4
    32:22  39:5
    50:25  52:3
    56:25
know
    11:12  12:9
    14:5  15:6
    16:24,25
    17:2,7,9,12,
    21,25  18:1,
    8,9,11,16,17
    20:14,22
    22:18,20
    30:2  32:11,
    25  35:3,10
    38:14  39:20
    40:12  41:18,
    24  42:18,20,
    23,25  43:5,7
    45:18  48:25
    49:8,14,19
    50:15,16
    51:7,8,10,
    11,12,13,14,
    16  52:3,8,17
    53:4,7,8,10
    54:5,22  57:7
    58:18,19
    59:19  61:12
    62:5,6,21,
    22,25  64:11,
    21  66:22
    67:20,24
    69:12
knowing
    52:8
knowledge
    35:11
```

```
            L

labor
    54:24
lady
    48:8
lag
    40:11
laid
    63:10
large
    8:24
larger
    31:18
laying
    34:20
lead
    17:3
leave
    51:21  56:10
    67:25  70:24
leaving
    52:21
led
    47:21
left
    21:6  22:25
    23:1  27:24
    29:25  44:6
    45:6  47:5
    57:10  58:6
    64:19  65:18,
    19,21  66:8,
    24  67:22
    71:9
Legal
    9:13
length
    31:5  44:12
    60:22
letter
    36:3
letters
    36:1
level
    61:20  62:8
```

```
licensed
    12:9
lift
    20:1  34:17
    49:22
lifting
    19:19
lifts
    20:20  34:14
    45:24  48:3,
    23  49:7,9
Linda
    49:2,3,4,5,
    10
line
    29:18
Lisa
    48:9
listening
    24:24
little
    12:1  17:11
load
    19:4  39:7
    44:1  72:12
local
    33:23
located
    9:14
locked
    8:17
locks
    31:16
long
    12:25  13:23
    35:11  37:17
    51:12  66:5
longer
    69:2,7  71:24
    72:5
look
    30:3  46:10
looking
    27:23  42:7
    65:19  66:2
looks
    20:17
```

Rackmasters, Inc.  30(b)(6)
July 11, 2022

| | | | |
|---|---|---|---|
| Los<br>  9:15<br>lot<br>  17:13 19:18<br>  22:19 23:4<br>  58:16,21,23<br>Louisiana<br>  10:21 41:25<br>  60:13<br>lower<br>  31:20,21<br><br>M<br><br>maclean<br>  9:4,25 10:14<br>  11:7 30:7<br>  37:5 51:17<br>  54:4 60:8<br>  70:12,23<br>  73:9<br>Madam<br>  72:25<br>made<br>  24:8,9 25:6<br>  28:21,22<br>  30:21 43:4<br>  44:16<br>make<br>  17:21,24<br>  23:12,17<br>  26:15 58:4<br>  66:15,20<br>  69:16 70:24<br>making<br>  59:14<br>Malone<br>  10:13,17<br>  22:1,11,12<br>  26:19 30:11,<br>  17 33:13<br>  36:6 37:1,4<br>  38:1,5,15<br>  48:10,11<br>  54:3 59:22<br>  70:13,17,22<br>  72:22 | managed<br>  14:21<br>manager<br>  13:3 15:16<br>March<br>  14:6,15<br>marked<br>  24:2 30:8<br>married<br>  16:1,4,6<br>material<br>  12:3 42:25<br>materials<br>  66:23<br>matter<br>  9:9 32:2<br>  41:16 47:14<br>  63:15<br>mean<br>  19:17 49:21<br>  57:11 61:12<br>  63:20<br>Meaning<br>  39:3<br>measurementwi<br>se<br>  58:19<br>mechanically<br>  17:6<br>media<br>  73:10<br>meet<br>  18:15 19:14<br>  49:24 58:15<br>meeting<br>  18:16<br>meetings<br>  18:6,11<br>meets<br>  42:9<br>mentioned<br>  12:11 21:10<br>  38:16 46:1<br>  59:3 60:20<br>  61:10<br>met<br>  33:6 48:8 | 50:24<br>metal<br>  21:3,4 42:21<br>methodology<br>  56:24<br>Meyer<br>  22:8 35:23<br>  36:23,25<br>  37:19 38:12<br>  54:2 59:25<br>  60:3,7,9<br>  70:9 73:5<br>mezzanines<br>  12:5<br>midair<br>  62:3<br>middle<br>  40:5<br>mind<br>  60:1<br>missed<br>  37:24<br>mistake<br>  47:22 54:11<br>Mitchell<br>  39:21 59:2<br>Monday<br>  9:6<br>money<br>  17:24<br>month<br>  33:20<br>morning<br>  8:6 10:14,16<br>  60:8<br>Mountain<br>  9:10 10:18,<br>  21 12:14,21<br>  14:22 18:23<br>  19:8 28:7<br>  29:1 33:21<br>  36:1,7,10<br>  51:18 52:14,<br>  20,25 54:5,<br>  22 55:19<br>  57:14 65:4<br>  66:6 67:6 | 70:1,7<br>Mountain's<br>  28:21 53:20<br>  65:10<br>mounted<br>  62:15,17<br>move<br>  43:7 56:9<br>  64:16 67:14<br>moved<br>  16:14<br>moving<br>  35:14,15,21<br>  36:22 37:15,<br>  17,18 38:10<br>  56:12<br>mute<br>  10:8<br><br>N<br><br>name<br>  9:12 10:15,<br>  17 11:5<br>  35:22 36:14,<br>  18,21 39:23<br>named<br>  39:20 48:8<br>nearby<br>  18:15<br>need<br>  43:25 55:9<br>  73:3,5<br>needing<br>  53:9<br>needs<br>  53:6<br>Nevada<br>  12:10 41:15,<br>  17,21<br>never<br>  20:5 40:7,15<br>  49:16<br>Newton<br>  9:25 11:7<br>normal<br>  16:21 19:13 |

noted
  9:20
noticed
  10:25
number
  17:22,24
  73:9
nut
  43:15
nut's
  43:15

---

O

---

objection
  22:8,10
  35:23 36:23
  37:19 38:12
  54:2
occur
  37:12
occurred
  37:16
office
  21:20 40:9
offices
  41:1
okay
  11:4 13:5,
  11,19 14:4,
  14,17 16:11,
  21 17:15
  19:11,13
  22:11 23:10,
  20,25 24:6,
  11,24 25:7,
  10 26:1,4,8
  27:5,9,18
  28:5 30:3,14
  31:19 32:6
  33:3 36:20
  38:6 40:19
  44:21 46:20,
  25 47:8
  48:18 49:11
  50:6 52:18,
  23 53:3 59:2

60:3 61:10,
19,24 62:13,
18,20 64:9
65:23 67:3
68:24 69:5,
20 70:3,9,17
71:6 73:1
Olympic
  9:14
on-site
  55:3 60:12
once
  16:6 33:21
  55:4 67:18
  68:21 69:17
one
  12:21 13:19
  17:22 21:18
  28:7 29:22
  32:3 34:13
  35:18 36:20
  42:15 44:25
  45:1,10,14
  52:10 64:6,
  14 68:9
  69:12 73:10
ones
  40:12
opening
  56:5
operating
  45:23
opinions
  47:9
opposite
  66:9
order
  17:14 18:18
  44:1 48:12
original
  13:20
OSHA
  33:22 49:24
  50:12,21
outcome
  9:17

outside
  8:13
owner
  14:20

---

P

---

Pacific
  9:7
pallet
  12:5,12
  25:6,8 28:22
  29:1 67:1
pallets
  19:2
Pardon
  21:14
part
  8:24 12:18
  16:25 18:12,
  13 19:5 20:8
  22:17 24:13
  25:5 26:4
  31:4,21 36:8
  37:24 38:8
  42:3,8 43:2
  54:12 56:20
  58:24,25
  68:4,6 71:6
participants
  8:8,21
particular
  18:7,22
  19:11 25:17
  27:13 28:6
  32:7 34:10
  45:4 48:13
  52:2,8 54:6
  55:1 56:19
  58:11
parts
  26:22 34:23
  38:19 41:9
  57:21 58:24
party
  9:16

pass
  59:24
Pause
  21:22
pay
  50:18
PDT
  8:4 73:16
people
  17:5 20:21
  36:3 48:2,12
  54:20 55:9
percent
  14:20 55:23
period
  62:17
permit
  41:19
permits
  12:8
permitted
  41:12
person
  52:6
personally
  13:5 19:7
  58:9
perspective
  53:21
phone
  51:2
photo
  30:4,12,21
  42:7
photograph
  30:8 32:7
  34:19 51:20
  58:1
photographs
  20:16 34:8
physical
  39:4
picture
  46:9 64:15
  65:19
pictures
  22:18 51:8

**61:**2

**piece**
57:8 65:3

**pieces**
49:20

**pin**
31:12,13,15,
16,22

**pinched**
46:13

**pins**
31:13

**place**
41:16 51:22
56:11 64:11,
25 65:1,15

**PLAINTIFF**
60:5

**plate**
22:23

**play**
69:2

**please**
9:22 26:16

**point**
11:9 20:23
32:17,23
53:21 60:11
61:3,20
71:14

**points**
61:18 62:4

**portable**
12:5

**portion**
72:19

**potential**
58:10

**potentially**
58:4

**pounds**
29:12,14,15

**presence**
8:13 47:8

**present**
34:14 55:3

**presumably**
71:19

**presumed**
53:21

**pretty**
27:16

**prevented**
29:6

**prior**
15:19 61:7

**Private**
8:12

**probably**
15:3,7 21:24
45:2 53:24
63:10 67:17,
19

**problem**
23:8 34:7,22
35:3,7 50:15
51:7 53:1,18

**procedure**
18:21 31:14
35:13 55:12
56:24

**proceed**
34:3,4,5
52:1

**proceeded**
56:16

**proceeding**
8:9

**process**
18:21 19:13
34:1 42:3
43:9,22
51:22 58:21
60:22 63:2
68:11

**processes**
58:23

**production-
type**
59:1

**progress**
61:4

**project**
60:21 68:3,
14,15 69:22
70:5 71:7

**provided**
37:10 46:21

**pull**
43:16 68:20

**pulling**
67:21

**purpose**
8:15

**purposes**
40:21

**put**
19:2 31:13
39:7 62:25

---

**Q**

**qualified**
17:3

**question**
12:24 38:6
51:11 52:11
68:8 69:15

**questions**
22:19 51:9,
14 59:23
60:10 70:11,
16

**quick**
11:5 41:2
60:10

---

**R**

**rack**
13:7 15:10,
19 16:17
19:25 23:16
25:6,8 27:13
28:20,22
29:18 36:22
37:15,18
38:19 39:17,
24 40:18

49:14 55:13,
16 56:25
63:1 65:15
67:1 71:16
72:19

**racking**
39:6 40:7

**Rackmaster**
35:20

**Rackmasters**
10:25 11:9,
15,17 12:2,
19,25 13:2,
13,14,21,24
14:9 15:2,
15,20 16:2
33:14 35:17,
18 36:15
37:3 50:2,10
54:12 55:4,
12,15,20
56:15,23
57:11,16,19,
24 58:10
59:3,11
60:13 63:4
70:2 71:2,20
72:10

**Rackmasters'**
36:20

**racks**
12:5,12,13
38:10 55:21

**raising**
31:23

**Ramos**
9:10 13:19,
23 14:9
15:4,8 21:11
33:15 34:1,
18 38:10
40:2 60:9

**Ramos'**
37:12

**real**
11:4 41:2
56:14

**realized**
  50:14
**reason**
  11:22 19:11,
  22 40:23
  43:9 52:7
  72:5
**recall**
  61:5
**recognize**
  39:23
**recommendatio
ns**
  57:16
**record**
  8:7,11 11:5
  69:16 70:25
  73:11
**recorded**
  8:9,10
**recording**
  8:16
**red**
  30:14,15,20,
  23 31:3
**reflecting**
  61:3
**regular**
  60:25
**related**
  9:15
**relationship**
  17:7
**relied**
  59:12
**remain**
  51:21 60:25
  68:2,14,22
  69:21 70:6
**remainder**
  23:13
**remains**
  68:15
**remember**
  28:19 36:7,
  14,18

**remote**
  8:14 9:1,3,
  12 60:18
**remotely**
  10:1,4
**removal**
  12:20 55:12,
  13,16
**remove**
  8:19 47:17
  57:3,5 65:20
**removed**
  25:18,22,23
  28:25 32:4
  42:2 43:15,
  21 44:10
  47:10 65:20
  72:9,10,18
**removing**
  30:1 32:12
  33:7 44:2
**repeat**
  22:3
**reporter**
  9:19,22
  72:25
**represent**
  10:18 26:21
  30:23 52:18
  53:15 60:9
**representativ
e**
  26:5 53:1
**representativ
es**
  49:25
**represented**
  38:8
**request**
  8:11 51:23
  56:10 65:10
**requested**
  51:19
**require**
  41:15
**required**
  41:20,24

**requirements**
  41:8
**responsibilit
y**
  54:9
**responsible**
  55:15
**rest**
  33:24
**restaurant**
  15:17
**resulted**
  29:3
**retire**
  16:8
**retired**
  11:24
**retirement**
  11:23
**right**
  9:1 10:24
  11:2 14:18,
  25 17:4,13,
  23 20:4,19,
  23 21:13
  24:15 25:3,8
  26:6 28:4,9
  32:23 33:1
  34:15,19
  37:5 38:23
  39:1,13
  42:4,14
  45:3,5,12,24
  46:10,14
  47:18 48:5,
  13,19 52:24
  53:2 56:16,
  17 58:5
  60:22 64:13,
  17,23 65:6,
  17,21 66:9,
  24 67:9 69:3
  70:9 71:4,7,
  11,24,25
  72:24
**rights**
  21:6

**rip**
  42:23
**ripped**
  67:16
**risk**
  19:24 20:2
  58:10
**room**
  64:18 65:17,
  18,19 66:15,
  16,18
**row**
  71:4
**run**
  67:13
**Ryan**
  10:17 24:20
  73:2

_____

S

**safe**
  52:4,5 53:10
  59:14 68:22
  69:7,18
  71:13
**safely**
  18:18 34:5
  52:1 53:22
  72:15
**safest**
  47:16
**safety**
  17:22 31:12,
  13,15,16
  39:16 40:14
  56:15
**salesmen**
  18:8
**satisfied**
  33:22 50:17
**Sawzall**
  43:18
**saying**
  20:16 25:16
  28:24 32:1
  36:3 40:4

Rackmasters, Inc. 30(b)(6)
July 11, 2022

| | | |
|---|---|---|
| 44:3 59:6 61:19 62:13 64:20 67:11 71:1 72:8 | self-supporting 38:25 | small 40:25 |
| **says** 24:14 54:22 | **send** 34:8 49:17, 21 61:2 | **smaller** 31:21 |
| **scissor** 20:20 34:14, 17 45:24 48:3,23 49:9 | **sense** 66:15,21 | **solution** 50:16 |
| **scissors** 49:7,22 | **separate** 31:4 | **son-in-law** 15:23 |
| **scope** 37:7 | **serious** 50:3,4 | **sound** 45:4 |
| **screen** 8:25 23:22 64:15 | **setting** 8:20 | **sounds** 28:17 54:8 |
| **screens** 8:17 | **seven** 21:24 22:3 | **space** 69:13 |
| **screw** 40:8,11 | **shake** 43:7 | **speak** 20:18 |
| **screwed** 40:16 | **shape** 31:18 | **Speaker** 8:18 |
| **Sebo** 9:22 | **SHEETROCK** 40:13 59:10 | **specifics** 55:20 |
| **second** 17:23 21:18 23:22 47:6 | **shelf** 21:7 57:22 | **speculating** 53:13 |
| **section** 44:11 64:22 | **shelves** 31:5 | **spoke** 52:19 |
| **Secure** 9:10 10:11 70:20 | **shelving** 12:5,16 20:24,25 24:7 26:3,23 27:1,6,11,12 28:1,3 30:2 32:20 33:2,4 40:7,9 41:1 44:12 45:9 46:19 47:5 61:17 62:4 65:11 66:3 67:19 68:6 | **spotlight** 8:20 |
| **secured** 32:2 46:19 59:5 | | **spotlighted** 8:17 |
| **see** 23:22,23 24:2 30:12, 14,20 31:11 32:10,24 45:9 46:14, 15 47:4 51:10 52:3,4 62:2 63:18 | | **spread** 40:14 |
| | | **stability** 40:18,20 |
| | | **stack** 58:19 |
| | | **staffing** 48:5 |
| | | **stage** 34:1 |
| | **shelving's** 40:10 | **staircase** 52:21 |
| | **shelvings** 27:14 | **stairs** 47:15 |
| **seismic** 41:7,13,16 | **should've** 64:20 | **stairway** 51:19 52:14 65:16,17 |
| | **show** 23:21 | |
| | **shown** 26:22 46:9 51:20 | |
| | **Shredding** 9:11 10:11 70:20 | |
| | **shut** 21:19 | |
| | **side** 32:16 34:19 46:10,21 65:11,12,17, 18,19 66:9 71:16 | |
| | **signed** 36:1 41:19 48:18 | |
| | **Similar** 28:9,11 | |
| | **simple** 19:12 | |
| | **simpler** 31:7 | |
| | **single** 18:5 19:5 24:9 | |
| | **sir** 24:19,21 44:9 46:24 59:22 72:22 | |
| | **sit** 61:12 62:7 | |
| | **site** 17:20 18:14 19:14 34:14 50:13 58:15 | |
| | **sits** 44:4 | |
| | **sitting** 44:24 | |
| | **situation** 32:13 34:11 57:7 | |
| | **skipping** 45:17 | |
| | **sloppiness** 70:25 | |

standard
    31:14
standing
    64:2 68:19
Stanley
    9:12
start
    16:17 58:22
    66:5
started
    13:11 16:1,
    15 28:1
    37:12 58:7
    60:21,24
    63:8 64:21
    66:8
starts
    42:22
state
    11:5 41:25
statement
    36:8,11
    37:10 41:10
stay
    67:5
stayed
    21:3
stenographer
    9:20 10:2,6
    26:13,18
    37:23
sticking
    32:25
sticks
    43:17
stipulation
    48:21
stopped
    14:9,16
straight
    43:5
strike
    36:12 63:25
structural
    25:1 40:17,
    20 43:10

structure
    20:10 32:13,
    17 34:24
    38:20 39:4
    40:6 42:13
    43:5 47:4,9,
    15 65:9
    66:12 68:5,6
sub
    54:21
subcontractor
s
    54:24
sufficient
    40:3
suggesting
    64:3,24
suggestion
    67:3
support
    9:13 32:18
    43:2,10
    46:11,21
    61:16,20
    62:8
supported
    46:22 71:24
supporting
    71:16
supports
    21:7 23:1,11
    25:25 26:2
    32:24 33:5
    44:5 45:8,11
    46:5,6,7,22
    62:2 63:17
    64:11
supposed
    49:9 55:22
sure
    10:18 17:18,
    21 21:21
    22:15 23:12,
    17 26:15
    31:7 38:4
    41:23 44:16
    52:11 53:12,

13 54:1
    57:23 58:13
    69:16 70:24
swear
    9:22
sworn
    10:1,7
system
    12:17 13:7
    15:19 16:17
    19:1,6,25
    20:8 22:17,
    24 25:5
    26:24 27:6,
    10,13,23
    29:1,19,20,
    23,24 30:2
    33:24 38:19,
    25 40:15
    44:3 47:5
    51:19 55:13,
    16 56:3
    65:15 66:2,7
    67:5 71:10,
    17,23 72:2,
    14,19
systems
    12:20 17:19
    28:7,15,20,
    21 39:17
    49:14 56:25

―――――――――――

T

take
    8:24 21:5
    24:17,25
    30:3 33:18
    40:7 43:18
    44:1 45:16
    58:18 64:14
    65:4 66:7,24
    68:10,21
    69:1,6
taken
    9:4 20:25
    23:9 29:21
    32:7 35:2,4

59:19 64:25
    67:12
taking
    16:10 22:25
    29:20 35:13,
    14 63:2,9
    64:1 65:1,
    10,13 67:19,
    20
talk
    17:8 18:1
    19:2,4 34:7
    41:2 51:4
talked
    16:9 17:10
    18:6,24
    20:12 21:23
    49:2,4,5,10
    50:13 53:13,
    14
talking
    26:1 30:25
    38:22 50:14
    51:2 58:17
tall
    20:21 27:15
    40:11
teaching
    17:14,16
tear
    18:25 58:24
    67:2
teardown
    19:12
teardrop
    31:18
tearing
    22:24
technician
    9:13
tell
    10:2 11:6
    12:1 17:5
    20:4 37:18,
    21 38:2
    45:25 46:17
    55:10

telling
    26:6 31:2
    37:22 53:17
    62:25
temporaries
    49:6
temporary
    35:19 48:4
term
    44:18
terminology
    23:14,16
terms
    23:18
terrible
    47:22 54:11
testified
    10:3 59:16
testimony
    10:19 38:17
    52:19 53:16
    69:22 70:3
thank
    10:6 62:11
    70:9 72:22
    73:7
that'll
    40:13
thin
    42:25
thing
    18:19 21:4
    32:22 34:6
    43:11,13
    47:16 53:7
    57:9 63:11
    64:6
things
    17:8,9,25
    19:4 36:4
    42:16 51:13
    58:18 67:4
think
    15:7 20:15
    66:14 72:24
    73:5

Thomas
    14:18 15:9,
    22 18:4
    21:11,15
    22:4 28:17
    33:6,25 36:2
    45:21 47:25
    52:16 60:21,
    25 61:6
thought
    23:5 42:16
    58:21,23
    69:5
thoughts
    22:5
three
    17:24 22:22
    29:13 32:8
    35:16 36:3
    45:10,17
    51:3 63:11
    65:1
tie
    39:5
tied
    61:11,13,16
till
    14:1,5 16:24
tilting
    32:10 42:22
time
    9:7,8,18,21
    13:17 14:8
    15:4,7 16:12
    17:1 20:6
    22:14 29:22
    30:1 32:17,
    23 34:24
    35:11 37:3,
    8,11 40:8,23
    45:16 50:25
    52:10 53:21,
    24 60:11
    61:3 62:21
    68:9 72:2
    73:3,6,10
times
    19:18

tip
    67:24
today
    9:6 10:19
    50:22 61:13
    62:7 70:24
today's
    73:8
told
    22:6 36:21
    38:2,9 42:17
    45:18,19
    49:1,6,8,12
    50:21,22
    52:25 67:6
    68:10 69:5
top
    20:25 33:5
    42:6 43:16
    46:12 47:1
    49:17 61:14
    63:9
top-heaviness
    42:13
top-heavy
    20:10 29:4
    32:11,14
    34:6 35:9
    42:20 43:2
    57:8 72:17
topple
    35:9 72:20
tore
    44:16
torn
    28:18,19
total
    71:5 73:9
totally
    57:5
training
    16:16
trucks
    19:4 58:20
true
    18:3

truth
    10:2,3
try
    58:25
trying
    16:8 51:6
    68:12
two
    25:2 29:15
    34:13,22
    35:18 44:20,
    24 45:10,17
    46:13 61:17
    62:4 65:11
    71:2,3
two-and-a-
half
    15:10
type
    12:13 13:3
    17:19 28:6
    34:10 40:15
types
    17:19 28:9,
    11

---

U

U.S.
    9:13
ultimately
    23:18 47:20
    50:2 61:7
um-hum
    63:22
unanchored
    67:21
unattached
    59:19,20
underneath
    27:9
understand
    19:19 20:15
    23:17 31:25
    33:8 68:12
understanding
    15:22 41:6

Rackmasters, Inc.  30(b)(6)
July 11, 2022

45:22 48:3,7
52:12

**understands**
23:18 57:24

**undo**
68:20

**unit**
39:10 68:7

**units**
65:11 66:4

**unloading**
55:24

**unsafe**
71:22

**unstable**
58:4

**upper**
9:1

**upright**
19:20 20:5,7
24:2,8,12,14

**usable**
70:6

---

**V**

**versus**
9:10

**vertical**
43:5

**video**
8:16,17,22,
24 9:13
73:3,8

**video-**
**recorded**
9:3

**videographer**
8:6 73:1,2,7

**view**
8:18,25

**violation**
50:5,7,11

**violations**
50:3

---

**W**

**walk**
43:25 47:1
52:4 58:16
71:13,22

**walking**
63:7,19,20

**wall**
24:9 25:4,15
27:22,24
28:4 29:23,
25 38:14,23
39:6,7,12,17
40:3,9,17,25
45:15 56:8
59:5,10
61:11 62:8,
15,17 65:12
66:25 67:16,
22 68:1,11
69:11,13

**walls**
63:1

**want**
8:23 19:20
23:12 38:21
39:11 54:23
59:25 70:23,
24

**wanted**
22:16 33:20
47:16 56:6

**warehouse**
12:7 40:15
56:20 59:5

**warehousing**
12:4

**watch**
55:9

**waving**
38:14

**way**
17:12 18:19
19:16 28:3
40:17 47:9,

21 50:25
56:8 57:4,5,
25 58:4
59:1,15 63:5
65:22 66:9,
13,25 68:18

**weak**
42:21

**weeks**
65:2 71:2,3,
5

**weigh**
23:4

**weighs**
29:12,14

**weight**
35:12 42:22
67:15

**weird**
40:23

**went**
17:9 21:12,
16 22:6 26:2
27:20 28:3
29:22 30:1
36:5 66:4

**West**
9:14

**witness**
8:16,19,22
9:23 10:7
21:23 26:17
35:25 36:24
37:21 38:3,
13 59:24
73:13

**witness'**
8:24 37:25

**witness-only**
8:16

**witnessed**
37:11

**wood**
21:1,2 39:21
59:2

**words**
47:14

**work**
12:19 13:23
14:6 16:25
28:6 48:13
55:4 56:16
65:21 66:15,
25 71:2,3

**worked**
16:19 56:21
66:9,17

**workers**
35:19 69:25
70:1,2

**working**
12:7 14:9
15:17 16:15
18:4 29:24
34:23 37:3
48:2,22
53:11 54:15
66:11

**worth**
64:23

**would've**
29:2,3,6
44:13,14
46:22 47:16

**wrong**
21:13,16
22:6 45:18
57:9 59:7
61:21 69:9

---

**Y**

**yeah**
18:24 24:16,
23,24 26:20
29:10 30:13
35:7 44:5
45:6 47:12
48:24 49:4
53:19 55:2
56:4 58:6,13
63:22 66:20

**year**
14:10 16:20

Rackmasters, Inc.  30(b)(6)
July 11, 2022

**year's**
  17:1

**years**
  11:21 12:23
  13:3,4,6,12,
  25 15:10
  20:5 28:5
  36:17 40:24