UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JONATHAN RAMOS | * | CIVIL ACTION NO. 2:19-CV-11202 |
| | * | |
| Plaintiff | * | SECTION: "F" (4) |
| | * | |
| VERSUS | * | DISTRICT JUDGE: |
| | * |     ELDON E. FALLON |
| IRON MOUNTAIN SECURE SHREDDING | * | |
| INC., ET AL. | * | MAGISTRATE JUDGE: |
| | * |     KAREN WELLS ROBY |
| Defendants | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | * | |

## RULE TO SHOW CAUSE

Considering the foregoing:

**IT IS HEREBY ORDERED** that Plaintiff, Jonathan Ramos, and Plaintiffs-in-Intervention, Rackmasters, Inc. and Markel Insurance Company appear and show cause on the _____ day of _____ 2022, at _____ a.m., in New Orleans, Louisiana, why the Motion for Leave to File a Supplemental Memorandum in Support of Motion for Summary Judgment submitted by defendant, Iron Mountain Information Management LLC, should not be granted.

_____
**HONORABLE ELDON E. FALLON**