UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

JONATHAN RAMOS,

    Plaintiff,

                            NO: 19-11202

VS.

                          SECTION: F(4)

IRON MOUNTAIN SECURE
SHREDDING, INC., ET AL,

    Defendants.


REMOTE VIDEO DEPOSITION OF

JONATHAN RAMOS


October 20, 2020                                      11:16 a.m.


REPORTED BY:  Meredith Hoffpauir, RPR, CCR

**EXHIBIT 3**

```
 1        Mr. Ramos.  What are the uprights?
 2   A.   The backs or the fronts to the shelves.  So if you
 3        see a shelf like these, my hands would be the
 4        uprights.
 5   Q.   Okay.  I got you.  And was step two completed on
 6        June 16th, 2018?
 7   A.   It was on the last step of that.
 8   Q.   Okay.  So we were --
 9   A.   So that's pretty much the job.  It's only step one
10        and step two.  Because once you have the uprights
11        down, that's the end.  Like, there's nothing else
12        left.
13   Q.   Okay.  So on June 16th, 2018, you were on -- from
14        what I understand that you just said, and correct
15        me if I'm wrong -- you were in the latter half of
16        step two basically about to finish the job?
17   A.   Yes.
18   Q.   Okay.  So removing the uprights?
19   A.   Yes.
20   Q.   All right.  And going to the point where you first
21        remembered, you're on the scissor lift?
22   A.   Yes.
23   Q.   In your own words tell me what happened from there.
24   A.   I was removing, unbolting stuff.  And I hear
25        someone yell out that it was falling.  And then I
```

1           look over to my left, and I see the columns falling
2           forward kind of like in a -- kind of like in a
3           domino.  Not really in a domino effect because it
4           was all still connected, but it started at one
5           point and kind of like worked its way towards where
6           I was.
7                   And then the belt couldn't push it back.  It
8           didn't hold it.  It fell and it pushed the scissor
9           lift and tilted the scissor lift to where the
10          scissor lift fell on its side.
11  Q.      Okay.  Where were -- what happened with you during
12          the process?
13  A.      Honestly, I like -- I don't remember exactly what
14          happened to me.  But I know I ended up on the
15          ground facing face-first outside of the scissor
16          lift.
17  Q.      Do you remember trying to, like, jump or do
18          something --
19  A.      No.  I did not try to jump.  I don't remember that,
20          yeah.
21  Q.      Okay.  So then the next thing you remember after
22          the shelving falls is being on the ground?
23  A.      Yes.
24  Q.      After that, to the best of your memory, let me know
25          what happened.  Including, you know, who was there,

```
 1          what they were saying.
 2    A.    Yeah.  Well, it was primarily the workers.  Our
 3          workers were there on the point of the accident,
 4          and then there was the Iron Mountain workers in the
 5          other end of the building.
 6                Because there was two -- there was two sides
 7          to the warehouse.  It was divided by a center wall,
 8          but they were both connected.  And they were on the
 9          opposite end.  They were there and -- let me see.
10          Iron Mountain executives showed up soon after the
11          accident.  And then the ambulance showed up.
12    Q.    Okay.
13    A.    Yeah.
14    Q.    How do you know -- well, let me go -- I'll take one
15          at a time.  You said there was a wall dividing the
16          warehouse.  Like, basically a full wall with the
17          one with a door in it?
18    A.    Yeah.  It was a full wall.
19    Q.    Okay.  And then they had Iron Mountain personnel
20          that was on the other side of the wall?
21    A.    Yeah.  Not on the side where we were working, but
22          on the other side of the wall.
23    Q.    Okay.  Okay.  And you had said Iron Mountain
24          executives?
25    A.    Well, I don't know really executives, but I know
```

```
 1  Q.   What were you going to say?
 2  A.   No.  Just, I don't.  Like, I don't smoke before
 3       work.
 4  Q.   Okay.  Because I thought you said, "I don't smoke
 5       before work," and then you said "or"?
 6  A.   Yeah.  I meant, like, I just wanted to refresh what
 7       I said.
 8  Q.   Okay.  Yes, sir.  I just wanted to make sure that I
 9       was getting everything.
10  A.   Yeah.
11  Q.   All right.  Going back to the incident.  To your
12       knowledge, what caused the shelving to fall?
13  A.   I feel it was the lack of fastening to the ground.
14       It wasn't bolted to the ground correctly.
15  Q.   Okay.  And how did that cause the shelving to fall?
16  A.   So there was -- the part that fell wasn't shelving.
17       They were just columns placed against the wall.
18       So, like, this would be one column, and this would
19       be another column, not an upright.  And there was
20       beams placed across connecting in between the
21       columns.
22            So since the columns weren't secured to the
23       ground properly, they were top-heavy, and that's
24       what caused it to tip down.
25  Q.   And how do you believe they should have been
```

```
 1         secured to the ground properly?
 2   A.    Anchored -- anchored down.  And California has,
 3         like, a set regulation.  Like, a set number that
 4         it's supposed to be anchored down.  I don't recall
 5         the number.  But, yeah, it's supposed to be
 6         anchored down to a certain degree and, like,
 7         securely fastened.  Because if the anchor isn't
 8         fastened to the ground correctly, then there's
 9         nothing really holding that weight, yeah.
10   Q.    And how would you be able to tell whether something
11         is anchored properly as you just explained or not?
12   A.    Torque testing the anchors.
13   Q.    Okay.  How would you be able to tell if something
14         was anchored or just not anchored at all?
15   A.    They're visible.  The anchors are on the outside.
16   Q.    So you could look at it and see, this is anchored
17         or this has no anchor?
18   A.    Yeah.
19   Q.    Did you do that?
20   A.    No.  I didn't do any inspection of the rack.
21   Q.    Do you think it would be kind of common -- common
22         practice?
23   A.    No.  We never really inspected it for a teardown.
24   Q.    But just from your own personal knowledge and
25         experience, you didn't think to look and see if the
```

```
 1           anchor -- if it was anchored?
 2  A.       No.  No.
 3  Q.       And, to your knowledge, what, if anything, did Iron
 4           Mountain do to cause these shelves -- to cause the
 5           incident?
 6  A.       All right.  Well, since they still had employees
 7           going in and out of the other half of the
 8           warehouse -- like I told you, what was connecting
 9           where they were working, there was stairways on our
10           end of the building going up to the floor to the
11           second step of the mezzanine.
12                So their employees had to go in up and down to
13           be able to do what they were supposed to do.  So
14           they instructed us to keep the stairs up, which
15           kind of -- they instructed us to keep the stairs
16           up, which made us have to go a different route.
17                We usually clear out a building from the front
18           to the back, and so we had to work from the right
19           side of the building to the left just to leave the
20           stairs up for them to be able to go up and down
21           from the other building.
22  Q.       Okay.  And how did that instruction, in your
23           understanding or opinion, cause the accident?
24  A.       Well, since we had to work left and right and leave
25           the stairs up, the columns -- this is the wall.
```

```
 1         The columns -- if we would have worked the way that
 2         we usually worked, the columns would never have
 3         been there.  Like, we would have worked steadily
 4         from the front to the back removing the columns as
 5         we went eliminating the possibility of them falling
 6         over.
 7   Q.    Okay.  So don't you think it would be even more
 8         important to see if those columns were anchored?
 9   A.    Yeah.  But in that job I was just a worker.  I
10         didn't -- I wasn't -- I really didn't have a say.
11         I mean, it wasn't my job to inspect them.
12   Q.    Not even to just look and see if "Hey, I'm about to
13         go get up on this -- remove this column" just
14         looking down to see, "Hey, is it secured to the
15         floor or not"?
16   A.    No.  I was just doing what I was told.  Just doing
17         my job.
18   Q.    Okay.  And what you were told?  That would be what
19         Rack Masters told you?
20   A.    Yeah.
21   Q.    Okay.  So I want to understand some more.  My
22         question was what did Iron Mountain do to cause
23         this incident?  And your answer was that they
24         wanted the stairs -- some stairs to remain up.  And
25         please stop me if I'm wrong.  You know, interrupt
```

```
 1        me, please.  They wanted some stairs in the
 2        facility to remain up; correct?
 3  A.    Yes.
 4  Q.    And then they suggested or they instructed Rack
 5        Masters -- they wanted the stairs to remain up.
 6        How did you find out about that?
 7  A.    Glenn Thomas told me.
 8  Q.    So Glenn Thomas told you.  Did you have any
 9        personal communication with personnel from Iron
10        Mountain?
11  A.    No.  The only communications I would have was
12        seeing the workers that were working in the
13        facility go in and out, and that was it.
14  Q.    Okay.  So -- and I'm not talking about necessarily
15        what your lawyers may know or may have gathered
16        through their investigation.  I'm asking you based
17        on what you saw.  Did Iron Mountain do anything
18        that you felt caused this accident?
19  A.    Yeah.  Like I said, if we would have -- if they
20        wouldn't have instructed us to leave the stairs up
21        to allow their employees to have access to the
22        other side, we would have cleared the building from
23        the front to the back starting with the initial
24        stairs working our way back and at the same time
25        eliminating the columns that tipped over.  We would
```

```
 1        be eliminating those as we worked back.  So that
 2        would eliminate the possibility of the columns
 3        tipping over and me tipping over with the scissor
 4        lift.
 5   Q.   How do you know that Iron Mountain instructed Rack
 6        Masters to remove the shelving from one direction
 7        of the -- or remove -- we know what we're talking
 8        about when I say "shelving"; correct?
 9   A.   Right.
10   Q.   Okay.  To remove the shelving from one side of the
11        building moving towards another.  How do we know
12        that?
13   A.   Because Glenn Thomas told us that that was the way
14        it had to be done.  Because we had -- their
15        employees needed access to that second floor on
16        that second half of building.
17             So we would have eliminated those stairs.
18        Then they wouldn't have had access to go up there.
19        Because we were supposed to clear out both sides.
20        And what the employees were up there doing was
21        clearing out their product from the shelves so we
22        could go in after and work, yeah.
23   Q.   Okay.  So was there anything that you saw or even
24        heard that Rack Masters knew that there was some
25        sort of something wrong with the shelves that were
```

1            MR. BARRAS:  Okay.  Thank you.
2            THE VIDEOGRAPHER:  Off the record.  The
3       time is 1:02.
4       (A short recess was taken.)
5            THE VIDEOGRAPHER:  We're back on the
6       record the time is 1:20.
7            MR. BARRAS:  Mr. Ramos, thank you very
8       much.  Those are all the questions that I have
9       for you right now.  I believe your lawyer may
10      have some follow-up questions.
11           And then after that I may have a couple
12      follow-ups or I may not.  But thank you for
13      taking the time to do this deposition with us
14      today.
15           And at this time I'll tender to
16      Mr. Meyer's questioning.
17           MR. MEYER:  Thank you.
18  EXAMINATION BY MR. MEYER:
19  Q.  Good afternoon, Jonathan. You mentioned earlier
20      when Mr. Barras was asking you questions that there
21      was a method of construction that was different on
22      this job than what you were accustom to.  Can you
23      just explain that one more time?
24  A.  Yeah.  So we would usually start from the front and
25      work towards the back, and this time we worked from

| | | |
|---|---|---|
| 1 | | the right to the left. |
| 2 | Q. | And how did you know that you were to work from the |
| 3 | | right to the left on this job? |
| 4 | A. | I was told by Glenn Thomas because the Iron |
| 5 | | Mountain employees needed access to that second |
| 6 | | floor so they could clear out that second half of |
| 7 | | the warehouse so we could later go in and tear that |
| 8 | | side down. |
| 9 | Q. | Okay. As close as you can recall, can you tell me |
| 10 | | exactly what Mr. Thomas communicated to you on that |
| 11 | | regard? |
| 12 | A. | Just that we were going to have to do things |
| 13 | | differently because they wanted the stairs up. And |
| 14 | | I think that's, like, the best way I could tell |
| 15 | | you. |
| 16 | Q. | Well, how would the stairs have been affected if |
| 17 | | you would have used your normal construction |
| 18 | | methods from front to back? |
| 19 | A. | We would have started by tearing those first. So |
| 20 | | it would have been the first thing to be taken away |
| 21 | | to be torn down would have been the stairs. |
| 22 | Q. | All right. Was there something about the right to |
| 23 | | the left method that was obviously dangerous to you |
| 24 | | or something that jumped out that made you think |
| 25 | | that you should not be doing that? |

```
 1  A.   There was no, like, clear apparent danger.  It was
 2       just like a new -- like, a different way of doing
 3       it.  Not what we're used to.
 4  Q.   Okay.  Have you ever done a right to left method
 5       teardown before?
 6  A.   No.
 7  Q.   The staircase that you were talking about, was it
 8       being used while you were on the job for two, two
 9       and a half weeks?
10  A.   Yes.  It was used on a daily basis by Iron Mountain
11       employees and ourselves.
12  Q.   Do you remember -- what did you see -- or can you
13       describe how often it was being used?
14  A.   It was just constantly by us while we were clearing
15       the top half of the building, like, the mezzanine,
16       like, the second floor of the Rack.  And it was
17       used by them a couple of times a day going back and
18       forth from the top and the bottom.
19  Q.   Okay.  What did you see the people going back and
20       forth doing?
21  A.   They were clearing out the product from the left
22       side of the building.  They were getting everything
23       out so we could go in and work.
24  Q.   This was Iron Mountain employees or somebody else?
25  A.   Iron Mountain employees.
```