## SAFETY NARRATIVE

| Inspection Number | 1323824 |

**COVERAGE INFORMATION**
Company travels the country installing and disassembling metal racks.

**NATURE AND SCOPE**

Check Applicable Boxes and Explain Findings:

☐ Complaint Items

☒ Referral Items

Conducted RRI inspection at the site where two employees were injured when they jumped two feet from the floor of the basket of a scissor lift after the lift turned over from being struck by falling storage racks that were being torn down. One employee was hospitalized and one was not. The CSHO arrived at the site at 9:30 a.m. on June 19, 2018 for the opening conference, presented business cards, displayed credentials, and discussed the possibility of citations/penalties with Operations Managers #7C #7C and #7C of Iron Mountains (IM), the owners of the site (Warehouse #3). IM contracted the rack demolition project to Rack Masters, Inc. (RM) of Placerville, CA, who was represented at the site by GM's Foreman Glen Thomas, also of Placerville, CA. Mr. Thomas provided the company's contact information. IM contracted the job to Hammerhead Rack and Remediation Repair, who in turn subcontracted the job to RM. RM started the project on or about May 30, 2018, and the accident happened on June 15, 2018. RM brought three of its employees from California and hired and supervised eight other employees from temporary staffing agency Adecco to perform the demolition.

The racking was an open shelving system with metal frames, and a metal catwalk system at the second level. The racks ran a distance of 168 feet long, north to south, and the first level was 16 feet high and the second level (from the catwalk upward) was 14 feet, for a total floor to ceiling height of 30feet. The foreman was the only operator of a forklift truck that was being used to bring the metal grating down to the floor. Pictures and measurements were taken and an IM employee was interviewed. At the time of the opening conference, the job was nearly completed. On June 20, 2018, the CSHO interviewed Adecco (temporary help agency) Branch Manager #7C at her New Orleans' office. She said that Adecco only supplied temporary help to RM, who supervised the temporary employees. For OSHA purposes, Adecco did not violate any OSHA standards.

☐ Accident Investigation Summary & Findings

☐ LEP

☐ Planned Inspection

☐ Follow-up Inspection

**EXHIBIT 5**

IM - 000332

000332

**NATURE AND SCOPE – UNUSUAL CIRCUMSTANCES** (Mark X and explain all the apply:)

- [X] None
- [ ] Denial of entry (see denial memo)
- [ ] Delays in conducting the inspection
- [ ] Strikes
- [ ] Jurisdictional Issues
- [ ] Trade Secrets
- [ ] Other

Comments:

**OPENING CONFERENCE NOTES:**

**RECORDKEEPING PROGRAMS**
(Other than 29 CFR 1904 requirements)

Does the employer have a record keeping program relating to any occupational health issues (monitoring, medical, training, respirator fit tests, ventilation measurements, etc.)?

- [ ] Yes    [X] No

Are any programs required by OSHA health standards?

- [ ] Yes    [X] No

**COMPLIANCE PROGRAMS**
(engineering controls, PPE, regulated areas, emergency procedures, compliance plans, etc.)

Address any relevant compliance efforts regarding potential health hazards covered by the scope of inspection.

**PERSONAL HYGIENE FACILITIES AND PRACTICES NA**
(showers, lockers, change rooms, etc.)

Are any required by OSHA health standards?

- [ ] Yes    [X] No

What Standards:

**HAZARD COMMUNICATION PROGRAM NA**

Written Program (complete)

IM - 000333

000333

☐ Yes   ☐ No
MSDS's (all)

☐ Yes   ☐ No
Labeling (adequate)

☐ Yes   ☐ No
Training (complete)

☐ Yes   ☐ No

Copy of MSDS's/Program attached

☐ Yes   ☐ No
Comments:

**ACCESS TO EXPOSURE & MEDICAL RECORDS    NA**

**FIRE PROTECTION AND EVACUATION PROCEDURES   NA**

**SYSTEMS SAFETY AND EMERGENCY RESPONSE NA**

**RESPIRATOR PROGRAM NA**

**LOCKOUT TAGOUT / ELECTRICAL SAFE WORKPRACTICES NA**

**FIRST AID   NA**

**ELECTRICAL SAFE WORKPRACTICES      NA**

**EXPOSURE CONTROL PLAN NA**

**LABORATORY STANDARD NA**

**ERGONOMIC PROBLEMS      NA**

☐ Yes   X☐ No
If yes, complete items 1 and 2 below.

1. Lifting (10% or more similarly exposed employees injured)

    a. Total # of employees exposed to job:

    b. Total # of cases for job:

2. CTD's (10% or more similarly exposed employees have CTD's; 5% or more CTS cases)

    a. Total # of employees exposed to job:

**IM - 000334**

b. Total # of cases for job:

Other significant injury/illness trends

☐ Yes   X☐ No
If yes, explain:

## EVALUATION OF EMPLOYER'S OVERALL SAFETY AND HEALTH PROGRAM

General Industry:
☐ Yes ☐ No    Employer has a Safety & Health Program

☐ Yes ☐ No    Written

☐ Yes ☐ No    Copy Attached

Construction Industry:

X☐ Yes    ☐ No    Accident Prevention Program

☐ Yes    X☐ No    Written

☐ Yes    X☐ No    Copy Attached

**Evaluation of Safety and Health Program**
(0=Nonexistent 1=Inadequate 2=Average 3=Above average)

0☐ Written S&H Program

0☐ Communication to Employees

0☐ Enforcement

0☐ Safety Training Program

0☐ Health Training Program

0☐ Accident Investigation Performed

0☐ Preventive Action Taken

Comments:

### CLOSING CONFERENCE NOTES:

Were any unusual circumstances encountered such as, but not limited to, abatement problems, expected contest and/or negative employer attitude? If yes, explain below:

IM - 000335

000335

☐ Yes     X☐ No

19. Closing Conference Checklist ("x" as appropriate)

After several unsuccessful attempts to reach RackMaster's president Brian Maclean and site foreman Glen Thomas by phone with the contact information provided by Mr. Thomas and a representative from Hammerhead Rack and Remediation Repair, the CSHO recommends proceeding to issue the citations with the information provided. Mr. Thomas told the CSHO at the end of the walkaround to do the phone closing with Mr. Maclean.

☐ No Violations Observed

☐ Gave Copy Employer Rights

☐ Reviewed Hazards and Standards

☐ Discuss Employer Rights/Obligations

☐ Encouraged Informal Conference

☐ Offered Abatement Assistance

☐ Discussed Consultation Programs

☐ Employer/Employee Questionnaires

**Closing Conference held with Employee Representative**

☐ Jointly     ☐ Separately

# U.S. Department of Labor
Occupational Safety and Health Administration

## Violation Worksheet

**Print Date:** 12/06/2018

| | |
|---|---|
| **Inspection Number** | 1323824 |
| **Opt. Insp. Number** | |

| | | | | | |
|---|---|---|---|---|---|
| **Establishment Name** | RackMasters, Inc. | | | | |
| **DBA Name** | | | | | |
| **Type Of Violation** | Serious | **Citation Number** | 1 | **Item/Group** | 1 |
| **Number Exposed** | 9 | **No. Instances** | 1 | **REC** | Referral |
| **Special Enforcement?** | | | **Employer's Relationship to Hazard** | All | |
| **Standard** | 1926.850(a) | | | | |
| **Substance Codes** | | | **Photo/Video Number** | | |
| **Alleged Violation Description** | 29 CFR 1926.850(a): An engineering survey was not performed by a competent person to determine the conditions of the framing floors and walls and the possibility of unplanned collapse of any portion of the structure prior to permitting employees to start demolition operations<br><br>On or about 6/19/18 in warehouse 03; the employer allowed employees to remove ceiling-installed fire sprinkler pipes, metal cat walks, and to dismantle bays steel rack shelving 60 feet deep (east to west) by 168 feet long (north to south) by 30' high (floor to ceiling) without an engineering survey conducted by a competent person to determine the possibility of unplanned collapse of any portion of the structure prior to permitting employees to start demolition operations; thus employees were exposed to injuries emanating from the collapse of the racking. | | | | |
| **Recommended Abatement Action** | Perform engineering survey by a competent person to determine the conditions of the racking support system. | | | | |

## Penalty

| | | | |
|---|---|---|---|
| **Severity** | High | | |
| **Severity Justification** | An employee suffered a spinal fracture and fractured arm. | | |
| **Probability** | Greater | | |
| **Probability Justification** | Employees were exposed 12 days | | |
| **Gravity** | High | **Size** | 70% |
| **Gravity based Penalty** | 12934.00 | **Good Faith** | 0% |
| **Num Times Repeated** | | **History** | 0% |
| **Multiplier** | 1 | **Quick Fix** | 0% |
| **Calculated Penalty** | 3880.00 | **Proposed Penalty** | 3880.00 |
| **Proposed Penalty Justification:** | | | |

## Abatement Details

IM - 000337

000337

| Days to Abate | | Abatement Status | Corrected During Inspection |
|---|---|---|---|
| User-entered Abatement Due Date | | Date Abated | 06/19/2018 |
| Abatement Documentation Required? | No | Date Verified | 06/19/2018 |
| Abatement Completed Description: | Hazard was abated at time of opening conference. | | |

**MultiStep Abatement**

| Type/Other Type | Days to abate | User entered Abatement Due Date | Completed(status) | Verify Date |
|---|---|---|---|---|

**Employee Exposure**

| Exposure Instance | No. Exposed | Employer | Name and Address Telephone Numbers | Duration | Frequency | Proximity |
|---|---|---|---|---|---|---|
| 1 | 1 | RackMasters, Inc. | #7C | 10.00 day | daily | working near area |
| 1 | 1 | RackMasters, Inc. | | 10.00 day | daily | working near area |
| 1 | 8 | RackMasters | | 10.00 day | daily | right at the hazard |

20. **Instance Description:**   A. Hazard   B. Equipment   C. Location   D. Injury/Illness   E. Measurements

a) **Hazards-Operation/Condition-Accident**: Engineering survey by a competent person not conducted to determine the possibility of unplanned collapse of any portion of the structure.

b) **Equipment**: Sprinkler pipes, metal cat walks (steel) and steel storage racks

c) **Location**: In warehouse 03

IM - 000338

000338

d) **Injury/Illness (and Justifications for Severity and Probability)**: Fractures

e) **Measurements**: 60 feet deep by 168 feet long steel racking; 3.5 feet wide platforms; 19 columns, each 32 feet tall; 57 struts;

23. **Employer Knowledge**: The foreman said that he assessed how the job was to be done, directed the daily work of the employees, was the operator of the powered industrial truck that was used to remove the unbolted bar grating and brought it down to the floor and was present when the accident occurred.

24. **Comments**:

25. **Other Employer Information**:

Photo Mounting Worksheet

**U.S. Department of Labor**
Occupational Safety and Health Administration





| 1323824 | |
|---|---|
| 1. Photo ID # 1 | 2. Date/Time 6/19/18 9:30 a.m. |
| 3. Citation # 1 | 4. Item# 1 | 5. Instance a-b |
| 6. Location (Photo and Photographer): In the Rack area of the warehouse. | |
| 7. Description: Photo shows the fallen metal support beams that fell from the wall and struck and fell-over the scissor lift two employees were working from. The support beams were not securely attached to the wall before they fell away from the wall. | |
| 8. ☐ Confidential Material | Cont. |

| 1. Photo ID # 2 | 2. Date/Time 6/19/18 9:30 a.m. |
|---|---|
| 3. Citation # 1 | 4. Item # 1 | 5. Instance a-b |
| 6. Location (Photo and Photographer) In the Rack area of the warehouse. | |
| 7. Description Photo shows more beams that fell from the wall and struck and fell-over the scissor lift two employees were working from. The support beams were not securely attached to the wall before they fell away from the wall. | |
| 8. ☐ Confidential Material | Cont. |

Photo Mounting Worksheet

**U.S. Department of Labor**
Occupational Safety and Health Administration



| Inspection Number |||
|---|---|---|
| **1323824** |||
| 1. Photo ID # | 2. Date/Time ||
| 3. Citation # | 4. Item # | 5. Instance |
| 6. Location (Photo and Photographer): |||
| 7. Description: Photo shows |||
| 8. ☐ Confidential Material | | Cont. |
| 1. Photo ID # 3 | 2. Date/Time 6/19/18 9:30 a.m. ||
| 3. Citation # 1 | 4. Item # 1 | 5. Instance a-b |
| 6. Location (Photo and Photographer) In the Rack area of the warehouse. |||
| 7. Description Photo shows the north end of the wall at the north stairs beams that fell from the wall and struck and fell-over the scissor lift two employees were working from. The support beams were not securely attached to the wall before they fell away from the wall. |||
| 8. ☐ Confidential Material | | Cont. |

Photo Mounting Worksheet

**U.S. Department of Labor**
Occupational Safety and Health Administration





| 1. Photo ID # | 2. Date/Time |
| --- | --- |
| Inspection Number **1323824** | |
| 4 | 6/19/18 9:30 a.m. |

| 3. Citation # | 4. Item # | 5. Instance |
| --- | --- | --- |
| 1 | 1 | a-b |

6. Location (Photo and Photographer):
In the Rack area of the warehouse.

7. Description:
Photo shows the scissor lift that was struck and fell over, and where two employees were working from. Note the support beams in the rear of the lift that were not securely attached to the wall before they fell away from the wall and struck the lift.

| 8. ☐ Confidential Material | Cont. |
| --- | --- |

| 1. Photo ID # | 2. Date/Time |
| --- | --- |
| 5 | 6/19/18 9:30 a.m. |

| 3. Citation # | 4. Item # | 5. Instance |
| --- | --- | --- |
| 1 | 1 | a-b |

6. Location (Photo and Photographer)
In the Rack area of the warehouse.

7. Description
Photo shows another angle of the fallen metal support beams that fell from the wall and struck and fell-over the scissor lift two employees were working from. The support beams were not securely attached to the wall before they fell away from the wall.

| 8. ☐ Confidential Material | Cont. |
| --- | --- |

Photo Mounting Worksheet

**U.S. Department of Labor**
Occupational Safety and Health Administration





| Inspection Number | | |
|---|---|---|
| **1323824** | | |
| 1. Photo ID # | 2. Date/Time | |
| 6 | 6/19/18 9:30 a.m. | |
| 3. Citation # | 4. Item # | 5. Instance |
| 1 | 1 | a-b |
| 6. Location (Photo and Photographer): | | |
| In the Rack area of the warehouse. | | |
| 7. Description: | | |
| Photo shows the wood and metal shelves taken from the racks before the racks were torn down. The rack support beams that fell from the wall and struck and fell-over the scissor lift two employees were working from were not securely attached to the wall before they fell away from the wall. | | |
| 8. ☐ Confidential Material | Cont. | |



| 1. Photo ID # | 2. Date/Time | |
|---|---|---|
| 7 | 6/19/18 9:30 a.m. | |
| 3. Citation # | 4. Item # | 5. Instance |
| 1 | 1 | a-b |
| 6. Location (Photo and Photographer) | | |
| In the Rack area of the warehouse. | | |
| 7. Description | | |
| Photo shows another angle of the north stairs where the fallen metal support beams were attached to before they fell from the wall and struck and fell-over the scissor lift two employees were working from. The support beams were not securely attached to the wall before they fell away from the wall. | | |
| 8. ☐ Confidential Material | Cont. | |

IM - 000343
000343 OSHA 89