

May 21, 2018

John Bilotti
Senior Real Estate Project Manager
Iron Mountain Global Real Estate
811 Rt. 33
Freehold, NJ 07728
973-801-0309  cell
Email- john.bilotti@ironmountain.com

**Re:  Shelving disassembly project at project at 6200 Humphries St., Harahan, LA**

John,

On behalf of Hammerhead, LLC, your safety experts for nationwide rack remediation and repair, we would like to sincerely thank you for accepting our proposal **HH180022-R2**.   We look forward to serving your ongoing storage equipment maintenance program and working together on your Harahan disassembly project.

Scope of Work
Disassembly of the open file and box storage rivet style catwalk system in rooms 2 and 3, including 1,161 units of shelving 23' tall, all bar-grating aisles, stairways and sprinkler system.  Includes disposal of all equipment and removal from the premises.  We will also remove the Roly-gate and adjacent rack guards for reinstallation at another Iron Mountain location.

Pricing
Total price including all labor for disassembly, dumpsters and steel scrap credits:  $160,000
Shelving trade-in credit:                                                                                           -$ 23,000
Turn-key price:                                                                                                         $137,000

Schedule and notes
Building 3: Disassembly start-up: May 29st.   Target completion: July 1st.
Building 2: Disassembly start-up: As soon as possible, but no later than July 1st.  Completion:  July 31th
Installation is non-union labor, with standard work hours Monday to Saturday, 7am to 6pm.
The building will be accessible 24/7 if overtime is necessary to meet the schedule.

**EXHIBIT 6**

18952 McArthur Blvd. Suite 460, Irvine, CA 92612
Tel: 949-825-6031  Fax:  949-825-6037
www.hammerheadllc.com

IMIM_000040

Iron Mountain, Harahan, LA   5-21-18

Executive Summary – Why Hammerhead?

We bring together a team of experienced storage and material handling experts combined with a highly skilled installation and maintenance field service team to provide a one-stop service company 24/7. Our mission is to bring your damaged or deficient racking systems back to their original condition or better to give hassle free long-lasting life to your assets. We provide long term maintenance service agreements that include annual or semi-annual safety and maintenance audits.



**Our installation teams are experienced professional technicians,
fully insured and licensed, and managed by OSHA trained supervisors.**

Key Personnel

- Jeff Andrews – 30+ years of experience in rack design and installation specializing in archive storage systems.  Past-President of the Rack Manufacturing Institute (RMI) and co-author of the RMI's Guidelines for Rack Repairs.
- Randy Duston – 30+ years of experience in project management and supervision.  Randy heads up Hammerhead's Safety Inspectors and Engineers.
- Ricky Yu – Project Manager, MS Structural Engineering, currently attaining PE license.
- Eric Andrews – General Manager, Rack Safety Products, division of Hammerhead. Rack Safety Inspector, 30 years in management.
- Larry Michaels – 30+ years of experience in business finance, tax and legal fields

- Installation Partners – We outsource the services of nationwide installation companies with over 300 experienced men available for Iron Mountain projects.

18952 McArthur Blvd. Suite 460, Irvine, CA 92612
Tel: 949-825-6031  Fax:  949-825-6037
www.hammerheadllc.com

IMIM_000041

Iron Mountain, Harahan, LA   5-21-18

Inspection Services:
- Safety inspection audits
- Facility drawings showing location of damages
- Safety upgrade recommendations
- Engineering review of damages
- Project Management
- Emergency consultation
- Long term maintenance agreements
- Close-out documentation

Labor Services:
- Rack Repairs
- Rack installations
- Rack relocations
- Rack re-profiling
- Rack re-engineering
- Rack re-configurations
- Rack removal
- Rack trade-in
- Conveyor Maintenance

Safety Products
- Rack repair kits – for rack columns and frames
- Replacement racks – frames, beams, row spacers, safety clips
- Rack Guarding – column guards, end guards, down aisle guards
- Barriers – single rail, double rails, bollards
- Product fall protection – strapping and netting – rope, plastic, wire
- Mezzanine and pick aisle flooring, Resin-dek, B-decking, bar-grating
- Mezzanine stairs, handrail, kickplates
- Rack decking – wire decks, pallet supports, Punch-deck, Pro-deck
- Flue-guards – pallet stops for fire safety - transverse and longitudinal flues
- Hardware – anchors, tek screws, wood screws, carriage bolts
- Special parts – in-house fabrication



**Damaged Rack, Before………………..And After Repair**

18952 McArthur Blvd. Suite 460, Irvine, CA 92612
Tel: 949-825-6031  Fax: 949-825-6037
www.hammerheadllc.com

Iron Mountain, Harahan, LA   5-21-18

Project Management
- Hammerhead will assign a Project Manager (PM) for your project to oversee the successful completion of all drawings, bills of material, production scheduling, manufacturing, shipping and cost accounting for your project.
- The PM will be the point person for all communications after the order is placed.
- The PM will be in constant communication with the factory and their production schedules to ensure that all components are shipped on time and in the proper sequence.
- Any deviations from the original scope of work will be brought to your immediate attention and followed up in writing for approval.
- The PM is supported by a larger team of people in engineering, estimating, purchasing, accounting, manufacturing and shipping.



**Summary**

Hammerhead is the preferred choice for Rack Remediation and Repair nationwide.  We will handle all your safety issues for your storage systems quickly and professionally.  You can be confident in our ability to maintain your facilities during emergencies or with a for the long-term maintenance program.  We are more than just a rack repair company and can handle virtually any equipment repairs.



**Rack Protection and Remediation……………Rack Installations, Reconfigurations, Teardowns**

Iron Mountain, Harahan, LA  5-21-18

If you have any questions regarding our proposal, please call me at 714-315-0009.  Again, thank you for the opportunity to be of service.

Sincerely,

*Jeff Andrews*

Jeff Andrews
President
Hammerhead, LLC
714-315-0009