

**EXHIBIT 7**

IM - 000005