

via Email

June 7, 2018

Annette S. McDow
Westpark-West Jefferson, LLC
P.O. 157
Harvey, LA 70059

Re: Notice of Vacating the Premises
6200 Humphries Street, Unit F
Harahan, LA

Dear Ms. McDow:

Reference is made to that certain Lease dated October 7, 2002, amended by letter agreement dated September 18, 2007, Second Amendment to Lease dated July 31, 2012, and that letter agreement dated February 13, 2017 between Westpark-West Jefferson, LLC, Landlord, and Iron Mountain Information Management, LLC, Tenant. Tenant will be vacating the premises on or before August 31, 2018, (the "Vacating Date"). Tenant shall pay the holdover rent for the month of August, 2018 in the amount of $13,991.67 plus their proportionate share of real estate taxes and insurance in the amount of $1,168.00 and $561.00, respectively. [handwritten: $596.00]

Please acknowledge your acceptance of this agreement by signing in the space provided below.

Sincerely,

Ken Papetti

AGREED: Westpark-West Jefferson, LLC

By: _____    Date: 7/26/18

Cc: Iron Mountain Lease Administration

ONE FEDERAL STREET, BOSTON, MA 02110 / IRONMOUNTAIN.COM

EXHIBIT 9

IMIM_000046