5/24/2018



# PURCHASE ORDER

18952 MacArthur Blvd., Ste 460, Irvine, CA 92614
randy.duston@hammerheadllc.com
Cell Phone: 714-661-9313

| Date: | 5/24/2018 |
|---|---|
| PO Number: | HH180022-1 |
| Customer ID: | |

| VENDOR: | |
|---|---|
| Name: | Brian Maclean |
| Company Name: | Rackmasters, Inc. |
| Address: | |
| City,State,Zip Code: | |
| Phone: | 530-642-8540 |
| Fax: | |
| Email: | |

| Project Information: | |
|---|---|
| Name: | |
| Company Name: | Iron Mountain |
| Address: | 6200 Humphries St. |
| City,State,Zip Code: | Harahan, LA 70123 |
| Phone: | |
| Fax: | |
| Email: | |

| Ship Via | Shipping Method | Shipping Terms | Delivery Date | FOB | Total Weight |
|---|---|---|---|---|---|
| | | | | | |

| Qty | Product Name/ Description | Unit Price | Total |
|---|---|---|---|
| 1 | Labor | $80,000.00 | $ 80,000.00 |
| 1 | Travel | $10,000.00 | $ 10,000.00 |
| 1 | Sprinklers | $20,000.00 | $ 20,000.00 |
| 1 | Strapping | $2,000.00 | $ 2,000.00 |

**Notes and Instructions**

Any questions or problems please contact Randy Duston @ 714-661-9313
All Invoices to be sent to beth@financialandlegalnetwork.com

| Subtotal: | $ 112,000.00 |
|---|---|
| Discount: | |
| Sales Tax Rate %: | |
| Sales Tax: | |
| Freight: | |
| Other Cost: | |
| Steel Surcharge: | |
| Total: | $ 112,000.00 |

*Any questions or comments regarding this Purchase Order please contact your Project Manager or Sales Rep*

LABOR

**EXHIBIT 10**