

EXHIBIT

11



IM - 000007





IM - 000009



IM - 000010