UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JONATHAN RAMOS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-11202** |
| **IRON MOUNTAIN SECURE SHREDDING INC., ET AL.** | **SECTION "L" (4)** |

**ORDER**

Due to a conflict in the Court's calendar,

**IT IS ORDERED** that the trial date in this case is **RESET** to September 19, 2022 at 8:30 A.M. C.S.T.

New Orleans, Louisiana, this 1st day of September, 2022.

_____
ELDON E. FALLON
U.S. DISTRICT COURT JUDGE