UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JONATHAN RAMOS | * | CIVIL ACTION NO. 2:19-CV-11202 |
| | * | |
| Plaintiff . | * | SECTION: "F" (4) |
| | * | |
| VERSUS | * | DISTRICT JUDGE: |
| | * |    ELDON E. FALLON |
| IRON MOUNTAIN SECURE SHREDDING | * | |
| INC., ET AL. | * | MAGISTRATE JUDGE: |
| | * |    KAREN WELLS ROBY |
| Defendants . | * | |
| * * * * * * * * * * * * * * * * * * * * * * * | * | |

## MOTION TO STRIKE

NOW INTO COURT, through undersigned counsel, comes Defendant, Iron Mountain Information Management L.L.C., ("Iron Mountain") who files this Motion to Strike the opinions of Dr. Roland Winters and Dr. Gary Allegre not provided to Iron Mountain before the June 21, 2022, statutory deadline for Plaintiff's expert reports. Until yesterday, Plaintiff's last known treatment with Dr. Winters and Dr. Allegre was in July 2019 and March 2019, respectively. At their respective last known visits Dr. Winters released Plaintiff to return to work without restrictions, and Dr. Allegre instructed Plaintiff to follow up as needed.  Iron Mountain learned for the first time yesterday at the video trial perpetuation deposition of Dr. Winters that Plaintiff's counsel had been in contact with Dr. Winters and had arranged additional imaging and examination of Plaintiff. This led Dr. Winters to offer new opinions that varied drastically in comparison to those offered in July 2019, the last visit Defendant was aware of prior to the deposition. Again, all these facts were learned by Iron Mountain for the first time during the deposition of Dr. Winters, which took place yesterday, September 14, 2022. A similar ambush is expected at Dr. Allegre's deposition, which is set for today, September 15, 2022, at 4:00 pm pursuant to prior agreement by the parties. Any additional or new medical opinion not provided to Iron Mountain before the expert

1

report deadline is prejudicial to them will result in a trial by ambush and must accordingly be struck. **Trial of this matter is currently set for September 19, 2022.**

This Motion to Strike is supported by the attached Memorandum in Support and the following evidence and exhibits attached to this Motion:

A.  September 9, 2022 email from Defense counsel to Plaintiff's counsel;

B.  September 14, 2022, email from Plaintiff's counsel to Defense counsel;

Iron Mountain Information Management L.L.C.'s Motion to Strike should be GRANTED, and the new medical opinions of Dr. Roland Winters and Dr. Gary Allegre not provided to Iron Mountain before Plaintiff's deadline for expert reports should be struck.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER, WEINSTOCK & BOGART**

*/s/ Ryan M. Malone*

_____
**ANDREW D. WEINSTOCK (#18495)**
**CHRISTIAN B. BOGART (#22954)**
**JOSEPH G. GLASS (#25397)**
**RYAN M. MALONE (#30607)**
**LAURA L. POUSSON (#38871)**
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
andreww@duplass.com
cbogart@duplass.com
jglass@duplass.com
rmalone@duplass.com
lpousson@duplass.com
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
**Counsel for Defendant, Iron Mountain**
**Information Management LLC**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 15th day of September, 2022, a copy of the foregoing pleading was filed electronically with the Clerk of Court. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

*/s/ Ryan M. Malone*

_____

**RYAN M. MALONE**