UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JONATHAN RAMOS | * | CIVIL ACTION NO. 2:19-CV-11202 |
| | * | |
| Plaintiff . | * | SECTION: "F" (4) |
| | * | |
| VERSUS | * | DISTRICT JUDGE: |
| | * | ELDON E. FALLON |
| IRON MOUNTAIN SECURE SHREDDING | * | |
| INC., ET AL. | * | MAGISTRATE JUDGE: |
| | * | KAREN WELLS ROBY |
| Defendants . | * | |
| * * * * * * * * * * * * * * * * * * * * * * * | * | |

### NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE**, that Defendant, Iron Mountain Information Management L.L.C. ("Iron Mountain"), will submit its Motion to Strike for hearing on **September 19, 2022** at **8:30 AM** before the Honorable Eldon E. Fallon, United States District Court, 500 Poydras Street, Section "L", New Orleans, Louisiana.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER, WEINSTOCK & BOGART**

*/s/ Ryan M. Malone*
_____
**ANDREW D. WEINSTOCK (#18495)**
**CHRISTIAN B. BOGART (#22954)**
**JOSEPH G. GLASS (#25397)**
**RYAN M. MALONE (#30607)**
**LAURA L. POUSSON (#38871)**
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
andreww@duplass.com
cbogart@duplass.com
jglass@duplass.com
rmalone@duplass.com
lpousson@duplass.com
Telephone: (504) 832-3700

Facsimile: (504) 837-3119
**Counsel for Defendant, Iron Mountain Information Management LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of September, 2022, a copy of the foregoing pleading was filed electronically with the Clerk of Court. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

*/s/ Ryan M. Malone*

_____
**RYAN M. MALONE**

02664208-1

2