| | |
|---|---|
| **From:** | Ryan Malone |
| **Sent:** | Friday, September 9, 2022 10:58 AM |
| **To:** | Daniel Meyer; Beth Bernstein |
| **Cc:** | Osmery Batrez; Brittany S. Johnson; Trinette Anthony; Joe Bruno |
| **Subject:** | RE: Ramos |

Joe,

Following up on our call yesterday, we are agreeable to the trial depositions of Dr. Alegre and Dr. Winters next week. IMIM, however, objects to any opinions by these providers that were not disclosed in their medical reports, especially concerning life care plans or future medical recommendations that were not disclosed in accordance with the court-ordered deadlines. The last known medical treatment that Mr. Ramos had with Dr. Alegre was in March 2019 when Ramos was told to follow-up if needed – there were no future treatment recommendations or opinions and to my knowledge, no follow-ups. Dr. Winter last treated Mr. Ramos in September 2018 and noted that "as far as knee is concerned, [Ramos] can return to all usual activities w/o restrictions." Ramos was discharged from orthopedic care regarding the knee.

**Ryan M. Malone**
DUPLASS ZWAIN BOURGEOIS PFISTER WEINSTOCK & BOGART, APLC
3838 North Causeway Boulevard, Suite 2900 | Metairie, Louisiana 70002
Direct: 504.830.4402 | Firm: 504.832.3700 | Fax: 504.837.3119
Email rmalone@duplass.com    Website: www.duplass.com



EXHIBIT
A

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use. dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by telephone at (504) 832-3700.