**From:** Michael Gatto <mgatto@gattopc.com>
**Sent:** Wednesday, September 14, 2022 2:32 PM
**To:** Ryan Malone <RMalone@duplass.com>
**Cc:** Daniel Meyer <dmeyer@brunobrunolaw.com>
**Subject:** Ramos v. IM

Ryan,

Attached are exhibits for today – c.v. and clinic notes. Dr. Winter will also display and discuss images, which I believe you have. I asked him to have general knee model to use as demonstrative too.

Please send this to any other party that may attend/want these exhibits.

Thanks.

Mike

**Michael Gatto**
Attorney at Law
Law Office of Michael E. Gatto, PC

**Phone**: (925) 278-1705
**Mobile:** (925) 200-0165
**Email**: mgatto@gattopc.com

2540 Camino Diablo, Suite 201
Walnut Creek, CA 94597

**www.gattopc.com**



******************************************************************
NOTICE: This email and all attachments are CONFIDENTIAL and intended SOLELY for the recipients as identified in the "To," "Cc" and "Bcc" lines of this email. If you are not an intended recipient, your receipt of this email and its attachments is the result of an inadvertent disclosure or unauthorized transmittal. Sender reserves and asserts all rights

to confidentiality, including all privileges that may apply. Pursuant to those rights and privileges, immediately DELETE and DESTROY all copies of the email and its attachments, in whatever form, and immediately NOTIFY the sender of your receipt of this email. DO NOT review, copy, forward, or rely on the email and its attachments in any way. NO DUTIES ARE ASSUMED, INTENDED, OR CREATED BY THIS COMMUNICATION. If you have not executed a fee contract or an engagement letter, this firm does NOT represent you as your attorney. You are encouraged to retain counsel of your choice if you desire to do so. All rights of the sender for violations of the confidentiality and privileges applicable to this email and any attachments are expressly reserved.
******************************************************************

# Roland H. Winter, M.D.
General Orthopaedics, Sports Medicine, Arthroscopy, Joint Reconstruction



## *CURRICULUM VITAE*
### *Updated February 2019*

---

**Office**
Alpine Orthopaedic Medical Group
Stockton, CA

**Date of Birth**
August 9, 1957
Weissenstadt, Germany

**Certification**
American Board of Orthopaedic Surgery, Diplomate, 1990
    Recertification, 1998
    Recertification, 2010
    Recertification, 2018 (through 2030)
    Subspecialty Certification in Sports Medicine, 2010
Examiner, Oral Board, 2001 to present

**Licensure**

| | | | |
|---|---|---|---|
| California | G54873 | June 1983 | Active |
| Qualified Medical Examiner (QME) | 916159 | Expired 2015 | |

**Education**
**Undergraduate**

| | | |
|---|---|---|
| Pepperdine University<br>Malibu, CA | BS Biology | April 1979 |

**Medical School**

| | | |
|---|---|---|
| Medical College of Wisconsin<br>Milwaukee, Wisconsin | MD | May 1983 |

**Internship**
LA County/ Harbor UCLA Medical Center   Flex Surgical Intern            June 1983-June 1984
1000 W. Carson Street
Torrance, CA 90509

**Residency**                            Orthopaedic Surgery            July 1984-June 1988
University of Miami
Jackson Memorial Medical Center
Dept. of Orthopaedics and Rehabilitation
1611 NW 12th Avenue
Miami, FL 33136-1096

University of Miami
Dept. of Orthopaedics and Rehabilitation   Chief Resident              June 1987-June 1988

**National**
American Academy of Orthopaedic Surgeons, Fellow, #19536, 1994 to present
    Board of Counselors, 2010-2016
Alpha Omega Alpha, National Medical Honor Society

**State**
California Orthopaedic Association, 1998-present
    Board Member, 2004-2017
    Chair of Legislative Committee, 2008-2017
    Member of Legislative Committee, 2008-Present
California Medical Association, Member

**Local**
San Joaquin County Medical Society, Member 1993-present

**Hospital Staff Appointments**
Dameron Hospital, Stockton, CA                              1993-present
San Joaquin General Hospital, Stockton, CA                  1994-present
Kaiser Ambulatory Surgery Center, Stockton, CA              1993-present
Ambulatory Surgery Center of Stockton, Stockton, CA         2001-present
St. Joseph's Surgery Center, Stockton, CA                   2004-present
St. Joseph's Medical Center, Stockton, CA                   2006-present

**Committee Appointments**
Dameron Hospital
    Surgery Committee, 1999-present
    Chief of Orthopaedic Surgery, 1999-present

St. Dominic's Hospital, Manteca, CA
    Chief of Surgery, 2002-2003

**Sports Affiliations**
    Team Physician, University of the Pacific, 1996-present
    Team Physician, Stockton Ports (Class A Affiliate of the Oakland Athletics) 1997-present
    Team Physician, St. Mary's High School, Stockton, CA 1994-present

**Military**
United States Air Force
    Major, Active Duty, 1988-1993
    Orthopaedic Surgeon/Chief of Orthopaedic Surgery, Clark AFB, Philippines, 1988-1991
    Orthopaedic Surgeon, Wiesbaden, Germany, March 1991-April 1993
    Deployed to Silopi, Turkey (Iraq Border) July 1991- October 1991

**Volunteer Experience**
1995-1996 Flying Samaritans, San Quintin Clinic, Baja CA, Mexico

# ALPINE ORTHOPAEDIC MEDICAL GROUP, INC.

PETER B. SALAMON, M.D.
EDWARD L. CAHILL, M.D.
VINCENT C. LEUNG, M.D.
GEORGE W. WESTIN, JR., M.D.
GARY T. MURATA, M.D.
STEVEN E. EAGER, M.D.
ROLAND H. WINTER, M.D.
ANH X. LE, M.D.
ALAN T. KAWAGUCHI, M.D.
GARY M. ALEGRE, M.D.
ALEX H. PHAN M.D.
MATTHEW J. TAKEUCHI, D.P.M.
JAICHARAN J. IYENGAR, M.D.
MICHAEL Y. LIN, M.D.

VANESSA FERRARIO, PA-C

JAMES V ROCHE, M.D.
1924-2001
*EMERITUS*
ROBERT M. HERMANN, M.D.
W. PAUL MOUCHON, M.D.

ANNE McCUNE, MS, HSA
ADMINISTRATOR

**Claim**
**Date of Exam** 7/13/2018
**Provider** Roland Winter
**Provider NPI** 1629023874
**Patient Name** JONATHAN RAMOS
**DOB**

## History
**Chief Complaint** (Lumbar)
Right leg injury
**History of Present Illness** (Lumbar)
Jonathan is 20 years old. He was apparently working in the New Orleans area when a scissor lift that he was on fell over when he fell about 16 feet. He sustained injury to the proximal tibial plateau which was fixed in New Orleans. He lives in a stocking area and is now here for follow-up. He was told not to walk on this leg and has been pretty diligent about this. He uses a walker.

## Allergies
NO KNOWN ALLERGIES

**Medications**
Norco 5-325 mg
aspirin 81*

## Past History

| | |
|---|---|
| **Medical History** | No Medical History Reported. |
| **Surgical History** | Patient has history of Arthroscopy Right Knee and Spinal Fusion |
| **Family History** | No known significant family history |
| **Social History** | Patient is right handed. The patient appears to be well nourished, oriented x3 with normal mood and affect. Patient does not use alcohol, caffeine, illicit drugs or tobacco. |

## Review of Systems

| | |
|---|---|
| Constitutional | Patient has history of weakness. |
| Eyes | Normal visual acuity, no blurred vision or excessive tearing |
| HEENT | Normal auditory acuity, no nasal discharge or difficulty swallowing |
| Cardiovascular | No chest pains or palpations or high blood pressure |

1

| | |
|---|---|
| Respiratory | No shortness of breath or cough |
| Gastrointestinal | No abdominal pain, heartburn, hepatitis or bleeding |
| Genitourinary | No dysuria or hematuria |
| Musculoskeletal | Patient has history of Joint Pain and muscular pain. |
| Skin | No rashes or jaundice |
| Neurological | No headache, dizziness or memory loss |
| Psychiatric | No mood change, depression or nervousness |
| Endocrine | No thyroid enlargement, sweating or excessive thirst |
| Hematolymphatic | No bruising, swollen glands or anemia |
| Immunological | No skin rashes, or allergies to food or medication |

## Vital Signs

| | |
|---|---|
| **Height** (in) | 70.0 |
| **Weight** (lbs) | 185.0 |
| **BMI** | 26.5 |
| **Blood Pressure** | 117/83 |
| **Pulse** | 106 |

## Exam

**Lumbar**  He is examined while sitting in a wheelchair. His right knee is quite stiff. Is a large wound on the medial aspect of the knee which appears to be healing nicely. There is no sign of infection. Is evidence of an external fixator placement on his leg also. Motion is limited. Sensation seems distally intact.

## Imaging

**Right    Knee    X-RAY Tib/fib, 2+ views**

Fracture of the proximal tibia and tibial spine fracture with an excellent position with hardware in place.

## Diagnosis

S82.111A Displaced fracture of right tibial spine, initial encounter for closed fracture
S82.131A Displaced fracture of medial condyle of right tibia, initial encounter for closed fracture

## Plan

**Lumbar** Continue nonweightbearing for at least another 2 months.
   All sutures were removed and the was sent to physical therapy for range of motion exercises. I will see him back again in 6 weeks.

I have not violated Labor Code 139.3, and the contents of the report and bill are true and correct to the best of my knowledge. This statement is made under penalty of perjury. Executed at San Joaquin County, California.

**Roland Winter, MD**
Electronically signed on 7/16/2018 7:23 AM

# ALPINE ORTHOPAEDIC MEDICAL GROUP, INC.

PETER B. SALAMON, M.D.
EDWARD L. CAHILL, M.D.
VINCENT C. LEUNG, M.D.
GEORGE W. WESTON, JR., M.D.
GARY T. MURATA, M.D.
STEVEN E. PAGER, M.D.
ROLAND D. WINTER, M.D.
ANH X. LE, M.D.
ALAN T. KAWAGUCHI, M.D.
GARY M. ALEGRE, M.D.
ALEX H. PHAN M.D.
MATTHEW J. TAKEUCHI, D.PM.
[ILLEGIBLE] J. IYENGAR M.D.
MICHAEL Y LIN, M.D.

VANESSA FERRARIO, PA.C

JAMES V DOUGHE, M.D.
1921-2003
EMERITUS
ROBERT M. HERMANN M.D
W PHIL MOUGHON, M.D.

ANNE McCUNE, MS, FCSA
ADMINISTRATOR

## PRIMARY TREATING PHYSICIAN'S PROGRESS REPORT

**Patient Name** RAMOS   JONATHAN
**Address**                  **City/State/Zip**
**Phone Number**        **Date of Birth**
                        **Date of Injury**   6/15/2018 12:00:00 AM

**CLAIMS ADMINISTRATOR**
**Name** WN1 MARKEL    **Claim No.**

## Subjective Complaints/History

**Chief Complaint (Lowerleg)**
Jonathan is seen for follow-up of his right proximal tibia/knee injury
**History of Present Illness (Lowerleg)**
He is now 2 months after injury and surgery for fixation. He has been in therapy for about 5 visits.

## Allergies
No known drug allergies

## Past History

**Medical History**   No Medical History Reported.
**Surgical History**  Patient has history of Arthroscopy Right Knee and Spinal Fusion
**Family History**    No known significant family history
**Social History**    Patient is right handed. The patient appears to be well nourished, oriented x3 with normal mood and affect. Patient does not use alcohol, caffeine, illicit drugs or tobacco.

## Review of Systems

| | |
|---|---|
| Constitutional | Patient has history of weakness. |
| Eyes | Normal visual acuity, no blurred vision or excessive tearing |
| HEENT | Normal auditory acuity, no nasal discharge or difficulty swallowing |
| Cardiovascular | No chest pains or palpations or high blood pressure |
| Respiratory | No shortness of breath or cough |
| Gastrointestinal | No abdominal pain, heartburn, hepatitis or bleeding |
| Genitourinary | No dysuria or hematuria |
| Musculoskeletal | Patient has history of Joint Pain and muscular pain. |
| Skin | No rashes or jaundice |
| Neurological | No headache, dizziness or memory loss |
| Psychiatric | No mood change, depression or nervousness |
| Endocrine | No thyroid enlargement, sweating or excessive thirst |
| Hematolymphatic | No bruising, swollen glands or anemia |
| Immunological | No skin rashes, or allergies to food or medication |

## Objective Findings:
## Follow Exam

**Right Lowerleg**
Wound is healing well. Still has somewhat limited knee motion as well as atrophy of his quad muscles. Neurovascular status seems intact distally.

## Imaging

**Right   Knee   X-RAY Tib/fib, 2+ views**
Fracture of the tibial plateau and intercondylar eminence in excellent position. Hardware is in place without evidence of loosening.

## Diagnosis

S32.000D Wedge compression fracture of unspecified lumbar vertebra, subsequent encounter for fracture with routine healing

S82.111D Displaced fracture of right tibial spine, subsequent encounter for closed fracture with routine healing

S82.131D Displaced fracture of medial condyle of right tibia, subsequent encounter for closed fracture with routine healing

## Treatment Plan:

**Lowerleg** Continue with aggressive rehab. He can now start weightbearing as tolerated. His work

RCVD 9/21/2018 MSR - MS

status is light duty sitting job only. I will see him back in 1 month.

| | | | |
|---|---|---|---|
| **Primary Treating Physician:** | Trinity Occ Health, | **Date of Exam:** | 8/24/2018 |

I declare under penalty of perjury that this report is true and correct to the best of my knowledge and that I have not violated Labor Code section 139.3

| | | | |
|---|---|---|---|
| **Physician Name** | | **Cal. License number:** | G54873 |
| **Physician Specialty** | Orthopaedic Surgery | **Date** | 8/24/2018 |
| **Physician Address** | 2488 N. California St. Stockton, CA 95204 | **Phone Number** | (209) 948-3333 |
| **Executed At:** | San Joaquin, California | **CC:** | |

*[signature]*

Roland Winter, MD
Electronically signed on 9/7/2018 6:18 AM

# ALPINE ORTHOPAEDIC MEDICAL GROUP, INC.

PETER B. SALAMON, M.D.
EDWARD F. CAHILL, M.D.
VINCENT C. LEUNG, M.D.
GEORGE W. WESTIN, JR., M.D.
GARY T. MURATA, M.D.
STEVEN F. EAGER, M.D.
ROLAND H. WINTER, M.D.
ANDY X. LEE, M.D.
ALAN Y. KAWAGUCHI, M.D.
GARY M. ALEGRE, M.D.
ALEX H. SHAH, M.D.
MATTHEW J. TAKEUCHI, D.P.M.
BICKORAN J. DENGAR, M.D.
MICHAEL Y. LIN, M.D.

VANESSA FERRARO, PA-C

JAMES V. FUCHS, M.D.
1924–2001
EMERITUS
ROBERT N. HERMANN, M.D.
V. PAUL MORCHON, M.D.

ANNI McCUNE, MS, USA
ADMINISTRATOR

**Create Date** 8/24/2018
**Date of Exam** 8/24/2018
**Patient Name** JONATHAN RAMOS
**DOB** 

## X-Ray Order:

RightKnee  X-RAY Tib/fib, 2+ views

Fracture of the tibial plateau and intercondylar eminence in excellent position. Hardware is in place without evidence of loosening.

## Diagnosis:

| | |
|---|---|
| S32.000D | Wedge compression fracture of unspecified lumbar vertebra, subsequent encounter for fracture with routine healing |
| S82.111D | Displaced fracture of right tibial spine, subsequent encounter for closed fracture with routine healing |
| S82.131D | Displaced fracture of medial condyle of right tibia, subsequent encounter for closed fracture with routine healing |

*[signature]*

**Roland Winter, MD**
Electronically signed on 9/7/2018 6:18 AM